UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: SECT. T MAG 5 |
| MEDICAL EXAMINERS | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

UNDER SEAL

CERTIFICATE OF COUNSEL

NOW INTO COURT, comes Frances M. Olivier, counsel for Plaintiff, Meaghan Doherty, in the above captioned matter, who certifies as follows:

1.

I contacted the National Board of Medical Examiners NBME at its headquarters in Philadelphia, PA at 215-590-9500 on July 22, 2019. The person who answered the phone refused to take my name, number, or any information about the above captioned civil action. Further, this person, who refused to give her name, would not connect me to the Legal Department, give me a fax number, or an email address for either the Legal Department or for the NBME generally, for the purpose of emailing or faxing the civil action and attachments filed this date to the NBME to afford them actual notice of the filing of same.

1

2.

As a result, I forwarded a copy of the following to the NBME, to wit: the Application for Temporary Restraining Order with equitable relief and Order To Show Cause Why a Preliminary Injunction Should Not Issue, and Memorandum in Support of Application for Temporary Restraining Order, and every document filed in the District Court on July 22, 2019, by FedEx on July 22, 2019. A copy of the FedEx delivery receipt will be filed into the record as confirmation of delivery to Defendant.

3.

It is not my intent to request a TRO without notice to the opposing party and as soon as a hearing set, I will endeavor to provide notice to Defendant. As of this moment, I do not know who their counsel will be.

4.

Pursuant to 42 U.S.C. § 12188 and 42 U.S.C. §2000A-3(a), I have provided notice of this civil action, including a copy of all pleadings and papers filed on July 22, 2019, by fax, FedEx Delivery, and/or U.S. Mail, to Rebecca Bond, Chief, Disability Rights Section, Civil Rights Division, of the U.S. Department of Justice, with the request that the Attorney General of the United States intervene herein and certify to the District Court that "the case is of general public importance."

Respectfully submitted,

*Frances M. Olivier*
FRANCES M. OLIVIER, ESQ. LSBA No. 17895

2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

**Attorneys for Plaintiff Meaghan Doherty**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on July 22, 2019.

_Frances M. Olivier_
FRANCES M. OLIVIER

3