UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| VERSUS | * | JUDGE: |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: SECT. T MAG 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNDER SEAL

### TEMPORARY RESTRAINING ORDER WITH EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMNARY INJUNCTION SHOULD NOT ISSUE

Considering the foregoing Application for Temporary Restraining Order with equitable relief and Order to Show Cause why a Preliminary Injunction Should Not Issue

IT IS HEREBY ORDERED that the application is GRANTED.

1. A Temporary Restraining Order is entered against the NATIONAL BOARD OF MEDICAL EXAMINERS, and its officers, employees, and agents requiring same to desist from discriminating against Plaintiff, MEAGHAN DOHERTY, in violation of the ADA, and requiring same to grant her application for reasonable testing accommodations of time and a half (50% additional time) when she takes the Step 2 CK Examination on Tuesday, August 6, 2019 at 2424 Edenborn Avenue, Metairie, LA 70001, beginning at 8:00 a.m. and continuing through the end of the testing session on that date.

2. A Temporary Restraining Order is entered against the NATIONAL BOARD OF MEDICAL EXAMINERS and its officers, employees, agents, contractors, and any third

1

part test-proctor who administers the actual Step 2 CK Exam on NBME's behalf, voluntarily or contractually, to provide Plaintiff, MEAGHAN DOHERTY, with reasonable testing accommodations of time and a half (50% additional time) to on the Step 2 CK Examination which she will take on Tuesday, August 6, 2019 at 2424 Edenborn Avenue, Metairie, LA 70001, beginning at 8:00 a.m. and continuing through the end of the testing session on that date.

3. A Temporary Restraining Order is entered against the NATIONAL BOARD OF MEDICAL EXAMINERS, and its officers, employees, agents, contractors, and any third part test-proctor who administers the actual Step 2 CK Exam on NBME's behalf, voluntarily or contractually, enjoining same from withholding test-taking time accommodations of time and a half (50% additional time) to Plaintiff, MEAGHAN DOHERTY, on the Step 2 CK Examination which she will take on Tuesday, August 6, 2019 at 2424 Edenborn Avenue, Metairie, LA 70001, beginning at 8:00 a.m. and continuing through the end of the testing session on that date.

4. A Temporary Restraining Order is entered against the NATIONAL BOARD OF MEDICAL EXAMINERS, and its officers, employees, agents, contractors, and any third part test-proctor who administers the actual Step 2 CK Exam on NBME's behalf, voluntarily or contractually, requiring same to grade Plaintiff's Step 2 CK Examination and provide Plaintiff, MEAGHAN DOHERTY, with the results of same by email not later than 4:00 p.m. on Friday, August 30, 2019.

5. Plaintiff is awarded the costs of this action, and reasonable attorneys' fees pursuant to 42 U.S.C. §12188 and 42 U.S.C. §2000a-3(b).

3

6. Pursuant to 42 U.S.C. § 12188 and 42 U.S.C. §2000A-3(a), the Attorney General of the United States, through the Civil Rights Division, Disability Rights Section, shall be permitted to intervene in this civil action if he certifies that "the case is of general public importance."

New Orleans, Louisiana, this _____ day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE