## FILED UNDER SEAL

 **NBME**

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

July 15, 2019

| **EXHIBIT 1** |
|---|

Meaghan O. Doherty
3840 Bienville
New Orleans, LA 70119

RE: USMLE Step 2 CK                      USMLE ID#: 5-397-670-0

Dear Ms. Doherty:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 2 Clinical Knowledge (CK). We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be Specific Learning Disorder with impairment in reading rate, Attention-Deficit/Hyperactivity Disorder (ADHD) Combined Type, and Generalized Anxiety Disorder (GAD). In your personal statement you write, *"These diagnoses and accommodation requests are the result of the findings of M. Patricia Brockman, Ph.D., Louisiana Psychologist License No. 574, based on her psychological and educational evaluation in 2017 and the Addendum issued in April 2019. Dr. Brockman's findings did not surprise me. As a child, the discrepancy between my high intellectual ability and my low reading and spelling ability was a source of serious consternation for my parents...When the discrepancies in my performance on standardized tests, particularly spelling, did not improve, my parents decided to have me evaluated...I could not understand why they felt something was wrong with me even though I always made honor roll and my teachers told me I was a great student...Since my study habits and preparation are the same for all my exams, the disparity in my grades seems directly related to time and the type of questions on the exam...When the NBME denied my request for accommodations for the STEP 1, it could still be argued that my request was based on speculation; but a lot has changed since then. When evaluated one-on-one by medical school faculty and residents, my record is strong...The only difference between these two contrasting conclusions is that one is based on a standardized testing format for which my diagnoses handicaps my performance and the other is based on an evaluation format wherein my diagnoses do not come into play."*

In an April 19, 2019 letter, Dr. Brockman writes, *"I have reviewed the letter of February 14, 2018 in which the NBME rejected Meaghan Doherty's request for accommodations for the USMLE Step 1 test...The NBME concluded that Meaghan has no reading impairment by comparing her reading rate to the national average. The NBME based this conclusion on its view that the ADA determines disability in comparison to 'most people in the general population.' This is an outdated*

0001

*interpretation of the ADA...she should be assessed in comparison to her fellow medical students sitting for the USMLE Step 2 Test."*

Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. Dr. Brockman's assertion notwithstanding, the regulatory guidance issued by the United States Department of Justice (DOJ) explains, "An impairment is a disability within the meaning of this part if it substantially limits the ability of an individual to perform a major life activity as compared to most people in the general population…" **C.F.R.** § 36.105(d) (v).

Accommodations are provided when there is clear documentation of functional impairment and a rationale to demonstrate that the requested accommodation is appropriate to the setting and circumstance. Your records show that your performances on timed standardized tests taken without accommodations have consistently been well within the average to above average range compared to the appropriate normative sample, including your 2014 MCAT where you earned a Total Score of 32 under standard test conditions, better 88% of a highly select sample of medical school applicants. Our records show that you successfully completed the USMLE Step 1 under standard test conditions in April 2018. These data do not demonstrate impaired functioning relative to most people or that standard test conditions are a barrier to your access to the USMLE.

Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 2 CK test administration. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

We will advise Applicant Services to process your exam application without test accommodations. You may inquire at usmlereg@nbme.org or call Applicant Services directly at (215) 590-9700 with any questions about your scheduling permit.

Sincerely,

Sarah Severino, Psy.D.
Disability Assessment Analyst, Disability Services

# FILED UNDER SEAL

United States Medical Licensing Examination® (USMLE®)

## REQUEST FOR TEST ACCOMMODATIONS

| EXHIBIT 2 |

*Use this form if you are requesting accommodations on USMLE for the first time*

---

### The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodations.

- Complete all sections of this request form; submit the form and all required documentation to Disability Services once you have submitted your Step exam application to your registration entity.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org. You may be asked to submit additional documentation to complete your request.

- Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete. Please allow at least 60 days for processing of your request.

- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

As explained in the Guidelines to Request Test Accommodations (www.usmle.org), you MUST provide supporting documentation verifying your current functional impairment.

Submit the following with this form:

- ✓ A personal statement describing your disability and its impact on your daily life and educational functioning.

- ✓ A complete and comprehensive evaluation from a qualified professional documenting your disability.

- ✓ Supporting documentation such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

Please be sure to review the Guidelines for more detailed information regarding supporting documentation.

---

USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

☐ Step 1

☑ Step 2 CK (Clinical Knowledge)

☐ Step 2 CS (Clinical Skills)

☐ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C1).

## Section B: Biographical Information
**Please type or print.**

**B1.** Name: _____ Doherty _____ Meaghan _____ O
            Last                     First              Middle Initial

**B2.** Gender: ☐ Male   ☑ Female

**B3.** Date of Birth: _____ 08-17-1993 _____

**B4.** USMLE # 5 - 3 9 7 - 6 7 0 - 0 (required)

**B5.** Address:  3840 Bienville Street

Street

New Orleans                 Louisiana         70119

City                         State/Province        Zip/Postal Code

USA

Country

504-650-6415

Preferred Telephone Number

mdoherty@tulane.edu

E-mail address

**B6.** Medical School Name:  Tulane University School of Medicine

Country of Medical School:  USA         Date of Medical School Graduation:  May 2020

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

### C1.   Step 1, Step 2 CK, or Step 3 (computer-based examinations)

Check the appropriate box to indicate the accommodations you are requesting. Check **ONLY ONE** box for the exam(s) for which you are currently registered:

**STEP 1:**

**Additional Break Time**
☐ Additional break time over 1 day

☐ Additional break time over 2 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 2 days

☐ 50% Additional test time (Time and 1/2) over 2 days

☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time _and_ 50% Additional test time (Time and 1/2) over 2 days

**STEP 2 CK:**

**Additional Break Time**
☐ Additional break time over 2 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 2 days

☑ 50% Additional test time (Time and 1/2) over 2 days

☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time _and_ 50% Additional test time (Time and 1/2) over 2 days

**STEP 3:**

**Additional Break Time**
☐ Additional break time over 4 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 3 days

☐ 50% Additional test time (Time and 1/2) over 4 days

☐ 100% Additional test time (Double time) over 5 days

☐ Additional break time _and_ 50% Additional test time (Time and 1/2) over 4 days

**Describe** any other accommodation(s) you are requesting for **Step 1, Step 2 CK,** or **Step 3.**

_____

_____

### C2.   STEP 2 CS (Clinical Skills)

Review the Step 2 CS Onsite Orientation video and Step 2 CS Content Description and General Information Booklet at www.usmle.org for detailed information about the format and delivery of the Step 2 CS examination.

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter or note**.

☐ Patient Encounter:_____

☐ Patient Note:_____

USMLE® Request for Test Accommodations

**C3.**    Do you require wheelchair access at the examination facility? ❑ Yes ❑ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

## Section D: Information About Your Impairment

**D1.** List the specific DSM/ICD diagnostic code(s) and disability for which you are requesting accommodations and report the year that it was first diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**D2. Personal Statement**

✍ Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited. The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.

## Section E: Accommodation History

**E1. Standardized Examinations**

✍ Attach copies of your score report(s) for any previous standardized examination taken.

✍ If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ☑ SAT®, ACT® | 06/10 | none |
| ☑ MCAT® | 06/12/2014 | none |
| ❑ GRE® | | |
| ❑ GMAT® | | |
| ❑ LSAT® | | |
| ❑ DAT® | | |
| ❑ COMLEX® | | |
| ❑ Other (specify) | | |

USMLE® Request for Test Accommodations

## E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

✎ **Attach copies of official records from each school(s) confirming the accommodations they provided.**

✎ **If you receive/received accommodations in <u>medical school and/or residency</u>, have the appropriate official at your medical school/residency complete and submit the <u>USMLE Certification of Prior Test Accommodations</u> form available at www.usmle.org.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **Medical/Graduate/ Professional School** Tulane University School of Medicine | extended time 1.5x | 01/25/2017 to present |
| | | |
| | | |
| **Undergraduate School** | | |
| | | |

## E3. Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

✎ **Attach copies of official records from each school listed confirming the accommodations they provided.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **High School** | | |
| | | |
| **Middle School** | | |
| | | |
| **Elementary School** | | |
| | | |

USMLE® Request for Test Accommodations

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:

- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): _____Meaghan Doherty_____

Signature: _____          Date: ____04/22/2019_____

**E-mail (as a pdf), fax or mail your completed request form and supporting documents to the address below at the same time you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**

MEAGHAN DOHERTY

<u>PESONAL STATEMENT REGARDING DISABILITIES</u>
<u>AND THE ACCOMODATIONS REQUESTED TO ADDRESS THEM</u>

I have been diagnosed with these disabilities:

a) Specific Learning Disorder with impairment in Reading rate (DSM-V 315.00 ICD-10 F81.0)
b) Attention Deficit/Hyperactivity Disorder-Combined Type (DSM-v 314.01 ICD-10F*)
c) Generalized Anxiety Disorder (DSM-V 300.02 ICD-10 F41.1)

I am requesting the following accommodations to address these disabilities:

1. Extended (150%) time for testing.
2. Testing room conditions that are free from distractions.

These diagnoses and accommodation requests are the result of the findings of M. Patricia Brockman, Ph.D., Louisiana Psychologist License No. 574, based on her psychological and educational evaluation in 2017 and the Addendum issued in April 2019.

Dr. Brockman's findings did not surprise me. As a child, the discrepancy between my high intellectual ability and my low reading and spelling ability was a source of serious consternation for my parents. I assumed they were overdramatic or hyper-critical because my grades were always excellent and I didn't think that my way of learning or writing was different from hat of my friends. I attributed any inadequacy that bothered me to my unique beginning and school. Specifically, I was tested and certified as gifted at the age of four. I spent kindergarten through second grade in a French Immersion program for half the day and gifted classes the other half. However, by the end of second grade my parents felt my English reading skills were not progressing adequately compared to my other abilities, so in third grade they enrolled me in a new school with the hope that I would benefit from the smaller class size. I was no longer in French Immersion or gifted. When the discrepancies in my performance on standardized tests, particularly spelling, did not improve, my parents decided to have me evaluated.

I vigorously resisted the evaluations. I was afraid I would be put in a separate program and treated differently than my classmates. I could not understand why they felt something was wrong with me even though I always made honor roll and my teachers told me I was a great student. The evaluation showed I had some learning disabilities -- dyslexia, ADHD, and low phonemic/grapheme awareness. My parents were satisfied that this accounted for the discrepancy in my performance, but oddly, minimized the impact they had on my performance. I refused all the accommodations the school offered me. I didn't think they would help. To me, the only positive result of my diagnosis was that my parents now had their answer and would leave me alone.

And this was how I continued for the next three years until I entered eight grade at Dominican High School and immediately tested into nine grade honors classes. This leap in

Page 1 of 4

academic expectations was the first time I struggled in school and I was unable to keep up on my own. Though I feared I just wasn't smart enough to do well no matter how hard I tired, my parents recognized that I might be time for me to have some accommodation due to my learning disabilities. Reluctantly, I began taking Adderall for ADHD. I quickly realized it was a big help.

As a highly motivated student, accustomed to also being a top performer, my self-worth had become entwined with my academic performance. I only became comfortable admitting my diagnoses in high school when I realized that some classmates with ADHD needed accommodation in addition to their medication. I turned my learning disabilities into a badge of honor: I was smart enough to do well even without the recommended accommodations for people with ADHD. Though I didn't see it as such at the time, this was a counter-productive mentality. But it was reinforced by the skepticism I routinely encountered from people who could not understand how person with ADHD and dyslexia could also be gifted and a high achiever. I never felt comfortable asking for accommodations. To me, accommodations, and the stigma they carry, was an admission that there was something wrong with me; that I was inadequate compared to my classmates.

I have always believed in my ability to master anything and that if I just work hard enough I can improve academically without accommodation. But based on my performance on the exams in medical school, I know that it is not a lack of preparation, knowledge, or understanding, but a lack of time that is responsible for my poor performance (compared to the rest of my academic career).

The basis for my belief is the correlation between my performance on a medical school exam and the type of questions on the exam. On exams where the majority of questions were "NB<E" style (usually a paragraph long) my average score was around a 67 – which is failing. However, for exams that were mostly short questions (a sentence or two) my average score was an 85, which is the class average exam result. When I noticed this disparity in my performance, I realized that extra-time may be an accommodation that would help my academic performance and, more importantly, one that would more accurately reflect my knowledge and ability.

My testing style has always been to leave myself enough time at the end of an exam to return to the questions that may have caused me to "zone out" or become distracted. Unfortunately, with the time constrictions and question style on our exams, I wound up rushing through the whole exam and then guessing on the questions that I skipped on my first pass, simply because I have run out of time.

It took me the first semester of medical school to realize that my uncharacteristically poor performance on examination sis not due to lack of preparation or lack of knowledge of the material or poor test taking skills. I believe that I am now in a high performance educational environment in which I can no longer compensate for my ADHD on my own. Since my study habits and preparation are the same for all my exams, the disparity in my grades seems directly related to time and the type of questions on the exam. While part of me still fears that asking for accommodations may be held against me and diminish my accomplishments, I refuse to let ADHD or dyslexia stand between me and my becoming a doctor.

In January 2017, Tulane granted test taking accommodations to me. The results were positive. Based on the accommodation results and Dr. Brockman's findings, I formally requested test taking accommodation for STEP 1 from the NBME.

In January 2018, the NBME denied my request for accommodations. The results of my STEP 1 test were that I barely passed. In fact, the results jeopardized the likelihood of my obtaining an internship and residency program. Ironically, my STEP 1 results are the strongest proof of the factual validity of my original accommodations request and are the best evidence as to why the NBME should grant my present request for accommodations.

This is supported by my grades and clinical reviews during the ensuing eighteen months in medical school that have passed since I requested accommodations for STEP 1. I have attached my clinical evaluations and make them a part of my personal statement hereto.

I have been evaluated thirty-three times during the past year by faculty members and residents, based on a standard series of either seventeen or twenty-five questions, on which the possible score ranged from "excellent" to "meets expectations" to "does not meet expectations." I was evaluated by twenty-two Tulane Medical School Faculty members and ten Tulane Residents at three different hospitals.

In summary, based on these series of questions, of the twenty-three physician faculty members evaluators, twenty gave me scores of "excellent," nine gave me scores of "meets expectation," and no evaluators scored me at "does not meet expectation"; which means of the total raw questions, I received a score of "excellent" on 59% and a score of "meets expectations" on 40% of the questions. 0% were scored as "does not meet expectations."

Of the ten residents who evaluated my clinical performance, five gave me scores of "excellent," seven scored me at "meets expectations," and no evaluators scored me at "does not meet expectations." The percentage breakdown here was I received an "excellent" score on 53% of the questions and a "meets expectations" on 46%; 0% were scored as "does not" meet expectations."

These evaluations were done following two to six week rotations in which the evaluator observed and questioned me on a regular basis. These scores reflect my abilities as would be indicated by my performance on the MCAT and the ACT, which are the opposite of my score on STEP 1.

Throughout all my clerkships I have consistently performed well on the wards. More significantly, I have performed well on the end of Clerkship NBME Shelf exams, which I have taken with accommodations of 150% of time. During my third year of medical school my shelf exam scores ranged from 40th percentile to the 76th percentile. This is in stark contrast to the approximately 10th percentile I scored on STEP 1, for which I received no accommodations.

When the NBME denied my request for accommodations for the STEP 1, it could still be argued that my request was based on speculation; but a lot has changed since then. When evaluated one-on-one by medical school faculty and residents, my record is strong. The

significance of this is that it highlights both my learning style and my disability. When interacting one-on-one with my professors (or patients), I do not have to work through the barrier of mentally processing the written word in order to determine the nature of the issue at hand and how to respond to it. In contrast, the format of a STEP test question interposes the barrier (for me) of the written word, which requires extra attention and focus on my part to work my way through analyzing the issue and determining my response.

My performance on STEP 1 left me convinced that I don't have what it takes to be a doctor. However, my experience in clinical rotations and evaluations from faculty and residents lead me to see I am capable and that I can be a doctor. My shelf test results (for which I did receive accommodations) were good. I find myself in the unfortunate predicament of now having done well in my course work, clinical rotations, evaluations, and shelf exams, yet I do not perform up to that level on the STEP test question format.

So, I have asked myself again, "can I be a good doctor?" Looking at my first STEP score, one could conclude probably not. But I think that would be an inaccurate conclusion. It is also the opposite conclusion of twenty-three medical faculty members and ten practicing residents. The only difference between these two contrasting conclusions is that one is based on a standardized testing format for which my diagnoses handicaps my performance and the other is based on an evaluation format wherein my diagnoses do not come into play.

My request for accommodations is based on my diagnoses, Dr. Brockman's evaluation and addendum to her original evaluation, my STEP 1 score, my clinical evaluation scores, and my shelf exam results for which I did receive accommodations. For these reasons and the documentation I have submitted and attach hereto, I respectfully request accommodations for the STEP 2 test.

Meaghan Doherty
May 17, 2019

United States Medical Licensing Examination® (USMLE®)

## Certification of Prior Test Accommodations

Please type or print. To be completed and signed by medical school official responsible for student disability services.

Applicant Name: _Meaghan Doherty_ USMLE ID#: 5-397-670-0

I certify that _Tulane University_ has officially approved and continuously
Name of School

provided the following accommodations for the above applicant beginning on _01/2017_
Date (Month/Year)

1. Accommodation(s) provided for <u>classroom and clinical coursework:</u> _N/A_

   Reason for accommodation(s): _____

2. Accommodation(s) provided for <u>written exams:</u> _extended time (x1.5)_

   Reason for accommodation(s): _Specific Learning Disorder, Impairment in Reading_

3. Accommodation(s) provided for <u>clinical skills exams:</u> _N/A_

   Reason for accommodation(s): _____

Name of School Official: _Shawna Foose_ Title: _Assistant Director_
Print Name of Official                      Title of Official

Signature of Official: _Shawna Foose_ Date: _1/2/18_

Telephone Number: _(504) 862-8433_

---

**Mail, fax, or e-mail completed form to:**

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
FAX: (215) 590-9422
E-mail: disabilityservices@nbme.org
Call or e-mail to verify receipt of Fax and mail submissions

---

CPTA 2011

MEAGHAN DOHERTY
January 3, 2018

## PERSONAL STATEMENT REGARDING DISABILITIES
## AND THE ACCOCOMDATIONS REQESTED TO ADDRESS THEM

I have been diagnosed with these disabilities:

a) Specific Learning Disorder with impairment in Reading: rate (DSM-V 315.00 ICD-10 F81.0)
b) Attention Deficit/Hyperactivity Disorder-Combined Type (DSM-V 314.01 ICD-10 F*)
c) Generalized Anxiety Disorder (DSM-V 300.02 ICD-10 F41.1)

I am requesting the following accommodations to address these disabilities:

1. Extended (150%) time for testing.
2. Testing room conditions that are free from distractions.
3. Additional breaks during testing.

These diagnoses and accommodation requests are the result of the findings of M. Patricia Brockman, Ph.D., Louisiana Psychologist License No. 574, based on her recent psychological and educational evaluations.

Dr. Brockman's findings did not surprise me. As a child, the discrepancy between my high intellectual ability and my low reading and spelling ability was a source of serious consternation for my parents. I assumed they were overdramatic or hyper-critical because my grades were always excellent and I didn't think that my way of learning or writing was different from that of my friends. I attributed any inadequacy that bothered me to my unique beginning and school. Specifically, I was tested and certified as gifted at the age of four. I spent kindergarten through second grade in a French Immersion program for half the day and gifted classes the other half. However, by the end of second grade, my parents felt my English reading skills were not progressing adequately compared to my other abilities, so in third grade they enrolled me in a new school with the hope that I would benefit from the smaller class size. I was no longer in French Immersion or gifted. When the discrepancies in my performance on standardized tests, particularly in spelling, did not improve, my parents decided to have me evaluated.

I vigorously resisted the evaluations. I was afraid I would be put in a separate program and treated differently than my classmates. I could not understand why they felt something was wrong with me even though I always made honor roll and my teachers told me I was a great student. The evaluation showed I had some learning disabilities — dyslexia, ADHD, and low phonemic/grapheme awareness. My parents were satisfied that this accounted for the discrepancy in my performance, but oddly, minimized the impact they had on my performance. I refused all the accommodations the school offered me. I didn't think they would help. To me, the only

positive result of my diagnosis was that my parents now had their answer and would leave me alone.

And this was how I continued for the next three years until I entered eighth grade at Dominican High School and immediately tested into ninth grade honors classes. This leap in academic expectations was the first time I struggled in school and I was unable to keep up on my own. Though I feared I just wasn't smart enough to do well no matter how hard I tried, my parents recognized that it might be time for me to have some accommodations due to my learning disabilities. Reluctantly, I began taking Adderall for ADHD. I quickly realized it was a big help.

As a highly motivated student, accustomed to also being a top performer, my self-worth has become entwined with my academic performance. I only became comfortable admitting my diagnosis in high school when I realized that some classmates with ADHD needed accommodations in addition to their medication. I turned my learning disabilities into a badge of honor: I was smart enough to do well even without the recommended accommodations for people with ADHD. Though I didn't see it as such at the time, this was a counter-productive mentality. But it was reinforced by the skepticism I routinely encountered from people who could not understand how a person with ADHD and dyslexia could also be gifted and a high achiever. I never felt comfortable asking for accommodations. To me, accommodations, and the stigma they carry, was an admission that there was something wrong with me; that I was inadequate compared to my classmates.

I have always believed in my ability to master anything and that if I just work hard enough I can improve academically without accommodations. But based on my performance on the exams in medical school, I know that it is not a lack of preparation, knowledge, or understanding, but a lack of time that is responsible for my poor performance (compared to the rest of my academic career).

The basis for my belief is the correlation between my performance on a medical school exam and the type of questions on the exam. On exams where the majority of questions were "NBME" style (usually a paragraph long) my average score was around a 67 — which is failing. However, for exams that were mostly short questions (a sentence or two), my average score was an 85 – which is the class average exam result. When I noticed this disparity in my performance, I realized that extra-time may be an accommodation that would help my academic performance and, more importantly, one that would more accurately reflect my knowledge and ability.

My testing style has always been to leave myself enough time at the end of an exam to return to the questions that may have caused me to "zone out" or become distracted. Unfortunately, with the time constrictions and question style on our exams, I end up rushing through the whole exam and then guessing on the questions that I skipped on my first pass, simply because I have run out of time.

It took me the first semester of medical school to realize that my uncharacteristically poor performance on examinations is not due to lack of preparation or lack of knowledge of the material or poor test taking skills. I believe that I am now in a high performance educational

0013

environment in which I can no longer compensate for my ADHD on my own. Since my study habits and preparation are the same for all my exams, the disparity in my grades seems directly related to time and the type of questions on the exam. While part of me still fears that asking for accommodations may be held against me and diminish my accomplishments, I refuse to let ADHD or dyslexia stand between me and my becoming a doctor.

Last January, Tulane granted test taking accommodations to me. The results were positive. Based on the accommodations results and Dr. Brockman's findings, I am now formally requesting test taking accommodations from the NBME as outlined below:

*Disability*:     Specific Learning Disorder with impairment in Reading: rate
                 (DSM-V 315.00 ICD-10 F81.0)

          Accommodation Requested:  Extended (150%) time for testing.

          Rationale:

          Dr. Brockman found that, though my overall intelligence fell in the "superior range," there is "significant variability" in my cognitive profile.

          Specifically, weakest score was in the Processing Speed Scale, stating "timed measures consistently underestimated Meaghan's skills, even in areas where she was successful." (Brockman Report, p.17). Significantly, she concluded "the most remarkable observation was Meaghan's slow reading and decoding speed." "On the timed Nelson-Denny subtest Meaghan's Reading Speed fell in the borderline or slow learner range."

          Dr. Brockman found this creates a Functional Impairment for which the "accommodation of extended time is needed to produce fair and unbiased measures of Meaghan's skills on academic and daily tasks where reading is required."

          For this reason, I am requesting extended time (150%) for testing.


*Disability*:     Attention Deficit/Hyperactivity Disorder-Combined Type
                 (DSM-V 314.01 ICD-10 F*)

          Accommodation Requested:  Testing room conditions that are free from distractions.

          Rationale:

          Dr. Brockman found "behavioral ratings by Meaghan and other informants (her father and fiancé) on several measures indicated clinically significant symptoms of Attention Deficit/Hyperactivity Disorder." Testing room conditions that are free from distractions will help me to focus better during examinations and high stakes testing.

0014

*Disability:*   Generalized Anxiety Disorder (DSM-V 300.02 ICD-10 F41.1)

Accommodation Requested:   Additional breaks during testing.

Rationale:

Dr. Brockman found that additional breaks during exams, standardized tests, and high stakes testing, all of which take place over sustained periods of time, will ensure fair and unbiased measures of my skills.

MEAGHAN DOHERTY                     Date: 1/01/18

Page 4 of 4

0015

**M. Patricia Brockman, Ph.D.**
Licensed Psychologist

*Child, Adolescent, School and Family Services*

<u>CONFIDENTIAL</u>

The contents of this evaluation may not be released
to anyone without written permission

<u>PSYCHOLOGICAL EVALUATION</u>

**NAME:** <u>Meaghan Doherty</u>

**D.O.B.:** <u>August 17, 1993</u>                **AGE:** <u>23 years</u>

**HOME ADDRESS:** <u>5603 Hawthorne Place, New Orleans, LA 70124</u>

**PHONE:** <u>(CELL) 504-650-6415  (Dad) 504-236-3850</u>

**EDUCATION:** <u>Tulane University School of Medicine</u>

**DATES OF EVALUATION:** <u>March 29 – 31, 2017</u>

**REFERRAL:**  Meaghan was referred for an updated comprehensive psychological evaluation to request accommodations for medical school. Meaghan had been diagnosed with AD/HD as a young student and she received accommodations throughout her elementary and high school years. A current evaluation was requested so that she can continue to receive accommodation in medical school and during high stakes exams.

**ASSESSMENT STRATEGIES:** The current evaluation findings and impressions are based on the following assessment strategies: Review of records, Comprehensive diagnostic interview with Ms. Doherty and her father, Judge Mark Doherty, the Achenbach Adult Self-Report for Ages 18-59 years; the Wechsler Adult Intelligence Scale-Fourth Edition, the Wide Range Assessment of Memory and Learning–Second Edition (WRAML2); the Wechsler Individual Achievement Test-Third Edition (WIAT-III); the Nelson Denny Reading Test administered under standardized and extended time conditions; the Conners' Continuous Performance Test II (CPT II V.5); Brown ADD Scales (Adult Form) completed by Meaghan, her fiancé' and her father; the Behavior Rating Inventory of Executive Functioning – Adult Version (BRIEF-A) Self-Report completed by Meaghan and Informant Questionnaire completed by her fiancé; and observations during the assessment interviews and testing.

**COMPREHENSIVE INTERVIEW AND RELEVANT BACKGROUND:**

Prior to the evaluation process, Meaghan and her father were interviewed about her early development, educational history, family history, and relevant medical information. Meaghan is a 23-year-old young woman who is currently enrolled in Tulane University

644 N. Carrollton Ave, New Orleans, LA 70119    Phone (504) 269-6006 Fax (504) 894-1008
5001 Highway 190, Ste B-3, Covington, LA 70433 Phone (985) 809-6577 Fax (985) 809-6576

School of Medicine. She provided a number of documents related to her early school history and diagnosis of Attention Deficit/Hyperactivity Disorder. One of these reports indicated that Meaghan's pre-natal and birth history included complications. She was born post-term at 9½ months with aspirated meconium and placed in the NICU for one week. Despite these complications, Meaghan achieved her developmental milestones within normal limits. No significant behavioral or medical problems were reported as a young child and, in fact, Meaghan was a very bright little girl.

Meaghan was initially evaluated at Mercy Family Center in July, 1998, to determine her eligibility for the gifted program in Orleans Parish. She qualified for gifted services and attended the French immersion program at Hynes Elementary School from Kindergarten through third grade. Although she was a highly motivated and bright student with exceptional communication skills, Meaghan started to experience some difficulties with her early reading skills. She commented during the interview that the French immersion program where she was taught both French and English may have placed less emphasis on the phonemic skills necessary for fluent reading of English. As more reading was required in middle school, Meaghan continued to struggle with slow and inconsistent reading.

A psychoeducational evaluation was conducted by Denise Nagim, M.C.D., at Jefferson Speech and Language in 2003. Significant variability was noted in Meaghan's academic skills with relative weakness noted in her reading skills, including sound blending, word attack, and phonological awareness. These dyslexic deficiencies also impacted Meaghan's written language, especially her spelling and story composition, where her score fell in the borderline or slow learner range. This weakness was even more remarkable given Meaghan's very superior intelligence. Some dysgraphia was also reported and Meaghan tended to omit words when writing sentences and she had difficulty copying and maintaining appropriate spacing between letters and words. Meaghan participated in the recommended multisensory reading program to build phonological awareness, phonology, as well as reading and writing fluency. It was also suggested that Meaghan become proficient in computer keyboarding to address her dysgraphia.

Meaghan transferred to St. Francis Xavier Catholic School where she received accommodations to address her dyslexia and dysgraphia. Occasionally, Meaghan did poorly on tests due to her reading issues, even though she had mastered the information at exceptional level. Her scores on standardized tests also were not consistent with her cognitive potential and academic achievement as Meaghan progressed through elementary school.

Meaghan was reassessed as a sixth grader at Mercy Family Center. Her overall intelligence again fell in the very superior range but her working memory was average and specific difficulties were noted with her auditory processing. The educational re-evaluation indicated a significant improvement in Meaghan's phonemic awareness as a result of the tutoring. However, the psychoeducational testing indicated mild dyslexia

characterized by difficulties with accurate/fluent word recognition, poor spelling, and decoding. Meaghan's attention was also a concern and she also suffered with headaches.

Accommodations recommended to address Meaghan's dyslexia included extended time on tests, previewing instructional content, and not being penalized for misspelled words in content subjects. To address Meaghan's issues with written expression and dysgraphia, it was recommended that she receive copies of lecture notes so that she can check her notes for accuracy. Interventions included the LindaMoodBell and software programs designed to improve Meaghan's writing skills as well as the use of a laptop computer when completing written assignments and tests. In eighth grade, Meaghan transitioned to Dominican High School where she started to experience more attentional issues. She then attended Ben Franklin High School.

Many of Meaghan's issues in high school were the result of her testing into ninth grade honors classes when she was in eighth grade. Because of her dysgraphia and dyslexia, this significant increase in academic expectations resulted in her struggling to address them independently. To better meet these demands, Meaghan began taking medication. She was evaluated by Dr. James Barbee, M.D. and diagnosed with Attention Deficit/Hyperactivity Disorder. Medication, including Adderall was prescribed when she began high school. Meaghan is currently taking Adderall XR 30mg twice a day prescribed by Dr. Barbee. A short acting stimulant (dextroamphetamine 10 mg) was also prescribed for late afternoon to aid studying in the evenings. An Anxiety Disorder was diagnosed in 2014 and fluoxetine was prescribed to address Meaghan's mild anxiety.

After graduating from high school, Meaghan attended the University of Wisconsin, where she majored in biology and minored in environmental studies and global health. Meaghan stated that she managed her attentional issues by carefully selecting her classes and reducing her course load to keep things manageable. Meaghan also earned 21 credits by taking Advanced Placement classes in high school. She stated that, although she did exceptionally well in school, she reported the most difficulty in classes where the exams included writing essays in a blue book in a very traditional fashion. Meaghan struggled to complete these exams satisfactorily and she tended to earn lower grades in these classes.

Meaghan has always been highly motivated and accustomed to being one of the best students in her class. During the interview, she reported that her self-esteem has been closely entwined with her academic success. As she matured, Meaghan became more comfortable with the diagnosis of Attention Deficit/Hyperactivity Disorder and dyslexia. She has addressed the challenges she experienced in proactive ways rather than trying to deny them.

Meaghan's challenges with test performance have been exacerbated since she began medical school. Because of the increased complexity and amount of information she's expected to learn and recite on tests, her grades have not reflected her learning. She is requesting accommodations that will result in more fair and unbiased measures of her learning and therefore she requested this evaluation to substantiate her learning needs.

Meaghan Doherty                                                    March 29 – 31, 2017
Psychological/Educational Evaluation                                        Page 4

## BEHAVIORAL OBSERVATIONS:

Meaghan was an attractive, young woman with her dark blonde hair pulled back in a ponytail. She was dressed neatly and casually for the testing sessions. Throughout the evaluation, Meaghan was concerned about her performance and she often made comments about her strengths and weaknesses. Meaghan demonstrated a very strong work ethic and she often worked beyond the specified time limits in order to do tasks to the best of her ability. Meaghan generally responded in a careful and confident way but, when she needed to carefully analyze more complex material, she took her time to do her best.    Meaghan demonstrated exceptional verbal and nonverbal problem solving, although occasionally she benefitted from prompts from the examiner to elaborate on her answers.

Timed measures tended to underestimate Meaghan's skills. The most dramatic example of this was when she was asked to solve basic oral Arithmetic word problems in her head. When extended time was provided, Meaghan's score improved on this and other timed measures of her skills as well. On tasks requiring motor skill, Meaghan sometimes commented about her shaking hands. She noted that this occurs very often, especially when she needs to write or complete other motor tasks.

Many of Meaghan's errors on measures of her visual problem solving were due to issues with spatial relationships and directionality. This is often seen in individuals with a history of dyslexia. Despite this, Meaghan was a very impressive young woman who performed very well on the tasks presented. During the academic testing, her scores were very strong but measures related to her symbol management skills in reading continue to reflect impact of these issues on her performance. On one task, Meaghan's reading skills were particularly slow as she tried to sound out individual words and nonsense words.

Despite the inconsistencies in her skills, Meaghan was a young woman with an exceptional work ethic and she was very responsive to the positive structure presented by the examiner. The results of this testing are therefore seen as a val... and reliable measure of her current functioning.

## EVALUATION FINDINGS

**Cognitive/Intellectual Functioning:**    The Wechsler Adult Intelligence Scale – Fourth Edition (WAIS – IV) was administered to Meaghan as an overall measure of her cognitive functioning. Ten individual subtests were presented that included a variety of skills and competencies considered important in understanding an individual's intellectual development.    This test has five main scores, including: Verbal Comprehension Index (VCI), Perceptual Reasoning Index (PRI), Working Memory Index (WMI), Processing Speed Index (PSI), and Full Scale IQ Score. The results are presented using the standardized test administration as well as when providing extended time on some measures.

Meaghan Doherty                                                        March 29 – 31, 2017
Psychological/Educational Evaluation                                              Page 5

Meaghan's Full Scale IQ Score, the measure of her overall cognitive functioning, fell in
the superior range at the 96th percentile, following the standard administration of the test.
When accommodations were provided (e.g., extended time on one measure), her overall
Full Scale IQ Score fell at the 97th percentile in the superior range.  Significant variability
was noted in Meaghan's cognitive profile due to her slow processing during timed tests.

Meaghan's Verbal Comprehension Index (VCI), the overall measure of her verbal
reasoning abilities, fell in the very superior range at the 99+[th] percentile.  This was a
significant relative strength when compared with her Index Scores on the other three
Scales.  Meaghan's scores on the Verbal Scale fell in the superior-to-very superior range.
On the Similarities subtest, a measure of Meaghan's categorization and reasoning skills,
she was asked to tell how two items or concepts were alike.  Her score on this measure
fell in the very superior range at the 99+[th] percentile.  On the Vocabulary subtest, a
measure of her word knowledge, Meaghan's score fell in the very superior range at the
99+[th] percentile based on her ability to provide oral definitions.  Her score on the
remaining subtest on this Scale, Information, fell in the superior range at the 95th
percentile.  This was a measure of her general factual knowledge.

Meaghan's Perceptual Reasoning Index (PRI), the overall measure of her nonverbal
problems solving, fell in the superior range at the 95th percentile.  The Block Design
subtest was a timed measure of Meaghan's abstract reasoning where she was asked to
construct complex patterns from pictures.  She was able to construct all of the designs
presented very quickly and efficiently, and her score on this measure fell in the very
superior range at the 98th percentile.  On the Visual Puzzles subtest, Meaghan was shown
a pattern and she was asked to select three components from the six pictured options that
could be combined to complete the desired pattern.  Her score on this timed measure of
her deconstruction skills fell in the very superior range at the 98th percentile.  Meaghan's
weakest score on this Scale (falling in the mid-average range at the 50th percentile) was
noted on the Matrix Reasoning subtest.  This was an untimed measure of her nonverbal
problem solving where she was asked to solve visual analogies.  An error analysis
indicated that many of Meaghan's mistakes were due to visual-spatial errors or errors of
directionality that are often seen in individuals who have a history of dyslexia.

On the Working Memory Scale, two measures were presented to assess Meaghan's
auditory short-term memory and attention.  Her Working Memory Index (WMI) fell on
the strong side of the average range at the 70th percentile, and it was a significant relative
weakness when compared with her Index Scores on the Verbal Comprehension and
Perceptual Reasoning Scales.  It was a significant relative strength when compared with
her Processing Speed Index.  Significant variability was also noted on this Scale.  On the
Digit Span subtest, Meaghan was asked to repeat, reverse, or sequence progressively
longer number series to assess her auditory short-term memory and attention.  Her overall
score on this measure fell in the average range at the 37th percentile.  This was a
significant relative weakness when compared with her other scores on the intelligence
test.  Meaghan struggled when asked to repeat or reverse the number series but she did
exceptionally well sequencing them in numerical order.  On the oral Arithmetic subtest,
Meaghan was asked to solve word problems without the use of paper and pencil.  Her

score on this measure under the standardized time conditions fell in the superior range at the 91st percentile. When given extended time to solve the word problems, Meaghan's score improved and fell in the very superior range at the 98th percentile. This suggests that timed measures underestimate Meaghan's skills, even on tasks where she is successful.

Meaghan's Processing Speed Index (PSI) fell in the average range at the 34th percentile and it was a significant relative weakness when compared with her Index Scores on the other three Scales. Meaghan's PSI was based on two timed paper-and-pencil tasks designed to measure her graphomotor copying, visual discrimination with abstract symbols, and speed of information processing. On the Coding subtest, Meaghan was asked to copy symbols from a coded key as quickly and accurately as possible. Her score on this measure fell in the mid-average range at the 50th percentile. Meaghan made no errors on this task so her score reflects her processing speed. On the Symbol Search subtest, Meaghan was asked to mark a visual match for one of the two initial designs presented at the beginning of each row. If no match was available, she was asked to mark the box labeled no. Meaghan's score on this measure fell at the low end of the average range at the 25th percentile, which was her weakest performance during the cognitive testing. Although her accuracy was perfect, Meaghan worked slowly in order to do her best on this visually complex task. Issues with symbol management were seen to be related her dyslexia and written language.

In summary, Meaghan's overall intelligence fell in the superior range with significant variability noted in her cognitive profile. Measures of her Verbal Comprehension fell in the very superior range, while her overall nonverbal problem solving fell in the superior range. One average score in this area was noted based on Meaghan's ability to solve her visual analogies due to her challenges with visual-spatial, positioning, and directionality negatively impacted her performance. On measures of her working memory, Meaghan struggled when asked to repeat or reverse progressively longer number series. However, she did well solving Arithmetic word problems without the use of paper and pencil, especially when she was given extended time. Meaghan's score improved significantly and fell in the very superior range using this accommodation. Meaghan's overall weakest score was noted in the Processing Speed Scale, on a visually complex task where she was asked to discriminating symbols. Although her accuracy was perfect on this task, Meaghan slowed her work speed in order do her best. Timed measures significantly underestimate Meaghan's skills even in areas where she was successful.

On the Bender Gestalt Visual-Memory test, Meaghan was asked to copy a series of abstract designs and organize them on a piece of paper. This was an untimed measure of her paper and pencil skills designed to complement the Timed Processing Speed subtest during the individual intelligence test. Meaghan's overall written product fell within normal limits, although attempted the designs several times in order to so her best.

**Memory, Processing and Attention:**   To further assess the role of memory, processing and attention in Meaghan's learning, subtests from the Wide Range Assessment of Memory and Learning–Second Edition (WRAML2) were presented.

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 7

On the Verbal Learning subtest, Meaghan was asked to learn a list of unrelated words over four repeated trials. She was able to add additional words to her report each time the word list was repeated. However, some intrusion errors (i.e., reporting words not on the list) were noted on the second learning trial, indicating some inaccuracies in her processing. Meaghan was able to self-correct these mistakes on the third and final trials. Meaghan's Verbal Learning Recall Score, based on the number words she reported correctly throughout this learning process, fell in the high average range at the 84th percentile. Later in the testing session when Meaghan was again asked to remember words from the list, she was able to report almost all of the words she stated earlier. Her Verbal Learning Delayed Recall Score therefore fell in the high average range at the 84th percentile. On the Verbal Learning Recognition subtest, a list of 40 words was read to Meaghan, and she was asked to tell whether each word was on/off the list she learned. Her score on this measure was perfect and fell in the high average range at the 84th percentile. Meaghan also felt the use of the structured format made it a little easier for her to recall the words when compared with the free recall measure.

On the Story Memory subtest, two short stories were read aloud and Meaghan was asked to recall as many story details as possible. The context for the stories provided an overall organization for the information but more details were presented on this task. Meaghan sometimes used the sequence of events to organize her report. Her Story Memory Recall Score, based on the number of details reported immediately after the stories were read, fell on the strong side of the average range at the 63rd percentile. Later in the testing session when Meaghan's delayed recall for story details was assessed, she was able to report all of the facts she stated earlier. Her Verbal Learning Delayed Recall Score therefore fell in the high average range at the 75th percentile. This suggests that additional processing or think time aided Meaghan's ability to recall the facts. When a multiple-choice questionnaire was used to assess the accuracy of Meaghan's story memory recall, her Story Recognition Score fell in the high average range at the 75th percentile.

In summary, Meaghan was more successful learning material and retaining information when it was simple and repeated several times. Although she learned information satisfactorily when it was presented within a meaningful context, Meaghan's delayed recall improved when she was given additional processing time to aid her memory. The use of structured formats under both conditions allowed Meaghan to produce accurate and reliable measures of her learning.

**Attention:**    The Conners' Continuous Performance Test-II (CPT II V.5) was administered to Meaghan to assess her attention regulation, impulsivity, and vigilance on a computer task. Half of the 12 overall response measures fell in the mildly-to-markedly atypical range. The other measures fell within the average range or indicated a good performance. Five of the eight measures of Inattention indicated concerns, while two of the three Impulsivity measures also indicated problems. Both Vigilance measures were within normal limits. On the simple, rote computer measure, Meaghan's overall performance was a better match for the clinical (AD/HD) than the nonclinical profile

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 8

with a confidence interval of 62.57. This indicated that there are 63 chances out of 100 that a significant attention problem exists. It should be noted that Meaghan was on her medication when taking this measure. This testing should be reviewed by her physician to determine whether Meaghan's medical management should be adjusted.

The Brown ADD Scales (Adult Form) were completed by Meaghan, her fiancée, and her father, to assess the impact of AD/HD on her learning and performance in academic and everyday situations. The Brown ADD Scales provided a measure of the cognitive and executive functions as well as other symptoms associated with Attention Deficit/Hyperactivity Disorder. Cluster One focuses on the problems of organizing, prioritizing and initiating work and academic activities. Cluster Two is comprised of problems sustaining attention for tasks that are not self-selected. Cluster Three includes difficulties maintaining adequate alertness and sufficient sustained effort and problems with executive slowness when processing information. Cluster Four assesses the problems with emotional regulation (such as, low frustration tolerance and/or excessive sensitivity) and related aspects of social interaction that are often problematic for persons AD/HD impairment. Cluster Five is comprised of items related to short-term memory, such as, forgetfulness during daily routines or retrieval of learned information.

Meaghan's father, Judge Mark Doherty, completed this form and reported clinically significant concerns on three of the five Cluster Scales. He reported the most concerns related to Meaghan's working memory as well as clinically significant issues related to his daughter's ability to initiate and organize tasks (Cluster #1 – Activation) and sustain her attention long enough to complete them (Cluster #2 – Attention). Judge Doherty reported minimal concerns about Meaghan's effort but he noted some problematic issues related to her emotional regulation (Cluster #4 – Affect). Judge Doherty's ratings of Meaghan's behavior on the individual Cluster Scales and Total Score as well as the resulting ranges are presented in the table below:

| Brown ADD Cluster | T-Score | Range |
|---|---|---|
| 1. Activation | 60 | Clinically Significant |
| 2. Attention | 62 | Clinically Significant |
| 3. Effort | 50 | ADD Probable but not Certain |
| 4. Affect | 55 | ADD Probable but not Certain |
| 5. Memory | 79 | Clinically Significant |
| ADD Total Score | 62 | Clinically Significant |

Meaghan's fiancée also completed these ratings. He reported clinically significant concerns on the Cluster Scales related to Meaghan's attention regulation (Cluster #2) and working memory (Cluster #5). Concerns were noted on the other Scales but not to a significant degree. Meaghan's fiancée's ratings on the individual Cluster Scales, as well as the Total Score and the resulting ranges are presented in the table below:

| Brown ADD Cluster | T-Score | Range |
|---|---|---|
| 1. Activation | 53 | ADD Probable but not Certain |
| 2. Attention | 66 | Clinically Significant |
| 3. Effort | 53 | ADD Probable but not Certain |
| 4. Affect | 52 | ADD Probable but not Certain |
| 5. Memory | 62 | Clinically Significant |
| **ADD Total Score** | **59** | **Problematic** |

Meaghan also completing these ratings with the examiner during the psychological testing. She reported clinically significant concerns in all areas with the most difficulty related to her ability to initiate and organize tasks (Cluster #1 – Activation). Meaghan also reported major concerns related to her ability to sustain effort on complex academic tasks (Cluster #2) and her working memory (Cluster #5). Meaghan's self-ratings on the individual Cluster Scales, as well as the Total Score and resulting ranges are presented in the table below:

| Brown ADD Cluster | T-Score | Range |
|---|---|---|
| 1. Activation | 89 | Clinically Significant |
| 2. Attention | 71 | Clinically Significant |
| 3. Effort | 81 | Clinically Significant |
| 4. Affect | 67 | Clinically Significant |
| 5. Memory | 82 | Clinically Significant |
| **ADD Total Score** | **84** | **Clinically Significant** |

**Executive Functioning:** Meaghan and her fiancé were also asked to complete the Behavior Rating of Executive Function–Adult version (BRIEF-A) to provide a standardized measure of her executive functions or self-regulation in her everyday life. Meaghan completed the Self-Report form while her fiancée completed the Informant measures.

This assessment tool is designed to be completed by adults 18 to 90 years of age with a wide variety of developmental, systemic, neurological, and attention problems, including learning disabilities and AD/HD. Seventy-five items were completed that are designed to measure behavioral regulation and metacognitive skills. These skills include inhibiting, self-monitoring, planning and organizing activities, shifting attention, initiating tasks, self-monitoring, emotional controls, working memory and organization of materials.

The Inhibit Scale measures the ability to inhibit, resist, or not act on impulse and the ability to stop one's one behavior at the appropriate time. The Shift Scale assesses whether an individual can move freely from one situation, activity, or aspect of a problem to another as the circumstances demand. Key aspects of Shifting include the ability to make transitions, problem solve flexibly, switch or alternate attention and change focus from one mindset or topic to another.

The Emotional Control Scale measures an adult's ability to modulate emotional responses and can be expressed as lability or explosiveness, such as, overreacting to seemingly minor events.

The Self-Monitor Scale measures the extent to which the adult keeps track of his/her own behavior and the effect of his/her behavior on others. Problems in this area are usually associated with failing to appreciate or have an awareness of one's own social behavior and the effect this might have on others.

The Initiate Scale relates to the ability to begin a task or activity and includes skills, such as, generating ideas, responses, or problem solving strategies. Although an individual may want to succeed on a task, they may have trouble getting started and need extensive prompts or cues to begin a task or activity.

Items on the Working Memory Scale assess the individual's ability to actively hold information in mind for the purpose of completing a task or generating a response. Everyday cognitive tasks include carrying out multi-step directions, implementing a sequence of actions, or following complex directions.

The Plan/Organize Scale measures the adult's ability to manage current and future oriented tasks within the situational context. Planning refers to the ability to anticipate future events, implement instructions or goals, and develop appropriate steps ahead of time to carry out a task or activity. This generally involves setting a goal and then selecting the most effective way of achieving it. This includes an individual's ability to start tasks on a timely basis as well as obtain, in advance, the correct tools or materials necessary to complete the activity. The Organize component assess the ability to bring order to the information, actions, or materials to achieve an objective. Individuals who struggle in this area often approach tasks in a haphazard fashion or become easily overwhelmed by large amounts of information or actions.

The Task Monitor Scale measures the extent to which the adult keeps track of his/her own success or failure, such as, the ability to catch mistakes. The Organization of Materials Scale measures the orderliness of the individual's everyday environment.

Meaghan's and her fiancé's ratings varied and the ranges of the assessment are presented below.

| BRIEF-A Cluster | T-Score Self Report/Informant | Range |
|---|---|---|
| Behavior Regulation Index | 60/54 | Typical/Typical |
| Inhibit | 46/60 | Typical/Clinically Significant* |
| Shift | 51/46 | Typical/Typical |
| Emotional Control | 58/54 | Typical/Typical |
| Self-Monitor | 54/54 | Typical/Typical |

(* with margin of error)

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 11

| Metacognitive Index | 76/56 | Clinically Significant/Typical |
|---|---|---|
| Initiate | 76/48 | Clinically Significant/Typical |
| Working Memory | 76/58 | Clinically Significant/Typical |
| Plan/Organize | 70/49 | Clinically Significant/Typical |
| Task Monitor | 72/57 | Clinically Significant/Typical |
| Organization of Materials | 69/65 | Clinically Significant on Both |

**Global Executive Composite 71/55**           **Clinically Significant/Typical**

In general, Meaghan reported Clinically Significant issues on the Scale assessing her ability to initiate and organize tasks and her environment. She also reported clinically significant concerns related to working memory and self-monitoring. Her fiancés ratings indicated some concerns in these areas but not to the same degree. Clinically significant problems with organization of materials and their living environment rating were reported by Meaghan and her fiancé.

**Educational Achievement:** Because of concerns related to Meaghan's AD/HD, anxiety, and dyslexia and their impact on her learning and her ability to complete tests/exams, the Nelson Denny Reading Test and the Wechsler Individual Achievement Test – Third Edition (WIAT-III) were administered.

The Nelson Denny Reading Test provided a measure of Meaghan's Vocabulary, Reading Comprehension, Reading Rate as well as an Overall Reading Score. This test used a Scantron multiple-choice format similar to most group-administered tests. The tests were administered under standardized and extended time conditions to provide an accurate and fair measure of Meaghan's skills.

In the Vocabulary section, Meaghan was able to complete 72 of the 80 items within the standardized time. Her accuracy was 90.3% correct. Lola's Vocabulary Score under this condition fell in the average range at the 41st percentile, at the 15.9 grade level. This was not as strong as her very superior Vocabulary subtest score on the WAIS-IV. When given extended time, Meaghan was able to complete the remaining 8 items. Her accuracy remained high even on these more difficult words (90% correct). Meaghan's Vocabulary subtest score under the extended time conditions improved and fell at the 46th percentile, at the 16.3 grade level.

The most remarkable score on this measure was noted on Meaghan's Reading Rate based on the amount of text she read in one minute. Meaghan's Reading Rate fell in the borderline or slow learner range at the 6th percentile. This confirmed her Specific Learning Disorder with Impairment in Reading: reading *This indicated a functional impairment that would affect her ability to do reading tasks in day-to-day situations as well as complex learning situations. Despite her slow Reading Rate, Meaghan's Comprehension score fell in the mid-average range at the 54th percentile, at the 17.1 grade level. Her accuracy was 89% correct.

Meaghan's Total Reading score on the Nelson Denny, based on the standardized test conditions, fell in the mid-average range at the 46th percentile, at the 16.6 grade level. The three additional minutes on the Vocabulary subtest did not improve her Total Reading score.

To complement the testing on the Nelson Denny Reading Test, the Wechsler Individual Achievement Test–Third Edition (WIAT–III) was also administered to obtain a comprehensive measure of her academic skills.

In the Oral Language area, Meaghan's listening comprehension and oral expression were assessed. On the Listening Comprehension subtest, her receptive vocabulary and oral discourse comprehension were measured. On the Receptive Vocabulary component, Meaghan was asked to point to the picture from an array of four pictures that best portrayed the word presented. Her score on this measure fell in the superior range at the 91st percentile, consistent with her very superior vocabulary score on the intelligence test. On the Oral Discourse Comprehension component, Meaghan listened to a variety of passages and she was then questioned about what she heard. Her score on this measure of her auditory attention and comprehension fell in the high average range at the 82nd percentile. Based on the above two tasks, Meaghan's Listening Comprehension subtest score fell in the high average range at the 88th percentile.

In the Oral Expression area, three components were presented. Meaghan was first asked to name the concept presented in a picture accompanied by an oral definition of the word. Her score on this measure fell in the superior range at the 96th percentile. Meaghan's Oral Word Fluency was measured by having her name everyday items in a category within a one-minute period. Her score on this measure fell in the very superior range at the $99^{th}+$ percentile. Meaghan was then asked to repeat sentences of increasing length. Her Sentence Repetition Score fell in the superior range at the 91st percentile. Meaghan's Oral Expression subtest score, based on the above three components, fell in the very superior range at the $99+^{th}$ percentile, consistent with her Verbal Comprehension Index on the WAIS–IV.

Meaghan's Oral Language Composite, based on the above two subtests, fell in the superior range at the 99th percentile and it was generally consistent with her Verbal Comprehension Index on the WAIS–IV. It was a significant relative strength when compared with her academic Composites in all other areas (Basic Reading, Reading Comprehension and Fluency, Total Reading, Written Expression, Mathematics and Math Fluency).

In the Reading area, Meaghan's sight vocabulary, decoding skills, oral reading fluency, and comprehension were assessed on timed and untimed measures. On the Word Reading subtest, a measure of Meaghan's sight vocabulary, she was asked to read a list of increasingly difficult words. Her score on this measure, reflecting her accuracy, fell in the high average range at the 77th percentile. The most remarkable score on this task was Meaghan's Reading Rate, which was slower than 99% of students her age. On the Pseudoword Decoding subtest, she was asked to sound out increasingly difficult nonsense

words to assess her reading mechanics (phonics). The accuracy of Meaghan's decoding fell at the low end of the average range at the 27th percentile. This was her weakest score during the educational testing and reflected her early and ongoing reading problems. Her decoding speed on this task was slower than 75% of students her age.

Meaghan's Basic Reading Composite, based on these two subtests assessing the accuracy of her reading mechanics, fell in the mid-average range at the 50th percentile. This was a significant relative weakness when compared with her overall intelligence as well as her academic Composites in all other areas (Oral Language, Total Reading, Reading Comprehension and Fluency, Written Expression, Mathematics, and Math Fluency). The most remarkable observation was Meaghan's slow reading and decoding speeds which indicated a Specific Learning Disorder with Impairment in Reading: reading rate/fluency (DSM-V 315.00 ICD-10 F81.0). This is consistent with her very slow reading rate on the Nelson Denny. which fell in borderline or slow learner range.

On the Reading Comprehension subtest, Meaghan was asked to read passages aloud or silently under untimed conditions and then questioned about each one. Unlike the Nelson Denny Reading Test where multiple-choice options were presented under timed conditions, Meaghan responded at her own pace by answering comprehension questions posed by the examiner. Meaghan's Reading Comprehension subtest score under these conditions fell in the high average range at the 87th percentile. This was a significant relative strength when compared with the timed measures of her reading comprehension. On the Oral Reading Fluency subtest, Meaghan was asked to read passages aloud to assess her accuracy and speed. Her Oral Reading Accuracy fell at the low end of the average range at the 34th percentile. Meaghan's errors typically involved word endings or misreading a visually similar word. However, she corrected many of her mistakes. Her Oral Reading Rate on this task fell in the average range at the 61st percentile. Based on these two measures, Meaghan's Oral Reading Fluency subtest score fell in the average range at the 61st percentile. This was a significant relative weakness when compared with her overall intelligence.

Meaghan's Reading Comprehension and Fluency Composite, based on the above timed and untimed subtests, fell in the high average range at the 82nd percentile. Her reading comprehension obtained under untimed conditions was much stronger than that on the timed Nelson Denny Reading subtest. Meaghan's Reading Comprehension and Fluency Composite on the WIAT-III was a significant relative strength when compared with her academic Composites in Total Reading and Basic Reading. It was a significant relative weakness when compared with her academic Composites in Oral Language and Mathematics.

Meaghan's Total Reading Composite, based on the above timed and untimed measures of her reading mechanics, comprehension and fluency on timed and untimed measures, fell in the average range at the 66th percentile. This was a significant relative weakness when compared with her overall intelligence as well as her academic Composites in Oral Language, Basic Reading, Mathematics, and Math Fluency. It was also weaker than her Written Expression Composite but the difference was not statistically significant.

0028

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 14

Significant variability was noted in Meaghan's reading skills with a significant relative weakness noted in her reading/decoding speeds, which fell well below average. This is consistent with her slow reading rate obtained on the timed Nelson Denny subtest, which fell in the borderline or slow learner range. This confirmed Meaghan's Specific Learning Disorder in Reading: rate (DSM-V 315.00 ICD-10 F81.0). Because of her slow reading rate, Meaghan's reading comprehension was much stronger under untimed conditions and fell at the 87th percentile. On the Nelson Denny timed reading test, her comprehension score fell in the mid-average range.

In the Written Language area, several subtests were administered to assess Meaghan's skills. On the Sentence Composition subtest, she was asked to combine information from two or three sentences into a single sentence that meant the same thing (Sentence Combining). She was then asked to write sentences using the specific words (Sentence Building). Her Sentence Combining score fell in the average range at the 42nd percentile while her Sentence Building score fell on the strong side of the average range at the 63rd percentile. Meaghan tended to make more errors of writing mechanics when she had to integrate the information from several sentences. When writing sentences with words of her own choosing, she tended to keep them very simple and the words easy to spell. Meaghan's Sentence Composition subtest score, based on these two components, fell in the mid-average range at the 53rd percentile. On the Spelling subtest, Meaghan was asked to write individual words from dictation. Again, with fewer elements to manage, her Spelling fell in the high average range at the 82nd percentile

To assess her essay composition skills, Meaghan was asked to write about a topic and give three reasons to justify her selection. Meaghan was able to complete her essay within the 10-minute time limit. Her Word Count, a measure of her production and effort on this task, fell in the superior range at the 92nd percentile. Her Essay Composition Grammar and Mechanics score fell in the high average-to-superior range at the 90th percentile. In general, Meaghan sometimes did not fully develop her ideas. Her Theme Development and Text Organization Score fell on the strong side of the average range at the 66th percentile. Meaghan's Essay Composition subtest score, based predominantly on her Word Count and writing mechanics, fell at the high average range at the 84th percentile.

Meaghan's Written Expression Composite, based on her scores on the above subtests, fell in the high average range at the 79th percentile. This was a significant relative weakness when compared with her very superior Oral Language Composite and superior Mathematics Composite. It was a significant relative strength when compared with her Basic Reading Composite.

In the Mathematics area, Meaghan's written calculation and understanding/application of math concepts were assessed on two untimed measures. On the Math Problem Solving subtest, her spatial reasoning, ability to solve word problems, and application of mathematical concepts were assessed. Meaghan's score on this measure fell in the high average range at the 84th percentile. When given the accommodation of a calculator, her score improved and fell in the superior range at the 91st percentile. Her responses were

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 15

more accurate when solving more complex problems or those containing multiple steps. On the Numerical Operations worksheet, Meaghan was asked to complete a variety of problems to assess her written calculation skills. Her score on this measure fell in the very superior range at the 98th percentile. When allowed to use a calculator to perform some of the multi-step problems, her score improved and fell in the very superior range at the 99+th percentile.

Meaghan's Mathematics Composite, based on the above two subtests, fell in the superior range at the 95th percentile. When she was given the accommodation of a calculator, her score improved and fell in the very superior range at the 98th percentile. Under the standard conditions, Meaghan's Mathematics Composite was a significant relative strength when compared with her academic Composites in Total Reading, Basic Reading, Reading Comprehension and Fluency, and Math Fluency. It was a significant relative weakness when compared with her Oral Language Composite. When given the use of a calculator, however, Meaghan's Mathematics Composite was consistent with her Oral Language Composite.

Three separate worksheets with basic addition, subtraction, and multiplication problems were presented to Meaghan to complete within a 60-second period to assess her math fluency in each area. Her Math Fluency–Addition subtest score fell in the high average range at the 86th percentile. Meaghan was able to self-correct any errors and complete the problems just under the time limit. Her Math Fluency–Subtraction subtest score fell in the high average range at 87th percentile. Meaghan made one fact error but otherwise she worked very quickly and accurately. Meaghan's Math Fluency–Multiplication subtest score fell in the high average range at the 86th percentile. She completed almost all of the problems, correcting her errors when she noted them.

Meaghan's Math Fluency Composite, based on the above three timed subtests, fell in the high average range at the 88th percentile. This was a significant relative weakness when compared with her academic Composites in Oral Language and Mathematics. It was a significant relative strength when compared with her academic Composites in Total Reading and Basic Reading.

Meaghan's Total Achievement Composite, based on the above battery of academic tests, fell in the superior range at the 92nd percentile, which was generally consistent with her overall intelligence. When given the use of a calculator, Meaghan's Total Achievement Composite improved and fell in the 94th percentile. Significant variability was noted in her educational skills. Relative strengths were noted in her very superior Oral Language and superior Mathematics Composites. Even in areas where she was successful, Meaghan benefitted from the accommodation of a calculator on the untimed math tasks. Her Written Expression and Reading Comprehension and Fluency fell solidly in the high average range and was stronger than the timed measures of her Reading Comprehension on the Nelson Denny. Significant variability was noted in Meaghan's reading skills. The accuracy of her sight vocabulary fell in the high average range but her ability to decode words fell at the low end of the average range. The most remarkable observation regarding Meaghan's Reading was her slow reading and decoding rate. On the measure

of Meaghan's sight vocabulary, her reading speed was slower than 90% of students her age and her decoding speed was slower than 75% of students her age. On the timed Nelson Denny subtest, her Reading Speed fell in the borderline or slow learner range at the 6th percentile. This indicated a Specific Learning Disorder with Impairment in Reading: rate (DSM-V 315.00 ICD-10 F81.0). This indicates a Functional Impairment for which the accommodation of extended time is needed to produce fair and unbiased measures of Meaghan's skills on academic and daily tasks where reading is required. Meaghan's writing skills fell in the high average range, although she had more issues when asked to integrate information from several sentences than when asked to compose sentences on her own. Her spelling of individual words was strong

**Social-Emotional Functioning:** Both direct and indirect measures were used to assess Meaghan's social-emotional functioning.

As a part of the evaluation, Meaghan completed the Achenbach Adult Self-Report (ASR) to obtain further information related to her perceptions of her competencies and challenges. Meaghan reported that she is most concerned about getting through medical school. She reported that she generally did well in elementary and middle school with accommodations and interventions including tutoring to address her learning disability in Reading. When she made the transition to high school with the increasing demand of a challenging curriculum, she benefitted from medical management of her AD/HD symptoms. In college, Meaghan was also diagnosed with an Anxiety Disorder and additional medication was prescribed to help her manage these symptoms.

Meaghan's self-ratings on the Adult Self-Report indicated clinically significant problems on the Attention Deficit/Hyperactivity Scale. These were noted on both AD/HD Subscales measuring Inattentive and Hyperactive/Impulsive symptoms. Meaghan reported clinically significant concerns on the Anxiety Problems Scale as well. Some depressive symptoms, related to her fatigue and need for sleep, were also noted on the Depressive Problems Scale.

On the Revised Manifest Anxiety Scale, Meaghan responded to 49 questions designed to assess the level and nature of her anxiety. She reported the most concerns related to the physical symptoms she experiences, including those related to her sleeping issues (waking up scared sometimes, having a hard time getting to sleep at night, bad dreams, often feeling fatigue), as well as her sweaty hands, psychomotor restlessness, and having a hard time keeping her mind on her schoolwork. Meaghan also reported a significant number of concerns on the Worry Scale. These include the fact that she is often nervous, gets nervous around people, worries a lot of the time, worries about what others (including her parents) think about her or will say to her, worries about making a mistake in front of people, and worries about what is going to happen in general. Meaghan's responses indicated a Generalized Anxiety Disorder (DSM-V 300.02  ICD-10 F41.1) Moderate Severity with most of her difficulties related to the physical symptoms of anxiety.

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 17

## SUMMARY OF FINDINGS AND IMPRESSIONS:

In summary, Meaghan's overall intelligence fell in the superior range with significant variability noted in her cognitive profile. Measures of her Verbal Comprehension fell in the very superior range, while her overall nonverbal problem solving fell in the superior range. On measures of her working memory, Meaghan struggled when asked to repeat or reverse progressively longer number series. However, she did well solving Arithmetic word problems without the use of paper and pencil, especially when she was given extended time. Meaghan's score improved significantly and fell in the very superior range using this accommodation. Meaghan's overall weakest score was noted in the Processing Speed Scale, on a visually complex task where she was asked to discriminating symbols. Although her accuracy was perfect, Meaghan slowed her work speed in order do her best. Timed measures consistently underestimated Meaghan's skills, even in areas where she was successful.

On the concurrent measures of her working memory, Meaghan was more successful learning and retaining new verbal content when it was simple and repeated several times. She learned information satisfactorily when it was presented within a meaningful context, and Meaghan's delayed recall was stronger than her initial learning when she was given additional processing time to aid her memory. The use of structured formats under both conditions allowed Meaghan to produce accurate and reliable measures of her learning.

Meaghan's overall achievement fell in the superior range and it was generally consistent with her overall intelligence. When given the use of a calculator, her overall achievement was even stronger. Significant variability was noted in Meaghan's educational skills, with relative strengths noted in her very superior Oral Language and superior Mathematics Composites. Her Written Expression and Reading Comprehension fell in the high average range and was stronger than the timed measures of her Reading Comprehension on the Nelson Denny. Significant variability was noted in Meaghan's reading skills. The accuracy of her sight vocabulary fell in the high average range but her ability to decode words fell at the low end of the average range. The most remarkable observation was Meaghan's slow reading and decoding speed. On the measure of her sight vocabulary, Meaghan's reading speed was slower than 90% of students her age and her decoding speed was slower than 75% of students her age. On the timed Nelson Denny subtest, Meaghan's Reading Speed fell in the borderline or slow learner range at the 6th percentile. This indicated a Specific Learning Disorder with Impairment in Reading: rate (DSM-V 315.00 ICD-10 F81.0). This creates a Functional Impairment for which the accommodation of extended time is needed to produce fair and unbiased measures of Meaghan's skills on academic and daily tasks where reading is required.

Behavioral ratings by Meaghan and other informants (her father and fiancé) on several measures indicated clinically significant symptoms of Attention Deficit/Hyperactivity Disorder – Combined Type (DSM-V 314.01 ICD-10 F *).

The concurrent social-emotional testing indicated a Generalized Anxiety Disorder (DSM-V 300.02 ICD-10 F41.1) Moderate Severity with most of her difficulties related to the

Meaghan Doherty
Psychological/Educational Evaluation

March 29 – 31, 2017
Page 18

physical symptoms of anxiety. The results of this testing should be reviewed by Meaghan's psychiatrist to determine whether the dosage of her medical management is within a therapeutic range.

It is recommended that the current psychological and educational evaluation be reviewed so that continued accommodations are provided to address Meaghan's Specific Learning Disorder with impairment in Reading rate, AD/HD- Combined Type, and Generalized Anxiety Disorder. These accommodations should include the following:

1. Assistive technologies, such as, a computer as a learning tool, calculator, tape recorder and other recording devices, as well as digital recordings of books in content subjects should be employed as needed to help Meaghan compensate for her slow reading speed.
2. Meaghan should be able to take tests in a room free from distractions as needed to help her focus better, especially during exams and other high stakes testing.
3. Preferential seating should be used to ensure Meaghan's ability to attend and focus on the classroom instruction.
4. Extended (150%) time should be provided to compensate for Meaghan's Specific Learning Disorder with impairment in Reading: rate (DSM-V 315.00) as well as issues related to her Attention Deficit/Hyperactivity Disorder and Anxiety Disorder
5. Regular breaks should be provided during exams and standardized tests as well as other academic tasks performed for sustained periods of time. This will ensure fair and unbiased measures of Meaghan's skills.
6. Accommodations should also be applied to standardized and high stakes testing.

Test scores and supporting materials accompany this report. These problems create a functional impairment not only to her academic performance but also Meaghan's ability to complete every day tasks, especially those requiring reading. It is strongly recommended that she be given every consideration in her application for these accommodations.

Further information related to this evaluation will be provided to the relevant professionals at Ms. Doherty's request.

*M. Patricia Brockman*

M. Patricia Brockman, Ph.D.
Licensed Psychologist #574

# WAIS-IV Integrated Tables and Graphs Report - (United States)

| EXAMINEE: | Meaghan Doherty | REPORT DATE: | 03/29/2017 |
| AGE: | 23 years | | |
| DATE OF BIRTH: | 08/17/1993 | | |
| SCHOOL | Tulane School of Medicine | EXAMINER: | M. Patricia Brockman, Ph. D. |
| GENDER | Female | | |

| Test Administered: | WAIS-IV Core/Supplemental (03/29/2017) | Age at Testing: | (23 years) |

## Composite Scores Summary

| Scale | Sum of Scaled Scores | Composite Score | Percentile Rank | 90% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension (VCI) | 52 | 145 | 99.6 | 138-148 | Very Superior |
| Perceptual Reasoning (PRI) | 43 | 125 | 95 | 119-129 | Superior |
| Working Memory (WMI) | 23 (26)* | 108 (117)* | 70 (87)* | 102-113 (110-122)* | Average (High Average)* |
| Processing Speed (PSI) | 18 | 94 | 34 | 96 | Average |
| Full Scale (FSIQ) | 136 (114)* | 126 (128)* | 96 (97)* | 122-129 (124-131)* | Superior (Superior)* |

## Verbal Comprehension Subtest Score Summary (Total Raw Score to Scaled Score Conversions)

| Subtest | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Similarities | 35 | 18 | 99 |
| Vocabulary | 54 | 19 | 99 |
| Information | 21 | 15 | 95 |

## Perceptual Reasoning Subtest Score Summary (Total Raw Score to Scaled Score Conversions)

| Subtests | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Block Design | 64 | 17 | 98 |
| Matrix Reasoning | 19 | 10 | 50 |
| Visual Puzzles | 24 | 16 | 98 |

## Working Memory Subtest Score Summary (Total Raw Score to Scaled Score Conversions)

| Subtests | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Digit Span | 27 | 9 | 37 |
| Arithmetic | 19(21)* | 14(17)* | 91(98)* |

## Processing Speed Subtest Scores Summary (Total Raw Score to Scaled Score Conversions)

| Subtests | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Coding (CD) | 73 | 10 | 50 |
| Symbol Search (SS) | 29 | 8 | 26 |

** Extended Time

0034

 **WIAT-III**

## Clinician Report

| | | | |
|---|---|---|---|
| Student Name: | Meaghan Doherty | Date of Report: | 4/3/2017 |
| School: | Tulane Univerity | Program: | School Of Medicine |
| Date of Birth: | 8/17/1993 | Home Language: | English |
| Gender: | Female | Handedness: | Right |
| Race/Ethnicity: | White | Examiner Name: | M. Patricia Brockman, Ph.D. |

Test Administered:   WIAT-III (3/31/2017)   Age at Testing: 23 years 7 months   Retest?  No

WIAT-III Comments:   Standard Administration

### WIAT-III
Age Based Scores

#### Subtest Score Summary

| Subtest | Raw Score | Standard Score | 90% Confidence Interval | Percentile Rank | Normal Curve Equiv. | Stanine | Grade Equiv. | Age Equiv. | Growth Score |
|---|---|---|---|---|---|---|---|---|---|
| Listening Comprehension | — | 118 | 111–125 | 88 | 75 | 7 | N/A | N/A | N/A |
| Reading Comprehension | 46* | 117 | 107–127 | 87 | 74 | 7 | N/A | N/A | N/A |
| Math Problem Solving | 64 | 115 | 109–121 | 84 | 71 | 7 | N/A | N/A | N/A |
| Sentence Composition | — | 101 | 91–111 | 53 | 51 | 5 | N/A | N/A | N/A |
| Word Reading | 71 | 111 | 105–117 | 77 | 65 | 7 | N/A | N/A | N/A |
| Essay Composition | — | 115 | 106–124 | 84 | 71 | 7 | N/A | N/A | N/A |
| Pseudoword Decoding | 35 | 91 | 87–95 | 27 | 37 | 4 | N/A | N/A | N/A |
| Numerical Operations | 57 | 131 | 127–135 | 98 | 94 | 9 | N/A | N/A | N/A |
| Oral Expression | — | 140 | 132–148 | 99.6 | >99 | 9 | N/A | N/A | N/A |
| Oral Reading Fluency | 156* | 104 | 98–110 | 61 | 56 | 6 | N/A | N/A | N/A |
| Spelling | 56 | 114 | 109–119 | 82 | 70 | 7 | N/A | N/A | N/A |
| Math Fluency—Addition | 48 | 116 | 106–126 | 86 | 72 | 7 | N/A | N/A | N/A |
| Math Fluency—Subtraction | 47 | 117 | 110–124 | 87 | 74 | 7 | N/A | N/A | N/A |
| Math Fluency—Multiplication | 39 | 116 | 108–124 | 86 | 72 | 7 | N/A | N/A | N/A |

— Indicates a subtest with multiple raw scores (shown in the Subtest Component Score Summary).
* Indicates a raw score that is converted to a weighted raw score (not shown).
† Indicates that a raw score is based on a below grade level item set.

#### Supplemental Subtest Score Summary

| Score Name | Raw Score | Standard Score | 90% Confidence Interval | Percentile Rank | Normal Curve Equiv. | Stanine | Grade Equiv. | Age Equiv. | Growth Score |
|---|---|---|---|---|---|---|---|---|---|
| Essay Composition: Grammar and Mechanics | 183 | 119 | 109–129 | 90 | 77 | 8 | N/A | N/A | N/A |
| Oral Reading Accuracy | 372* | 94 | 81–107 | 34 | 42 | 4 | N/A | N/A | N/A |
| Oral Reading Rate | 143* | 104 | 97–111 | 61 | 56 | 6 | N/A | N/A | N/A |

* Indicates a raw score that is converted to a weighted raw score (not shown).

Copyright © 2009 NCS Pearson, Inc. All rights reserved.
Produced in the United States of America.

 **WIAT-III**

## Cumulative Percentages

| | |
|---|---|
| Word Reading Speed | The score is the same as or higher than the scores obtained by 10% of students in the normative sample; 90% of students in the normative sample scored higher than this score. |
| Pseudoword Decoding Speed | The score is the same as or higher than the scores obtained by 25% of students in the normative sample; 75% of students in the normative sample scored higher than this score. |

## Subtest Component Score Summary

| Subtest Component | Raw Score | Standard Score | Percentile Rank | Normal Curve Equivalent | Stanine | Qualitative Description |
|---|---|---|---|---|---|---|
| Listening Comprehension | | | | | | |
| Receptive Vocabulary | 18 | 120 | 91 | 78 | 8 | Above Average |
| Oral Discourse Comprehension | 23 | 114 | 82 | 70 | 7 | Average |
| Sentence Composition | | | | | | |
| Sentence Combining | 17 | 97 | 42 | 46 | 5 | Average |
| Sentence Building | 26 | 105 | 63 | 57 | 6 | Average |
| Essay Composition | | | | | | |
| Word Count | 196 | 121 | 92 | 79 | 8 | Above Average |
| Theme Development and Text Organization | 11 | 106 | 66 | 58 | 6 | Average |
| Oral Expression | | | | | | |
| Expressive Vocabulary | 17 | 126 | 96 | 87 | 9 | Above Average |
| Oral Word Fluency | 58 | 144 | 99.8 | >99 | 9 | Superior |
| Sentence Repetition | 27 | 120 | 91 | 78 | 8 | Above Average |

## Composite Score Summary

| Composite | Sum of Subtest Standard Scores | Standard Score | 90% Confidence Interval | Percentile Rank | Normal Curve Equiv. | Stanine | Qualitative Description |
|---|---|---|---|---|---|---|---|
| Oral Language | 258 | 134 | 128–140 | 99 | 98 | 9 | Superior |
| Total Reading | 423 | 106 | 103–109 | 66 | 58 | 6 | Average |
| Basic Reading | 202 | 100 | 97–103 | 50 | 50 | 5 | Average |
| Reading Comprehension and Fluency | 221 | 114 | 107–121 | 82 | 70 | 7 | Average |
| Written Expression | 330 | 112 | 106–118 | 79 | 67 | 7 | Average |
| Mathematics | 246 | 125 | 122–128 | 95 | 85 | 8 | Above Average |
| Math Fluency | 349 | 118 | 112–124 | 88 | 75 | 7 | Above Average |
| Total Achievement | 1143 | 121 | 118–124 | 92 | 79 | 8 | Above Average |

Copyright © 2009 NCS Pearson, Inc. All rights reserved.
Produced in the United States of America.

Meaghan Doherty
Page 2 of 5

0036


# WIAT-III

## Clinician Report

| Student Name: | Meaghan Doherty | Date of Report: | 4/3/2017 |
|---|---|---|---|
| School: | Tulane University | Program: | School of Medicine |
| Date of Birth: | 8/17/1993 | Home Language: | English |
| Gender: | Female | Handedness: | Right |
| Race/Ethnicity: | White | Examiner Name: | M. Patricia Brockman, Ph.D. |

Test Administered:   WIAT-III (3/31/2017)   Age at Testing: 23 years 7 months   Retest? No

WIAT-III Comments:   Accommodations – Calculator on Mathematics tasks

## WIAT-III

Age Based Scores

### Subtest Score Summary

| Subtest | Raw Score | Standard Score | 90% Confidence Interval | Percentile Rank | Normal Curve Equiv. | Stanine | Grade Equiv. | Age Equiv. | Growth Score |
|---|---|---|---|---|---|---|---|---|---|
| Listening Comprehension | — | 118 | 111–125 | 88 | 75 | 7 | N/A | N/A | N/A |
| Reading Comprehension | 46* | 117 | 107–127 | 87 | 74 | 7 | N/A | N/A | N/A |
| Math Problem Solving | 66 | 120 | 114–126 | 91 | 78 | 8 | N/A | N/A | N/A |
| Sentence Composition | — | 101 | 91–111 | 53 | 51 | 5 | N/A | N/A | N/A |
| Word Reading | 71 | 111 | 105–117 | 77 | 65 | 7 | N/A | N/A | N/A |
| Essay Composition | — | 115 | 106–124 | 84 | 71 | 7 | N/A | N/A | N/A |
| Pseudoword Decoding | 35 | 91 | 87–95 | 27 | 37 | 4 | N/A | N/A | N/A |
| Numerical Operations | 59 | 137 | 133–141 | 99 | >99 | 9 | N/A | N/A | N/A |
| Oral Expression | — | 140 | 132–148 | 99.6 | >99 | 9 | N/A | N/A | N/A |
| Oral Reading Fluency | 156* | 104 | 98–110 | 61 | 56 | 6 | N/A | N/A | N/A |
| Spelling | 56 | 114 | 109–119 | 82 | 70 | 7 | N/A | N/A | N/A |
| Math Fluency—Addition | 48 | 116 | 106–126 | 86 | 72 | 7 | N/A | N/A | N/A |
| Math Fluency—Subtraction | 47 | 117 | 110–124 | 87 | 74 | 7 | N/A | N/A | N/A |
| Math Fluency—Multiplication | 39 | 116 | 108–124 | 86 | 72 | 7 | N/A | N/A | N/A |

— Indicates a subtest with multiple raw scores (shown in the Subtest Component Score Summary).
* Indicates a raw score that is converted to a weighted raw score (not shown).
† Indicates that a raw score is based on a below grade level item set.

### Supplemental Subtest Score Summary

| Score Name | Raw Score | Standard Score | 90% Confidence Interval | Percentile Rank | Normal Curve Equiv. | Stanine | Grade Equiv. | Age Equiv. | Growth Score |
|---|---|---|---|---|---|---|---|---|---|
| Essay Composition: Grammar and Mechanics | 183 | 119 | 109–129 | 90 | 77 | 8 | N/A | N/A | N/A |
| Oral Reading Accuracy | 372* | 94 | 81–107 | 34 | 42 | 4 | N/A | N/A | N/A |
| Oral Reading Rate | 143* | 104 | 97–111 | 61 | 56 | 6 | N/A | N/A | N/A |

* Indicates a raw score that is converted to a weighted raw score (not shown).

Copyright © 2009 NCS Pearson, Inc. All rights reserved.
Produced in the United States of America.

Meaghan Doherty
Page 1 of 5



**WIAT-III**

## Cumulative Percentages

| | |
|---|---|
| **Word Reading Speed** | The score is the same as or higher than the scores obtained by 10% of students in the normative sample; 90% of students in the normative sample scored higher than this score. |
| **Pseudoword Decoding Speed** | The score is the same as or higher than the scores obtained by 25% of students in the normative sample; 75% of students in the normative sample scored higher than this score. |

## Subtest Component Score Summary

| Subtest Component | Raw Score | Standard Score | Percentile Rank | Normal Curve Equivalent | Stanine | Qualitative Description |
|---|---|---|---|---|---|---|
| **Listening Comprehension** | | | | | | |
| Receptive Vocabulary | 18 | 120 | 91 | 78 | 8 | Above Average |
| Oral Discourse Comprehension | 23 | 114 | 82 | 70 | 7 | Average |
| **Sentence Composition** | | | | | | |
| Sentence Combining | 17 | 97 | 42 | 46 | 5 | Average |
| Sentence Building | 26 | 105 | 63 | 57 | 6 | Average |
| **Essay Composition** | | | | | | |
| Word Count | 196 | 121 | 92 | 79 | 8 | Above Average |
| Theme Development and Text Organization | 11 | 106 | 66 | 58 | 6 | Average |
| **Oral Expression** | | | | | | |
| Expressive Vocabulary | 17 | 126 | 96 | 87 | 9 | Above Average |
| Oral Word Fluency | 58 | 144 | 99.8 | >99 | 9 | Superior |
| Sentence Repetition | 27 | 120 | 91 | 78 | 8 | Above Average |

## Composite Score Summary

| Composite | Sum of Subtest Standard Scores | Standard Score | 90% Confidence Interval | Percentile Rank | Normal Curve Equiv. | Stanine | Qualitative Description |
|---|---|---|---|---|---|---|---|
| Oral Language | 258 | 134 | 128–140 | 99 | 98 | 9 | Superior |
| Total Reading | 423 | 106 | 103–109 | 66 | 58 | 6 | Average |
| Basic Reading | 202 | 100 | 97–103 | 50 | 50 | 5 | Average |
| Reading Comprehension and Fluency | 221 | 114 | 107–121 | 82 | 70 | 7 | Average |
| Written Expression | 330 | 112 | 106–118 | 79 | 67 | 7 | Average |
| Mathematics | 257 | 131 | 128–134 | 98 | 94 | 9 | Superior |
| Math Fluency | 349 | 118 | 112–124 | 88 | 75 | 7 | Above Average |
| Total Achievement | 1154 | 123 | 120–126 | 94 | 82 | 8 | Above Average |

Copyright © 2009 NCS Pearson, Inc. All rights reserved.
Produced in the United States of America.

Meaghan Doherty
Birthdate 08/17/1993
Test Score Summary 03/20-30/2017
Page 4

# Wide Range Assessment of Memory and Learning-Second Edition (WRAML2)

|  | Standard Score | Percentile | Range |
|---|---|---|---|
| Verbal Learning | 13 | 84 | High Average |
| Delayed Recall | 13 | 84 | High Average |
| Verbal Learning Recognition | 13 | 84 | High Average |
| Story Memory | 11 | 63 | Average |
| Delayed Recall | 12 | 75 | High Average |
| Story Memory Recognition | 12 | 75 | High Average |

## Nelson Denny Reading Test

|  | Standard Score | Percentile | Grade Equiv. |
|---|---|---|---|
| Vocabulary | 233 | 41 | 15.9 |
| (with 150% time) | 235 | 46 | 16.3 |
| Comprehension | 235. | 54 | 17.1 |
| Total | 236 | 46 | 16.6 |
| (with 150% time) | 233 | 41 | 16.1 |
| Reading Rate | 181 | 6 | Borderline/Slow Learner |

Addendum:
April 19, 2019

Meaghan Doherty
Psychological /Educational Evaluation of March 31, 2017

I have reviewed the letter of February 14, 2018 in which the NBME rejected Meaghan Doherty's request for accommodations for the USMLE Step 1 test (USMLE ID#:5-397-670-0). There are several important issues that that report overlooked or failed to consider.

Meaghan's Nelson Denny Reading Test (NDRT) Reading Rate score fell at the 6th percentile, placing her in the borderline or slow learner. The NBME letter then stated that the NDRT Reading Rate "is not considered by experts to be a reliable measure of reading efficiency because, as your evaluator acknowledges, it is determined on the basis of a single, one-minute sample of words-per-minute." The letter went on to state that the NDRT Technical Report for Forms G & H (1993) reports that Reading Rate reliability to be quite low, with a coefficient of only 0.68." These concerns about the NDRT are misplaced since the 0.68 coefficient refers to test-retest reliability. The claim that "experts" do not consider the NDRT "to be a reliable measure of reading efficiency" because it is based on a one-minute reading sample is false. The NDRT is one of the most widely administered reading tests in the nation and is used by many medical schools to gauge reading ability.

The validity of the NDRT in relationship to medical school performance has a long history. In their 1985 study, Jackson and Brooks found that the NDRT "was a "better single predictor than the MCAT reading score" on basic science and clinical science GPA and total scores on various parts of the NBME exam. See Jackson JR, Brooks CM. *Relationship among the MCAT reading subtest, Nelson-Denny Reading test, and medical school achievement*. J Med Educ. 1985; 60:478–80, in particular at p. 479. Lastly, a review of the findings by Jackson EW, Dawson-Saunders R, Jackson JE. *The predictive validity of the Nelson-Denny Reading Test for scores on the reading subtest of the MCAT*. Advisor. 1984; 5:7–11, make clear that the NBME's view of the NDRT is unfounded.

The appropriateness of NDRT results in determining Meaghan's disability are supported by the literature. NDRT has been validated in a study of the correlation in the performance of health science students on the Pharmacy College Admissions Test (PCAT), which concluded a 'close correlation of the PCAT and NDRT scores, which were administered almost four years apart, implies that the PCAT does a good job of possibly predicting the reading skills of students." See *Pharmacy Students' Reading Ability and the Readability of Required Reading Materials*, Stephen Fuller, PharmD, et al., Am J Pharm Educ. 2007 Dec 15; 71(6): 111.

Another study examined students (N = 730) who took the Nelson-Denny Reading Test (current forms G or H) during orientation to medical school. Stepwise regression analyses showed the Nelson-Denny Reading Vocabulary, Comprehension, and Rate were significant predictors of MCAT (taken prior to admission to medical school) verbal reasoning. Reading Vocabulary was a significant predictor of USMLE Step 1 score (taken at the end of the second year of medical school). Pearson correlation analyses demonstrated significant positive relationships among the various subtests of the three instruments. The significant positive relationships between reading test performance and the MCAT and USMLE for medical students have been shown across

1

Addendum:
April 19, 2019

Meaghan Doherty
Psychological /Educational Evaluation of March 31, 2017

regions of the country and two decades of time. See Haught PA, Walls RT. Relationships of reading, MCAT, and USMLE Step 1 test results for medical students. Reading Psychol. 2004; 25:83–92.

The Nelson Denny Reading test is a valid reading measure that has some unique features that are useful diagnostically.   In Meaghan's case, comparison of the three scores on this test (Vocabulary, Comprehension, and Reading Rate) yielded important information.   There was a significant difference between her mid-average Vocabulary and Reading Comprehension scores, which fell at the 41st percentile (46th percentile with extended time) and 54th percentiles, respectively.  Her Reading Rate fell at the 6th percentile in the borderline or slow learner range. This difference is significant.

The NDRT is also unique in that the percentile scores are not based on the normal population but the educational level that most closely resembles the individual being tested.   Other tests generally use age norms so you are compared with others close to your age group, usually included balanced samples of males/females, regions of the country, racial/ethnic groups.

The NDRT is administered using standardized time limits but there are separate norms based on scores obtained when extended (150%) time is provided.  This is often useful to determine whether the extra time will yield significant differences in an individual's performance and how well these measures compare with other measures of intelligence and academic performance. Since Meaghan was able to complete almost all of the items in the Vocabulary section and all of the Comprehension section within the standardized time, giving her extended time did not yield big difference.   It should be noted that her accuracy was very strong (90% correct), but Meaghan's percentile fell in the mid-average range because she was compared with other college graduates NOT the "normal" population like measure of her intelligence and other measures of her achievement, which are age based.

The NBME letter notes that, despite Meaghan's diagnosis of Specific Learning Disorder and ADHD, her record "does not demonstrate a developmental history of significant problems with reading or learning that impaired her academic functioning or that currently limits a major life activity." This is inaccurate. Although Meaghan she was a highly motivated and bright student with exceptional communication skills, she started to experience some difficulties with her early reading skills in elementary school.  A psychoeducational evaluation was conducted by Denise Nagim, M.C.D., at Jefferson Speech and Language in 2003 indicated significant variability in Meaghan's academic skills with relative weakness noted in her reading skills, including sound blending, word attack, and phonological awareness.  These dyslexic deficiencies also impacted Meaghan's written language, especially her spelling and story composition, where her score fell in the borderline or slow learner range.  This weakness was even more remarkable given Meaghan's very superior intelligence.  Some dysgraphia was also reported and Meaghan tended to omit words when writing sentences and she had difficulty copying and maintaining appropriate spacing between letters and words.

2

Addendum:
April 19, 2019

Meaghan Doherty
Psychological /Educational Evaluation of March 31, 2017

Meaghan received interventions to address her learning disabilities, including a multisensory reading program to build phonological awareness, phonology, as well as reading and writing fluency. It was also suggested that Meaghan become proficient in computer keyboarding to address her dysgraphia.

Meaghan also received accommodations to address her dyslexia and dysgraphia. She sometimes did poorly on tests due to her reading issues, even though she had mastered the information at exceptional level. Meaghan's scores on standardized tests in elementary school also were not consistent with her cognitive potential and academic achievement as she progressed through elementary school.

Meaghan was reassessed as a sixth grader. Her overall intelligence again fell in the very superior range but her working memory was average and specific difficulties were noted with her auditory processing. The educational re-evaluation indicated a significant improvement in Meaghan's phonemic awareness as a result of the tutoring. However, the psychoeducational testing indicated mild dyslexia characterized by difficulties with accurate/fluent word recognition, poor spelling, and decoding. Meaghan's attention was also a concern and she also suffered with headaches.

Accommodations recommended to address Meaghan's dyslexia included extended time on tests, previewing instructional content, and not being penalized for misspelled words in content subjects. To address Meaghan's issues with written expression and dysgraphia, it was recommended that she receive copies of lecture notes so that she can check her notes for accuracy. Interventions included the LindaMoodBell and software programs designed to improve Meaghan's writing skills as well as the use of a laptop computer when completing written assignments and tests. In eighth grade, Meaghan transitioned to Dominican High School where she started to experience more attentional issues. She then attended Ben Franklin High School.

Many of Meaghan's issues in high school were the result of her testing into ninth grade honors classes when she was in eighth grade. Because of her dysgraphia and dyslexia, this significant increase in academic expectations resulted in her struggling to address them independently. To better meet these demands, Meaghan began taking medication. She was evaluated by Dr. James Barbee, M.D. and diagnosed with Attention Deficit/Hyperactivity Disorder. Medication, including Adderall was prescribed when she began high school. Meaghan is currently taking Adderall XR 30mg twice a day prescribed by Dr. Barbee. A short acting stimulant (dextroamphetamine 10 mg) was also prescribed for late afternoon to aid studying in the evenings. An Anxiety Disorder was diagnosed in 2014 and fluoxetine was prescribed to address Meaghan's mild anxiety.

After graduating from high school, Meaghan attended the University of Wisconsin, where she majored in biology and minored in environmental studies and global health. Meaghan stated that

3

Addendum:
April 19, 2019

Meaghan Doherty
Psychological /Educational Evaluation of March 31, 2017

she managed her attentional issues by carefully selecting her classes and reducing her course load to keep things manageable. Meaghan also earned 21 credits by taking Advanced Placement classes in high school. She stated that, although she did exceptionally well in school, she reported the most difficulty in classes where the exams included writing essays in a blue book in a very traditional fashion. Meaghan struggled to complete these exams satisfactorily and she tended to earn lower grades in these classes.

Meaghan has always been highly motivated and accustomed to being one of the best students in her class. During the interview, she reported that her self-esteem has been closely entwined with her academic success. As she matured, Meaghan became more comfortable with the diagnosis of Attention Deficit/Hyperactivity Disorder and dyslexia. She has addressed the challenges she experienced in proactive ways rather than trying to deny them.

Meaghan's challenges with test performance have been exacerbated since she began medical school. Because of the increased complexity and amount of information she's expected to learn and recite on tests, her grades have not reflected her learning. She is requesting accommodations so that testing will yield fair and unbiased measures of her learning.

In effect, the NBME is holding Meaghan's superior intelligence and hard work over the years to compensate for her attentional and learning disabilities against her. Meaghan has intuitively devised her own coping skills to succeed academically and in her daily life, is a testament to her superior intelligence and strong work ethic. Yet the NBME disregards that clear aspect of record to justify its determination that her own record militates against her receiving accommodations at this stage of her academic career, now that she faces high stakes testing of specialized knowledge, as the Step 2 Test.

The NBME concluded that Meaghan has no reading impairment by comparing her reading rate to the national average. The NBME based this conclusion on its view that the ADA determines disability in comparison to "most people in the general population." This is an outdated interpretation of the ADA. In fact, the ADA Amendments Act of 2008 made clear that Congress abandoned the "demanding standard" of strictly interpreting the ADA in favor of assessing an individual's disability in order to provide coverage under the act "to the maximum extent."

The correct comparison of Meaghan's reading rate is with the cohort on which the NDRT reading percentile scores are based, namely, other college educated students, not the general population. More specifically, she should be assessed in comparison to her fellow medical students sitting for the USMLE Step 2 Test. Again, the NBME is holding Meaghan's intelligence against her. The purpose of the ADA Amendments Act was to provide ADA coverage for disabilities, not block to accommodations for those with a diagnosed disability.

Meaghan's overall intelligence fell in the superior range, as would be expected by her MCAT score and pre-medical school academic record. However, in contrast to her superior intellectual

4

Addendum:
April 19, 2019

Meaghan Doherty
Psychological /Educational Evaluation of March 31, 2017

abilities is the significant variability in her cognitive profile. A prime example of this is seen in her overall weakest score was noted in Processing Speed Scale, on a visually complex task, where she was asked to discriminate between symbols. Although her accuracy was perfect, Meaghan slowed her work speed in order to do her best. Timed measures have consistently underestimated her skills, even in areas where she was successful.

Significant variability was also noted in Meaghan's reading skills on the Wechsler Individual Achievement Test – Third Edition. The accuracy of her sight vocabulary fell in the high average range but Meaghan's decoding skills fell at the low end of the average range. The most remarkable observation was her slow reading and decoding speeds on these basic reading tasks. On the measure of her sight vocabulary, Meaghan's reading speed was slower than 90% of the students her age and her decoding speed was slower than 75% of students her age. These scores in addition to the measure of her Reading Speed on the NDRT, which fell in the borderline or slow learner range, indicated a Specific Learning Disorder with Impairment in Reading Rate (DSM-V 315.00  ICD-10 F81.0).  Meaghan's slow reading speed resulting from her dyslexia creates a Functional Impairment for which the accommodation of extended time is needed to produce fair and unbiased measures of her skills on academic and daily tasks where reading is required.

The essence of Meaghan's disability is the impact her slow reading rate has on her executive functions. On the Behavior Rating of Executive Function – Adult Version, her overall score fell at the 95th percentile indicating clinically significant problems.  Most of these were noted on the Metacognitive Scale where Meaghan's rating ranged from the 97th to the 99th percentile in the clinically significant range.  The testing time limits of the Step 2 test exacerbate the effect of her disability.

In conclusion, Meaghan's superior intelligence places her overall scores above that of the general population. But that fact, taken in isolation, gives a distorted picture of the disability. Specifically, were Meaghan on average intelligence, the impact of her disability on her scores would be stark – placing her in the low range in overall performance and in the poor range for reading comprehension. It is her superior intelligence that makes it appear her reading disability has little impact on her ability to perform.

Contrary to what one would expect, given her overall intelligence level, Meaghan did poorly on the Step 1 Test, scoring at just passing. But that is not surprising given the fact that the NBME denied her accommodations request. In fact, her poor performance confirms the original evaluation findings.

It is indeed a shame that the NBME would construe the ADA Amendments in such a manner as to minimize this young lady's disability and hence penalize her for her superior intelligence as well as her excellent work ethic.

5

## James G. Barbee, MD LLC

3439 Magazine Street
New Orleans, LA 70115



504-891-8808
504-891-8883 fax

January 19, 2017

Goldman Center for Student Accessibility
103 Science & Engineering Lab Complex, Building 14
6823 St. Charles Avenue
New Orleans, LA 70118

Re: Meaghan Doherty (DOB: 08/17/1993)

To whom it may concern:

I am the treating physician for Meaghan Doherty. I began seeing Ms. Doherty on June 24, 2014. After meeting with her for approximately 90 minutes, I diagnosed her with attention-deficit/hyperactivity disorder (ADHD), predominately hyperactive-impulsivity presentation (F90.1) based on the following symptoms consistent with the criteria stated in the Diagnostic and Statistical Manual of Mental Disorders, fifth edition (DSM-V):

- Often fidgets with or taps hands or feet
- Squirms in seat/ "constantly readjusting"
- Feelings of restlessness
- Impulsivity evident by interrupting others
- Blurts out things she later regrets
- Procrastinates tasks excessively
- Often loses items necessary for tasks
- Difficulty sustaining attention

Ms. Doherty was diagnosed with ADHD at the age of 10. She will provide copies of her psychological testing evaluation results from 2003 and her psychoeducational evaluation from 2004, as it documents emergence of symptoms, academic history, diagnostic instruments, and previously recommended accommodations.

Though I have prescribed her medication to ameliorate these symptoms, some limitations could be affecting Ms. Doherty's academic progress. She has been prescribed Adderall since the age of 13, and is currently taking Adderall XR 30mg twice per day. Ms. Doherty reports that medication has helped her significantly, though she still tends to procrastinate and fidget. She also reports having difficulty sustaining concentration when studying and during tests. In addition to medication, treatment interventions include discussing and implementing study skills.

I am requesting that Ms. Doherty be granted any available accommodations, specifically extra time for tests and an environment minimal of distractions. Please contact me if you have any questions.

Sincerely,

James G. Barbee, MD
Psychiatrist
Louisiana license # 05855R

# MCAT Score Report

**Name** MEAGHAN DOHERTY
**Verification Code** FCB8-VDKE-ECVX-FTBY

AAMC ID 13744061
**Date of Birth** 08/17/1993

**URL \*** https://apps.aamc.org/score-reporting-web/#/report/verify
*\* This report will no longer be able to be verified after 04/02/2018*

In order to verify these scores, you will be directed to create a user name and password. When visiting this page, select "Register for an AAMC Account" to begin this process.

## MCAT Scores

### For exams taken after January 31, 2015

No Scores Available

## MCAT Scores

### For exams taken before January 31, 2015

| | | MCAT Total | | | Physical Sciences | | Verbal Reasoning | | Writing Sample | | Biological Sciences | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Exam Date | Total Score | Confidence Band [1] | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [3] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [3] |
| 06/13/2014 | 32 | 30 to 34 | 88% | 11 | 89% | 11 | 95% | | | 10 | 76% |

### Notes

[1] Test scores, like other measurements, are not perfectly precise. The confidence bands that are shown for the Total Scores above mark the ranges in which the test taker's true scores probably lie. To obtain the confidence band for each section score, subtract one point from and add one point to the score (or, in the case of the Writing Sample, subtract and add one letter).

[2] The percentile ranks of scores are the percentages of test takers who received the same scores or lower scores. The percentile ranks are based on tests administered from January 2012 through September 2014.

Copyright ©1995-2015 | Association of American Medical Colleges

0047

# CollegeBoard SAT

## Student Answer Service for the SAT®

**It's easy to re-register online at www.collegeboard.com.**

| TEST DATE | FORM CODE | | |
|---|---|---|---|
| | | Critical Reading | 620 |
| 06-10 | AETW | Math | 660 |
| | | Writing | 660 Multiple Choice 67 |
| | | | Essay 08 |

SEQH        S465080910
MEAGHAN O DOHERTY
5603 HAWTHORNE PL
NEW ORLEANS LA 70124-1811

### KEYS TO THE SECTIONS BELOW

**Your Answer**
+  Your answer was correct.
−  Your answer was incorrect.
O  You omitted the question.

**Difficulty Level**
1–5  Difficulty of question, with 1 being the easiest level and 5 the hardest.

**TYPE OF QUESTION**

Critical Reading
C Sentence Completion
R Passage-based Reading

Writing
S Improving Sentences
E Identifying Sentence Errors
P Improving Paragraphs

**TYPE OF CONTENT**

Math
N Numbers & Operations
A Algebra & Functions
G Geometry & Measurement
D Data Analysis, Statistics, Probability

---

**SECTION: ESSAY**
Visit www.collegeboard.com to view your essay. If you do not have Web access, see reverse for details about requesting a copy of your essay.

---

**SECTION 2: MATH**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | Student-Produced Responses | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| Your Answer ▶ | + | + | + | + | − | + | + | + | | + | + | + | + | + | + | + | − | + | + |
| Type of Question ▶ | A | O | N | G | A | D | A | G | | A | A | H | G | D | N | G | H | A | A |
| Difficulty Level ▶ | 1 | 1 | 1 | 3 | 3 | 3 | 3 | 4 | | 2 | 3 | 1 | 2 | 3 | 3 | 4 | 4 | 4 | 5 |

---

**SECTION 3: CRITICAL READING**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | − | + | − | − | + | + | + | − | + | − | R | R | R | R | R | R | R | R | R | R | R | R | R |
| Type of Question ▶ | C | C | C | C | C | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| Difficulty Level ▶ | 1 | 4 | 5 | 5 | 5 | 3 | 1 | 2 | 1 | 2 | 3 | 4 | 3 | 3 | 3 | 1 | 1 | 4 | 3 | 3 | 3 | 3 | 3 | 4 |

---

**SECTION 4: WRITING**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | − | + | + | + | + | + | + | − | + | + | + | − | + | + | − | + | + | + | − |
| Type of Question ▶ | S | S | S | S | S | S | S | S | S | S | S | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | P | P | P | P | P | P | P |
| Difficulty Level ▶ | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 5 | 1 | 1 | 3 | 2 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 4 | 4 | 5 | 2 | 2 | 2 | 3 | 3 | | | | | | |

---

**SECTION 5: MATH**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | − | + | + | |
| Type of Question ▶ | A | G | D | N | A | G | D | A | N | G | N | N | G | A | G | A | G | A | D | A |
| Difficulty Level ▶ | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 5 | 5 | 5 | | |

---

**SECTION 6: CRITICAL READING**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | + | + | − | + | − | + | − | + | + | + | + | − | + | + | + | + | + | + | + | + | + | + | + |
| Type of Question ▶ | C | C | C | C | C | C | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | |
| Difficulty Level ▶ | 1 | 2 | 2 | 3 | 4 | 4 | 5 | 5 | 1 | 3 | 4 | 3 | 2 | 2 | 2 | 3 | 2 | 3 | 3 | 3 | 3 | | | |

---

**SECTION 7: MATH**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | + | + | + | + | + | + | + | + | + | + | + | + | − | + | + |
| Type of Question ▶ | A | N | A | H | G | A | A | G | D | N | A | G | A | G | N | |
| Difficulty Level ▶ | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | |

---

**SECTION 8: CRITICAL READING**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | + | + | − | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Type of Question ▶ | C | C | C | C | C | R | R | R | R | R | R | R | R | R | R | R | R | | |
| Difficulty Level ▶ | 1 | 2 | 3 | 4 | 5 | 4 | 5 | 1 | 2 | 3 | 3 | 1 | 3 | 4 | 3 | 3 | 4 | 3 | |

---

**SECTION 9: MATH**

| Question No. ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Answer ▶ | + | + | + | + | + | + | + | + | + | + | + | + | + | − |
| Type of Question ▶ | S | S | S | S | S | S | S | S | S | S | S | S | S | S |
| Difficulty Level ▶ | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | |

---

Visit www.collegeboard.com for detailed information about your scores and to view your essay.

S465080910

H9237001-000013224

# The ACT® Plus Writing
## Student Report



STUDENT'S NAME: MEAGHAN O DOHERTY
HIGH SCHOOL NAME: BENJAMIN FRANKLIN HIGH SCHOOL
HIGH SCHOOL CODE: 192-006

ACT ID: -21371282
SSN: XXX-XX-6289
TEST DATE & LOCATION: JUN 2010 NATIONAL

## Your ACT Scores



Rank: Approximate percent of ACT-tested students at or below your score

|  | In Your State | In the U.S. |
|---|---|---|
| **Composite Score 32** | 99% | 99% |
| **ENGLISH** | 34* | 99% |
| Usage/Mechanics | 17 | 97% |
| Rhetorical Skills | 16 | 97% |
| **MATHEMATICS** | 33* | 98% |
| Pre-Algebra/Elem. Algebra | 17 | 96% |
| Algebra/Coord. Geometry | 15 | 96% |
| Plane Geometry/Trig. | 18 | 99% |
| **READING** | 31* | 93% |
| Social Studies/Sciences | 16 | 93% |
| Arts/Literature | 17 | 97% |
| **SCIENCE** | 28* | 94% |
| **COMBINED ENGLISH/WRITING** | 31 | 97% |
| Writing (score range 2 to 12) | 08 | 81% |

The Combined English/Writing score ranges from 1 to 36 and is a combined measure of the Writing and English tests. The Writing score ranges from 2 to 12. Your ranks for these two scores are based on recent ACT-tested students who took the Writing test.

COMMENTS ON YOUR ESSAY: YOUR ESSAY ACKNOWLEDGED COUNTERARGUMENTS ON THE ISSUE BUT DID NOT DISCUSS THEM. YOUR ESSAY ADEQUATELY SUPPORTED GENERAL STATEMENTS WITH SPECIFIC REASONS, EXAMPLES, AND DETAILS.

- ACT® test scores and the Composite score range from 1 to 36; subscores range from 1 to 18.
- Your Composite score is the average of your scores on the four subject area tests. Subscores do not necessarily add up to your score for a subject area test.
- Your ranks tell you the approximate percentages of recent high school graduates in the U.S. and your state who took the ACT and received scores that are the same as or lower than yours. A rank of 70, for example, means that 70% of students received scores that are the same as or lower than your score.
- Your test scores are only estimates, not precise measures, of your educational development. You will find more information about interpreting your scores in the booklet you received with this report and at www.actstudent.org.



Looking for more information about your individual strengths and test preparation? Go to www.actstudent.org.

*Your College Readiness: If your scores are at or above the following ACT benchmark scores, you will likely be ready for first-year college courses—English 18, Mathematics 22, Reading 21, Science 24.

## Your College Reports

At your direction, your scores from this test date are being reported to the colleges shown below. College planning information is provided for the first four choices you listed when you registered or tested. (Fifth and sixth choices, if any, appear just above your first choice.) Your GPA was calculated from the grades you reported. To view additional college planning information or to send additional reports, visit www.actstudent.org.

| College Name and Code | What is the profile of enrolled 1st-year students at this college? | | | Is the program of study you prefer offered? | What are the approximate annual tuition and fees? | | What percent of 1st-year students receive financial aid based on? | |
|---|---|---|---|---|---|---|---|---|
| | High School Class Rank | ACT Composite Score | High School Grade Point Average | | In-state | Out-of-state | Need? | Merit? |
| YOU DID NOT PROVIDE CODES FOR ANY COLLEGES TO WHICH TO REPORT SCORES. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | Your Class Rank | Your Composite Score | Your Calculated GPA | Your Selected Major |
|---|---|---|---|---|
| **Your Information** | -- | 32 | 3.63 | MEDICINE (PRE-MEDICINE) |

Check with colleges for recent changes in information.   A dash (—) indicates information was not provided or could not be calculated.   *Comprehensive fee including room and board.   © 2008 by ACT, Inc. All rights reserved.

H9237001-000013224



**MERCY**
FAMILY CENTER
A Member of
Sisters of Mercy Ministries

**CONFIDENTIAL**
The contents of this report may
not be divulged or released without
the permission of the parents or legal guardian.

## PSYCHOEDUCATIONAL EVALUATION

**NAME:**  Meaghan Doherty

**TEST DATE(S):**  11/11/04

**BIRTH DATE:**  08/17/93

**GENDER:**  Female

**CURRENT AGE:**  11 years 3 months    **GRADE:**  6

**SCHOOL:**  St. Francis Xavier School    **PARISH:** Jefferson

**PARENTS:**  Fran and Mark Doherty

**ADDRESS:**  6415 West End Blvd.  New Orleans LA 70124

**TELEPHONE:**  (504) 482-2720

### REASON FOR REFERRAL

Meaghan Doherty is a 11 year old sixth grader who was referred by her parents for a psychoeducational evaluation due to difficulty oral reading and possible dyslexia and/or dysgraphia,.

### PROCEDURES ADMINISTERED
Parent and Child Interviews
Wechsler Intelligence Scale for Children -Fourth Edition (WISC-IV)
Woodcock-Johnson Tests of Achievement -- Third Edition (WJ-III)
Gray Oral Reading Test -- 4th Edition (GORT-4)
Conner's Continuous Performance Test -- Second Edition (CPT-II)
Achenbach Child Behavior Checklist (CBCL) -- Parent and Teacher Report Forms
Conners' Parents and Teacher's Rating Scales

110 Veterans Boulevard, Suite 425 • Metairie, LA 70005     1445 W. Causeway Approach • Mandeville, LA 70471     www.mercyfamilycenter.com
TEL 504.838.8283 • FAX 504.838.9799     TEL 985.727.7993 • FAX 985.727.7016
Sponsored by the Sisters of Mercy Health System

## RELEVANT HISTORY

Meaghan's full history is contained in her previous evaluation in August of 2003 with Denise Nagim. At that time she was reported to be displaying signs of dyslexic processing and possible dysgraphia.

Meaghan is currently in the sixth grade at St. Francis Xavier School. She was tested by the Jeferson Parish Pupil Appraisal team and qualified as gifted. Her mother, However, chose not to take this placement. Meaghan was in gifted classes when she was in earlier grades in a public school. There are no behavioral concerns.

## CLINICAL INTERVIEW and BEHAVIORAL OBSERVATIONS

Meaghan presented as an attractive young lady, with a friendly interpersonal style. Meaghan cooperated fully in the testing process. She worked hard on all tasks presented and was motivated to perform well. When presented with challenging tasks, Meaghan generally persisted. She was very agreeable and quick in responding. No problems were noted with her conversational proficiency. Overall, Meaghan approached testing in a very positive manner. Thus, the present test results appear to be a valid measure of her true level of functioning.

## TEST RESULTS

### Intellectual Functioning

In this section, Meaghan's overall capacity to understand and cope with the surrounding world was estimated through standardized intellectual assessment. Intelligence is considered an overall or global entity that is multidetermined and multifaceted and is measured by assessing a variety of mental abilities. The WISC-IV provides scores at several different levels. The Full Scale Composite, a global estimate of intellectual ability, is the most reliable and valid measure of cognitive functioning. It is derived from the child's performance on ten core subtests requiring various verbal and nonverbal reasoning skills.

The WISC-IV is further subdivided into four indexes which reflect more specific cognitive abilities: Verbal Comprehension; a measure of verbal reasoning and comprehension skills; Working Memory, a measure of the examinee's ability attend to, hold in memory, and process verbal information; Perceptual Reasoning, a measure of visual-spatial, nonverbal reasoning; and Processing Speed, or the efficiency of processing visual information. Index scores are derived from subtests which measure similar abilities. Interpretation of abilities measured by individual subtests can also be made, but is less reliable than Composite Interpretation.

Composite scores (Full Scale, Verbal Comprehension, Working Memory, Perceptual Reasoning, and Processing Speed) have a mean of 100 and a standard deviation of 15. The individual subtests have a mean of 10 and standard deviation of 3. About 68% of children achieve

Composite scores between 85 and 115, and subtest scores between 8 and 12.  Meaghan's composite and subtest scores are reported below:

## WISC-IV Composite Score Summary

| Scale | Composite Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Verbal Comprehension (VCI) | 134 | 99 | Very Superior |
| Perceptual Reasoning (PRI) | 135 | 99 | Very Superior |
| Working Memory (WMI) | 97 | 42 | Average |
| Processing Speed (PSI) | 118 | 88 | High Average |
| Full Scale (FSIQ) | 130 | 98 | Very Superior |

Meaghan's Full Scale IQ score fell in the  Very Superior range, at the 98th  percentile.  Her verbal skills are  in the Very Superior range, as are her visual-motor-spatial skills. Her working memory score is in the  Average range, while  her Processing Speed Index is in the High Average Range.   Overall, Meaghan's subtest scores ranged from   Low Average to Very Superior.  Her subtest scores are listed below.

### Verbal Comprehension Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Similarities | 17 |
| Vocabulary | 14 |
| Comprehension | 16 |

### Perceptual Reasoning Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Block Design | 18 |
| Picture Concepts | 13 |
| Matrix Reasoning | 16 |

### Working Memory Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Digit Span | 7 |
| Letter-Number Sequencing | 12 |

### Processing Speed Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Coding | 12 |
| Symbol Search | 14 |

## Description of WISC-IV Subtests:
**Verbal Comprehension Scale**
Similarities - Ability to categorize verbal information into abstract concepts.
Vocabulary - Word knowledge, verbal fluency, expressive language.
Comprehension - Common sense and social judgment, verbal reasoning and expression.

**Perceptual Reasoning Scale**
Block Design - Spatial reasoning, ability to reproduce abstract design from pattern, visual-motor coordination and speed.
Picture Concepts – Ability to categorize pictures of objects into abstract concepts.
Matrix Reasoning – Visual reasoning, classification, and serial reasoning.

**Working Memory Scale**
Digit Span – Auditory short-term memory for series of numbers, learning ability, working memory, concentration.
Letter/Number Sequencing – Short-term auditory memory, mental manipulation of verbal stimuli, attention.

**Processing Speed**
Coding - Speed and accuracy in copying symbols with paper and pencil, hand-eye coordination, cognitive flexibility, visual-motor speed.
Symbol Search – Visual processing speed, visual discrimination.

## Educational and Academic Achievement

Meaghan's mastery of academic subject areas was measured using the Woodcock-Johnson Tests of Achievement – Third Edition (WJ-III), the Gray Oral Reading Test – 4th Edition (GORT-4).

Description of WJ-III Scores

A **Standard Score** is based on the statistical comparison of a student's score to same-aged peers in the standardization sample. A standard score of 100 is considered Average. Scores are also expressed as **Percentile Ranks.** This number describes the student's rank in comparison to children the same age in the standardization group (11 years, 3 months in this case). For example, a standard score of 100 is the same as a percentile rank of 50, meaning the student performed better than 50% of the students in the standardization sample. Meaghan's scores are described below. (Mean = 100; Standard Deviation = 15).

### WJ-III Test Scores

| Cluster/Test | Standard Score | Percentile | Classification | Grade Equivalence |
|---|---|---|---|---|
| **BROAD READING** | 122 | 93 | Superior | 10.3 |
| Letter-Word Identification | 105 | 62 | Average | 6.3 |
| Passage Comprehension | 113 | 80 | High Average | 10.1 |
| Reading Fluency | 132 | 98 | Very Superior | 12.2 |
| **BROAD MATH** | 128 | 97 | Superior | 11.6 |
| Calculation | 120 | 91 | Superior | 9.7 |
| Applied Problems | 121 | 92 | Superior | 12.9 |
| Math Fluency | 132 | 98 | Very Superior | 13.0 |

| BROAD WRITTEN LANGUAGE | | | | |
|---|---|---|---|---|
| Spelling | 107 | 67 | Average | 7.1 |
| Writing Samples | 95 | 36 | Average | 4.3 |
| Writing Fluency | 119 | 90 | High Average | 9.2 |
| **ACADEMIC SKILLS** | **113** | **80** | **High Average** | **7.4** |
| **APPLICATION** | **116** | **86** | **High Average** | **9.6** |
| **ACADEMIC FLUENCY** | **129** | **97** | **Superior** | **11.8** |

The Reading section of the WJ-III consists of three subtests: Letter Word Identification, Passage Comprehension, and Reading Fluency. The Letter-Word Identification subtest measures the student's ability to identify isolated letters and words. It should not be assumed that the student knows the meaning of the word if correctly identified. The Passage Comprehension subtest measures the student's ability to study a short passage with a key word missing and then determine a word appropriate to the content of the passage. For younger children, visual cues are available. This requires a variety of comprehension and vocabulary skills. The Reading Fluency test measures the rate at which the student reads. Overall, Meaghan's reading skills fell in the Superior range (93rd percentile). Her reading fluency is in the Very Superior range and is better developed than her mechanics of reading, in the average range or her comprehension, in the high average range.

The Math section consists of three subtests: Calculation, Applied Problems, and Math Fluency. Calculation is a test of math achievement and measures the ability to perform mathematical computations presented in printed form. Applied Problems is a measure of a child's understanding of applied math concepts and ability to analyze and solve word problems. Math Fluency requires a child to rapidly and accurately solve simple addition, subtraction, and multiplication problems within a time limit. Meaghan's math skills were in the Superior range overall (97th percentile). She demonstrated a significant strength on the fluency subtest, performing in the Very Superior range.

The Written Language section consists of three subtests: Spelling, Writing Samples and Writing Fluency. Spelling measures knowledge of spelling and writing skills. The task requires the production of letters and/or words in response to oral prompts. Writing Fluency measures the child's ability to write simple sentences in responses to visual cues rapidly and with ease. While Meaghan's spelling fell in the Average range, her writing fluency skills were in the near Superior range. Her original sentences, in Writing Samples, were very short and had little in the way of details.

Results of the WJ-III indicate that Meaghan's reading, math, and writing skills are in the High Average range overall, her ability to apply these skills is in the High Average range, and her fluency in using these skills is in the Superior range.

Oral Reading

Meaghan was administered the GORT-4 in order to assess her oral reading. This test required her to read passages aloud and then answer questions to ascertain her comprehension of the

passages range. This test allows for the correction of any miscues. The following table presents Meaghan's scores. A score between 8-12 is considered average for the subtests and the Oral Reading Quotient is a Standard score as explained above.

| Subtest | Standard Score | Percentile Rank | Descriptive Level |
|---|---|---|---|
| Rate | 12 | 75 | Average |
| Accuracy | 12 | 75 | Average |
| Fluency (rate+accuracy) | 12 | 75 | Average |
| Comprehension | 13 | 84 | High Average |
| **Oral Reading Quotient** | **115** | **84** | **High Average** |

## Attentional Capacity

The Conners' Continuous Performance Task - II (CPT-II) was administered to provide information about Meaghan's ability to sustain her attention and withhold her responses when appropriate. This task requires a child to attend to a boring, repetitive task for 14 minutes; the child is required to press the space bar for every letter that appears on the screen, except the letter X. Meaghan's response style on the CPT-II produced a 57.5% confidence index of a nonclinical classification. That is, the chances are 57.5 out of 100 that no significant attention problem exists.

## Behavioral and Emotional Functioning

Meaghan's behavioral and emotional functioning was assessed through clinical interview and rating scales completed by her parents and her teacher.

Parent-report measures: On the Conners forms Meaghan's mother rated her as having significant problems in scales measuring restlessness and impulsivity. No other scales were elevated to a significant level. Her father's ratings were significant in several areas, including restlessness and impulsivity, but also in Inattention, Oppositional behavior and the Conners Global Index.

Teacher-report measures: Meaghan's Language Arts teacher reported very few problems at all and none of them reached a significant level. As a matter of fact, her teacher reports that Meaghan is prepared, well-organized and participates fully in class.

## SUMMARY

Meaghan Doherty is a 11-year old sixth grader who was referred for a psychoeducational evaluation by her parents due to a possible reading problem, manifested by poor phonemic awareness. Meaghan's spelling skills are also questioned, as she misspells even simple words. She is a child with an eagerness to learn to and perform well in school.

Intellectual testing revealed Very Superior verbal comprehension, Very Superior   perceptual reasoning skills, Average working memory, and  High Average processing speed.   Her overall IQ fell in the  Very Superior range.

Results of achievement testing indicated that Meaghan's academic skills cluster in the  High Average range overall,  with a relative weakness in some areas of written language.  This is a form of mild dyslexia.  Dyslexia,  as defined by the International Dyslexia Association, is a "specific learning disability that is neurological in origin.  It is characterized by difficulties  with accurate and/or fluent word recognition  and poor spelling and decoding abilities.  These difficulties typically result from a deficit in the phonological component of language that is often unexpected in relation to other cognitive abilities and the provision of effective classroom instruction.  Secondary consequences may  include problems in reading comprehension and reduced  reading experience that can  impede the growth of vocabulary and background knowledge."  Much of  Meaghan' s work typifies a remediated dyslexic pattern, that is, she has made much improvement in phonemic awareness which has helped the flow of her reading and writing.

Regarding attention, Meaghan did  not perform like a child with an attention problem on the individually administered tests of attention.  Her parents do not see this to be a significant problem, although her father sees this to be somewhat of a problem.  Both parents see some restlessness and impulsive behavior.  Meaghan's language arts teacher sees no attention or behavioral problems .  In her opinion, Meaghan functions very well in the classroom.

## RECOMMENDATIONS

Based on the findings described above, the following recommendations are indicated:

1. Given her diagnosis of mild dyslexia, Meaghan may qualify for 504 accommodations through the   school.   A copy of this evaluation should be provided to the school for consideration of developing a 504 Plan for Meaghan.  Accommodations that would be appropriate to support Meaghan's mild learning disability include extended time on tests and previewing what is to be taught, a technique that helps all students. Meaghan's misspellings in the content area should be corrected, but not part of the grade.  Meghan will need to check her notes with another child's note that are correct and legible, or the teacher's master copy.
2. To improve Meaghan's writing ability she may benefit from a computer software program like "Write Out Loud," or "Inspiration."  There is also a Lindamood-Bell program called "Seeing Stars."  She would have to work with a trained tutor on this program.
3. Meaghan's attention should continue to be monitored.
4. Meaghan may eventually need a laptop in class for long tests and writing assignments.

It has been a pleasure to work with Meaghan and her family. If there are any questions regarding these results or interpretation, please call (504) 838-8283.

MeaghanDoherty
Psychoeducational Evaluation
Page 8

Sr. Sarah Ducey, Ph.D.
Licensed Psychologist # 715

# CONFIDENTIAL

### for professional use only



**Jefferson Speech
& Language Center**

Since 1972
Specializing in
Speaking · Reading · Writing

517 N. Causeway Blvd.
Suite A
Metairie, LA 70001
(504) 835-5550
Fax (504) 835-5510

NAME: Meaghan Doherty

ADDRESS: 6415 West End Blvd.
New Orleans, LA 70124

PARENTS: Fran and Mark

TELEPHONE: (504) 482-2720
568-7381

SCHOOL: St Francis Xavier School

EXAMINER: Denise Nagim, M.C.D., CCC/SLP

REFERRAL SOURCE: Sharon Henry, BCSW

DATE OF EVALUATION: 08/18/2003

DATE OF BIRTH: 08/17/93

CHRONOLOGICAL AGE:
10 years

GRADE: 5.0

## SUMMARY OF EVALUATION RESULTS

SIGNIFICANT HISTORY:

Meaghan Doherty, a ten-year-old female was seen at the Center for a Complete
Language-Based Psycho/Educational Evaluation on August 8 and 18, 2003. The
purpose of the evaluation is to ascertain Meaghan's learning style related to difficulty
linking sounds together quickly in reading. Meaghan is diagnosed as gifted and she
attended the French immersion program at Audubon Elementary School in New
Orleans from kindergarten to third grade. Mrs. Doherty noticed that Meaghan
experienced difficulty developing phonology to enhance reading fluency during
kindergarten through third grade. She presents as a highly motivated, bright student
who demonstrates excellent communication skills.

Psycho/Educational testing indicates a profile of a superior student who presents a
grand discrepancy in sound blending, word attack, spelling of sounds and
phonological awareness. Cognitive Cluster scores are in the superior to average
range; however, Auditory Processing, her weakest cluster score on the W/J-III Test of
Cognitive Abilities, yields 44 percent. Although this is an average score, it is
significantly below Meaghan's ability level (GIA, 91%). Further discrepancy is noted
when comparing Academic Fluency (90%) with Basic Reading Skills (41%) and
Phono/Grapheme Knowledge (31%). The Comprehensive Test of Phonological
Processing (CTOPP) concurs with the W/J-III indicating that Meaghan has difficulty
in Phonological Awareness (35%), the ability to hear sounds as a single unit. In depth

Denise Nagim, M.C.D., C.C.C.
Director

Kathleen Folse, M.C.D., C.C.C.
Natalie Gandy, M.C.D /CF
Anne T. Prat, S.L.P./Asst.

Speech-Language Pathologist
Learning Specialists

1

reading testing using the Gray Oral Reading Test-4 (GORT-4) additionally concurs with test findings indicating a discrepancy in Reading Accuracy (37%); when compared to Reading Rate (75%) and Comprehension (75%). Therefore, Meaghan is a gifted student who presents a grand discrepancy in reading due to a Phonological Awareness weakness and Auditory Processing difficulty. Research (Torgesen, Wagner and Roshotte, 1997; Torgesen et al., in press) indicates that Phonological Awareness, is a necessary component in developing fluency in reading.

Prenatal and birth history indicates complications. Meaghan was born full term with a normal birth weight of 9 pounds, 4 ounces. She was born post-term at nine and half months with Aspirated Meconium and was placed in the Neonatal unit for one week. Developmental milestones were achieved within chronological age norms, as well as, speech and language development.

Medical history is not reported to be significant. Behavioral, social and emotional development indicates that Meaghan is a well-adjusted youngster, who enjoys school, her friends and her family. She demonstrated excellent work ethics and conformity in life, at school and during the evaluation.

Education history indicates that Meaghan is a bright young lady who maintains an A average in the academic arena. Both Mr. and Mrs. Doherty are concerned about Meaghan's prevailing difficulty in blending sounds together quickly for fluent reading. They describe Meaghan's reading as slow and choppy. Meaghan began school in a French immersion program where she was taught both French and English to develop reading, writing and speaking skills. Meaghan's parents feel that the basic phonic and reading skills were not drilled and rehearsed; therefore, Meaghan did not develop phonic skills easily for fluent reading. As the volume of reading has increased in learning, they feel "something" is lacking in her ability to read fluently. She is diagnosed as a gifted student; however, Mr. and Mrs. Doherty recently had her tested by Sylvan Learning Center who determined that oral reading skills are below grade-level expectations. Sylvan Learning Center recommended several hours of tutoring to assist Meaghan in developing reading skills. Mr. and Mrs. Doherty's observations of Meaghan's reading skills are astute. Psycho/Educational test results depict a profile of a student who is deficient in Phonological Awareness affecting Meaghan's ability to develop phonological skills, the ability to place sounds with graphemes (letters) for fluent reading and spelling. Observations made over time related to Meaghan's reading discrepancy are: omits words in writing sentences, has difficulty copying at near and far point, has difficulty maintaining the spacing between words in spontaneous writing, and spells phonetically; lacking visual recall for non-phonetic words. Meaghan occasionally does poorly on reading related tests even though information has been mastered. She suffers with headaches and performs worse on standardized tests as she progresses in school.

EVALUATION:

In order to assess cognition and language processing abilities related to information processing, long-term retrieval, processing speed, short-term memory, visual processing, spatial thinking, auditory processing, vocabulary/comprehension, and fluid reasoning, the Woodcock-Johnson-III Tests of Cognitive Ability (W/J-III) were administered. To assess the areas of reading, writing and math in depth the Woodcock-Johnson-III Tests of Achievement (W/JTA-III), the Test of Written Language- 3 (TOWL-3) and the Gray Oral Reading Test (GORT-4) were utilized.

In order to coordinate cognitive/achievement testing, cognitive cluster scores will be discussed as how cognitive clusters relate to academic areas of reading, writing, math and fluency speed. Test norms indicate that standard scores between 85 and 115 are in the average range while a score of 70 is

2

indicative of a learning disability.  Variability of 22 points within test scores indicates that a 1.5 standard deviation is present and will affect learning in some specific way.

Overall Psycho/Educational testing yields a profile of a superior student with difficulty in Phonological Awareness affecting skills in reading orally.  Cognitive difficulties underlying problems in reproduction are identified in Sound Blending and Auditory Processing (W/J III) which are significantly below Meaghan's GIA of 120. Cognitive Performance Clusters yield; Verbal Ability (90%) Thinking Ability (86%), and Cognitive Efficiency (80%). A grand discrepancy in the average range occurs in Auditory Processing when scores are closely analyzed (44%). Oral Language skills are excellent. Meaghan achieves above average ability (91%). Overall Academic Skills indicate a decrease in functioning, (57%). Meaghan's psycho/educational profile demonstrates that she has excellent executive processing skills, which allow her to view her behaviors, assess its appropriateness and make changes if required. She is a verbal learner, but utilizes visual cues to enhance fluency in cognition. Auditory processing difficulties and phonological awareness problems affect rapid linking of sounds for fluent reading, spelling and writing. Errors in reading and in spelling are dyslexic-like in nature, and may affect note taking in school and foreign language reading and writing.

VERBAL ABILITY:

Verbal Ability is a measurement of language development that includes the comprehension of individual words, the comprehension of relationships among words (antonyms and synonyms), aspects of lexical knowledge and the ability to reason using lexical (language) knowledge. It indicates almost superior ability (90%). Verbal Ability predicts how a student will function in reading and reading yields efficient skills. The Oral Language Cluster of the Achievement Battery yields commensurate skills. Oral Language involves tests that identify the receptive and expressive language skills of an individual. In Story Recall, a test measuring language development, listening and meaningful memory, Meaghan achieves almost superior ability (90%). On the test Understanding Directions, which measures listening ability as an aspect of comprehension/knowledge, memory and attention, she receives above average ability (80%). Meaghan's strong verbal comprehension and language processing skills allow her to trigger information from listening and reading. It should be noted that Meaghan hears, reads or gathers information through listening.

THINKING ABILITY:

Thinking Ability represents a sampling of the different thinking processes that may be invoked when information in the short-term memory cannot be processed automatically. It represents an aggregate of abilities that allow an individual to process information placed in short-term memory but cannot be processed quickly and fluently. This Performance Cluster includes one test from each of the four thinking abilities: long-term retrieval, visual-spatial thinking, auditory processing and fluid reasoning. These abilities are probably the core of what many professionals mean by "intelligence"; Meaghan scores in the above average range (86%).

   Long-Term Retrieval: Long-Term Retrieval indicates skills ranging in the above average to superior range. Skills measuring long-term retrieval for automatic learning and storing yield above average ability (86%). Meaghan presents efficiency in her ability to store and recall learned information when information is taught using both a visual and verbal cue simultaneously. The ability to access language information stored in the brain yields superior ability (93%). The ability to put together information seen with information heard is similar to the process of learning to read, write and remember math operations efficiently over time (storing information and retrieval while additional

3

0060

learning occurs). However, Academic Skills present a discrepancy (57%) when compared to Long-Term Retrieval (92%).

**Visual-Spatial Thinking:** Visual-Spatial Thinking, the ability to store and recall visual representations, to analyze, synthesize and to think with visual patterns, indicates above average performance (76%). Meaghan presents superior ability in retrieving math operations and procedures learned over time. She integrates and remembers visual representations. Visual patterns and operations of numbers necessary to perform math operations indicate fluent ability in math (Calculation, 87% and Math Fluency, 91%). In contrast, patterns related to sounds, indicate a substantial difference as noted in Spelling of Sounds, (32%) and in single word Spelling, (35%).

**Phonemic Awareness/Auditory Processing:** The ability to detect the finer differences in sounds to understand speech and to develop phonology in reading indicates average but weaker ability when compared to IQ patterns of a gifted intelligence student (44%). Sound Blending, the ability to hear single sounds and identify the word that these sounds form, yields a further decrease, (32%). In Basic Reading Skills from the W/J-III Achievement Test, Meghan's scores are commensurate with her grand discrepancy in hearing sounds as a single unit. She scores 32 percent in Word Attack, the academic assessment of a student's ability to link sounds together fluently. Concurrent results are identified in Reading Accuracy on the (GORT-4). In Auditory Attention, Meaghan achieves average skills (62%). Auditory Attention allows a student to listen for understanding of sounds and the ability to listen to verbal information in noise. However, ability decreases in Phonological Awareness (35%) according to the CTOPP; and in Spelling of Sounds (32%) according to the W/J-III.

**Fluid Reasoning:** Fluid Reasoning involves the broad ability to reason, form concepts, and solve problems using unfamiliar or novel procedures. In Concept Formation, a measure of categorical reasoning based upon logic and an aspect of Executive Processes, one is required to shift mental tasks frequently; this process requires flexibility in thinking. On this test, Meghan's score indicates superior ability (94%). It should be noted that this particular measure of executive functioning involves non-verbal language sequencing and categorization.

COGNITIVE EFFICIENCY:

Cognitive Efficiency, which represents the capacity of the cognitive system to process information automatically, indicates skills to be in the above average range. Cognitive Efficiency involves a sampling of two different factors of automatic cognitive processing: processing speed and short-term memory. Meaghan achieves above average ability (80%).

**Processing Speed:** Processing speed is the ability to perform cognitive tasks particularly when under pressure to maintain focused attention. Visual Matching, a perceptual speed task measuring attention, concentration and efficiency of problem solving, yields superior ability (95%). Decision Speed, another measurement of mental processing speed that assesses the association of simple concepts and the ability to make quick rapid decisions, Meaghan achieves commensurate ability, (98%). Pair Cancellation, a test measuring sustained attention and the ability to perform a simple cognitive task under time constraints, indicates above average skills (78%). Thus, reinforcing that Meaghan is able to shift mental tasks easily.

**Short-Term Memory:** Short-Term Memory, the ability to hold information in immediate awareness, is efficient for learning; results indicate average ability (63%). This ability allows Meaghan to "hold and perform" mental operations, as well as, waiting to the last minute to study. Information not utilized in short-term memory is pushed to working memory to perform mental operations of information immediately received. Auditory Working Memory yields superior skills (93%); further allowing

4

Meaghan to listen and understand information quickly. Information is then stored in long-term memory. Memory is vital to learning, since learning involves a student's ability to use old information while learning new information.

## EXECUTIVE PROCESSES:

Tests involved in Executive Processes measure a student's ability to plan, control interference, and use mental flexibility. These processes have been discussed throughout cognitive interpretation of Meaghan's test results. Scores in executive processing yield superior ability and Meghan demonstrates ease and speed when attempting to access her knowledge. Meaghan presents excellent ability in monitoring her performance, blocking-out interference and in using mental flexibility to solve executive problems.

## BROAD ATTENTION:

The Broad Attention Cluster is multi-faceted and includes four areas of testing attention: focused or selective attention, vigilant or sustained attention, divided attention and attentional capacity or working attention. In Numbers Reversed, measuring attention capacity, Meaghan scores 63 percent, which indicates efficient immediate recall of information in the academic arena. In the ability to divide attention between information that has been placed in short-term memory into distinct sequences necessary for comprehension she receives 93 percent in Auditory Working Memory, which is very efficient for learning. In Auditory Attention, measuring Meaghan's ability to attend selectively to discriminate speech sounds amid the effects of noise, indicates average ability (62%). Pair Cancellation, also part of both executive functioning and processing speed, has been previously discussed indicating that as Meaghan is required to block-out interference while focusing on one task, she is efficient.

## ACADEMIC ASSESSMENT:

Academic assessment was measured using the following tools: the Woodcock-Johnson III Tests of Achievement (W-JTA-III), the Gray Oral Reading Test (GORT-4), and the Test of Written Language-3 (TOWL-3).

Reading: To assess reading related to basic phonology skills, sight-word reading, reading fluency and passage comprehension in a cloze sentence reading format the (W/J-III) was utilized. In low volume untimed reading, Meaghan's score indicates average ability (51%) in single word reading (Letter-Word Identification) and her scores decrease to (32%) in the ability to blend nonsense words. Spelling of Sounds also measuring Meaghan's ability to link sounds together rapidly and reproduce information on paper yields concurrent ability (32%). Further evidence of Meaghan reading problem related to hearing sounds and linking sounds together for fluent reading is identified Phonological Awareness, (35%), and in Reading Accuracy of the GORT-4 (37%). Although skills related to Oral reading particularly associating sounds with graphemes are in the average range a grand discrepancy is present when comparing oral reading skills related to sounds with other academic skills and with cognition. Reading Fluency related to the ability to read simple sentences and answer yes/no questions correctly in a timed format indicates 88 percent. Comprehension, reading sentences or short paragraphs using a cloze sentence format, yields average ability (61%) in Passage Comprehension, a low volume measure of reading comprehension using the W/J-III. On the GORT-4, a high volume, timed reading assessment of passage reading and comprehension in a multiple-choice format, indicates (75%) in both Reading Rate

5

and Reading Comprehension. Meaghan is diagnosed with an oral reading problem, which has intermittent characteristics of dyslexia.

**Math:** Math skill assessment, utilizing the Calculation and Applied Problem Tests indicates skills fluctuating in the above average to superior ability. She achieves 87 percent in Calculation. On the Applied Problems Test, Meaghan's skills are superior (96%). In Math Fluency, measuring the ability to recall basic math facts within time constraints yields above average skills (91%).

**Written Language:** Written language was measured using the TOWL-3. Spontaneous writing measuring the ability to integrate spelling patterns, apply rules governing grammar and use a variety of sentences and parts of speech, indicates efficient ability in integration of language sequencing and usage of grammatical forms. However, spontaneous spelling when asked to transfer language information from brain to paper to create an interactive story about a given picture confirms difficulty in linking sounds together rapidly (16%). Sentence structure yields the ability to use simple/compound sentences, difficulty in the mechanics of writing related to letter formation, spacing, and unfinished letters, as well as, misuse of the lines and margins which affects organization on paper and indicates some effort in using writing as a communication tool. Single word spelling indicates average skills (35%) and Writing Fluency, the ability to formulate ideas when words are given, as well as, thinking quickly yields above average ability, (85%). Characteristics of dysgraphia are identified in handwriting as mentioned above.

SUMMARY:

Based upon Meaghan's evaluation results, review of classroom performance, review of report card grades, review of case history information and standardized test scores, she presents a cognitive/achievement profile of an above average student with a grand discrepancy, although average, in auditory processing related to phonological awareness, or the ability to hear single units of sounds and manipulate sounds quickly in blending and in writing. She has difficulty translating handwriting skills for output to paper. Characteristics of dyslexia are identified in reading and in handwriting related to spelling. Overall cognitive ability yields 91 percent, and achievement skills yield 57 percent. This is a substantial difference; however, math skills are in the above average to superior range but oral reading and spelling skills are inefficient and are considered the contributing factors to the discrepancy between cognitive versus achievement performance. Phon/Graph Knowledge, or the ability to use sounds along with graphemes/letters yields Meaghan lowest score (31%). Symptoms of dysgraphia are identified in writing and affect written expression. Meaghan is unable to reach potential as evidenced by her Spontaneous Writing score of 10 percent according to the TOWL-3.

6

## RECOMMENDATIONS

The following recommendations are prescribed for Meaghan:

1. Enroll Meaghan in a multi-sensory program to build phonological awareness, phonology, reading and writing fluency.

2. As Meaghan becomes proficient in computer keyboarding, she should use computer programming to assist written expression.

7

0064

SUMMARY OF TEST SCORES
The Woodcock-Johnson-III Tests of Cognitive Ability-Revised

|  | Standard Score | Percentile Rank | Rating Equivalent |
|---|---|---|---|
| GIA | 120 | 91 | Above Average |
| VERBAL ABILITY | 119 | 90 | Above Average |
| Verbal Comprehension | 119 | 90 | Above Average |
|  |  |  |  |
| THINKING ABILITY | 116 | 86 | Above Average |
| Visual-Auditory Learning | 116 | 86 | Above Average |
| Spatial Relations | 111 | 76 | Above Average |
| Sound Blending | 93 | 32 | Average |
| Concept Formation | 123 | 94 | Superior |
| Retrieval Fluency | 122 | 93 | Superior |
|  |  |  |  |
| COGNITIVE EFFICIENCY | 113 | 80 | Above Average |
| Visual Matching | 117 | 87 | Above Average |
| Numbers Reversed | 105 | 63 | Average |
| Decision Speed | 129 | 98 | Superior |
|  |  |  |  |
| LONG-TERM RETRIEVAL | 121 | 92 | Superior |
| Visual-Auditory Learning | 116 | 86 | Above Average |
| Retrieval Fluency | 122 | 93 | Superior |
|  |  |  |  |
| AUDITORY PROCESSING | 98 | 44 | Average |
| Sound Blending | 93 | 32 | Average |
| Auditory Attention | 104 | 62 | Average |
|  |  |  |  |
| PROCESSING SPEED | 125 | 95 | Superior |
| Visual Matching | 117 | 87 | Above Average |
| Decision Speed | 129 | 98 | Superior |
|  |  |  |  |
| PHON/GRAPH KNOWLEDGE | 92 | 31 | Average |
|  |  |  |  |
| SHORT-TERM MEMORY |  |  |  |
| Numbers Reversed | 105 | 63 | Average |
|  |  |  |  |
| WORKING MEMORY | 115 | 84 | Above Average |
| Auditory Working Memory | 122 | 93 | Superior |
| Numbers Reversed | 105 | 63 | Average |
|  |  |  |  |
| BROAD ATTENTION | 117 | 87 | Above Average |
| Numbers Reversed | 105 | 63 | Average |
| Auditory Attention | 104 | 62 | Average |
| Auditory Working Memory | 122 | 93 | Superior |
| Pair Cancellation | 112 | 78 | Above Average |
|  |  |  |  |
| EXECUTIVE PROCESSES | 124 | 94 | Superior |
| Concept Formation | 123 | 94 | Superior |
| Pair Cancellation | 112 | 78 | Above Average |
| Planning | 122 | 93 | Superior |

8

| | ACHIEVEMENT Standard Score/ Scaled Score | Percentile Rank | Grade & Rating Equivalent | |
|---|---|---|---|---|
| (W/J III) | | | | |
| ACADEMIC SKILLS | 103 | 57 | 5.3 | Average |
| ACADEMIC FLUENCY | 120 | 90 | 8.0 | Above Average |
| | | | | |
| ORAL LANGUAGE: | 120 | 91 | 12.4 | Above Average |
| Story Recall | 119 | 90 | >18.0 | Above Average |
| Understanding Directions | 113 | 81 | 10.4 | Above Average |
| | | | | |
| READING: | | | | |
| (W/J III) | | | | |
| Letter-Word Identification | 101 | 51 | 5.1 | Average |
| Reading Fluency | 117 | 88 | 8.4 | Above Average |
| Passage Comprehension | 104 | 61 | 5.8 | Average |
| Word Attack | 93 | 32 | 3.1 | Average |
| Spelling of Sounds | 93 | 32 | 3.3 | Average |
| Sound Awareness | 106 | 65 | 7.3 | Average |
| BROAD READING ABILITY | 111 | 77 | 6.8 | Above Average |
| | | | | |
| (GORT-4) | | | | |
| Rate | 12 | 75 | 6.0 | Average |
| Accuracy | 9 | 37 | 4.7 | Average |
| Passage Reading | 11 | 63 | 5.7 | Average |
| Comprehension | 12 | 75 | 7.2 | Average |
| ORAL READING QUOTIENT | 109 | 73 | | Average |
| | | | | |
| MATHEMATICS: | | | | |
| (W/J-III) | | | | |
| Calculation | 117 | 87 | 7.3 | Above Average |
| Applied Problems | 126 | 96 | 11.4 | Superior |
| Math Fluency | 120 | 91 | 7.9 | Above Average |
| BROAD MATH ABILITY | 128 | 97 | 8.7 | Superior |
| | | | | |
| WRITTEN LANGUAGE: | | | | |
| (W/J-III) | | | | |
| Spelling | 94 | 35 | 4.1 | Average |
| Writing Fluency | 115 | 85 | 7.1 | Above Average |
| | | | | |
| (TOWL-3) | | | | |
| Contextual Conventions | 7 | 16 | | Below Average |
| Contextual Language | 7 | 16 | | Below Average |
| Story Construction | 7 | 16 | | Below Average |
| SPONTANEOUS WRITING QUOTIENT | 81 | 10 | | Below Average |

0066

## COMPREHENSIVE TEST OF PHONOLOGICAL PROCESSING
### (CTOPP)

|  | Standard Score | Percentile Rank | Rating Equivalent |
|---|---|---|---|
| PHONOLOGICAL AWARENESS | 94 | 35 | Average |
| Elision | 9 | 37 | Average |
| Blending Words | 9 | 37 | Average |
| | | | |
| PHONOLOGICAL MEMORY | 94 | 35 | Average |
| Memory for Digits | 12 | 75 | Average |
| Nonword Repetition | 8 | 25 | Average |
| | | | |
| RAPID NAMING | 112 | 79 | Above Average |
| Rapid Digit Naming | 12 | 75 | Average |
| Rapid Letter Naming | 12 | 75 | Average |

Denise Nagim, M.C.D., CCC/SLP
Language Learning Specialist
LaBIDA Board Member
LA Lic. No. 603

0067