**FILED UNDER SEAL**

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | TUH CT/Vascular at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | AY2018-19 Block 1 General 1  (5/9/2018 to 6/3/2018) / (05/09/2018 - 06/03/2018) |
| **Evaluation Type:** | Faculty of Student |
| **Evaluator:** | Sukreet Raju |

**EXHIBIT 15**

001.0 Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."

- [ ] Yes
- [x] No

002.0 Extent of contact with Student:

- [ ] < 2 weeks
- [x] 3-4 weeks
- [ ] > 4 weeks

003.0 Student elicits an accurate and complete history.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓ |

003.0 Student performs an accurate and appropriate physical exam.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓ |

003.0 Student generates an appropriate differential diagnosis.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓ |

003.0 Student develops a well-organized and prioritized treatment plan.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓ |

003.0 Student successfully performs required procedures/skills with supervision.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓ |

003.0 Student provides appropriate healthcare counseling to patients and their family.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓ |

**004.0** Student demonstrates an appropriate level of medical knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**004.0** Student is able to apply medical knowledge to patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**005.0** Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**005.0** Student seeks, uses, and responds well to feedback to improve patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**005.0** Student is a self-directed learner and actively seeks out new knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**006.0** Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**006.0** Student completes necessary documentation accurately and timely.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**006.0** Student demonstrates a caring and supportive bedside manner.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**007.0** Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**007.0** Student acts honestly, ethically, and is trustworthy.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|-----------------------|-------------------------|
|     | 1                               | 2                     |                         |

**007.0** Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|------|------|------|
|     | 1 | 2 | |

**007.0** Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|------|------|------|
|     | 1 | 2 | |

**008.0** Student is an effective team-member.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|------|------|------|
|     | 1 | 2 | |

**008.0** Student helps coordinate patient care and acts as a patient advocate when appropriate.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|------|------|------|
|     | 1 | 2 | |

**008.0** Student demonstrates cost-awareness and considers the value of the healthcare being delivered.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|------|------|------|
|     | 1 | 2 | |

**009.0** Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Works very well with a team. Able to perform tasks efficiently individually. Curious and eager to learn.

**010.0** Confidential Formative Feedback for the Student

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Practice oral presentations, focus on structure and fluidity.
Remain calm under stress.

**011.0** Total number of questions answered "DNM- does not meet expectations":

0

**011.0** Total number of questions answered "M- meets expectations":

0

**011.0** Total number of questions answered "E- exceeds expectations":

21

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** ObGyn Clerkship at Other Provider
**Time Frame/Partic:** NovDec2018_FacultyEvaluation (10/22/2018 to 12/12/2018) / (10/22/2018 - 12/12/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** Robert Dibenedetto

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2   Extent of contact with Student::

3-4 weeks

3   Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

4   Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:

E- exceeds expectations | 3 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:

M- meets expectations | 2 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:

E- exceeds expectations | 3 out of 3

10   Student is able to apply medical knowledge to patient care.:

E- exceeds expectations | 3 out of 3

11   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

E- exceeds expectations | 3 out of 3

12   Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

13   Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

14   Student completes necessary documentation accurately and timely.:

E- exceeds expectations | 3 out of 3

15   Student effectively communicates with physicians and non-physician health professionals as members of the healthcare team.:

E- exceeds expectations | 3 out of 3

16   Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

Meaghan Doherty ObGyn Clerkship at Other Provider NovDec2018_FacultyEvaluation (10/22/2018 to 12/12/2018) / (10/22/2018 - 12/12/2018)   Page 1

0004

17   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

18   Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

19   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

20   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

21   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

22   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

23   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

24   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

25   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan was good at self-directed learning and did a good job familiarizing herself with disease processes in order to be a productive team member.

26   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue to work on oral presentations until both the order of information and determining what is pertinent become second nature.

27   Total number of questions answered "E- exceeds expectations":

17

28   Total number of questions answered "DNM- does not meet expectations":

0

29   Total number of questions answered "M- meets expectations":

5

0005

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Well-baby Nursery at Tulane Lakeside Hospital & Clinic (TMC/LS) |
| Time Frame/Partic: | Block 2 - 2018-2019 - Week 4  (7/23/2018 to 7/29/2018) / (07/23/2018 - 07/29/2018) |
| Evaluation Type: | Faculty of Student |
| Evaluator: | Theresa Dise |

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2   Extent of contact with Student::

< 2 weeks

3   Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

4   Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

5   Student generates an appropriate differential diagnosis.:

E- exceeds expectations | 3 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

E- exceeds expectations | 3 out of 3

7   Student successfully performs required procedures/skills with supervision.:

E- exceeds expectations | 3 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:

N/A

9   Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10  Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11  Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

12  Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13  Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

14  Student completes necessary documentation accurately and timely.:

N/A

15  Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

16  Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

0006

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

N/A

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan worked hard and her efforts were much appreciated by the team.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

no concerns

26   Total number of questions answered "E- exceeds expectations"::

12

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

6

Meaghan Doherty Well-baby Nursery at Tulane Lakeside Hospital & Clinic (TMC/LS) Block 2 - 2018-2019 - Week 4  (7/23/2018 to 7/29/2018) /                 Page 2

0007

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Clinic/Outpatient - Tulane at Tulane Lakeside Hospital & Clinic (TMC/LS) |
| Time Frame/Partic: | Block 2 - 2018-2019 - 2nd 4 Week Time Frame  (7/30/2018 to 8/24/2018) / (07/30/2018 - |
| Evaluation Type: | Faculty of Student |
| Evaluator: | Scott Davis |

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."  :

No

2   Extent of contact with Student::

3-4 weeks

3   Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

4   Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

N/A

8   Student provides appropriate healthcare counseling to patients and their family.:

N/A

9   Student demonstrates an appropriate level of medical knowledge.:

E- exceeds expectations | 3 out of 3

10   Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

14   Student completes necessary documentation accurately and timely.:

N/A

15   Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

E- exceeds expectations | 3 out of 3

0008

17  Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18  Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19  Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

N/A

20  Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21  Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22  Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23  Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

N/A

24  Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

I enjoyed the opportunity to work with Ms. Doherty in my pediatric pulmonary clinic.  She was always prepared to see the patients scheduled for the day.  She was very professional in her interaction with patients, their parents, and our staff.  Her bedside manner was warm and approachable for both the patients and their parents.  She asked good questions that reflected prior thought and preparation and was able to apply her previously acquired medical knowledge to current medical problems. She was a wonderful addition to our clinic team and I would welcome the opportunity to work with her again.

25  Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Work on expanding your differential diagnoses and proposing some elements of your plan for each patient encounter.

26  Total number of questions answered "E- exceeds expectations".:

11

27  Total number of questions answered "DNM- does not meet expectations".:

0

28  Total number of questions answered "M- meets expectations".:

5

## Individual Evaluation
Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | TUH CT/Vascular at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | AY2018-19 Block 1 General 1  (5/9/2018 to 6/3/2018) / (05/09/2018 - 06/03/2018) |
| **Evaluation Type:** | Faculty of Student |
| **Evaluator:** | Nicolas Zea |

**001.0** Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation.  Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."

- [ ] Yes
- [x] No

**002.0** Extent of contact with Student:

- [ ] < 2 weeks
- [x] 3-4 weeks
- [ ] > 4 weeks

**003.0** Student elicits an accurate and complete history.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓▓ |

**003.0** Student performs an accurate and appropriate physical exam.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓▓ |

**003.0** Student generates an appropriate differential diagnosis.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | ▓▓▓▓▓▓ | 3 |

**003.0** Student develops a well-organized and prioritized treatment plan.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | ▓▓▓▓▓▓ | 3 |

**003.0** Student successfully performs required procedures/skills with supervision.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | ▓▓▓▓▓▓ | 3 |

**003.0** Student provides appropriate healthcare counseling to patients and their family.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓▓ |

**004.0** Student demonstrates an appropriate level of medical knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | | 3 |

**004.0** Student is able to apply medical knowledge to patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | | 3 |

**005.0** Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**005.0** Student seeks, uses, and responds well to feedback to improve patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**005.0** Student is a self-directed learner and actively seeks out new knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**006.0** Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**006.0** Student completes necessary documentation accurately and timely.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**006.0** Student demonstrates a caring and supportive bedside manner.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**007.0** Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**007.0** Student acts honestly, ethically, and is trustworthy.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | |

**007.0** Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | ▓▓▓▓▓▓▓▓ |

**007.0** Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | ▓▓▓▓▓▓▓▓ |

**008.0** Student is an effective team-member.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | 2 | ▓▓▓▓▓▓▓▓ |

**008.0** Student helps coordinate patient care and acts as a patient advocate when appropriate.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| | 1 | ▓▓▓▓▓▓▓▓ | 3 |

**008.0** Student demonstrates cost-awareness and considers the value of the healthcare being delivered.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|-------------------------------|----------------------|------------------------|
| N/A | 1 | 2 | 3 |

**009.0** Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

excellent student
great team player and very professional

**010.0** Confidential Formative Feedback for the Student

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

.

**011.0** Total number of questions answered "DNM- does not meet expectations":

0

**011.0** Total number of questions answered "M- meets expectations":

6

**011.0** Total number of questions answered "E- exceeds expectations":

14

## Individual Evaluation
Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** Tulane Wards at Tulane University Hospital and Clinic
**Time Frame/Partic:** Block 5 Sub-Specialty Weeks 3&4  (1/21/2019 to 2/3/2019) / (01/21/2019 - 02/03/2019)
**Evaluation Type:** Faculty of Student
**Evaluator:** Thierry LeJemtel

1. Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :
   No

2. Extent of contact with Student::
   < 2 weeks

3. Student elicits an accurate and complete history.:
   E- exceeds expectations | 3 out of 3

4. Student performs an accurate and appropriate physical exam.:
   N/A

5. Student generates an appropriate differential diagnosis.:
   M- meets expectations | 2 out of 3

6. Student develops a well-organized and prioritized treatment plan.:
   E- exceeds expectations | 3 out of 3

7. Student successfully performs required procedures/skills with supervision.:
   N/A

8. Student provides appropriate healthcare counseling to patients and their family.:
   N/A

9. Student demonstrates an appropriate level of medical knowledge.:
   E- exceeds expectations | 3 out of 3

10. Student is able to apply medical knowledge to patient care.:
    E- exceeds expectations | 3 out of 3

11. Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:
    E- exceeds expectations | 3 out of 3

12. Student seeks, uses, and responds well to feedback to improve patient care.:
    M- meets expectations | 2 out of 3

13. Student is a self-directed learner and actively seeks out new knowledge.:
    E- exceeds expectations | 3 out of 3

14. Student completes necessary documentation accurately and timely.:
    N/A

15. Student effectively communicates with physicians and non-physician health professionals as members of the healthcare team.:
    M- meets expectations | 2 out of 3

16. Student demonstrates a caring and supportive bedside manner.:
    N/A

0013

17 Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

E- exceeds expectations | 3 out of 3

18 Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

19 Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

20 Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

21 Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

N/A

22 Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

23 Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

24 Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

25 Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Extremely knowledgeable and motivated student

26 Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Research activities

27 Total number of questions answered "E- exceeds expectations"::

13

28 Total number of questions answered "DNM- does not meet expectations"::

0

29 Total number of questions answered "M- meets expectations"::

3

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | Inpatient - Tulane at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | Block 2 - 2018-2019 - 1st 2 Weeks  (7/2/2018 to 7/15/2018) / (07/02/2018 - 07/15/2018) |
| **Evaluation Type:** | Faculty of Student |
| **Evaluator:** | Edwin Frieberg |

**1**  Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

**2**  Extent of contact with Student::

< 2 weeks

**3**  Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

**4**  Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

**5**  Student generates an appropriate differential diagnosis.:

E- exceeds expectations | 3 out of 3

**6**  Student develops a well-organized and prioritized treatment plan.:

E- exceeds expectations | 3 out of 3

**7**  Student successfully performs required procedures/skills with supervision.:

N/A

**8**  Student provides appropriate healthcare counseling to patients and their family.:

N/A

**9**  Student demonstrates an appropriate level of medical knowledge.:

E- exceeds expectations | 3 out of 3

**10**  Student is able to apply medical knowledge to patient care.:

E- exceeds expectations | 3 out of 3

**11**  Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

**12**  Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

E- exceeds expectations | 3 out of 3

**13**  Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

**14**  Student completes necessary documentation accurately and timely.:

E- exceeds expectations | 3 out of 3

**15**  Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

**16**  Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

E- exceeds expectations | 3 out of 3

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

N/A

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan demonstrated distinctive maturity and professionalism during her Pediatric Intensive Care rotation.  Her knowledge base is very strong and was very well-applied in a focused fashion to patient care.  She was articulate, organized and detailed in her patient presentations on rounds.  She was quick to learn new concepts and showed regular evidence of regular reading. She is personable and worked well as a member of a health care team.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Strong rotation!

Continued reading is important at all levels of training.

Cheers -

26   Total number of questions answered "E- exceeds expectations"::

18

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

0

0016

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** C/L Core at Tulane University Hospital and Clinic
**Time Frame/Partic:** AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** James McConville

1  Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

   No

2  Extent of contact with Student::

   > 4 weeks

3  Student elicits an accurate and complete history.:

   E- exceeds expectations | 3 out of 3

4  Student performs an accurate and appropriate physical exam.:

   M- meets expectations | 2 out of 3

5  Student generates an appropriate differential diagnosis.:

   E- exceeds expectations | 3 out of 3

6  Student develops a well-organized and prioritized treatment plan.:

   E- exceeds expectations | 3 out of 3

7  Student successfully performs required procedures/skills with supervision.:

   E- exceeds expectations | 3 out of 3

8  Student provides appropriate healthcare counseling to patients and their family.:

   E- exceeds expectations | 3 out of 3

9  Student demonstrates an appropriate level of medical knowledge.:

   E- exceeds expectations | 3 out of 3

10  Student is able to apply medical knowledge to patient care.:

   E- exceeds expectations | 3 out of 3

11  Student is a self-directed learner and actively seeks out new knowledge.:

   E- exceeds expectations | 3 out of 3

12  Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

   E- exceeds expectations | 3 out of 3

13  Student seeks, uses, and responds well to feedback to improve patient care.:

   E- exceeds expectations | 3 out of 3

14  Student completes necessary documentation accurately and timely.:

   N/A

15  Student demonstrates a caring and supportive bedside manner.:

   E- exceeds expectations | 3 out of 3

16  Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

   E- exceeds expectations | 3 out of 3

0017

| 17 | Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.: |
| | E- exceeds expectations | 3 out of 3 |

| 18 | Student acts honestly, ethically, and is trustworthy.: |
| | E- exceeds expectations | 3 out of 3 |

| 19 | Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.: |
| | E- exceeds expectations | 3 out of 3 |

| 20 | Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.: |
| | E- exceeds expectations | 3 out of 3 |

| 21 | Student is an effective team-member.: |
| | E- exceeds expectations | 3 out of 3 |

| 22 | Student helps coordinate patient care and acts as a patient advocate when appropriate.: |
| | M- meets expectations | 2 out of 3 |

| 23 | Student demonstrates cost-awareness and considers the value of the healthcare being delivered.: |
| | M- meets expectations | 2 out of 3 |

| 24 | Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application. |
| | I had the opportunity to work with Meagan during her psychiatry clerkship. She worked with us on the consultation liaison service at Tulane Medical Center. On the service, Meagan evaluated patients in the emergency room and on the medical and surgical floors. She did a good job across a variety of clinical problems. She demonstrated good understanding of psychosis, mania, and depression. She was able to assess delirium by the end of the rotation. Her presentations were strong. She helped the residence with obtaining collateral information and other necessary tasks of the treatment team. She was a good teammate and worked well with us. We really appreciated her help on a busy month. She did a great job on the service. |

| 25 | Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE. |
| | Great work Megan. Your presentations were good. Continued work on the assessment and plan. Make sure you have access to the computer so that you can put in notes. It's difficult for me to see exactly what your thought process is without a written note. Documentation is a very important skill and I'm sure you do well at it but it's difficult to do a good assessment without knowing this. Continue read about clinical problems and don't be afraid to ask more questions, provided that they are relevant to the patient that we're discussing. |

| 26 | Total number of questions answered "E- exceeds expectations":: |
| | 17 |

| 27 | Total number of questions answered "DNM- does not meet expectations":: |
| | 0 |

| 28 | Total number of questions answered "M- meets expectations":: |
| | 3 |

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | VA Inpatient Rehab IPE – Neurology Clerkship Core at VA Hospital |
| **Time Frame/Partic:** | Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 – 10/19/2018) |
| **Evaluation Type:** | Faculty of Student |
| **Evaluator:** | Casey Murphy |

**001.0** The student was able to communicate effectively with non-physician health professionals.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

**001.0** The student was able to work effectively with non-physician health care professionals to enhance patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

**001.0** The student demonstrated an understanding of the roles of non-physician health professionals in addressing health care needs of the patients and populations served.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

## Individual Evaluation

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | VA Inpatient Rehab IPE - Neurology Clerkship Core at VA Hospital |
| Time Frame/Partic: | Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 - 10/19/2018) |
| Evaluation Type: | Faculty of Student |
| Evaluator: | Randolph Roig |

001.0 The student was able to communicate effectively with non-physician health professionals.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

001.0 The student was able to work effectively with non-physician health care professionals to enhance patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

001.0 The student demonstrated an understanding of the roles of non-physician health professionals in addressing health care needs of the patients and populations served.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

## Individual Evaluation
Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 – 10/19/2018) |
| **Evaluation Type:** | Faculty of Student |
| **Evaluator:** | Aimee Aysenne |

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2   Extent of contact with Student::

3-4 weeks

3   Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

4   Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

N/A

8   Student provides appropriate healthcare counseling to patients and their family.:

E- exceeds expectations | 3 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10   Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

E- exceeds expectations | 3 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

14   Student completes necessary documentation accurately and timely.:

E- exceeds expectations | 3 out of 3

15   Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

E- exceeds expectations | 3 out of 3

Meaghan Doherty Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic Block 6 October 2018  (9/24/2018 to          Page 1

0021

17  Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18  Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19  Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20  Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21  Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22  Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23  Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

24  Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan is an outstanding student and is team player. She has medical knowledge that is higher than her level of training. She was able to learn quickly and synthesis large amounts of new material on a difficult NeuroICU rotation early in her clinical clerkship. She will make an outstanding resident in any field that she chooses.

25  Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Outstanding job! Good luck with the rest of your medical training. Keep reading!

26  Total number of questions answered "E- exceeds expectations":

16

27  Total number of questions answered "DNM- does not meet expectations":

0

28  Total number of questions answered "M- meets expectations":

4

0022

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic |
| Time Frame/Partic: | Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 – 10/19/2018) |
| Evaluation Type: | Faculty of Student |
| Evaluator: | Justin Salerian |

1    Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."  :

No

2    Extent of contact with Student::

< 2 weeks

3    Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

4    Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

5    Student generates an appropriate differential diagnosis.:

E- exceeds expectations | 3 out of 3

6    Student develops a well-organized and prioritized treatment plan.:

E- exceeds expectations | 3 out of 3

7    Student successfully performs required procedures/skills with supervision.:

N/A

8    Student provides appropriate healthcare counseling to patients and their family.:

E- exceeds expectations | 3 out of 3

9    Student demonstrates an appropriate level of medical knowledge.:

E- exceeds expectations | 3 out of 3

10    Student is able to apply medical knowledge to patient care.:

E- exceeds expectations | 3 out of 3

11    Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

12    Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13    Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

14    Student completes necessary documentation accurately and timely.:

E- exceeds expectations | 3 out of 3

15    Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

16    Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

N/A

0023

17    Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18    Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19    Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20    Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21    Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22    Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23    Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

N/A

24    Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Ms. Doherty was an excellent medical student all around and it was pleasure to have her on our Neuro Consult team. Despite the 2 week rotation, I got to know her and her group quite well. She was always pleasant and well humored, a team player who could reliably be counted on to take care of her patients. She had a solid fund of knowledge and participated in lectures. I put her on the spot several times during the imaging lecture and she was able to calmly and logically interpret CT scans under pressure by the end. She gave a presentation on classification of Aphasias that was well received. She was enthusiastic and showed interest in neurology-- no matter what her ultimate path, I see a bright future for her in medicine. She will be a value added to any team and would gladly work with her again.

25    Confidential Formative Feedback for the Student: Give constructive feedback for student and their advisor to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

26    Total number of questions answered "E- exceeds expectations"::

17

27    Total number of questions answered "DNM- does not meet expectations"::

0

28    Total number of questions answered "M- meets expectations"::

1

Meaghan Doherty Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic Block 6 October 2018 (9/24/2018 to      Page 2

0024

# Tulane University School of Medicine
# Internal Medicine Clerkship

| | | | |
|---|---|---|---|
| Evaluator: | Zachary Quinn – Attending Physician | Subject: | Meaghan Doherty - MS3 |
| Activity: | VA Wards | Site: | Tulane University Hospital and Clinic |
| Evaluation Type: | Faculty of Student | Completion Date: | 04/01/2019 |
| Request Date: | 03/11/2019 | | |
| Period: | Block 5 Weeks 5&6 | Dates of Activity: | 02/04/2019 To 02/10/2019 |
| Subject Participation Dates: | 02/04/2019 To 02/10/2019 | | |

Have you ever provided healthcare services to the student you are evaluating? *If 'Yes' DO NOT proceed with completing the evaluation.* Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."
*(Question 1 of 17  - Mandatory )*

| Selection | Option |
|---|---|
| | Yes |
| X | No |

Instructions for Evaluator:

1. Please read the rubrics and answer to the best of your ability based on your observation of the student

2. The training level of the student should be taken into consideration

3. It is acceptable to consider the overall growth and improvement of the student during the course of the clerkship

4. If a student "does not meet expectations" for a category, then please cite the specific reason(s) why not

5. Please check not applicable (N/A) if you did not observe the student enough to make an informed selection

6. Although grade distributions vary according to the specific clerkship and time of year, the following grade distribution should be

considered:

- 25-35% of students exceed expectations (E)
- 50-70% meet expectations (M)
- <5% do not meet expectations (DNM)

Extent of contact with Student:   *(Question 2 of 17  - Mandatory )*

| Selection | Option |
|---|---|
| X | < 2 weeks |
| | 3-4 weeks |
| | > 4 weeks |

Patient Care:
Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.

*(Question 3 of 17  - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student elicits an accurate and complete history. | 1.0 | >>X<< | 3.0 | 0 |
| Student performs an accurate and appropriate physical exam. | 1.0 | 2.0 | >>X<< | 0 |
| Student generates an appropriate differential diagnosis. | 1.0 | 2.0 | >>X<< | 0 |
| Student develops a well-organized and prioritized treatment plan. | 1.0 | 2.0 | >>X<< | 0 |
| Student successfully performs required procedures/skills with supervision. | 1.0 | 2.0 | >>X<< | 0 |

| | | | | |
|---|---|---|---|---|
| Student provides appropriate healthcare counseling to patients and their family. | 1.0 | >> X < | 3.0 | 0 |

Patient Care: If you chose DNM for any of the statementas above, please cite the reason(s) why.   *(Question 4 of 17)*

---

**Medical Knowledge:**
Students must demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social behavioral sciences, as well as the application of this knowledge to patient care.

*(Question 5 of 17  - Mandatory)*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student demonstrates an appropriate level of medical knowledge. | 1.0 | >> X < | 3.0 | 0 |
| Student is able to apply medical knowledge to patient care. | 1.0 | >> X < | 3.0 | 0 |

Medical Knowledge: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 6 of 17)*

---

**Practice-Based Learning and Improvement:**
Students must demonstrate the ability to investigate and evaluate their care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning.

*(Question 7 of 17  - Mandatory)*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise. | 1.0 | >> X < | 3.0 | 0 |
| Student seeks, uses, and responds well to feedback to improve patient care. | 1.0 | >> X < | 3.0 | 0 |
| Student is a self-directed learner and actively seeks out new knowledge. | 1.0 | 2.0 | >> X < | 0 |

Practice-Based Learning: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 8 of 17)*

**Interpersonal and Communication Skills:**
Students must demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals.

*(Question 9 of 17 - Mandatory)*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds. | 1.0 | 2.0 | >>X< | 0 |
| Student effectively communicates with physicians and non-physician health professionals as members of the healthcare team. | 1.0 | 2.0 | >>X< | 0 |
| Student completes necessary documentation accurately and timely. | 1.0 | 2.0 | >>X< | 0 |
| Student demonstrates a caring and supportive bedside manner. | 1.0 | 2.0 | >>X< | 0 |

Interpersonal and Communication Skills: If you chose DNM for any of the statementas above, please cite the reason(s) why.   *(Question 10 of 17)*

**Professionalism:**
Students must demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles.

*(Question 11 of 17 - Mandatory)*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day. | 1.0 | 2.0 | >>X< | 0 |
| Student acts honestly, ethically, and is trustworthy. | 1.0 | 2.0 | >>X< | 0 |
| Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation. | 1.0 | 2.0 | >>X< | 0 |
| Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures. | 1.0 | 2.0 | >>X< | 0 |

Professionalism: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 12 of 17)*

**Systems-Based Practice:**
Students must demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call effectively on other resources in the system to provide optimal health care.

*(Question 13 of 17  - Mandatory )*

|  | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is an effective team-member. | 1.0 | 2.0 | >>X< | 0 |
| Student helps coordinate patient care and acts as a patient advocate when appropriate. | 1.0 | 2.0 | >>X< | 0 |
| Student demonstrates cost-awareness and considers the value of the healthcare being delivered. | 1.0 | 2.0 | >>X< | 0 |

System-Based Practice: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 14 of 17 )*

Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"    *(Question 15 of 17 - Mandatory )*

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan was a great team member who was always punctual and prepared to talk about her patients.

Confidential Formative Feedback for the Student    *(Question 16 of 17  - Mandatory )*

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Meaghan demonstrated good understanding of medical knowledge and had broad differentials for her presentations. The next step would be to look at value based care and begin to refine list of problems and tests to order.

*(Question 17 of 17 )*

| Answer Type Sum | |
|---|---|
| Total number of questions answered "DNM- does not meet expectations": | 0 |
| Total number of questions answered "M- meets expectations": | 6 |
| Total number of questions answered "E- exceeds expectations": | 16 |

## Tulane University School of Medicine
## Internal Medicine Clerkship

| | | | |
|---|---|---|---|
| Evaluator: | Thierry LeJemtel - Attending Physician | Subject: | Meaghan Doherty - MS3 |
| Activity: | Tulane Wards | Site: | Tulane University Hospital and Clinic |
| Evaluation Type: | Faculty of Student | Completion Date: | 03/14/2019 |
| Request Date: | 03/11/2019 | | |
| Period: | Block 5 Sub-Specialty Weeks 3&4 | Dates of Activity: | 01/21/2019 To 02/03/2019 |
| Subject Participation Dates: | 01/21/2019 To 02/03/2019 | | |

Have you ever provided healthcare services to the student you are evaluating? *If 'Yes' DO NOT proceed with completing the evaluation.* Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."
   *(Question 1 of 17 - Mandatory )*

| Selection | Option |
|---|---|
| | Yes |
| X | No |

### Instructions for Evaluator:

1. Please read the rubrics and answer to the best of your ability based on your observation of the student

2. The training level of the student should be taken into consideration

3. It is acceptable to consider the overall growth and improvement of the student during the course of the clerkship

4. If a student "does not meet expectations" for a category, then please cite the specific reason(s) why not

5. Please check not applicable (N/A) if you did not observe the student enough to make an informed selection

6. Although grade distributions vary according to the specific clerkship and time of year, the following grade distribution should be

considered:

   • 25-35% of students exceed expectations (E)
   • 50-70% meet expectations (M)
   • <5% do not meet expectations (DNM)

Extent of contact with Student:     *(Question 2 of 17 - Mandatory )*

| Selection | Option |
|---|---|
| X | < 2 weeks |
| | 3-4 weeks |
| | > 4 weeks |

### Patient Care:
Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.

   *(Question 3 of 17 - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student elicits an accurate and complete history. | 1.0 | 2.0 | >>X< | 0 |
| Student performs an accurate and appropriate physical exam. | 1.0 | 2.0 | 3.0 | >>X<< |
| Student generates an appropriate differential diagnosis. | 1.0 | >>X< | 3.0 | 0 |
| Student develops a well-organized and prioritized treatment plan. | 1.0 | 2.0 | >>X< | 0 |
| Student successfully performs required procedures/skills with supervision. | 1.0 | 2.0 | 3.0 | >>X<< |

| Student provides appropriate healthcare counseling to patients and their family. | 1.0 | 2.0 | 3.0 | >>X<< |
|---|---|---|---|---|

Patient Care: If you chose DNM for any of the statementas above, please cite the reason(s) why.   *(Question 4 of 17 )*

<br><br><br><br>

**Medical Knowledge:**
Students must demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social behavioral sciences, as well as the application of this knowledge to patient care.

*(Question 5 of 17  - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student demonstrates an appropriate level of medical knowledge. | 1.0 | 2.0 | >>X<< | 0 |
| Student is able to apply medical knowledge to patient care. | 1.0 | 2.0 | >>X<< | 0 |

Medical Knowledge: If you chose DNM for any of the statementas above, please cite the reason(s) why.
  *(Question 6 of 17 )*

<br><br><br><br>

**Practice-Based Learning and Improvement:**
Students must demonstrate the ability to investigate and evaluate their care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning.

*(Question 7 of 17  - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise. | 1.0 | 2.0 | >>X<< | 0 |
| Student seeks, uses, and responds well to feedback to improve patient care. | 1.0 | >>X<< | 3.0 | 0 |
| Student is a self-directed learner and actively seeks out new knowledge. | 1.0 | 2.0 | >>X<< | 0 |

Practice-Based Learning: If you chose DNM for any of the statementas above, please cite the reason(s) why.
  *(Question 8 of 17 )*

---

**Interpersonal and Communication Skills:**
Students must demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals.

*(Question 9 of 17 - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds. | 1.0 | 2.0 | >> X < | 0 |
| Student effectively communicates with physicians and non-physician health professionals as members of the healthcare team. | 1.0 | >> X < | 3.0 | 0 |
| Student completes necessary documentation accurately and timely. | 1.0 | 2.0 | 3.0 | >> X << |
| Student demonstrates a caring and supportive bedside manner. | 1.0 | 2.0 | 3.0 | >> X << |

Interpersonal and Communication Skills: If you chose DNM for any of the statementas above, please cite the reason(s) why.   *(Question 10 of 17 )*

---

**Professionalism:**
Students must demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles.

*(Question 11 of 17 - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day. | 1.0 | 2.0 | >> X < | 0 |
| Student acts honestly, ethically, and is trustworthy. | 1.0 | 2.0 | >> X < | 0 |
| Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation. | 1.0 | 2.0 | >> X < | 0 |
| Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures. | 1.0 | 2.0 | 3.0 | >> X << |

Professionalism: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 12 of 17 )*

**Systems-Based Practice:**
Students must demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call effectively on other resources in the system to provide optimal health care.

*(Question 13 of 17  - Mandatory )*

|  | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is an effective team-member. | 1.0 | 2.0 | >>X< | 0 |
| Student helps coordinate patient care and acts as a patient advocate when appropriate. | 1.0 | 2.0 | >>X< | 0 |
| Student demonstrates cost-awareness and considers the value of the healthcare being delivered. | 1.0 | 2.0 | >>X< | 0 |

System-Based Practice: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 14 of 17 )*

Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"    *(Question 15 of 17 - Mandatory )*

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Extremely knowledgeable and motivated student

Confidential Formative Feedback for the Student    *(Question 16 of 17  - Mandatory )*

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Research activities

*(Question 17 of 17 )*

| Answer Type Sum | |
|---|---|
| Total number of questions answered "DNM- does not meet expectations": | 0 |
| Total number of questions answered "M- meets expectations": | 3 |
| Total number of questions answered "E- exceeds expectations": | 13 |

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | Preceptor - Final at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | Block 2 - 2018-2019 - 2nd 4 Week Time Frame  (7/30/2018 to 8/24/2018) / (07/30/2018 - 08/24/2018) |
| **Evaluation Type:** | Preceptor Evaluation of Student |
| **Evaluator:** | Theresa Dise |

### 001.0 Interaction with others in group 1

| N/A | Demonstrates little interaction | Demonstrates sporadic interaction | Listens attentively, considers comments of others, and interacts effectively with most members of the group | Is adept at interacting with all members of the group | Demonstrates shared responsibility for the group's learning |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | ▨▨▨ | 5 |

### 002.0 Interaction with others in group 2

| N/A | Makes none to one or two brief comments during session | Makes comments throughout the discussion, but to only one or two individuals, rather than the group, Comments dominate the group discussion | Makes comments to the group throughout the discussion | Makes thoughtful contributions to the group and to individuals throughout the discussion | Demonstrates an effective balance between leading the discussion and listening to others' contributions |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | ▨▨▨ | 5 |

### 003.0 Use of Content Knowledge 1

| N/A | Reiterates one or two facts without complete accuracy | Provides only basic facts with minimal accuracy | Refers only to major facts or general issues accurately | Provides appropriate facts accurately | Relates prior knowledge and experiences to the situation or problem accurately |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | ▨▨▨ |

### 004.0 Use of Content Knowledge 2

| N/A | Deals only briefly and vaguely with concepts and/or issues | Refers to specific information to explain only one or two concepts and/or issues | Analyzes information to explain at least one concept or issue | Specific information fits the concept and/or issue- | Explores major and minor concepts or issues and generates effective hypotheses, when appropriate |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | ▨▨▨ |

### 005.0 Use of Content Knowledge 3

| N/A | Indicates little prior knowledge | Little use of prior knowledge without complete accuracy | Provides background information as substantive support | Analyzes information to explain multiple aspects of major concepts and/or issues | Uses prior knowledge, experiences, and current resources to gain an in-depth understanding of the situation or problem |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | ▨▨▨ |

006.0 <u>Use of Content Knowledge 4</u>

| N/A | Relies primarily on the Information provided | Relies on the information provided, rather than drawing from prior learning and/or experiences in other settings or disciplines | Uses general ideas from prior learning and/or experiences in other settings or disciplines | Uses background information, prior learning and/or experiences effectively to examine concepts and/or issues | Relates current knowledge or tasks to past and possible future situations or problems |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | ░░░░░░░ |

007.0 <u>Participation</u>

| N/A | Relies primarily on others to contribute to the discussion | Participates in discussions only when asked by other members | Participates actively during part of the group discussion | Participates actively throughout the group discussion | Participates actively and enthusiastically throughout the discussion and assumes a leadership role from time to time |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | ░░░░░░░ | 5 |

008.0 <u>Focus/Quality of Individual Contributions</u>

| N/A | Nonverbal and/or verbal behavior communicates disinterest or distraction | Contributions are not entirely focused on the topic | Contributions are relevant to the topic | Contributions link topical ideas and others' comments and enhance/extend the quality of the discussion | Makes comments and asks questions that demonstrate forethought and preparation |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | ░░░░░░░ | 5 |

009.0 <u>Please rate the medical student's overall performance.</u>

| No interaction | Fail | Marginal Pass | Pass | High Pass | Honors |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | ░░░░░░░ |

010.0 <u>Comments</u>

Meaghan performed as expected in the preceptor group setting.

# Tulane University School of Medicine
# Internal Medicine Clerkship

| Evaluator: | Jerald Luke Taggart - Attending Physician | Subject: | Meaghan Doherty - MS3 |
|---|---|---|---|
| Activity: | VA Wards | Site: | Tulane University Hospital and Clinic |
| Evaluation Type: | Faculty of Student | Completion Date: | 03/27/2019 |
| Request Date: | 03/11/2019 | | |
| Period: | Block 5 Weeks 7&8 | Dates of Activity: | 02/18/2019 To 03/01/2019 |
| Subject Participation Dates: | 02/18/2019 To 03/01/2019 | | |

Have you ever provided healthcare services to the student you are evaluating? *If 'Yes' DO NOT proceed with completing the evaluation.* Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."
*(Question 1 of 17 - Mandatory)*

| Selection | Option |
|---|---|
| | Yes |
| X | No |

Instructions for Evaluator:

1. Please read the rubrics and answer to the best of your ability based on your observation of the student

2. The training level of the student should be taken into consideration

3. It is acceptable to consider the overall growth and improvement of the student during the course of the clerkship

4. If a student "does not meet expectations" for a category, then please cite the specific reason(s) why not

5. Please check not applicable (N/A) if you did not observe the student enough to make an informed selection

6. Although grade distributions vary according to the specific clerkship and time of year, the following grade distribution should be

considered:

- 25-35% of students exceed expectations (E)
- 50-70% meet expectations (M)
- <5% do not meet expectations (DNM)

Extent of contact with Student:    *(Question 2 of 17 - Mandatory)*

| Selection | Option |
|---|---|
| X | < 2 weeks |
| | 3-4 weeks |
| | >4 weeks |

Patient Care:
Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.

*(Question 3 of 17 - Mandatory)*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student elicits an accurate and complete history. | 1.0 | 2.0 | >>X<< | 0 |
| Student performs an accurate and appropriate physical exam. | 1.0 | >>X<< | 3.0 | 0 |
| Student generates an appropriate differential diagnosis. | 1.0 | >>X<< | 3.0 | 0 |
| Student develops a well-organized and prioritized treatment plan. | 1.0 | 2.0 | >>X<< | 0 |
| Student successfully performs required procedures/skills with supervision. | 1.0 | 2.0 | 3.0 | >>X<< |

| | | | | |
|---|---|---|---|---|
| Student provides appropriate healthcare counseling to patients and their family. | 1.0 | 2.0 | >>X< | 0 |

Patient Care: If you chose DNM for any of the statementas above, please cite the reason(s) why.   *(Question 4 of 17 )*

<br>
<br>
<br>
<br>

**Medical Knowledge:**
Students must demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social behavioral sciences, as well as the application of this knowledge to patient care.

*(Question 5 of 17  - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student demonstrates an appropriate level of medical knowledge. | 1.0 | 2.0 | >>X< | 0 |
| Student is able to apply medical knowledge to patient care. | 1.0 | 2.0 | >>X< | 0 |

Medical Knowledge: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 6 of 17 )*

<br>
<br>
<br>
<br>

**Practice-Based Learning and Improvement:**
Students must demonstrate the ability to investigate and evaluate their care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning.

*(Question 7 of 17  - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise. | 1.0 | 2.0 | >>X< | 0 |
| Student seeks, uses, and responds well to feedback to improve patient care. | 1.0 | 2.0 | >>X< | 0 |
| Student is a self-directed learner and actively seeks out new knowledge. | 1.0 | 2.0 | >>X< | 0 |

Practice-Based Learning: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 8 of 17 )*

_(blank box)_

**Interpersonal and Communication Skills:**
Students must demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals.

*(Question 9 of 17 - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds. | 1.0 | 2.0 | >>X< | 0 |
| Student effectively communicates with physicians and non-physician health professionals as members of the healthcare team. | 1.0 | 2.0 | >>X< | 0 |
| Student completes necessary documentation accurately and timely. | 1.0 | 2.0 | >>X< | 0 |
| Student demonstrates a caring and supportive bedside manner. | 1.0 | 2.0 | >>X< | 0 |

Interpersonal and Communication Skills: If you chose DNM for any of the statementas above, please cite the reason(s) why.   *(Question 10 of 17 )*

_(blank box)_

**Professionalism:**
Students must demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles.

*(Question 11 of 17 - Mandatory )*

| | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day. | 1.0 | 2.0 | >>X< | 0 |
| Student acts honestly, ethically, and is trustworthy. | 1.0 | 2.0 | >>X< | 0 |
| Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation. | 1.0 | >>X< | 3.0 | 0 |
| Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures. | 1.0 | >>X< | 3.0 | 0 |

Professionalism: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 12 of 17 )*

**Systems-Based Practice:**
Students must demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call effectively on other resources in the system to provide optimal health care.

*(Question 13 of 17 - Mandatory)*

|  | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations | N/A |
|---|---|---|---|---|
| Student is an effective team-member. | 1.0 | 2.0 | >X< | 0 |
| Student helps coordinate patient care and acts as a patient advocate when appropriate. | 1.0 | 2.0 | >X< | 0 |
| Student demonstrates cost-awareness and considers the value of the healthcare being delivered. | 1.0 | 2.0 | >X< | 0 |

System-Based Practice: If you chose DNM for any of the statementas above, please cite the reason(s) why.
*(Question 14 of 17 )*

Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"   *(Question 15 of 17 - Mandatory)*

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

I was very impressed with Meaghan's performance on her medicine ward rotation. She is organized and reliable. Her presentations were at the level of an early intern. On patients for which she was not directly assigned (not writing a note that day), she was still very engaged evidenced by asking appropriate questions and she also took notes on each. She knew the plan and had a to do list for each patient everyday. This active listening and involvement is how I encourage interns to approach rounds but Meaghan did it without prompting. This allowed me to round with her individually if it was getting late on a post call day and the team was completing other work. I could then count on her to get the team up to speed on any updates from our rounds together. In this way, she functioned as an extra intern on our team and significantly improved our efficiency. Unfortunately she is not pursuing internal medicine as a career or I would be actively recruiting her to stay and train with us. She will be an excellent physician.

Confidential Formative Feedback for the Student   *(Question 16 of 17 - Mandatory )*

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue to work on developing your own plan of care and supporting it during your presentations

*(Question 17 of 17 )*

| Answer Type Sum | |
|---|---|
| Total number of questions answered "DNM- does not meet expectations": | 0 |
| Total number of questions answered "M- meets expectations": | 4 |
| Total number of questions answered "E- exceeds expectations": | 17 |

**Individual Evaluation**                                                    Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Inpatient - Tulane at Tulane University Hospital and Clinic |
| Time Frame/Partic: | Block 2 - 2018-2019 - 1st 2 Weeks  (7/2/2018 to 7/15/2018) / (07/02/2018 - 07/15/2018) |
| Evaluation Type: | Faculty of Student |
| Evaluator: | Dinesh Singh |

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2   Extent of contact with Student::

< 2 weeks

3   Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

4   Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

N/A

8   Student provides appropriate healthcare counseling to patients and their family.:

N/A

9   Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10   Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

14   Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

15   Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21   Student is an effective team-member.:

M- meets expectations | 2 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Good bedside manners, Good communication and interpersonal skills. Good basic medical knowledge. Willing to learn.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Good Luck for your residency and wish you well in future.

26   Total number of questions answered "E- exceeds expectations"::

0

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

19

Meaghan Doherty Inpatient - Tulane at Tulane University Hospital and Clinic Block 2 - 2018-2019 - 1st 2 Weeks  (7/2/2018 to 7/15/2018) / (07/     Page 2

0043

## Individual Evaluation                                    Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** ObGyn Clerkship at Other Provider
**Time Frame/Partic:** NovDec2018_FacultyEvaluation  (10/22/2018 to 12/12/2018) / (10/22/2018 - 12/12/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** Jonathan May

1  Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :
   No

2  Extent of contact with Student::
   3-4 weeks

3  Student elicits an accurate and complete history.:
   E- exceeds expectations | 3 out of 3

4  Student performs an accurate and appropriate physical exam.:
   E- exceeds expectations | 3 out of 3

5  Student generates an appropriate differential diagnosis.:
   M- meets expectations | 2 out of 3

6  Student develops a well-organized and prioritized treatment plan.:
   M- meets expectations | 2 out of 3

7  Student successfully performs required procedures/skills with supervision.:
   M- meets expectations | 2 out of 3

8  Student provides appropriate healthcare counseling to patients and their family.:
   M- meets expectations | 2 out of 3

9  Student demonstrates an appropriate level of medical knowledge.:
   M- meets expectations | 2 out of 3

10  Student is able to apply medical knowledge to patient care.:
    M- meets expectations | 2 out of 3

11  Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:
    M- meets expectations | 2 out of 3

12  Student seeks, uses, and responds well to feedback to improve patient care.:
    E- exceeds expectations | 3 out of 3

13  Student is a self-directed learner and actively seeks out new knowledge.:
    M- meets expectations | 2 out of 3

14  Student completes necessary documentation accurately and timely.:
    M- meets expectations | 2 out of 3

15  Student effectively communicates with physicians and non-physician health professionals as members of the healthcare team.:
    M- meets expectations | 2 out of 3

16  Student demonstrates a caring and supportive bedside manner.:
    M- meets expectations | 2 out of 3

0044

17   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

18   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

19   Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

20   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

21   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

22   Student is an effective team-member.:

M- meets expectations | 2 out of 3

23   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

24   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

25   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Did a good job on this rotation.

26   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

No problems.

27   Total number of questions answered "E- exceeds expectations"::

3

28   Total number of questions answered "DNM- does not meet expectations"::

0

29   Total number of questions answered "M- meets expectations"::

19

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** UMCNO Trauma Core at University Medical Center New Orleans(UMCNO)
**Time Frame/Partic:** AY2018-19 Block 1 General 2  (6/4/2018 to 6/26/2018) / (06/04/2018 - 06/26/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** Juan Duchesne

001.0 Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation.  Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."

☐ Yes
☒ No

002.0 Extent of contact with Student:

☒ < 2 weeks
☐ 3-4 weeks
☐ > 4 weeks

003.0 Student elicits an accurate and complete history.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓▓ |

003.0 Student performs an accurate and appropriate physical exam.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | ▓▓▓▓▓▓ | 3 |

003.0 Student generates an appropriate differential diagnosis.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓▓ |

003.0 Student develops a well-organized and prioritized treatment plan.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | ▓▓▓▓▓▓ | 3 |

003.0 Student successfully performs required procedures/skills with supervision.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | ▓▓▓▓▓▓ |

003.0 Student provides appropriate healthcare counseling to patients and their family.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | ▓▓▓▓▓▓ | 3 |

005.0 Student demonstrates an appropriate level of medical knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

005.0 Student is able to apply medical knowledge to patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

007.0 Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

007.0 Student seeks, uses, and responds well to feedback to improve patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

007.0 Student is a self-directed learner and actively seeks out new knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

009.0 Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

009.0 Student completes necessary documentation accurately and timely.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

009.0 Student demonstrates a caring and supportive bedside manner.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

011.0 Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

011.0 Student acts honestly, ethically, and is trustworthy.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | 2 | |

**011.0** Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|----------------------|-------------------------|
|     | 1 | ▓▓▓ | 3 |

**011.0** Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|----------------------|-------------------------|
|     | 1 | 2 | ▓▓▓ |

**013.0** Student is an effective team-member.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|----------------------|-------------------------|
|     | 1 | ▓▓▓ | 3 |

**013.0** Student helps coordinate patient care and acts as a patient advocate when appropriate.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|----------------------|-------------------------|
|     | 1 | 2 | ▓▓▓ |

**013.0** Student demonstrates cost-awareness and considers the value of the healthcare being delivered.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|---------------------------------|----------------------|-------------------------|
|     | 1 | ▓▓▓ | 3 |

**015.0** Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

eager to learn

**016.0** Confidential Formative Feedback for the Student

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

eager to learn

**017.0** Total number of questions answered "DNM- does not meet expectations":

0

**017.0** Total number of questions answered "M- meets expectations":

13

**017.0** Total number of questions answered "E- exceeds expectations":

8

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** UMCNO Trauma Core at University Medical Center New Orleans(UMCNO)
**Time Frame/Partic:** AY2018-19 Block 1 General 2  (6/4/2018 to 6/26/2018) / (06/04/2018 - 06/26/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** Patrick McGrew

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

 No

2   Extent of contact with Student::

 < 2 weeks

3   Student elicits an accurate and complete history.:

 M- meets expectations | 2 out of 3

4   Student performs an accurate and appropriate physical exam.:

 · M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:

 E- exceeds expectations | 3 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

 E- exceeds expectations | 3 out of 3

7   Student successfully performs required procedures/skills with supervision.:

 M- meets expectations | 2 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:

 M- meets expectations | 2 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:

 M- meets expectations | 2 out of 3

10   Student is able to apply medical knowledge to patient care.:

 E- exceeds expectations | 3 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

 M- meets expectations | 2 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

 M- meets expectations | 2 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

 M- meets expectations | 2 out of 3

14   Student completes necessary documentation accurately and timely.:

 M- meets expectations | 2 out of 3

15   Student demonstrates a caring and supportive bedside manner.:

 M- meets expectations | 2 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

 M- meets expectations | 2 out of 3

**17** Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

**18** Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

**19** Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

**20** Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

**21** Student is an effective team-member.:

M- meets expectations | 2 out of 3

**22** Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

**23** Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

**24** Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan performed at and sometimes above her level of training in this clinical rotation which was very early in third year. She actively read and was a meaningful participant on our team. Her comments and analysis during journal reviews were appropriate and well considered.

**25** Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Be aggressive about getting some face time and presenting to attending on all rotations. Make a mark, and stand out! you're smart and capable, you have nothing to worry about!

**26** Total number of questions answered "E- exceeds expectations"::

3

**27** Total number of questions answered "DNM- does not meet expectations"::

0

**28** Total number of questions answered "M- meets expectations"::

18

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** UMCNO Trauma Core at University Medical Center New Orleans(UMCNO)
**Time Frame/Partic:** AY2018-19 Block 1 General 2  (6/4/2018 to 6/26/2018) / (06/04/2018 - 06/26/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** Alison Smith

---

**001.0** <u>Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation.  Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."</u>

- ☐ Yes
- ☒ No

---

**002.0** <u>Extent of contact with Student:</u>

- ☐ < 2 weeks
- ☐ 3-4 weeks
- ☒ > 4 weeks

---

**003.0** <u>Student elicits an accurate and complete history.</u>

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**003.0** <u>Student performs an accurate and appropriate physical exam.</u>

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**003.0** <u>Student generates an appropriate differential diagnosis.</u>

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**003.0** <u>Student develops a well-organized and prioritized treatment plan.</u>

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**003.0** <u>Student successfully performs required procedures/skills with supervision.</u>

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**003.0** <u>Student provides appropriate healthcare counseling to patients and their family.</u>

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**005.0** Student demonstrates an appropriate level of medical knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**005.0** Student is able to apply medical knowledge to patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**007.0** Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**007.0** Student seeks, uses, and responds well to feedback to improve patient care.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**007.0** Student is a self-directed learner and actively seeks out new knowledge.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**009.0** Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**009.0** Student completes necessary documentation accurately and timely.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**009.0** Student demonstrates a caring and supportive bedside manner.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**011.0** Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**011.0** Student acts honestly, ethically, and is trustworthy.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|---|---|---|---|
| | 1 | | 3 |

**011.0** Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|----------------------------------|------------------------|--------------------------|
| | 1 | | 3 |

**011.0** Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|----------------------------------|------------------------|--------------------------|
| | 1 | | 3 |

**013.0** Student is an effective team-member.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|----------------------------------|------------------------|--------------------------|
| | 1 | | 3 |

**013.0** Student helps coordinate patient care and acts as a patient advocate when appropriate.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|----------------------------------|------------------------|--------------------------|
| | 1 | | 3 |

**013.0** Student demonstrates cost-awareness and considers the value of the healthcare being delivered.

| N/A | DNM- does not meet expectations | M- meets expectations | E- exceeds expectations |
|-----|----------------------------------|------------------------|--------------------------|
| | 1 | | 3 |

**015.0** Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter"

Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan did a very strong job on her Surgery rotation with the Trauma team. Her oral presentations were always very thorough.

**016.0** Confidential Formative Feedback for the Student

Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue to improve on clinical skills throughout your third year.

**017.0** Total number of questions answered "DNM- does not meet expectations":

0

**017.0** Total number of questions answered "M- meets expectations":

21

**017.0** Total number of questions answered "E- exceeds expectations":

0

0053

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** Clinic/Outpatient - Tulane at Tulane Lakeside Hospital & Clinic (TMC/LS)
**Time Frame/Partic:** Block 2 - 2018-2019 - 2nd 4 Week Time Frame  (7/30/2018 to 8/24/2018) / (07/30/2018 -
**Evaluation Type:** Faculty of Student
**Evaluator:** Amina Rafique

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :
No

2   Extent of contact with Student::
3-4 weeks

3   Student elicits an accurate and complete history.:
E- exceeds expectations | 3 out of 3

4   Student performs an accurate and appropriate physical exam.:
M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:
M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:
M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:
M- meets expectations | 2 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:
M- meets expectations | 2 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:
M- meets expectations | 2 out of 3

10   Student is able to apply medical knowledge to patient care.:
M- meets expectations | 2 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:
M- meets expectations | 2 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:
M- meets expectations | 2 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:
M- meets expectations | 2 out of 3

14   Student completes necessary documentation accurately and timely.:
M- meets expectations | 2 out of 3

15   Student demonstrates a caring and supportive bedside manner.:
M- meets expectations | 2 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:
N/A

0054

17  Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18  Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19  Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

N/A

20  Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21  Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22  Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23  Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24  Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan has been a pleasure to work with. Detailed in history taking and management plan for complex heme onc patients

25  Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Meaghan has been a pleasure to work with. Detailed in history taking and management plan for complex heme onc patients

26  Total number of questions answered "E- exceeds expectations"::

3

27  Total number of questions answered "DNM- does not meet expectations"::

0

28  Total number of questions answered "M- meets expectations"::

16

## Individual Evaluation
Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** NICU at Tulane Lakeside Hospital & Clinic (TMC/LS)
**Time Frame/Partic:** Block 2 - 2018-2019 - Week 3   (7/16/2018 to 7/22/2018) / (07/16/2018 - 07/22/2018)
**Evaluation Type:** Faculty of Student
**Evaluator:** Elizabeth Lindsay

---

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

---

2   Extent of contact with Student::

< 2 weeks

---

3   Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

---

4   Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

---

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

---

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

---

7   Student successfully performs required procedures/skills with supervision.:

N/A

---

8   Student provides appropriate healthcare counseling to patients and their family.:

N/A

---

9   Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

---

10   Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

---

11   Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

---

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

---

13   Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

---

14   Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

---

15   Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

---

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

---

0056

17    Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

---

18    Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

---

19    Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

---

20    Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

---

21    Student is an effective team-member.:

M- meets expectations | 2 out of 3

---

22    Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

---

23    Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

---

24    Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

I supervised Meaghan for 6 days during her NICU portion of her pediatric rotation.  She was pleasant and her manner was professional.  Her patient presentations were clear and concise.  She participated actively in bedside discussion and showed evidence of reading about her patient's condition.

---

25    Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue to read and add to medical knowledge - presentations can be improved to show a higher level of thinking by incorporating pertinent positives and negatives to demonstrate a differential diagnosis and then support the most likely diagnosis

---

26    Total number of questions answered "E- exceeds expectations"::

5

---

27    Total number of questions answered "DNM- does not meet expectations"::

0

---

28    Total number of questions answered "M- meets expectations"::

14

---

**FILED UNDER SEAL**

## Individual Evaluation
Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic
**Time Frame/Partic:** Block 6 October 2018 (9/24/2018 to 10/19/2018) / (09/24/2018 - 10/19/2018)
**Evaluation Type:** Resident of Medical Student
**Evaluator:** Menachem Nagar

1. Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

   No

2. Extent of contact with Student::

   < 2 weeks

   > **EXHIBIT 16**

3. Student elicits an accurate and complete history.:

   E- exceeds expectations | 3 out of 3

4. Student performs an accurate and appropriate physical exam.:

   E- exceeds expectations | 3 out of 3

5. Student generates an appropriate differential diagnosis.:

   E- exceeds expectations | 3 out of 3

6. Student develops a well-organized and prioritized treatment plan.:

   E- exceeds expectations | 3 out of 3

7. Student successfully performs required procedures/skills with supervision.:

   E- exceeds expectations | 3 out of 3

8. Student provides appropriate healthcare counseling to patients and their family.:

   E- exceeds expectations | 3 out of 3

9. Student demonstrates an appropriate level of medical knowledge.:

   E- exceeds expectations | 3 out of 3

10. Student is able to apply medical knowledge to patient care.:

    E- exceeds expectations | 3 out of 3

11. Student is a self-directed learner and actively seeks out new knowledge.:

    E- exceeds expectations | 3 out of 3

12. Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

    E- exceeds expectations | 3 out of 3

13. Student seeks, uses, and responds well to feedback to improve patient care.:

    E- exceeds expectations | 3 out of 3

14. Student completes necessary documentation accurately and timely.:

    E- exceeds expectations | 3 out of 3

15. Student demonstrates a caring and supportive bedside manner.:

    E- exceeds expectations | 3 out of 3

16. Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

    E- exceeds expectations | 3 out of 3

Meaghan Doherty Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic Block 6 October 2018 (9/24/2018 to          Page 1

0001

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan contributed much to our team, in knowledge and skill. I enjoyed and gained insight from her presentation on aphasia. She is capable and coachable, practices medicine with humility.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their advisor to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

.

26   Total number of questions answered "E- exceeds expectations"::

21

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

0

Meaghan Doherty Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic Block 6 October 2018  (9/24/2018 to     Page 2

0002

## Individual Evaluation

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 - 10/19/2018) |
| **Evaluation Type:** | Resident of Medical Student |
| **Evaluator:** | Natanel Leibu |

---

**1**   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

---

**2**   Extent of contact with Student::

3-4 weeks

---

**3**   Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

---

**4**   Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

---

**5**   Student generates an appropriate differential diagnosis.:

E- exceeds expectations | 3 out of 3

---

**6**   Student develops a well-organized and prioritized treatment plan.:

E- exceeds expectations | 3 out of 3

---

**7**   Student successfully performs required procedures/skills with supervision.:

E- exceeds expectations | 3 out of 3

---

**8**   Student provides appropriate healthcare counseling to patients and their family.:

E- exceeds expectations | 3 out of 3

---

**9**   Student demonstrates an appropriate level of medical knowledge.:

E- exceeds expectations | 3 out of 3

---

**10**   Student is able to apply medical knowledge to patient care.:

E- exceeds expectations | 3 out of 3

---

**11**   Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

---

**12**   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

E- exceeds expectations | 3 out of 3

---

**13**   Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

---

**14**   Student completes necessary documentation accurately and timely.:

E- exceeds expectations | 3 out of 3

---

**15**   Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

---

**16**   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

E- exceeds expectations | 3 out of 3

---

0003

17  Student is both punctual and prepared for duty. Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18  Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19  Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20  Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21  Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22  Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23  Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

24  Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Excellent student. Hardworking and thorough in her work. Will be an excellent resident.

25  Confidential Formative Feedback for the Student: Give constructive feedback for student and their advisor to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Student did a great job on the rotation, great resident to work with.

26  Total number of questions answered "E- exceeds expectations".:

21

27  Total number of questions answered "DNM- does not meet expectations".:

0

28  Total number of questions answered "M- meets expectations".:

0

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | C/L Core at Tulane University Hospital and Clinic |
| Time Frame/Partic: | AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) |
| Evaluation Type: | Resident of Medical Student |
| Evaluator: | Elizabeth Phillips |

1. Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

   No

2. Extent of contact with Student::

   3-4 weeks

3. Student elicits an accurate and complete history.:

   E- exceeds expectations | 3 out of 3

4. Student performs an accurate and appropriate physical exam.:

   E- exceeds expectations | 3 out of 3

5. Student generates an appropriate differential diagnosis.:

   E- exceeds expectations | 3 out of 3

6. Student develops a well-organized and prioritized treatment plan.:

   E- exceeds expectations | 3 out of 3

7. Student successfully performs required procedures/skills with supervision.:

   E- exceeds expectations | 3 out of 3

8. Student provides appropriate healthcare counseling to patients and their family.:

   E- exceeds expectations | 3 out of 3

9. Student demonstrates an appropriate level of medical knowledge.:

   E- exceeds expectations | 3 out of 3

10. Student is able to apply medical knowledge to patient care.:

    E- exceeds expectations | 3 out of 3

11. Student is a self-directed learner and actively seeks out new knowledge.:

    E- exceeds expectations | 3 out of 3

12. Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

    E- exceeds expectations | 3 out of 3

13. Student seeks, uses, and responds well to feedback to improve patient care.:

    E- exceeds expectations | 3 out of 3

14. Student completes necessary documentation accurately and timely.:

    E- exceeds expectations | 3 out of 3

15. Student demonstrates a caring and supportive bedside manner.:

    E- exceeds expectations | 3 out of 3

16. Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

    E- exceeds expectations | 3 out of 3

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan was an integral part of the treatment team. She was consistently punctual and prepared for rounds. She will an excellent addition to any program.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

heeeeyyyyyy yaaaaaaaaah

26   Total number of questions answered "E- exceeds expectations"::

21

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

0

Meaghan Doherty C/L Core at Tulane University Hospital and Clinic AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) Eliz          Page 2

0006

## Individual Evaluation
Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | C/L Core at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) |
| **Evaluation Type:** | Resident of Medical Student |
| **Evaluator:** | Ahmed Siddiqui |

**1** Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

**2** Extent of contact with Student::

3-4 weeks

**3** Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

**4** Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

**5** Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

**6** Student develops a well-organized and prioritized treatment plan.:

E- exceeds expectations | 3 out of 3

**7** Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

**8** Student provides appropriate healthcare counseling to patients and their family.:

E- exceeds expectations | 3 out of 3

**9** Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

**10** Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

**11** Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

**12** Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

**13** Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

**14** Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

**15** Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

**16** Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

| 17 | Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.: |
|---|---|
| | M- meets expectations | 2 out of 3 |

| 18 | Student acts honestly, ethically, and is trustworthy.: |
|---|---|
| | M- meets expectations | 2 out of 3 |

| 19 | Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.: |
|---|---|
| | E- exceeds expectations | 3 out of 3 |

| 20 | Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.: |
|---|---|
| | M- meets expectations | 2 out of 3 |

| 21 | Student is an effective team-member.: |
|---|---|
| | M- meets expectations | 2 out of 3 |

| 22 | Student helps coordinate patient care and acts as a patient advocate when appropriate.: |
|---|---|
| | E- exceeds expectations | 3 out of 3 |

| 23 | Student demonstrates cost-awareness and considers the value of the healthcare being delivered.: |
|---|---|
| | M- meets expectations | 2 out of 3 |

| 24 | Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application. |
|---|---|
| | Great student and active participant on rounds. Helpful with team tasks. |

| 25 | Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE. |
|---|---|
| | Thank you for your hard work. |

| 26 | Total number of questions answered "E- exceeds expectations":: |
|---|---|
| | 6 |

| 27 | Total number of questions answered "DNM- does not meet expectations":: |
|---|---|
| | 0 |

| 28 | Total number of questions answered "M- meets expectations":: |
|---|---|
| | 15 |

Meaghan Doherty C/L Core at Tulane University Hospital and Clinic AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) Ah          Page 2

0008

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Rapides at Rapides Women's and Children's Hospital |
| Time Frame/Partic: | NovDec2018_Month 2  (11/19/2018 to 12/12/2018) / (11/19/2018 - 12/12/2018) |
| Evaluation Type: | Resident of Medical Student |
| Evaluator: | William Choi |

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2   Extent of contact with Student::

> 4 weeks

3   Student elicits an accurate and complete history.:

E- exceeds expectations | 3 out of 3

4   Student performs an accurate and appropriate physical exam.:

E- exceeds expectations | 3 out of 3

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

E- exceeds expectations | 3 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:

E- exceeds expectations | 3 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:

E- exceeds expectations | 3 out of 3

10   Student is able to apply medical knowledge to patient care.:

E- exceeds expectations | 3 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

E- exceeds expectations | 3 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

E- exceeds expectations | 3 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

E- exceeds expectations | 3 out of 3

14   Student completes necessary documentation accurately and timely.:

E- exceeds expectations | 3 out of 3

15   Student demonstrates a caring and supportive bedside manner.:

E- exceeds expectations | 3 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

E- exceeds expectations | 3 out of 3

0009

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

E- exceeds expectations | 3 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

E- exceeds expectations | 3 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

E- exceeds expectations | 3 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

E- exceeds expectations | 3 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Student Doctor Doherty has been a great team member during her month at Rapides. She was very motivated and proactive. She prepared patients' charts before each clinic day and initiated and recommended plans for the care of the patients. She stands out from other members of the team by having an astute awareness to her surrounding situation. She will make a great house officer in a few years when she begins the next phase of her medical career.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

You've been a great team player during your month at Rapides. I encourage you to start thinking the big picture... start thinking about the whole process from start to finish. Start thinking about your differentials and what kind of treatment or management options for the patient; how the patient will get his or her treatment; what are some of the obstacles he or she will face. This mental exercise will help you when you become the physician for a patient.

26   Total number of questions answered "E- exceeds expectations"::

19

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

2

0010

## Individual Evaluation

Printed: 3/19/2019

**Subject:** Meaghan Doherty
**Activity/Site:** Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic
**Time Frame/Partic:** Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 - 10/19/2018)
**Evaluation Type:** Resident of Medical Student
**Evaluator:** Solomon Ambe

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend."  :

No

2   Extent of contact with Student::

< 2 weeks

3   Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

4   Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:

M- meets expectations | 2 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10   Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

14   Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

15   Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

Meaghan Doherty Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic Block 6 October 2018  (9/24/2018 to          Page 1

0011

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

E- exceeds expectations | 3 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

E- exceeds expectations | 3 out of 3

21   Student is an effective team-member.:

E- exceeds expectations | 3 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Good history taking and bedside manners

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Needs to improve on exam skills and differenti also diagnoses

26   Total number of questions answered "E- exceeds expectations"::

3

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

18

0012

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic |
| Time Frame/Partic: | Block 6 October 2018  (9/24/2018 to 10/19/2018) / (09/24/2018 - 10/19/2018) |
| Evaluation Type: | Resident of Medical Student |
| Evaluator: | Anthony Alvarado-Ortíz |

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2   Extent of contact with Student::

3-4 weeks

3   Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

4   Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

8   Student provides appropriate healthcare counseling to patients and their family.:

M- meets expectations | 2 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10   Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11   Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

12   Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13   Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

14   Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

15   Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

16   Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

0013

17. Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18. Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

19. Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20. Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21. Student is an effective team-member.:

M- meets expectations | 2 out of 3

22. Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23. Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24. Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

A pleasure to have on the service.  She collaborated well with the greater team.

25. Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Keep up the good work!  Don't be afraid to speak-up.

26. Total number of questions answered "E- exceeds expectations"::

0

27. Total number of questions answered "DNM- does not meet expectations"::

0

28. Total number of questions answered "M- meets expectations"::

21

Meaghan Doherty Tulane Medical Center-Adult Neurology-Core at Tulane University Hospital and Clinic Block 6 October 2018 (9/24/2018 to          Page 2

0014

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| **Subject:** | Meaghan Doherty |
| **Activity/Site:** | C/L Core at Tulane University Hospital and Clinic |
| **Time Frame/Partic:** | AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) |
| **Evaluation Type:** | Resident of Medical Student |
| **Evaluator:** | Halloran Peterson |

1  Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2  Extent of contact with Student::

3-4 weeks

3  Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

4  Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

5  Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6  Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7  Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

8  Student provides appropriate healthcare counseling to patients and their family.:

M- meets expectations | 2 out of 3

9  Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10  Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11  Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

12  Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13  Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

14  Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

15  Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

16  Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

Meaghan Doherty C/L Core at Tulane University Hospital and Clinic AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) Hall          Page 1

0015

17   Student is both punctual and prepared for duty.   Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21   Student is an effective team-member.:

M- meets expectations | 2 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan was a great member of the CL team, she was reliable and professional. She had excellent rapport with patients and staff. She was thoughtful about learning psychiatry in the context of her future career goals.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue reading to advance formulation of diagnosis and treatment plan.

26   Total number of questions answered "E- exceeds expectations"::

0

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

21

Meaghan Doherty C/L Core at Tulane University Hospital and Clinic AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) Hall          Page 2

0016

## Individual Evaluation

Printed: 3/19/2019

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | C/L Core at Tulane University Hospital and Clinic |
| Time Frame/Partic: | AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) |
| Evaluation Type: | Resident of Medical Student |
| Evaluator: | Veronica Alexander |

**1**    Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

**2**    Extent of contact with Student::

< 2 weeks

**3**    Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

**4**    Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

**5**    Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

**6**    Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

**7**    Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

**8**    Student provides appropriate healthcare counseling to patients and their family.:

M- meets expectations | 2 out of 3

**9**    Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

**10**    Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

**11**    Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

**12**    Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

**13**    Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

**14**    Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

**15**    Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

**16**    Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21   Student is an effective team-member.:

M- meets expectations | 2 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan was a punctual and professional member of the team.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue to work on Assessment section of notes.

26   Total number of questions answered "E- exceeds expectations".:

0

27   Total number of questions answered "DNM- does not meet expectations".:

0

28   Total number of questions answered "M- meets expectations".:

21

Meaghan Doherty C/L Core at Tulane University Hospital and Clinic AY2018-19, B5  (8/27/2018 to 9/21/2018) / (08/27/2018 - 09/21/2018) Ver      . Page 2

0018

## Individual Evaluation

| | |
|---|---|
| Subject: | Meaghan Doherty |
| Activity/Site: | Tulane Lakeside at Tulane Lakeside Hospital & Clinic (TMC/LS) |
| Time Frame/Partic: | NovDec2018_Month 1  (10/22/2018 to 11/18/2018) / (10/22/2018 - 11/18/2018) |
| Evaluation Type: | Resident of Medical Student |
| Evaluator: | Cassidy Sullivan |

1 Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :

No

2 Extent of contact with Student::

> 4 weeks

3 Student elicits an accurate and complete history.:

M- meets expectations | 2 out of 3

4 Student performs an accurate and appropriate physical exam.:

M- meets expectations | 2 out of 3

5 Student generates an appropriate differential diagnosis.:

M- meets expectations | 2 out of 3

6 Student develops a well-organized and prioritized treatment plan.:

M- meets expectations | 2 out of 3

7 Student successfully performs required procedures/skills with supervision.:

M- meets expectations | 2 out of 3

8 Student provides appropriate healthcare counseling to patients and their family.:

M- meets expectations | 2 out of 3

9 Student demonstrates an appropriate level of medical knowledge.:

M- meets expectations | 2 out of 3

10 Student is able to apply medical knowledge to patient care.:

M- meets expectations | 2 out of 3

11 Student is a self-directed learner and actively seeks out new knowledge.:

M- meets expectations | 2 out of 3

12 Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:

M- meets expectations | 2 out of 3

13 Student seeks, uses, and responds well to feedback to improve patient care.:

M- meets expectations | 2 out of 3

14 Student completes necessary documentation accurately and timely.:

M- meets expectations | 2 out of 3

15 Student demonstrates a caring and supportive bedside manner.:

M- meets expectations | 2 out of 3

16 Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:

M- meets expectations | 2 out of 3

0019

17   Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18   Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

19   Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20   Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21   Student is an effective team-member.:

M- meets expectations | 2 out of 3

22   Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23   Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24   Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Eager to participate in the OR. Demonstrated a genuine interest in subject matter. Developed a good rapport with patients.

25   Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

NA

26   Total number of questions answered "E- exceeds expectations"::

0

27   Total number of questions answered "DNM- does not meet expectations"::

0

28   Total number of questions answered "M- meets expectations"::

21

## Individual Evaluation

Printed: 3/19/2019

Subject: **Meaghan Doherty**
Activity/Site: **Rapides at Rapides Women's and Children's Hospital**
Time Frame/Partic: **NovDec2018_Month 2  (11/19/2018 to 12/12/2018) / (11/19/2018 - 12/12/2018)**
Evaluation Type: **Resident of Medical Student**
Evaluator: **Ashley Andersen**

1   Have you ever provided healthcare services to the student you are evaluating? If 'Yes' DO NOT proceed with completing the evaluation. Instead, please suspend the evaluation by clicking the blue "back" arrow in the upper right corner of the screen, then click "suspend." :
    No

2   Extent of contact with Student::
    3-4 weeks

3   Student elicits an accurate and complete history.:
    M- meets expectations | 2 out of 3

4   Student performs an accurate and appropriate physical exam.:
    M- meets expectations | 2 out of 3

5   Student generates an appropriate differential diagnosis.:
    M- meets expectations | 2 out of 3

6   Student develops a well-organized and prioritized treatment plan.:
    M- meets expectations | 2 out of 3

7   Student successfully performs required procedures/skills with supervision.:
    M- meets expectations | 2 out of 3

8   Student provides appropriate healthcare counseling to patients and their family,:
    M- meets expectations | 2 out of 3

9   Student demonstrates an appropriate level of medical knowledge.:
    M- meets expectations | 2 out of 3

10  Student is able to apply medical knowledge to patient care.:
    M- meets expectations | 2 out of 3

11  Student is a self-directed learner and actively seeks out new knowledge.:
    M- meets expectations | 2 out of 3

12  Student is able to identify strengths, deficiencies, and limits in his/her knowledge and expertise.:
    M- meets expectations | 2 out of 3

13  Student seeks, uses, and responds well to feedback to improve patient care.:
    M- meets expectations | 2 out of 3

14  Student completes necessary documentation accurately and timely.:
    M- meets expectations | 2 out of 3

15  Student demonstrates a caring and supportive bedside manner.:
    M- meets expectations | 2 out of 3

16  Student effectively communicates with patients and their families across a broad range of socioeconomic and cultural backgrounds.:
    M- meets expectations | 2 out of 3

0021

17. Student is both punctual and prepared for duty.  Student stays until all work is completed and signs out with the appropriate staff prior to leaving for the day.:

M- meets expectations | 2 out of 3

18. Student acts honestly, ethically, and is trustworthy.:

M- meets expectations | 2 out of 3

19. Student demonstrates sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.:

M- meets expectations | 2 out of 3

20. Student is compliant with the honor code, HIPAA, and hospital/clinic policies and procedures.:

M- meets expectations | 2 out of 3

21. Student is an effective team-member.:

M- meets expectations | 2 out of 3

22. Student helps coordinate patient care and acts as a patient advocate when appropriate.:

M- meets expectations | 2 out of 3

23. Student demonstrates cost-awareness and considers the value of the healthcare being delivered.:

M- meets expectations | 2 out of 3

24. Summative Comments for medical student performance evaluation (MSPE), aka "Dean's Letter": Write a summary of the student's overall performance during the rotation. Your comments may be included in the MSPE which is submitted as part of their residency application.

Meaghan was an enthusiastic and helpful member of the team. She had a clear interest in OBGYN and surgery. Throughout the month her skills and medical knowledge improved.

25. Confidential Formative Feedback for the Student: Give constructive feedback for student and their adviser to use in planning future study. Highlight opportunities for improvement and/or obvious deficiencies. This type of feedback should be specific and objective. For example, "Student had difficulty developing a differential diagnosis beyond 1 or 2 diagnoses." Or, "By not showing up on time, student was frequently unprepared." Or, "Student had difficulty developing rapport with patients which resulted in them missing important details relevant to the patient's medical condition." These comments will not be included in the MSPE.

Continue to seek out ways to go above and beyond your peers, particularly in the field you are interested in!

26. Total number of questions answered "E- exceeds expectations"::

0

27. Total number of questions answered "DNM- does not meet expectations"::

0

28. Total number of questions answered "M- meets expectations"::

21