FILED UNDER SEAL

**US·MLE**
United States
Medical
Licensing
Examination

2019 Bulletin of Information



A Joint Program of the FEDERATION OF STATE MEDICAL BOARDS OF THE
UNITED STATES, INC., and the NATIONAL BOARD OF MEDICAL EXAMINERS®

  

Exh. 17

## TABLE OF CONTENTS

| | Page # |
|---|---|
| **QUICK FACTS** | 5 |
| ▫ Eligibility for the USMLE Steps | 5 |
| ▫ Applying and Scheduling | 6 |
| ▫ Examination Day and Testing | 7 |
| ▫ Scoring and Score Reporting | 8 |
| ▫ Irregular Behavior | 9 |
| **OVERVIEW** | 10 |
| ▫ Purpose and Mission of the USMLE | 10 |
| ▫ Why is the USMLE Important? | 10 |
| ▫ Examination Committees | 10 |
| ▫ How to Prepare | 10 |
| ▫ How to Register | 10 |
| ▫ Where is the USMLE Administered? | 11 |
| ▫ The USMLE: Purpose, Test Format, and Test Lengths | 11 |
| ▫ Ownership and Copyright of Examination Materials | 12 |
| **ELIGIBILITY FOR THE USMLE** | 13 |
| ▫ Who is Eligible to Take the USMLE? | 13 |
| ▫ Change in Eligibility Status | 14 |
| ▫ Graduates From Unaccredited Medical Schools in the US or Canada | 14 |
| ▫ Sequence of Steps | 14 |
| ▫ Number of Attempts and Time Limits | 14 |
| ▫ Retaking Failed Examinations | 14 |
| ▫ Retaking Previously Passed Steps | 15 |
| ▫ Previously Licensed Physicians | 15 |
| **APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE** | 16 |
| ▫ Application Materials | 16 |
| ▫ Examinees With Disabilities Requesting Test Accommodations | 16 |
| ▫ Examinees Who Require Additional Break Time | 16 |
| ▫ Personal Item Exceptions (PIE) | 16 |
| ▫ Applying for and Scheduling Your Test | 17 |
| **EXAMINATION DAY AND TESTING** | 18 |
| ▫ Testing Regulations and Rules of Conduct | 18 |
| ▫ Personal Belongings – What You Can Bring Into the Testing Room | 19 |
| ▫ Admission to the Test | 19 |
| ▫ Break Time | 21 |
| ▫ Starting and Completing the Test | 21 |
| **SCORING AND SCORE REPORTING** | 23 |
| ▫ Examination Results and Scoring | 23 |
| ▫ Score Reporting | 23 |
| ▫ Score Rechecks | 24 |
| ▫ Score Validity | 25 |
| ▫ Anomalous Performance | 25 |
| **IRREGULAR BEHAVIOR** | 26 |
| ▫ Irregular Behavior Defined | 26 |
| ▫ Examples of Irregular Behavior | 26 |
| ▫ Irregular Behavior – Investigation Process | 27 |
| **CONTACT US** | 28 |
| **LIST OF ABBREVIATIONS** | 30 |



## WELCOME

Reading this Bulletin of Information (BOI) is your first step in preparing to take the United States Medical Licensing Examination® (USMLE®) series. We are confident that this guide will help you succeed with this important examination sequence.

At the time you apply for the USMLE, you will be asked to certify that you agree to comply with the policies and procedures within this USMLE BOI. If you are a returning examinee, you must read the USMLE BOI each time you register. It is subject to change, and the version applicable to you is the version in effect at the time of your examination.

As you may already know, the USMLE is composed of Step 1, Step 2 Clinical Skills (CS), Step 2 Clinical Knowledge (CK), and Step 3. Each Step gets you closer to achieving your goal of obtaining a license to practice medicine in the US.

The Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners® (NBME®) work together to co-sponsor the USMLE. We know that taking the USMLE Step exams is an important part of medical training. Passing each Step marks a milestone as you begin the next phase in your education.

As leaders of the USMLE program we are committed to helping you achieve your goals. Our teams are here as resources for you. This guide is updated each year to answer your questions and serve as a reference as you begin your journey to licensure.

Please visit the USMLE website or the NBME or FSMB websites to see everything we have to share. And don't forget to follow us on Facebook, Twitter, and LinkedIn for the most up-to-date news and information. We are always interested in improving your experience, and supporting you on your journey.  Feel free to touch base with us at any time.

Congratulations on all of your achievements to date. We wish you the very best as you embark on your medical career!

Sincerely,

Lisa Rawding, MBA

Senior Vice President, Assessment Programs
National Board of Medical Examiners

David Johnson, M.A.

Senior Vice President, Assessment Services
Federation of State Medical Boards

# CAUTIONS

 You must become familiar with the information referenced in this *Bulletin* if you are an applicant with an eligibility period in 2019. If your eligibility period crosses into the next calendar year (ie, 2020), please note that you are responsible for reading and abiding by the policies and procedures described in both years' editions of the USMLE *BOI.*

 If your eligibility period extends into 2020 and you test in 2020, you must become familiar with and will be subject to the policies and procedures in the 2020 *BOI.*

 If changes in the USMLE program occur after the release of this *BOI*, they will be effective when posted on the USMLE website. You are responsible for checking the USMLE website for updates and changes to the USMLE policies and procedures.

 If you are a student or graduate of a medical school outside the United States or Canada with an eligibility period in 2019, in addition to becoming familiar with this *BOI*, you must also be familiar with the contents of the 2019 *Information Booklet* published by the Educational Commission for Foreign Medical Graduates® (ECFMG®).

 If you are a student or graduate of a medical school outside the United States or Canada and your eligibility period extends into 2020 and you test in 2020, you must become familiar with and will be subject to the policies and procedures in the ECFMG 2020 *Information Booklet.*

 The ECFMG *Information Booklet* is available on the ECFMG website. Students and graduates of medical schools outside the United States and Canada are responsible for monitoring the ECFMG website to ensure they understand current ECFMG policies and procedures.

Copyright © 2018 by the Federation of State Medical Boards of the United States, Inc. (FSMB), and the National Board of Medical Examiners® (NBME®). All rights reserved.

The United States Medical Licensing Examination® (USMLE®) is a joint program of the FSMB and the NBME.



# QUICK FACTS: *Eligibility for the USMLE Steps*

| STEP COMPONENT | REQUIREMENTS | ADDITIONAL INFORMATION |
| --- | --- | --- |
| *STEPS 1, 2 CK, AND 2 CS* | ○ Officially enrolled in, or a graduate of, a US or Canadian medical school leading to the MD degree (LCME accredited), OR<br>○ Officially enrolled in, or a graduate of, a US medical school leading to the DO degree (AOA accredited), OR<br>○ Officially enrolled in, or a graduate of, a medical school outside the US and Canada listed in the *World Directory of Medical Schools* as meeting ECFMG eligibility requirements; and meet other ECFMG criteria | ○ Must meet eligibility requirements at time of application AND on test day<br>○ If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision or are otherwise contesting your status |
| *STEP 3* | ○ Possess the MD degree (or its equivalent) or the DO degree from an LCME- or AOA-accredited US or Canadian medical school or from a medical school outside the US and Canada listed in the *World Directory of Medical Schools* as meeting ECFMG eligibility requirements, AND<br>○ Pass Step 1, Step 2 CK, and Step 2 CS, AND<br>○ If you are a graduate of a medical school outside the US and Canada possess the ECFMG certification | ○ Must meet eligibility requirements prior to submitting your application AND on the day of testing |

**If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence.**
*Please see pages 13-15 for more information regarding eligibility requirements.*

---

### RETAKES

You may take the same examination no more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination.

If you have passed an examination, you are not permitted to retake a Step or Step Component, except to comply with certain requirements as approved by the USMLE governance committee (see page 15).

### ATTEMPT AND TIME LIMITS

You are ineligible to retake a Step or Step Component if you have made six or more prior attempts to pass that Step or Step Component, including incomplete attempts, regardless of when the examinations were taken.

Many state medical boards require that all Steps of the USMLE be successfully completed within a certain time frame, usually seven years.

Information regarding specific state requirements can be obtained on the FSMB website.

---

 if you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status. If you are on a leave of absence, please check with the organization that would register you for your examination before submitting your application; or if you have already registered, check before testing. Failure to notify the organization that registered you for your examination of your changed status may result in a determination of irregular behavior and a permanent annotation on your score reports and transcripts.



## QUICK FACTS: *Applying and Scheduling*

| STEP COMPONENT | APPLICATION AND SCHEDULING PROCESS | ADDITIONAL INFORMATION |
|---|---|---|
| *STEPS 1 AND 2 CK* | • Students/graduates of LCME- or AOA-accredited programs should apply via the NBME Application website<br>• Students/graduates of medical schools outside the US/Canada should apply via the ECFMG Application website<br>• During the application process, select a three-month eligibility period during which you prefer to test<br>• You will receive an e-mail notifying you that your scheduling permit is available<br>• Visit the Prometric website to schedule your test date | • You may be able to schedule your test date up to six months in advance<br>• If you are unable to test within your eligibility period, contact the organization that registered you for your examination (NBME or ECFMG) to inquire about a one-time eligibility period extension; a fee is charged for this service<br>• If you do not take the examination within your eligibility period, you must reapply with a new application and fee<br>• Your application fee is nonrefundable |
| *STEP 2 CS* | • Students/graduates of LCME- or AOA-accredited programs should apply via the NBME Application website<br>• Students/graduates of medical schools outside the US/Canada should apply via the ECFMG Application website<br>• You will be assigned a 12-month eligibility period, which begins upon acceptance and verification of your application<br>• You will receive an e-mail notifying you that your scheduling permit is available<br>• Visit the USMLE website to schedule your test date | • Once assigned, your eligibility period cannot be changed<br>• If you do not take the examination within your assigned eligibility period, you must submit a new application and fee<br>• Your application fee is nonrefundable |
| *STEP 3* | • *All graduates* should apply for Step 3 via the FSMB website<br>• During the application process, select a three-month eligibility period during which you prefer to test<br>• You will receive an e-mail notifying you that your scheduling permit is available<br>• Visit the Prometric website to schedule your test dates | • You may be able to schedule your test dates up to six months in advance<br>• If you are unable to test within your eligibility period, contact the FSMB to inquire about a one-time eligibility period extension; a fee is charged and restrictions may apply. Visit the FSMB website for more information<br>• If you do not take the examination within your eligibility period, you must reapply with a new application and fee<br>• Your application fee is nonrefundable |

 For information about how to request test accommodations for documented disabilities or for permission to bring medically necessary items with you on exam day, see page 16 of the Applying for the Test and Scheduling Your Test Date section of this *BOI*.



**US·MLE**
United States
Medical
Licensing
Examination ®

## QUICK FACTS: *Examination Day and Testing*

### DO

✓ Review the USMLE *Rules of Conduct* prior to taking your examination

✓ Follow all test center staff instructions on the day of your examination

✓ Remember to bring a copy of your scheduling permit (electronic or paper) and required identification (see below); **you will not be permitted to test without them**

✓ Arrive 30 minutes prior to your testing appointment (computer-based examinations); for Step 2 CS, arrive at the time listed on your confirmation notice

✓ Confirm that your headphones are working, either before the examination begins or during the tutorial (computer-based examinations)

✓ Use personal items only when on an authorized break; you are not permitted to access your locker during unauthorized breaks (computer-based examinations)

✓ Ensure you've completed all sections of the examination

### DON'T

✗ Feel compelled to test if you are ill, under unusual stress, or unprepared for the examination; to reschedule, contact the <u>organization</u> that registered you for your examination

✗ Bring family and friends to the test center; instead, arrange to meet them after the examination ends

✗ Bring unauthorized items to the testing room: for computer-based examinations, only soft-foam earplugs are allowed; for Step 2 CS, only your white lab coat and stethoscope are allowed

✗ Write on laminated note boards prior to entering your Candidate Identification Number (CIN) and starting your test session (computer-based examinations) or write on anything other than the laminated note boards

✗ Work past the announcements instructing you to stop

✗ Access your locker or use your cell phone on an <u>unauthorized</u> break

*Please see pages 18-22 for more information regarding examination day rules and regulations.*

---

#### Identification Required on Exam Day

You must present valid (unexpired) identification with:
✓ Your photo
✓ Your name as it appears on your permit
✓ Your signature

Your name, as it appears on your scheduling permit, must match the name on your identification exactly. If the name listed is not correct, contact the organization that registered you for your examination *immediately*.

Acceptable forms of unexpired identification include:
✓ Passport
✓ Driver's license with photograph
✓ National Identity Card
✓ Other form of government-issued identification*

*See pages 19-20 for detailed identification requirements.

#### Security Procedures on Exam Day

During check-in, you will:
✓ be scanned with a handheld or walk-through metal detector (computer-based examinations)
✓ be asked to empty your pockets and turn them inside out
✓ place your personal belongings in bins that are inaccessible for the duration of the examination (Step 2 CS)
✓ have your photo identification checked*
✓ have your fingerprint captured using biometric technology (computer-based examinations; not available at all locations)
✓ write your unique CIN as shown on your scheduling permit on one of the laminated note boards provided (computer-based examinations)
✓ be asked to repeat much of this process each time you return to the testing room after a break.



**US·MLE**
United States
Medical
Licensing
Examination

# QUICK FACTS: *Scoring and Score Reporting*

## WHAT HAPPENS WHILE YOU WAIT FOR YOUR SCORES?

### STEPS 1, 2 CK, AND 3

✓ After testing, the examination data are delivered electronically to the NBME

✓ Examinee responses are converted into a raw score (the sum of the points earned from correct responses)

✓ The raw score is converted into a three-digit score

✓ Analyses are performed to detect aberrant examinee response behavior. Candidates who are identified by these analyses as having an aberrant score pattern may be asked to provide an explanation for their testing behaviors

✓ Final quality assurance procedures are performed to verify the accuracy of the scores

✓ Score reports are then posted to the secure website of the organization that registered you for your examination (NBME, ECFMG, or FSMB) and made available to examinees

### STEP 2 CS

✓ Examinee test dates are batched into scoring cohorts that are usually eight weeks long

✓ Each day, after testing ends, the testing center performs quality control measures on the examination data before the information is delivered to the NBME

✓ Standardized patient rating scales are converted to scores and patient notes are assigned to specially trained patient note raters

✓ When the test administration period for the cohort ends, the performance from the entire cohort is used to generate the data needed to ensure score comparability (across sites and administrations) and to report outcomes

✓ The results go through a final quality control process involving computation of statistical quality control measures

✓ Once results are verified and approved for release, the scores are made available as shown in the Step 2 CS Score Reporting Schedule

### How Long Does it Take to Get Results?

Results for computer-based examinations (Steps 1, 2 CK, and 3) are typically available within three to four weeks after your test date. However, delays are possible for various reasons. In selecting your test date and inquiring about results, you should allow at least eight weeks to receive notification that your score report is available. For more specific information about potential scoring delays, please visit the Announcements section of the USMLE website.

For Step 2 CS, refer to the Step 2 CS Score Reporting Schedule.

When you are notified that your score is available, follow the instructions in the e-mail to access your USMLE score report. The report will remain available for approximately 120 days from the date of the e-mail notification. After 120 days, your scores will be provided to you only in the form of an official USMLE transcript, which is available for a fee.

### How Do I Receive/Send Transcripts?

To obtain your USMLE transcript or have it sent to a third party, you must contact the organization that registered you for your examination; there is a fee for this service.

Please visit the USMLE website to determine which organization to contact to request your transcript and the fees associated with the service.

Your USMLE transcript includes: biographical information, complete examination history, and, if applicable, information regarding findings of irregular behavior and actions reported to the FSMB Physician Data Center.

 The USMLE does not provide scores or outcomes by telephone, e-mail, or fax to anyone. The scoring process is not expedited or accelerated for any individual or group.



## QUICK FACTS: *Irregular Behavior*

### DO

✓ Put all personal belongings, including your cell phone and study materials, in the locker provided

✓ Access your personal belongings only when on an authorized break

✓ Verify that your computer displays an authorized break screen before leaving the examination room for a break

✓ *Contact the USMLE program via the USMLE website if you have evidence that someone may have violated a USMLE rule*

### DON'T

✗ Ask for or share content (items, cases) from any of the examinations, by any means, including but not limited to face-to-face conversation, web forums, or social media

✗ Provide examination content to others, including test preparation companies or other entities

✗ Change any information on score reports, transcripts, or any other USMLE-related documents

✗ Write on your skin, tissue, or any surface other than the laminated note board provided to you by test center staff on your examination day

✗ Apply and/or sit for an examination if you are not a current student or a graduate of a medical school program, even if you are appealing your school's decision to withdraw or dismiss you

You are responsible for reading the *USMLE Bulletin of Information* in its entirety; contact the USMLE Secretariat's office with questions or concerns.

*Please see pages 26-27 for more information regarding irregular behavior.*



# STOP! THINK BEFORE YOU ACT!

**The USMLE program takes examination security seriously.**
*Irregular behavior includes, but is not limited to:*

○ Registering for or taking an exam when ineligible

○ Seeking, providing, or obtaining unauthorized access to exam content, including solicitation via social media or web forums

○ Altering exam scores or other official USMLE information

○ Having unauthorized items in the testing area

○ Having or attempting to have someone else take your exam

○ Writing on anything other than the laminated note boards provided

*The penalties for irregular behavior may include:*

○ Cancelation of your exam scores

○ Ban on future testing

○ Permanent annotation of your USMLE transcript

○ Report to the FSMB's Physician Data Center and legitimately interested entities

○ Possible legal action

If you have information concerning activities or behavior that may threaten the security or integrity of the USMLE, please contact us via the USMLE website.

EXHIBIT 17, Page 9

# OVERVIEW

This *BOI* provides you with the information needed to complete each of the Steps of the USMLE. Please read it carefully and regularly check the USMLE website for announcements. By using this guide and our website, you will learn what to expect from each USMLE Step.

## PURPOSE AND MISSION OF THE USMLE

The USMLE is a three-Step examination for medical licensure in the United States. It is sponsored by the FSMB and the NBME. The USMLE program supports medical licensing authorities and physicians in the United States through development, delivery, and continual improvement of high-quality assessments across the continuum of physicians' preparation for practice.

## WHY IS THE USMLE IMPORTANT?

The USMLE assesses an examinee's ability to apply knowledge, concepts, and principles and to demonstrate fundamental patient-centered skills. These skills constitute the basis of safe and effective patient care. Health care consumers throughout the nation enjoy a high degree of confidence that doctors who have passed all three Steps of the USMLE have met a common standard.

## EXAMINATION COMMITTEES

Examination committees, composed of medical educators and clinicians, create the examination materials. Committee members broadly represent the teaching, practice, and licensing communities across the United States. At least two committees of experts critically appraise each test question or case and revise or discard any materials that are outdated or inconsistent with current medical practice.

## HOW TO PREPARE

Sample items are available free of charge on the USMLE website under the section titled Practice Materials. You may also purchase an at-home online self-assessment by visiting the Students & Residents section of the NBME website. Practice materials and self-assessments are available to all USMLE examinees.

## HOW TO REGISTER

To apply for USMLE examinations, you must submit an application through the appropriate organization. Appointments at some test centers fill up quickly. Examinees are encouraged to schedule at their preferred test center as soon as they have received their scheduling permit. More information about scheduling is on pages 16 and 17 of this guide.

OVERVIEW

## WHERE IS THE USMLE ADMINISTERED?

The Step 1, Step 2 Clinical Knowledge (CK), and Step 3 examinations are computer-based tests that are administered at Prometric Centers, which are located around the world. Visit the Prometric website to find the test center closest to you. The Step 2 Clinical Skills (CS) examination is administered at six testing centers across the US. More information about CS centers can be found on the Clinical Skills Evaluation Collaboration (CSEC) website.

## THE USMLE: PURPOSE, TEST FORMAT, AND TEST LENGTHS

| STEP & PURPOSE | FORMAT | LENGTH (including breaks) | ADDITIONAL INFORMATION |
|---|---|---|---|
| STEP 1 assesses the examinee's understanding of and ability to apply important concepts of the basic sciences to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy | ▪ Approximately 280 multiple-choice questions, divided into seven 60-minute blocks<br>▪ Computer-based examinations are administered at Prometric test centers around the world | ▪ One-day test session<br>-Approximately eight hours | For more information on Step 1, including applications, practice materials, and updates, visit the USMLE website |
| STEP 2 assesses the examinee's ability to apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, with an emphasis on health promotion and disease prevention | Clinical Knowledge (CK)<br>▪ Approximately 316 multiple-choice questions, divided into eight 60-minute blocks<br>▪ Computer-based examinations are administered at Prometric test centers around the world | ▪ One-day test session<br>-Approximately nine hours | For more information on Step 2 CK, including applications, practice materials, and updates, visit the USMLE website |
| The Clinical Skills examination is a separate component of STEP 2 that uses standardized patients to test the examinee's ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues | Clinical Skills (CS)<br>▪ 12 patient cases: 15 minutes for each patient encounter plus 10 minutes to record each patient note<br>▪ Administered at six test centers in the US — Atlanta, Chicago, Houston, Los Angeles, and Philadelphia (2)<br>▪ Composed of three subcomponents: Communication and Interpersonal Skills (CIS), Integrated Clinical Encounter (ICE), and Spoken English Proficiency (SEP). For more information, see pages 10 and 11 of the Step 2 CS Content Description and General | ▪ One-day test session<br>-Approximately eight hours | For more information on Step 2 CS, including applications, practice materials, and updates, visit the USMLE website |

EXHIBIT 17, Page 11

OVERVIEW

| STEP & PURPOSE | FORMAT | LENGTH (including breaks) | ADDITIONAL INFORMATION |
|---|---|---|---|
| STEP 3 assesses the examinee's ability to apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings | | | For more information on Step 3, including applications, practice materials, and updates, visit the USMLE website |
| Day 1: FOUNDATIONS OF INDEPENDENT PRACTICE (FIP) assesses the examinee's knowledge of basic medical and scientific principles essential for effective health care | Day 1 FIP:<br>▪ Approximately 233 multiple-choice test questions, divided into six 60-minute blocks, each containing approximately 40 questions<br>▪ Computer based, administered at Prometric test centers in the US | ▪ One-day test session<br>-Approximately seven hours | |
| Day 2: ADVANCED CLINICAL MEDICINE (ACM) assesses the examinee's ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time | Day 2 ACM:<br>▪ Approximately 180 multiple-choice test questions, divided into six 45-minute blocks, each containing approximately 30 questions<br>▪ Thirteen computer-based case simulations (CCS). Each simulation is allotted a maximum of 10 or 20 minutes of real time<br>▪ Computer based, administered at Prometric test centers in the US | ▪ One-day test session<br>-Approximately nine hours | |

OWNERSHIP AND COPYRIGHT OF EXAMINATION MATERIALS

The examination materials in the USMLE are the confidential, copyrighted property of the USMLE program. If you reproduce and/or distribute any examination materials, by any means, including by memorizing and reconstructing them, you are violating the legal rights of the USMLE program. The USMLE program will use every legal means available to protect the copyrighted materials and secure redress against those who violate copyright law.

FOLLOW US ON SOCIAL MEDIA

Stay up to date by following USMLE on Twitter, Facebook, and LinkedIn.



EXHIBIT 17, Page 12

# ELIGIBILITY FOR THE USMLE STEPS

## WHO IS ELIGIBLE TO TAKE THE USMLE?

*Step 1, Step 2 CK, and Step 2 CS*
To be eligible, you must be in one of the following categories at the time you apply **AND** on the day of your examination:

- a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME), OR
- a medical student officially enrolled in, or a graduate of, a US medical school leading to the DO degree that is accredited by the American Osteopathic Association (AOA), OR
- a medical student officially enrolled in, or a graduate of, a medical school that is outside the US and Canada, listed in the *World Directory of Medical Schools* as meeting ECFMG eligibility requirements, and that meets other eligibility criteria of the ECFMG

 Individuals who passed Step 2 prior to the implementation of Step 2 CS are not permitted to take Step 2 CK, except under the specific exceptions to the retake policy approved by the Composite Committee (see page 15). These individuals are permitted to take Step 2 CS, provided they meet all other eligibility requirements.

 Individuals who were not required to pass Step 2 CS for Step 3 eligibility but who elect to take Step 2 CS and fail the examination are not eligible for Step 3 until they have passed Step 2 CS (most recent administration) and meet all other Step 3 requirements.

 If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status. If you are on a leave of absence, please check with the organization that registered you for your examination before submitting your application; if you have already registered, check before testing. Failure to notify the organization that registered you for your examination of your changed status may result in a determination that you engaged in irregular behavior and placement of a permanent annotation on your score reports and transcripts.

*Step 3*
To be eligible for Step 3, before submitting your application, you must:

- obtain the MD degree (or its equivalent) or the DO degree from an LCME- or AOA-accredited US or Canadian medical school, or from a medical school outside the US and Canada that is listed in the *World Directory of Medical Schools* as meeting ECFMG eligibility requirements, AND
- pass Step 1, Step 2 CK, and Step 2 CS, AND

If you are a graduate of an international medical school,

- obtain certification by the ECFMG

The USMLE program recommends that, for Step 3 eligibility, applicants should have completed, or be near completion of, at least one postgraduate training year in an accredited US graduate medical education program that meets state board licensing requirements.

## CHANGE IN ELIGIBILITY STATUS

If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must promptly notify the organization that registered you for your examination. Failure to notify the organization that registered you for your examination of your change in status may result in a finding that you engaged in irregular behavior. If you take a Step or Step Component for which you are not eligible, results for that examination may not be reported or, if previously reported, may be canceled, at the discretion of the USMLE program.

## GRADUATES FROM UNACCREDITED MEDICAL SCHOOLS IN THE US OR CANADA

If you graduated from an unaccredited medical school in the US or Canada and are eligible for initial licensure as a physician by a US medical licensing authority, you may take the USMLE only upon specific request by that medical licensing authority. The medical licensing authority should submit the request to sponsor you to the USMLE Secretariat in advance of your application for each Step.

## SEQUENCE OF STEPS

If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence. You may take Step 3 only after passing Step 1, Step 2 CK, and Step 2 CS.

## NUMBER OF ATTEMPTS AND TIME LIMITS

An examinee may not take the same Step or Step Component more than six times, including incomplete attempts. All attempts at a Step or Step Component are counted toward the limit, regardless of when the examinations were taken.

Information regarding state-specific requirements for licensure can be obtained on the FSMB website. Note: combined degree (e.g., MD PhD) students should reference the USMLE website for more specific information regarding exceptions to time limits.

## RETAKING FAILED EXAMINATIONS

You may not take the same Step or Step Component more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination. This includes incomplete attempts.

ELIGIBILITY FOR THE USMLE

## RETAKING PREVIOUSLY PASSED STEPS

If you pass a Step or Step Component, you are not allowed to retake it, except to comply with a time limit imposed by a US physician licensing authority for completion of all Steps or by another authority recognized by the USMLE program. Visit the <u>USMLE website</u> for more information. If you have not yet passed Step 3 and need to retake a previously passed Step 1 or Step 2 examination in order to meet a time limit imposed by a US physician licensing authority or another authority recognized by the USMLE program, you should understand that if you fail a retake, you will no longer be eligible to take Step 3. In order to meet the examination requirements for Step 3 eligibility, you must have achieved a passing performance on the *most recent administration* of the examinations intended to meet those requirements.

## PREVIOUSLY LICENSED PHYSICIANS

If you have already been granted a physician license by a US medical licensing authority based on other licensure examinations, such as the Federation Licensing Examination (FLEX), the NBME certifying examinations, or National Board of Osteopathic Medical Examiners COMLEX-USA, you may not be eligible to take the USMLE. Please contact the appropriate registration organization with questions about your eligibility (see page 28).

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## APPLICATION MATERIALS

*Step 1, Step 2 CK, and Step 2 CS*
Students and graduates of LCME- or AOA-accredited programs should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions on the NBME website. Students and graduates of medical schools outside the US and Canada should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions on the ECFMG website.

 **If you are dismissed or withdraw(n) from medical school, you are not eligible for USMLE, even if you are appealing the school's decision or are otherwise contesting your status.**

*Step 3*
Graduates with an MD or DO degree from an LCME- or AOA-accredited medical school, and graduates of medical schools outside the US and Canada that are listed in the *World Directory of Medical Schools* as meeting ECFMG eligibility requirements, should apply for Step 3 by following the instructions on the FSMB website.

## EXAMINEES WITH DISABILITIES REQUESTING TEST ACCOMMODATIONS

The USMLE program provides reasonable accommodations for examinees with disabilities under the Americans with Disabilities Act (ADA). If you are an individual with such a disability and require test accommodations, visit the USMLE website before you apply for each Step or Step Component for information regarding test accommodations, including procedures and documentation requirements.

## EXAMINEES WHO REQUIRE ADDITIONAL BREAK TIME

Examinees with physical or health conditions who require additional break time should complete the request form and submit it with a letter from a qualified health care professional documenting the medical need. Examples include lactation (to express breast milk) and diabetes (to monitor/treat blood glucose). Requests for additional break time should be made prior to, or at the same time as, registration for a Step examination.

## PERSONAL ITEM EXCEPTIONS (PIE)

Unauthorized possession of personal items while you are in the secure areas of the testing center is prohibited. Exceptions to this policy may be made in certain limited circumstances. A list of approved personal items that may be permitted in the secure testing area, subject to inspection by test center staff, is available at the USMLE website.

 **You should not feel compelled to test on a particular day if you are ill, under unusual personal stress, unprepared for the examination, or otherwise not ready to test. Contact the organization that registered you for your examination for further details regarding rescheduling your examination.**

## APPLYING FOR AND SCHEDULING YOUR TEST

| STEP COMPONENT | OBTAINING AN ELIGIBILITY PERIOD AND SCHEDULING YOUR TEST DATE | ADDITIONAL INFORMATION |
|---|---|---|
| STEPS 1 AND 2 CK | • When applying for the examination, you must select a three-month eligibility period during which you wish to test (e.g., January – March).<br>• Once your registration is complete, a scheduling permit with your eligibility period will be issued. You will receive an e-mail with instructions for accessing your permit.<br>• After obtaining the scheduling permit, you may visit the Prometric website to schedule a test date. Scheduling may not be available more than six months in advance. | • You are permitted to reschedule within your eligibility period; you must pay a fee if you make a change during the 30 calendar days before your scheduled appointment.<br>• If you are unable to test within your eligibility period, contact the organization that registered you for your examination to inquire about a one-time contiguous eligibility period extension. A fee is charged for this service.<br>• If you do not take the examination within your original or extended eligibility period, you must reapply by submitting a new application and fee(s). Fees are nonrefundable and nontransferable. |
| STEP 2 CS | • When you apply for Step 2 CS, you are assigned a 12-month eligibility period that begins when your application is accepted and your eligibility is verified.<br>• Once your registration is complete, a scheduling permit with your eligibility period will be issued. You will receive an e-mail with instructions for accessing your permit.<br>• After obtaining the scheduling permit, you may visit the USMLE website to schedule your test date. | • Once your eligibility period is assigned, it cannot be changed or extended.<br>• Please check the Step 2 CS Score Reporting Schedule before scheduling a testing appointment if you need your results by a specific deadline. Test centers fill quickly. Scheduling at least six months in advanced is advisable.<br>• You are permitted to reschedule within your eligibility period; you must pay a fee if you make a change during the 14 calendar days before your scheduled appointment.<br>• If you do not take the examination within your eligibility period, you must reapply by submitting a new application and examination fee. Fees are nonrefundable and nontransferable. |
| STEP 3 | • When applying for an examination, you must select a three-month eligibility period during which you wish to test (e.g., January – March).<br>• Once your application is processed, a scheduling permit with your eligibility period will be issued. You will receive an e-mail with instructions for accessing your permit.<br>• After obtaining the scheduling permit, you may visit the Prometric website to schedule your test dates. | • You are permitted to reschedule within your eligibility period; you must pay a fee if you make a change during the 30 calendar days before your scheduled appointment.<br>• If you are unable to test within your eligibility period, contact FSMB to inquire about a one-time contiguous eligibility period extension. A fee is charged for this service. Visit the FSMB website for more information on eligibility period extensions.<br>• If you do not take the examination within your original or extended eligibility period, you must reapply by submitting a new application and fee(s). Fees are nonrefundable and nontransferable. |

EXHIBIT 17, Page 17

# EXAMINATION DAY AND TESTING

## TESTING REGULATIONS AND RULES OF CONDUCT

Administrations of the USMLE Steps are monitored by test center staff, in person and through audio and visual recording. Test center staff are required to report any violations of the USMLE or test center rules. You must follow instructions from test center staff throughout the examinations; failure to do so may result in a finding that you have engaged in irregular behavior and a permanent annotation of your transcript. Test center staff are not authorized to answer questions regarding registration, examination content or format, or testing software, scoring, or retesting.

---

### RULES OF CONDUCT

*When you submit your application to take the USMLE, you agree to the following:*

1. You are the person named on the scheduling permit for the examination.
2. You will not seek, provide, or obtain any form of unauthorized assistance at any time, including during the examination or during breaks.
3. You will not have prohibited materials, including formulas, study materials, notes, papers, or electronic devices of any kind, in your possession while you are in the secure areas of the test center.
4. You will place in a locker or cubicle all personal belongings, including cell phones, watches, pagers, tablet PCs, iPods/media players, fitness and tracking monitors, any device with transmitting or receiving capabilities (e.g., Bluetooth), formulas, study materials, notes, papers, pens/pencils, and your purse and/or wallet, before you enter the testing room (or "orientation room" for Step 2 CS).
5. During computer-based testing (Steps 1, 2 CK, and 3), you will leave your testing station for breaks only when the break screen is visible on your monitor. It is a violation of the Rules of Conduct if you indicate on the test center log that your break screen is visible when it is not.
6. During computer-based testing (Steps 1, 2 CK, and 3), you may use a telephone or other communication device only when outside the secure testing area and during an authorized break. During Step 2 CS, you will not use a personal telephone at any time while you are in the testing center.
7. You will not remove examination content from the test center by any means.
8. You will maintain the confidentiality of the materials, including, but not limited to, the multiple-choice items and the case content for Step 2 CS and *Primum* CCS. You will not reproduce or attempt to reproduce examination materials through recording, memorization, or any other means. Also, you will not provide information relating to examination content to anyone, including those who may be taking or preparing others to take the examination. This includes postings regarding examination content and/or answers on the Internet.
9. You will not write on anything other than the laminated note boards (computer-based examinations) or scrap paper (Step 2 CS) provided.

---

 **If you violate these Rules of Conduct, you may be directed to leave the test center before completing your examination. Also, evidence of violation of any test administration rule, including these Rules of Conduct, will result in actions being taken under the United States Medical Licensing Examination *USMLE Policies and Procedures Regarding Irregular Behavior*. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, you may be barred from taking the USMLE in the future, and your score may be canceled.**

EXAMINATION DAY AND TESTING

## PERSONAL BELONGINGS – WHAT YOU CAN BRING INTO THE TESTING ROOM

Personal items are prohibited in the secure areas of the testing center. **For computer-based examinations (Step 1, Step 2 CK, and Step 3), the only items you are allowed to bring into the testing room are soft-foam earplugs without strings.** Earplugs must be removed from the packaging and be ready for inspection by test center staff during check-in and must remain at your workstation during all breaks. Earplugs are prohibited for Step 2 CS. Visit the USMLE website for more information.

For Step 2 CS, the entire test center, including the orientation room and the restrooms, is considered a secure testing area. The only items you are allowed to bring into the secure testing area are **your white lab coat (pockets must be empty) and your stethoscope (should you forget to bring one, there are a limited number available at the test center).** All other equipment, including pens, gloves, writing paper, and other medical equipment, is provided by the test center. Visit the USMLE website for more information regarding the Step 2 CS examination experience and test center regulations.

For all Steps, if you bring personal items to the test center, you must store them in a small designated locker outside the secure testing area or in the designated storage area for Step 2 CS; electronic devices must be turned off. Turning down the volume is not sufficient. All personal items are subject to inspection.

## ADMISSION TO THE TEST

### Check-in Procedures
*Step 1, Step 2 CK, Step 3*
You should arrive at the test center approximately 30 minutes prior to your scheduled testing appointment. If you arrive after your appointment time, you may not be admitted. If you arrive more than 30 minutes after your scheduled testing appointment, you will **not** be admitted and must pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your eligibility period.

*Step 2 CS*
You should arrive at the test center at the time listed on the confirmation notice you printed after scheduling your appointment. There will be an on-site orientation to demonstrate the equipment available for you to use in the examination rooms and to review examination rules and procedures. If you arrive during the on-site orientation, you may be allowed to test after signing a Late Admission Form. If you arrive after the on-site orientation, you will **not** be allowed to test and must pay a fee to reschedule your test. Your rescheduled test date must fall within your eligibility period.

*All Steps*
When you arrive at the test center, you must present a paper or electronic copy of your **scheduling permit** and a government-issued unexpired photo identification. Please review your scheduling permit for additional identification requirements. Acceptable forms of unexpired identification include:

- Passport
- Driver's license with photograph
- National Identity Card
- Other form of unexpired, government-issued identification

EXAMINATION DAY AND TESTING

Your name, as it appears on your scheduling permit, must exactly match the name on your form(s) of identification. Your identification must contain both your signature and a recent photograph. Please review your scheduling permit for details and limited exceptions. If the name listed on your scheduling permit is not correct, contact the organization that registered you for your examination immediately.

**If you do not bring your scheduling permit on paper or electronically (e.g., via smartphone) and acceptable identification on each day of your exam, you will not be admitted to the test** and will be required to pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your eligibility period.

Security Procedures
*For Step 1, Step 2 CK, and Step 3 ONLY*

During check-in, test center staff will scan you with a metal detector (handheld or walk-through) and ask you to empty your pockets and turn them inside out before entering the testing room to confirm that you have no prohibited items. You will be asked to repeat this process each time you return to the testing room after a break. Additionally, your photo ID and fingerprint may be scanned electronically, and you must sign the test center log each time you enter or exit the test room.

Before you enter the test room, test center staff will give you laminated writing surfaces and markers to use for making notes and/or calculations during the testing session. You will be instructed to write your name and CIN, as shown on your scheduling permit, on one of the laminated writing surfaces provided. Writing surfaces and markers should be used only at your assigned testing station and only after you have entered your CIN in the computer to start your test session. If you have filled the laminated writing surfaces and need additional space for making notes, raise your hand to ask test center staff for a replacement. You must return laminated writing surfaces to test center staff at the end of the testing session. **Do NOT write on anything (e.g., skin, clothing, tissue) other than the laminated writing surface. Failure to comply may result in a finding that you engaged in irregular behavior.**

Test center staff will escort you to your assigned testing station and provide brief instructions on use of the computer equipment. You must enter your CIN to start the examination. A brief tutorial is available before each examination. You must run the sound check for the audio headphones either before the examination begins or during the tutorial, so that problems can be resolved before you start the examination.

*For Step 2 CS ONLY*
During check-in, in addition to having your photo ID scanned electronically, you will be asked to place your personal belongings (e.g., pens, study materials, cell phones) in small bins, which are inaccessible for the duration of the examination day. Any personal belongings that you may need during breaks or during the examination, including your lab coat and stethoscope, can be placed at your seat in the orientation room. Please note that every area of the testing center is under video surveillance at all times; examinees are escorted by proctors at all times, with the exception of restroom breaks.

EXAMINATION DAY AND TESTING

*All Steps*

There are no facilities available for family and friends to wait at the center while you test; plan to meet them elsewhere after the examination ends. All examinees will be required to remove eyeglasses for close visual inspection by the test center administrator. These inspections will take a few seconds and will be done at check-in and upon your return from breaks. Jewelry, except for wedding and engagement rings, is prohibited. Hair accessories such as hats, ornate clips, combs, barrettes, or headbands are subject to inspection.

## BREAK TIME

*Step 1, Step 2 CK, and Step 3*

Your test session is scheduled for a fixed amount of time, and the computer keeps track of the time allocated for each block and for breaks. At the start of the testing session, you have a total of 45 minutes of break time for authorized breaks and for computer transitions between blocks. Authorized breaks include any time you spend between test blocks, whether you remain at your seat or leave the testing room. If you complete the tutorial or other testing blocks early, the remaining time will be added to your total break time.

Once you begin a testing block, you may not leave the room (except in the event of an emergency). If you leave the room for a personal emergency and you are not on an authorized break, the block and daytime clocks will continue to run, and the test center will report the incident to the USMLE program. Additionally, the unauthorized break screen, described in the examination tutorial, will appear on the monitor after a defined period of inactivity. After the unauthorized break screen appears, you will need to enter your CIN to continue with the examination. Each time you leave the testing room, you are required to sign out and sign in when you return. You must present your identification each time you sign in.

If you exceed your allocated or accumulated break time, the excess will be deducted from your total testing time. Use the time summary feature (explained in the tutorial on your test day) to keep track of your time.

*Step 2 CS*

Your Step 2 CS administration will include 12 patient encounters. The examination session lasts approximately eight hours. Examinees get a minimum of 45 minutes of break time, which includes a 30-minute lunch period. During lunch, a light meal will be served. The test center is unable to accommodate special meal requests. However, you may bring your own food, provided that no refrigeration is required. The frequency and length of breaks, other than the lunch break, will vary slightly by testing center. Smoking and/or the use of any tobacco products is prohibited throughout the centers.

## STARTING AND COMPLETING THE TEST

*Step 1, Step 2 CK, and Step 3*

After you start taking an examination, you cannot cancel or reschedule that examination. If you experience a computer issue during the test, notify test center staff immediately. The testing software is designed to restart the test at the point that it was interrupted, without loss of time.

The test session ends when you have started and exited all blocks or the total test time expires. You will receive a notice during checkout that you have appeared for the test. If your test is scheduled for multiple days, be sure to bring a copy of your scheduling permit with you each day or you may not be permitted to test.

EXAMINATION DAY AND TESTING

In the rare event that a technical problem occurs that does not permit you to complete your examination, please send a written description of the incident to Test Administration Services at the NBME. Test Administration Services must receive your notice within 10 days of your testing date or it may not be possible to fully investigate your concerns. Your correspondence should include your name, your USMLE ID number, the examination name (Step 1, 2 CK, 2 CS, or 3), the date of administration, and a message with a detailed description of the difficulty experienced. Please allow at least 15 business days for your report to be investigated and evaluated. You will receive written notification of the investigation results.

If you start the examination but do not complete it for reasons other than a technical problem or expiration of time, you should promptly write to Test Administration Services explaining, in detail, the reasons you did not finish the examination. The attempt may appear as an incomplete on your USMLE transcript.

For more information on how to report a test administration problem, visit the USMLE website.

*Step 2 CS*
Once you enter the secure area of the test center, which includes the orientation area, you may not leave the area until the examination has been completed. All examinees taking the Step 2 CS examination are required to type the patient note portion of the exam. You are permitted to handwrite your patient note only if you were approved to receive an accommodation for a disability or if technical difficulties occur that make the patient note-typing program unavailable.

You may not solicit information about cases or discuss the cases with anyone, including other examinees, at any time (before, during, or after your examination). This includes any activity on the Internet, including on social media. All conversation at the testing center among examinees must be in English.


The USMLE program may prohibit an examinee from completing the exam and/or may impose conditions on retesting if the examinee appears to represent a health or safety risk to the standardized patients or test center staff. Such circumstances include, but are not limited to, an examinee performing careless or hazardous acts during the physical examination, exhibiting signs of illness (e.g., persistent coughing or sneezing) during the examination, or showing visibly open skin lesions or active bleeding.


If you do not feel well on the day of your test, we strongly encourage you to consider rescheduling your examination. If you become ill during your exam, inform a proctor promptly.


The USMLE makes every effort to ensure that your registration information is properly processed and that the Step examinations are properly prepared, administered, and scored. In the unlikely event that an error occurs in the preparation, processing, administration, or scoring of your USMLE examination or in the reporting of your USMLE scores, the USMLE program will make reasonable efforts to correct the error, if possible, or permit you either to retest at no additional fee or to receive a refund of the examination fee. These are the exclusive remedies available to examinees for errors in the registration process; in preparing, processing, or administering exams; or in determining or reporting scores.

# SCORING AND SCORE REPORTING

## EXAMINATION RESULTS AND SCORING

The USMLE program provides a recommended pass or fail outcome on all Step examinations. Recommended performance standards for the USMLE are based on a specified level of proficiency. As a result, no predetermined percentage of examinees will pass or fail the examination. The recommended minimum passing level is reviewed periodically and may be adjusted at any time. Notice of such review and any adjustments will be posted at the USMLE website.. On the examinations containing multiple-choice items, the percentages of correctly answered items required to pass varies from form to form. However, examinees typically must answer 60 to 70 percent of items correctly to achieve a passing score.

For Step 3, your performance on the case simulations will affect your Step 3 score and could affect whether you pass or fail. The proportional contribution of the score on the case simulations is no greater than the amount of time you are allowed for the case simulations.

For up-to-date information on minimum passing scores, examination performance data, and general scoring methodology, please visit the USMLE website.

 You must pass all three subcomponents of Step 2 CS (ICE, CIS, SEP) in a single administration to obtain the overall designation of passing on Step 2 CS.

## SCORE REPORTING

### Score Availability
Results for computer-based examinations (Step 1, Step 2 CK, and Step 3) are typically available three to four weeks after your test date. However, a number of factors may delay score reporting. When selecting your test date and inquiring about results, you should allow at least eight weeks to receive notification that your score report is available. For Step 2 CS results, you should refer to the Step 2 CS Score Reporting Schedule. For more specific information about potential scoring delays, please visit the Announcements section on the home page of the USMLE website.

When your score is available, you will receive an e-mail notification from the organization that registered you for your examination. Your score report will remain available on the website of the organization that registered you for your examination for approximately 120 days from the date of the e-mail notification. After the score report is removed from the website, your scores will be provided to you only in the form of an official transcript, for a fee, through the organization that registered you for your examination. Visit the USMLE website for more details, including how to request a transcript for yourself or for a third party.

### Reporting to Third Parties
The NBME reports the results of the USMLE to LCME- and AOA-accredited medical school programs for their students and graduates. For Step 1, Step 2 CK, and Step 2 CS, if you do not want your results reported to your medical school, you must send a request from your e-mail account of record to webmail@nbme.org, at least 10 business days before your scheduled test date. A separate request must be submitted for each examination administration. For Step 3, you must specify your reporting preference on your application.

SCORING AND SCORE REPORTING

The ECFMG may provide the results of the USMLE to international medical schools for their students and graduates. For Step 1, Step 2 CK, and Step 2 CS, if you do not want your results reported to your medical school, you must submit a request for each examination administration, via ECFMG's Interactive Web Applications (IWA), at least 10 business days before your scheduled test date.

Examination data (including performance information and recorded patient encounters) may be used by the USMLE program or made available to third parties for research and other purposes that are disclosed to or authorized by you, as appropriate. In all instances, the data will be confidential, and individual examinees will not be identifiable in any publication. If you do not wish your examination data to be made available for such purposes, you must advise the USMLE Secretariat via e-mail at webmail@nbme.org no later than 30 days before your administration.

*Incomplete Scores*

If you do not open every block of your Step 1, Step 2 CK, or Step 3 examination, your examination may not be scored and the attempt may be reported as incomplete on your USMLE transcript.

For Step 2 CS, if you leave the test early or otherwise fail to carry out one or more of the cases, your performance may be assessed on those cases you completed. If, based on the performance of the completed cases, a pass/fail outcome cannot be determined, the attempt may be recorded as incomplete on your USMLE transcript.

*For privacy purposes, the USMLE program does not provide scores or outcomes by telephone, e-mail, or fax to anyone. Additionally, the scoring process is not expedited or accelerated **for any individual or group**.*

## SCORE RECHECKS

For all Steps and Step Components, a rigorous process is used to ensure the accuracy of scores, including a double scoring method involving independent scoring systems. Therefore, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. To date, the score recheck process has not resulted in a score change. However, if you wish to request a score recheck, submit a request and service fee to the organization that registered you for your examination. Your request must be received no later than 90 days after your result was released to you.

| REGISTRATION ORGANIZATION | TO REQUEST A SCORE RECHECK, VISIT |
|---|---|
| *NBME* | http://examinee.nbme.org/interactive |
| *ECFMG* | http://www.ecfmg.org/forms/steprchk.pdf |
| *FSMB* | http://www.fsmb.org/step-3 |

For Steps 1, 2 CK, and 3, when a request for a score recheck is received, the original response record is retrieved and rescored using a system that is outside of the normal processing routine. The rechecked score is then compared with the original score.

For Step 2 CS, the ratings received from the standardized patients and from the physician note raters are retrieved, re-summed, and reconverted into final scores to verify the accuracy of the original outcome. Encounters and patient notes are not re-rated, and videos are not reviewed during the recheck.

SCORING AND SCORE REPORTING

## SCORE VALIDITY

The performance of examinees is monitored and may be analyzed to detect aberrancies that raise questions about the validity of scores. The USMLE program reserves the right to cancel scores that are at or above the passing level if the USMLE program has a good faith basis for questioning whether they represent a valid measure of knowledge or competence as sampled by the examination. Questions about score validity may result from irregular behavior (please refer to the **Irregular Behavior** section of this *BOI,* pages 26–27) or other factors. If there are questions related to the validity of your score, your score report may be delayed or withheld pending completion of further review and/or investigation. You will have an opportunity to provide information that you consider relevant.

After review and analysis of all available information, scores will be classified as either valid and reported or invalid and canceled. If your score is canceled, an annotation of "score not available" will appear on your record next to the date of your examination. If your score is canceled, you will be notified and advised of the options for retaking the examination.

## ANOMALOUS PERFORMANCE

Anomalous performance and/or unusual testing history may impact your access to the USMLE. If your performance raises concerns about your readiness to test or your motivation to pass, the USMLE program reserves the right to restrict your future access to its examinations and/or to impose conditions on future access. Do not test if you are not able or not ready on your scheduled test date.

---

 **Taking a Step examination to familiarize yourself with the examination format, or for any reason other than to pass, is prohibited and may result in restrictions on your future access to the USMLE.**

---

# IRREGULAR BEHAVIOR

## IRREGULAR BEHAVIOR DEFINED

Irregular behavior includes any action by applicants, examinees, potential applicants, or others that could compromise the validity, integrity, or security of the USMLE process.

 If you have information that an examinee or other person or entity has, or may have, compromised the security of the USMLE or intended to do so, please immediately contact or call the USMLE Secretariat.

## EXAMPLES OF IRREGULAR BEHAVIOR

Specific examples of conduct that may be deemed to be irregular behavior include, but are not limited to, the following:

- seeking, providing, and/or obtaining unauthorized access to examination materials, including but not limited to in-person or online
- unauthorized reproduction by any means, including, but not limited to, reconstruction through memorization and/or dissemination of examination materials by any means, including via the Internet
- communicating (including online and via social media) or attempting to communicate about test items, cases, and/or answers with another examinee, potential examinee, or formal or informal test preparation group at any time before, during, or after an examination
- providing false information or making false statements on or in connection with application forms, scheduling permits, or other USMLE-related documents
- taking or attempting to take an examination for which you are not eligible
- taking an examination for someone else or engaging someone to take an examination for you
- seeking, providing, or obtaining unauthorized assistance during the examination or attempting to do so
- making notes of any kind while in the secure areas of the test center, except on the writing materials provided at the test center for this purpose
- failing to adhere to any USMLE policy, procedure, or rule, or instructions of the test center staff
- verbal or physical harassment of test center staff or other examination staff or other disruptive or unprofessional behavior during the registration, scheduling, or examination process
- possessing any unauthorized materials, including, but not limited to, photographic equipment, communication or recording devices, fitness and tracking monitors, and cell phones in the secure testing areas
- altering or misrepresenting examination scores or outcomes
- making violent, threatening, or unprofessional comments to USMLE or test center staff
- failing to cooperate fully in an investigation concerning a possible violation of the USMLE rules

EXHIBIT 17, Page 26

IRREGULAR BEHAVIOR

 Test preparation courses and materials are available from individuals and companies not associated with the USMLE. It is unlawful for any test preparation service or program to use, disclose, distribute, or solicit content from recent test takers or to otherwise provide access to questions or answers from actual USMLE examinations. If there is evidence that you enrolled in, participated in, or used any test preparation program or service that distributes, provides access to, or uses USMLE content (questions or answers) or provides a forum for others to share such information, your registration and/or testing may be canceled, your scores on the USMLE may be withheld or canceled, and you may be subject to further sanctions.

## IRREGULAR BEHAVIOR – INVESTIGATION PROCESS

The USMLE program will conduct an investigation if it receives information that an individual may have engaged in irregular behavior.  During this time, anyone alleged to have engaged in such activity will be prohibited from registering for additional exams; previously unreleased scores, if any, may be withheld; and pending examination appointments will be canceled. If the evidence suggests that the alleged irregular behavior affects score validity, the score will also be reviewed as described in the **Scoring and Score Reporting** section of this *BOI,* pages 23–25.

If you are the subject of a USMLE investigation, you will be advised of the matter and will have an opportunity to provide information that you consider relevant. Individuals who are the subject of an investigation must cooperate fully with the investigation, including providing all requested documentation and truthfully answering all questions posed during investigative interviews conducted on behalf of the USMLE program. If requested, individuals who are the subject of an investigation shall provide a signed release authorizing the USMLE program to obtain information and records from educational institutions and other third parties. Failing to cooperate with an investigation or providing misleading or untruthful information in the course of an investigation will constitute irregular behavior that may be the basis of separate proceedings or other actions by the USMLE program.

If it is determined that you engaged in irregular behavior, information regarding this determination will become part of your permanent USMLE history. Your score report (if applicable) and USMLE transcript will contain a notation of the finding of irregular behavior. The USMLE program will provide information about the irregular behavior to third parties that receive or have received your USMLE transcript and may also report to other legitimately interested entities, as determined by the USMLE program. You may be barred from taking future examinations, and/or special administrative procedures or conditions may be implemented for your future examinations. The USMLE program also reserves the right to take such action when information regarding irregular behavior on predecessor examinations suggests that such actions may be appropriate to ensure the security of the USMLE.

# CONTACT US

## APPLICATION AND REGISTRATION INQUIRIES

Contact the appropriate organization (see below) for information on how to apply for the USMLE, obtain application materials, and receive information on the status of your application and scheduling permit.

| USMLE STEP | TYPE OF APPLICANT | ORGANIZATION CONTACT INFORMATION |
|---|---|---|
| *STEPS 1, 2 CK, AND 2 CS* | Students and graduates of medical schools in the US or Canada | NBME<br>3750 Market Street<br>Philadelphia, PA 19104-3102<br>Website:<br>http://www.nbme.org<br>Telephone: (215) 590-9700<br>E-mail: webmail@nbme.org |
| *STEPS 1, 2 CK, AND 2 CS* | Students and graduates of medical schools outside the US and Canada | ECFMG<br>3624 Market Street<br>Philadelphia, PA 19104-2685<br>Website: http://www.ecfmg.org<br>Telephone: (215) 386-5900<br>E-mail: info@ecfmg.org |
| *STEP 3* | All medical school graduates who have passed Step 1 and Step 2 (CK and CS) | FSMB<br>Assessment Services<br>400 Fuller Wiser Road<br>Euless, TX 76039-3856<br>Website: http://www.fsmb.org<br>Telephone: (817) 868-4041<br>E-mail: usmle@fsmb.org |

## SCHEDULING AND TEST CENTER INQUIRIES

For Steps 1, 2 CK, and 3, your scheduling permit includes instructions on how to contact Prometric to schedule your appointment to test. Inquiries about your appointment, such as a request to reschedule an appointment within your eligibility period, must be directed to Prometric. Visit the Prometric website for information on test center locations.

To schedule an appointment for Step 2 CS, follow the instructions provided on your scheduling permit. To check test center availability and to schedule or reschedule an appointment, visit the USMLE website.

If you receive a scheduling permit but experience a problem scheduling your appointment that Prometric or Clinical Skills Evaluation Collaboration (CSEC) scheduling staff are unable to resolve, you may contact the organization that registered you for your examination.

EXHIBIT 17, Page 28

CONTACT US

## TEST ADMINISTRATION INQUIRIES

For questions and concerns about your administration, contact the NBME Test Administration office.

**Attention: Test Administration**
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
Telephone: (215) 590-9700
E-mail: testadmin@nbme.org

## SECURITY CONCERNS

USMLE encourages you to provide information about cheating, violations of the USMLE rules and other activities of which you are aware that may compromise the security and integrity of the USMLE. Please visit the USMLE website to report such information.

## GENERAL INQUIRIES

Complete information about the USMLE is available on the USMLE website. General inquiries regarding the USMLE or inquiries for the USMLE Secretariat may be directed to:

**Attention: USMLE Secretariat**
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
Telephone: (215) 590-9700
E-mail: webmail@nbme.org

## FOLLOW US ON SOCIAL MEDIA

Stay up to date by following USMLE on Twitter, Facebook, and LinkedIn.



# LIST OF ABBREVIATIONS

| | |
|---|---|
| ACM | Advanced Clinical Medicine |
| ADA | Americans with Disabilities Act |
| AOA | American Osteopathic Association |
| CCS | Computer-based Case Simulations |
| CIN | Candidate Identification Number |
| CIS | Communication and Interpersonal Skills |
| CK | Clinical Knowledge |
| CS | Clinical Skills |
| CSEC | Clinical Skills Evaluation Collaboration |
| ECFMG | Educational Commission for Foreign Medical Graduates |
| FLEX | Federation Licensing Examination |
| FSMB | Federation of State Medical Boards |
| FIP | Foundations of Independent Practice |
| ICE | Integrated Clinical Encounter |
| LCME | Liaison Committee on Medical Education |
| NBME | National Board of Medical Examiners |
| PIE | Personal Item Exception |
| SEP | Spoken English Proficiency |
| USMLE | United States Medical Licensing Examination |

EXHIBIT 17, Page 30

FILED UNDER SEAL



# Medical Student Handbook

Published by the Office of Admissions and Student Affairs
Revised June 2019

1

*Exh. 18*

## USMLE Requirements: Step 1 and Step 2

1. A passing score for USMLE step 1 must be recorded by NBME by the end of the October block in the third year. Students not passing Step 1 are required to take a leave of absence until a passing score on Step 1 is achieved. Students must allow 30 days after NBME records a passing score before they should expect to return to clerkships: this allows clerkship departments adequate time to place and credential students.

   Please note the following scheduling considerations:
   * The end dates of the October block change each year. Please consult the clinical block calendar in eMedley's eCurriculum for relevant October block dates.
   * USMLE step 1 results generally take 4 weeks to be recorded, and results are released only on Wednesdays. Therefore, the last possible date a student should plan on taking Step 1 to avoid being placed on a leave of absence is 4 Wednesdays BEFORE the end of Tulane's October block.
   * Students who are not passing step 1 practice tests should consult with Dr. Kahn for advising and strategies before scheduling/sitting for step 1. The top priority should be achieving a passing score on the first attempt.

2. All students are required to pass USMLE Step 2CK and Step 2CS prior to graduating medical school.

3. Students not passing both Step 2CK and CS by April of their fourth year of medical school will be required to take a leave of absence until passing scores on both Step 2CK and CS are achieved.

4. These three USMLE exams must be passed to graduate from Tulane University School of Medicine. Failure to pass USMLE Step 1, Step 2 CK, and Step 2 CS will result in a student's being withdrawn from the academic rolls as a medical student.

5. ***All senior students are recommended to sit for USMLE Step 2 CS and Step 2 CK before December 31 of their senior year to participate in the Match.***

6. A student may accumulate a maximum of 24 months of leave for the purpose of meeting the USMLE requirement. After 24 months, if USMLE Step 1, Step 2 CK and Step 2 CS are not passed, students will be dismissed.

7. The Student Professionalism and Promotion Committee and the senior associate dean for admissions and student affairs may recommend a delay in a student sitting for Step 1 until a study program is satisfactorily completed.

12

## Educational Site Requests

Students are assigned to clinical rotations through the Office of Admissions and Student Affairs. The specific geographic location of the rotation is determined by the department in which the rotation takes place. Assignment is made via a lottery with provision for special circumstances.

Students can appeal their assignments through the individual departments. In the case of no resolution, the matter can be referred to the senior associate dean for resolution.

Changing the order of rotations for the required third-year rotations is discouraged unless there are extenuating circumstances. Such requests are made directly to the senior associate dean who will document approval or denial.

Fourth-year students should follow schedule-change request rules and deadlines outlined in eMedley's eCurriculum.

## Senior Scheduling Requirements

T4 scheduling strategies depend a great deal on students' specialty choices. All students are expected to take an active role in matching their career objectives to their senior scheduling: this process begins in the T1 year with self-exploration, participation in AAMC's Careers in Medicine software, and attendance at multiple career-focused activities such as brown-bag informational sessions.

Each specialty has identified specialty-specific advisors, with whom students are encouraged to meet regularly, and particularly before the T4 scheduling process begins (initial informational dean's hours are generally held in October of T3 year; T4 scheduling appointments begin in mid-January of T3 year). Watch your Tulane email for information about career advising activities, services, and expectations.

## Right to a Healthcare Provider not involved in Evaluation

Students have the right to be provided healthcare by individuals who are not involved in their assessment or instruction as medical students. As such, it is the policy of the School of Medicine that healthcare providers for students are not involved in the assessment of those students.

In the rare exception in which a faculty member is the only content expert in the region, a student *may* choose a faculty provider. In this instance, the faculty member will recuse himself/herself from participation in any academic or promotion evaluation of the involved student.

13

Students should not expect to extend holidays or breaks with excused absences. These requests are routinely denied.

*Interview season* (October through January) and *USMLE Step 2 CS and USMLE Step 2 CK examination dates* may provide additional attendance challenges for students.

- During *interview season*, students are encouraged to schedule vacation time and/or multiple online electives. Whenever possible, students should not schedule required rotations during interview season. This includes the four-week MED4409 and MED3410, but it particularly includes, the sub-internship, and the two-week required rotations: RADS3020, SURG3120, EMER4020. Students who schedule required rotations during interview season should be prepared to schedule interviews around required rotation responsibilities.
    - o Course and clerkship directors understand that interviews are a priority and that students may have minimal control over scheduling. It is, however, expected that students will take the necessary steps to avoid conflict as much as possible by:
        1. Scheduling required rotations outside of the heaviest part interview season. These months are generally October, November, December, and January.
        2. When there is an option, scheduling interviews outside of required rotations.
        3. Notifying the course director as soon as possible of the interview, what days are to be missed, and understanding that make-up work will likely be required.
    - o If the situation arises in which a student must schedule an interview during a 2- or 4-week rotation that would put the student above the allotted excused absence cap for that rotation, the student must communicate the situation to the appropriate faculty elective director as soon as possible.
        - ▪ Given the reality that interview slots can fill up in a matter of minutes, it is assumed that the student will schedule the interview and formulate a plan with the faculty elective director AFTER scheduling the interview.
        - ▪ The faculty elective director may require that the student make up the lost time, and the student must make up the missed days either during the current block or a later block.
- Students are allowed two days off from an elective rotation to complete the *USMLE Step 2 CS and Step 2 CK examinations.* Students are discouraged from scheduling their Step 2 CS or CK exams during a block when they have a required rotation scheduled, especially a two-week rotation (RADS3020, SURG3120, and EMER4020). Students must submit an Excused Absence request form for Step 2 CS and CK-related absences at least 14 days before the absence.
- Students who request absences for Step 2 CS, Step 2 CK, or interviews should not request Excused Absences for other reasons during the same block.

In addition to the special circumstances above for interview season (October through January) and USMLE Step 2 CS and USMLE Step 2 CK examination dates, the following attendance guidelines apply:

27

1. Students are expected to fill out an Excused Absence Request Form to request absences. The form is on TMedWeb on the Institutional Forms page within the Student Guide tab. Excused absences are coordinated through the Office of Admissions and Student Affairs.
2. An excused absence does not obviate the need to make up work missed. Make-up processes are determined by clerkship directors, and may include additional shifts during the current or a later block.
3. Students are expected to notify their attending physicians and house officers of any excused absences.
4. Students can receive a maximum of three days excused absence for any 6- or 8-week rotation, a maximum of two days for any 4-week rotations, and one day for 2-week rotations. The only exceptions are for Step 2 CS exams, Step 2 CK exams, and interviews (see above), and students are discouraged from scheduling Step 2 CS, Step 2 CK, and interviews during required rotations (see above).
5. Excused absences will be given for *significant life events* and are not to be used simply for a day off.
6. Any absence not excused will be considered unexcused.
7. Students should submit Excused Absence Request forms in a timely fashion. *Generally this is at least 30 days before a predicted life event, and within 24 hours following an illness or emergency.*

Interview season/USMLE exam date clarifications to be approved by Curriculum Committee 8/2/2017

### Leave of Absence

Students on LOA are not eligible for federal financial aid.

Students taking a leave of absence for other than medical or emergency reasons should notify the Office of Admissions and Student Affairs by May for those entering the third year, by June for those entering the second year.

Leaves of absence will generally be granted for one year. Students may request one additional year of leave. Requests are to be made directly to the senior associate dean for Admissions and Student Affairs. Leaves of absence will not be granted for additional time after two years have been granted. Students failing to report following a leave of absence will be dismissed. All reasonable attempts will be made to notify students that an approved leave of absence is nearing expiration.

Students may be placed on leave of absence to complete requirements, including remediation and USMLE requirements. Students are allowed 24 months total LOA to complete all USMLE requirements. Failure to successfully complete USMLE Step 1, Step 2 CK, and Step 2 CS in the prescribed time will result in dismissal. For more information, see handbook section specifically devoted to USMLE requirements.

28

**FILED UNDER SEAL**



## 2020 Main Residency Match® Calendar

The Match is managed in the Registration, Ranking, and Results (R3) system.

### 2019

| | |
|---|---|
| **SEP 15** | **12:00 p.m. ET:** Registration opens |
| **OCT 1** | **8:00 a.m. ET:** Medical schools begin uploading rising seniors |
| **NOV 30** | **11:59 p.m. ET:** Applicant Standard Registration Deadline (*$50 additional fee for late registration*) |

### 2020

| | |
|---|---|
| **JAN 14** | **11:59 p.m. ET:** Program deadline to create joint advanced/preliminary program tracks |
| **JAN 15** | **12:00 p.m. ET:** Ranking opens<br>Programs can set SOAP participation status and medical schools begin verifying student/graduate graduation credentials |
| **JAN 31** | **11:59 p.m. ET:** Programs: quota change, withdrawal, and SOAP participation status deadlines |
| **FEB 26** | **9:00 p.m. ET:** Rank Order List Certification Deadline<br>• Applicant late registration and Match withdrawal deadline<br>• Medical school student/graduate graduation credentials verification deadline<br>• Institutional official change approvals deadline<br>• Program reversion deadline |
| **MAR 9** | **8:00 a.m. ET:** Medical schools begin verifying SOAP eligibility of students/graduates |

*Exh. 19*

2121 K Street NW, Suite 1000, Washington, DC 20037
www.nrmp.org Email: support@nrmp.org
Toll Free: (866) 653-NRMP Phone: (202) 400-2233

**MAR 11**

**5:00 p.m. ET:** Deadline for medical schools to verify SOAP eligibility of students/graduates

---

**MAR 16**

Match Week

**10:30 a.m. ET:** Medical school *Unmatched Applicants* report available (*embargoed until 11:00 a.m.*)

**11:00 a.m. ET:** Applicant match status and program fill status available (*by email and R3 system*)

*Regional Match Statistics* report available

Supplemental Offer and Acceptance Program (SOAP) begins

---

**MAR 19**

**8:00 a.m. ET:** Confidential *Advance Data Tables* report available to medical schools, programs, and institutions

Medical school confidential Match results reports and Match notification letters available

**11:00 a.m. ET:** SOAP ends

**2:00 p.m. ET:** Program *Confidential Roster of Matched Applicants* report available (*by email and R3 system*)

---

**MAR 20**

Match Day

**12:00 p.m. ET:** Medical school Match Day ceremonies

**1:00 p.m. ET:** Applicant Match results available (*by email and R3 system*)

*Advance Data Tables* available at www.nrmp.org

**1:00 p.m. ET:** Program *Match Results by Ranked Applicant* and *SOAP Programs Preferred Applicants* reports available

---

**JUN 30**

**11:59 p.m. ET:** Match closes and reports no longer available in R3 system

2121 K Street NW, Suite 1000, Washington, DC 20037
www.nrmp.org Email: support@nrmp.org
Toll Free: (866) 653-NRMP Phone: (202) 400-2233

EXHIBIT 19, Page 2



FILED UNDER SEAL

# ERAS 2020: Timeline, Tips, & Tricks for Residency Applicants

**APRIL 10, 2019**

Exh. 20

ERAS is the standardized online application that all US medical residency applicants must fill out. It stands for the Electronic Residency Application Service. Familiarize yourself with the ERAS timeline, deadlines, and strategies to best prepare for this year's match cycle! Be sure to check out my Ultimate Medical School Survival Guide for more information about applying to residency.

EXHIBIT 20, Page 1

# ERAS Timeline

| | |
|---|---|
| June 2019 (date TBD) | Application opens! You can register on myERAS and begin filling out the application online. |
| September 5, 2019 | Early bird submission! You can submit to programs early to avoid technical glitches or for peace of mind. ERAS created this window period to avoid website crashes. Do NOT feel pressured to submit early because you will NOT BE ABLE TO CHANGE OR EDIT your application after submission. |
| September 15, 2019 | Programs begin ACCEPTING applications. There is no deadline but applications are reviewed on a rolling basis.<br><br>**Everything submitted ON OR BEFORE MIDNIGHT (12AM EST) on SEPTEMBER 15 will be timestamped SEPTEMBER 15.** (Starting 12:01AM EST on September 16, applications will be timestamped as they are submitted.)<br><br>Pro tip: The highest website traffic is likely September 15, 11pm-12am EST. Try to submit before that window to avoid technical glitches. |
| October 1, 2019 | MSPEs (Dean's letter) released to programs. Some programs (i.e., dermatology) won't look at applications until the MSPEs are released, so don't worry if you submit your application after September 15. |

EXHIBIT 20, Page 2

# RANKING APPLICANTS

MATCH CALENDARS (/match-calendars)          LOGIN/REGISTER (https://r3.nrmp.org/viewLoginPage)

After registering for a Match and completing interviews, program directors submit to the NRMP a list of applicants, ranked in order of preference, whom they have interviewed and wish to train. At the same time, applicants submit to the NRMP a list of programs, ranked in order of preference, where they wish to train. It is the final preferences of applicants and program directors, as expressed on their rank order lists (ROLs), that determines the Match outcome.

ROLs are created and certified electronically in the NRMP Registration, Ranking, and Results® (R3®) system. ROLs must be saved after each change, and only the most recent version of a ROL is saved.

Other options that program directors can consider:

- Program directors can revert, or donate, unfilled positions from one program to another designated program.
- Program directors in the Main Residency Match® can create joint advanced/preliminary – Joint A/P – programs that limit enrollment in a preliminary program to applicants who match to a designated advanced program. Joint A/P programs must be created in the R3 system before ranking opens.

▷ **CREATING A LIST**

▷ **CERTIFYING A LIST**

## RANK ORDER LIST CERTIFICATION DEADLINE

Changes CANNOT be made after 9:00 p.m. Eastern Time on the day of the Rank Order List Certification Deadline, and only certified lists will be used in a Match. NRMP will not add, delete, or move applicants or in any way modify a rank order list at any time.

## RESOURCES

- *View, Enter, and Certify a Rank Order List for Programs* support guide (https://mk0nrmp3oyqui6wqfm.kinstacdn.com/wp-content/uploads/2017/08/Enter-Certify-Prog-ROL-IOIAPDPC.pdf)
- ROL Tips for Success (http://www.nrmp.org/rol-tips-for-success-programs/)
- How the Matching Algorithm Works (http://www.nrmp.org/matching-algorithm/)
- Reversions for Residency Programs (http://www.nrmp.org/creating-reversions-residency-programs/)
- Reversions for Fellowship Programs (http://www.nrmp.org/creating-reversions-fellowship-programs/)
- Joint Advanced/Preliminary Program (http://www.nrmp.org/joint-advanced-preliminary-tracks/)

*Exh. 21*

FILED UNDER SEAL

EXHIBIT 21, Page 1

FILED UNDER SEAL



**NATIONAL RESIDENT MATCHING PROGRAM®**

# Charting Outcomes in the Match: U.S. Allopathic Seniors

Characteristics of U.S. Allopathic Seniors Who Matched to Their Preferred Specialty in the 2018 Main Residency Match

## 2nd Edition

Prepared by:
National Resident Matching Program
www.nrmp.org

July 2018

*Exh. 22*

Questions about the contents of this publication may be directed to Mei Liang, Director of Research, National Resident Matching Program, (202) 400-2233 or datarequest@nrmp.org.

Questions about the NRMP should be directed to Mona M. Signer, President and CEO, National Resident Matching Program, (202) 400-2233 or admin@nrmp.org.

Copyright ©2018 National Resident Matching Program, 2121 K Street, NW, Suite 1000, Washington, DC 20037 USA. All rights reserved.  Permission to use, copy and/or distribute any documentation and/or related images from this publication shall be expressly obtained from the NRMP

National Resident Matching Program, Charting Outcomes in the Match: U.S. Allopathic Seniors, 2018.  National Resident Matching Program, Washington, DC 2018.

## 2018 · Table of Contents

Introduction ........................................................................................................................ ii

**Tables and Charts for All Specialties**

Chart 1.   Active Applicants in the 2018 Main Residency Match....................................2

Table 1.   Number of Applicants and Positions in the 2018 Main Residency Match ...............3

Chart 2.   Ratio of U.S. Allopathic Seniors Ranking Specialty First / Available Positions .......4

Chart 3.   Match Rates of U.S. Allopathic Seniors ........................................................5

Table 2.   Summary Statistics on U.S. Allopathic Seniors................................................6

Chart 4.   Median Number of Contiguous Ranks of U.S. Allopathic Seniors..........................7

Chart 5.   Mean Number of Different Specialties Ranked of U.S. Allopathic Seniors ...............8

Chart 6.   USMLE Step 1 Scores of U.S. Allopathic Seniors ...........................................9

Chart 7.   USMLE Step 2 CK Scores of U.S. Allopathic Seniors.....................................10

Chart 8.   Mean Number of Research Experiences of U.S. Allopathic Seniors......................11

Chart 9.   Mean Number of Abstracts, Presentations, and Publications of U.S. Allopathic Seniors .......12

Chart 10. Mean Number of Work Experiences of U.S. Allopathic Seniors ...........................13

Chart 11. Mean Number of Volunteer Experiences of U.S. Allopathic Seniors......................14

Chart 12. Percentage of U.S. Allopathic Seniors Who are Members of AOA ........................15

Chart 13. Percentage of U.S. Allopathic Seniors Graduating from One of the 40 Medical Schools
          with the Highest NIH Funding.................................................................16

Chart 14. Percentage of U.S. Allopathic Seniors Who Have a Graduate Degree ....................17


**Tables and Charts for Individual Specialties**

Anesthesiology ...............................................................................................18

Child Neurology ..............................................................................................27

Dermatology ..................................................................................................36

Diagnostic Radiology .......................................................................................45

Emergency Medicine ........................................................................................54

Family Medicine ..............................................................................................63

General Surgery ..............................................................................................72

Internal Medicine ............................................................................................81

Internal Medicine/Pediatrics ...............................................................................90

Interventional Radiology ....................................................................................99

Neurological Surgery ......................................................................................108

Neurology ...................................................................................................117

Obstetrics and Gynecology ...............................................................................123

Orthopaedic Surgery .......................................................................................135

Otolaryngology ..............................................................................................144

Pathology ....................................................................................................153

Pediatrics ....................................................................................................162

Physical Medicine and Rehabilitation ...................................................................171

Plastic Surgery ..............................................................................................180

Psychiatry ...................................................................................................189

Radiation Oncology ........................................................................................198

Vascular Surgery ...........................................................................................207

Copyright ©2018 NRMP. Reproduction prohibited without the
written permission of the NRMP.

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018

## 2018 Introduction

### Background

The first edition of *Charting Outcomes in the Match* was published in August 2006 to document how applicant qualifications affect success in the Main Residency Match®. The report was published biennially between 2007 and 2011 and was a collaboration of the National Resident Matching Program® (NRMP®) and the Association of American Medical Colleges® (AAMC®). Match outcome data from the NRMP were combined with applicant characteristics from the AAMC's Electronic Residency Application Service (ERAS®) and United States Medical Licensing Examination (USMLE®) scores from the AAMC data warehouse. In 2014, NRMP added a Professional Profile section to its Match registration process to collect USMLE scores and other applicant characteristics and those have been used to independently publish all subsequent *Charting Outcomes in the Match* reports.

Prior to 2016, this report examined the Match success of only two applicant groups: senior students from U.S. allopathic medical schools and independent applicants. Independent applicants included all applicant types other than U.S. seniors: previous graduates of U.S. allopathic medical schools, students/graduates of osteopathic medical schools, students/graduates of Fifth Pathway programs, students/graduates of Canadian medical schools, and U.S. citizen and non-U.S. citizen students/graduates of international medical schools. Because       independent applicants are a heterogeneous group, a decision was made in 2016 to report data separately for U.S. allopathic medical school seniors, students/graduates of osteopathic medical schools, U.S. citizen students/graduates of international medical schools, and non-U.S. citizen students/graduates of international medical schools. In 2018, senior students of osteopathic medical schools are reported separately, and there is no report for osteopathic medical school graduates because their numbers are so small.

This report examines the characteristics of U.S. allopathic seniors.

### Data

Match success, specialty preference, and ranking information were collected through the Main Residency Match. The 40 U.S. medical schools receiving the highest totals of National Institutes of Health (NIH) grants were obtained from the NIH website. Other applicant characteristics, including USMLE Step 1 and Step 2 CK scores, academic degrees, publications, Alpha Omega Alpha Honor Medical Society (AOA) membership, and research, and work and volunteer experiences, were self-reported through the Professional Profile section of the NRMP's Applicant Registration Form for the Match. To complete the form, applicants were asked to answer the questions as they did in their ERAS Common Application Form (CAF). Completion of the form was optional, and applicants who completed the form could consent or decline to participate in NRMP research. Data collection for the self-reported Professional Profile section was granted exemption by the Chesapeake (now Advarra) Institutional Review Board (IRB).

A total of 18,818 U.S. allopathic seniors submitted certified rank order lists in the 2018 Main Residency Match. After excluding the 7.0 percent of U.S. allopathic seniors who did not give consent to participate in NRMP research, 17,497 applicants were included in the final dataset. Missing data were found in Step 1 scores (1.1% missing), Step 2 CK scores (3.1%), number of research experiences (10.1%), number of abstracts, presentations, and publications (10.2%), number of work experiences (11.7%), number of volunteer experiences (11.5%), Ph.D. degree (4.7%), other graduate degree (5.2%), and AOA membership (5.9%).

To ensure that USMLE Step scores were not misreported, the NRMP asked medical schools to verify the scores of their U.S. senior students. In 2018, 95 percent of the Step 1 scores and 96 percent of the Step 2 CK scores used in this report were verified, corrected, or supplied by U.S. medical schools. Because the self-reported scores are highly accurate (the intracorrelation coefficient (ICC) between the self-reported scores and school-verified scores was 0.986 (99% CI [0.986, 0.987]) for Step 1 scores and 0.982 (99% CI [0.981, 0.983]) for Step 2 CK scores), both verified and unverified scores were used to prepare this report.

### Methods

Specialties that offered 50 or more positions in the 2018 Main Residency Match are included in this report. Over the years, specialties have been added to the report, including Otolaryngology and Neurology in 2007, Neurological Surgery in 2009, Child Neurology and Vascular Surgery in 2014, and Interventional Radiology in 2018. Transitional Year programs were excluded beginning with the 2011 report because they are not viewed as a specialty choice.

Twelve measures are incorporated in this report. Probability analysis using a simple logistic regression model was introduced in 2009 to evaluate the relationship between Match success and contiguous ranks and USMLE Step 1 scores. Probability analyses in this report used data on U.S. seniors who participated in the Match in 2016, 2017, and 2018.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

ii

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018

## 2018   Introduction (continued)

*It is important to note that for purposes of this report, Match success is defined as a match to the specialty of the applicant's first-ranked program, or "preferred specialty," because that is assumed to be the specialty of choice. Lack of success includes matching to another specialty as well as failure to match at all. No distinction was made based on whether applicants matched to the first, second, third, or lower choice program.*

Summary

Some general observations apply to all specialties in this report. U.S. allopathic seniors who are successful in matching to their preferred specialty are more likely to:

- Rank more programs within their preferred specialty
- Have higher USMLE Step 1 and Step 2 scores
- Be members of Alpha Omega Alpha Honor Medical Society

Although other measures seem to be related to Match success for some specialties, the relationships are not consistent enough to draw broad conclusions across specialties. In addition, the data sources used for *Charting Outcomes in the Match* do not include other important applicant factors such as course evaluations, reference letters, and the Medical School Performance Evaluation (MSPE).

Despite the fairly strong relationship between USMLE Step scores and Match success, the distributions of scores show that program directors consider other qualifications. A high score is not a guarantee of success, and a low score is not a bar to success. Even in the most competitive specialties a few individuals with high scores are not successful. In the less competitive specialties, U.S. seniors with scores slightly above passing usually match to their preferred specialties. The data also are reassuring because they indicate that at least some programs do not employ an arbitrary cutoff or decline to consider applicants with less than excellent test performance.

The data in this report support the following straightforward advice one should give to an applicant:

- Rank all of the programs you really want, without regard to your estimate of your chances with those programs.
- Include a mix of both highly competitive and less competitive programs within your preferred specialty.
- Include all of the programs on your list where the program has expressed an interest in you and where you would accept a position.
- If you are applying to a competitive specialty and you want to have a residency position in the event you are unsuccessful in matching to a program in your preferred specialty, also rank your most preferred programs in an alternate specialty.
- Include all of your qualifications in your application, but know that you do not have to be AOA, have the highest USMLE scores, have publications, or have participated in research projects to match successfully.

Program directors and applicants will find the tables and charts for the specialty of their particular interest later in this report.

For questions, comments or more information, please contact:
Mei Liang, Director of Research
National Resident Matching Program
2121 K Street, NW, Suite 1000
Washington, DC 20037
Tel: (202) 400-2233
Email: datarequest@nrmp.org



## Tables and Charts for All Specialties

Copyright ©2018 NRMP. Reproduction prohibited without the
written permission of the NRMP.

**Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018**

**Chart 1** Active Applicants in the 2018 Main Residency Match
*by Applicant Type*



Chart 1 shows the number of active applicants (applicants who submitted rank order lists of programs) by applicant type in the 2018 Main Residency Match. A total of 37,103 active applicants participated in the 2018 Main Residency Match. U.S. allopathic medical school seniors constituted 50.7 percent of the applicants in the 2018 Match. The next largest group were non-U.S. citizen students and graduates of international medical schools (19.0%). The numbers of Fifth Pathway (n=2) and Canadian graduates (n=13) are small.

Copyright ©2018 NRMP. Reproduction prohibited without the
written permission of the NRMP.

EXHIBIT 22, Page 7

**Table 1** Number of Applicants and Positions in the 2018 Main Residency Match by Preferred Specialty*

| Preferred Specialty | Total Positions Offered | Total Number of All Applicants | Number of All Applicants Per Position | Number of U.S. Seniors | | | Number of U.S. Seniors Per Position |
|---|---|---|---|---|---|---|---|
| | | | | Matched | Not Matched | Total | |
| Anesthesiology | 1,840 | 2,004 | 1.09 | 1,084 | 45 | 1,129 | 0.61 |
| Child Neurology | 168 | 166 | 0.99 | 102 | 1 | 103 | 0.61 |
| Dermatology | 472 | 651 | 1.38 | 368 | 83 | 451 | 0.96 |
| Diagnostic Radiology | 1,099 | 1,289 | 1.17 | 682 | 85 | 767 | 0.70 |
| Emergency Medicine | 2,278 | 2,693 | 1.18 | 1,597 | 151 | 1,748 | 0.77 |
| Family Medicine | 3,629 | 4,402 | 1.21 | 1,558 | 77 | 1,635 | 0.45 |
| General Surgery | 1,319 | 1,955 | 1.48 | 972 | 185 | 1,157 | 0.88 |
| Internal Medicine | 7,916 | 10,032 | 1.27 | 3,333 | 73 | 3,406 | 0.43 |
| Internal Medicine/Pediatrics | 382 | 439 | 1.15 | 301 | 21 | 322 | 0.84 |
| Interventional Radiology | 136 | 253 | 1.86 | 120 | 86 | 206 | 1.51 |
| Neurological Surgery | 225 | 310 | 1.38 | 203 | 32 | 235 | 1.04 |
| Neurology | 859 | 1,070 | 1.25 | 466 | 21 | 487 | 0.57 |
| Obstetrics and Gynecology | 1,336 | 1,745 | 1.31 | 1,050 | 145 | 1,195 | 0.89 |
| Orthopaedic Surgery | 742 | 987 | 1.33 | 691 | 148 | 839 | 1.13 |
| Otolaryngology | 315 | 329 | 1.04 | 284 | 13 | 297 | 0.94 |
| Pathology | 601 | 692 | 1.15 | 216 | 8 | 224 | 0.37 |
| Pediatrics | 2,858 | 3,059 | 1.07 | 1,748 | 21 | 1,769 | 0.62 |
| Physical Medicine and Rehabilitation | 421 | 579 | 1.38 | 239 | 33 | 272 | 0.65 |
| Plastic Surgery | 168 | 222 | 1.32 | 156 | 26 | 182 | 1.08 |
| Psychiatry | 1,556 | 2,383 | 1.53 | 965 | 184 | 1,149 | 0.74 |
| Radiation Oncology | 194 | 215 | 1.11 | 176 | 14 | 190 | 0.98 |
| Vascular Surgery | 60 | 77 | 1.28 | 48 | 5 | 53 | 0.88 |

* Preferred specialty is the specialty of the first-ranked program on an applicant's rank order list, excluding preliminary programs in specialties.
Source: NRMP Data Warehouse.

Table 1 provides a summary of the numbers of positions for selected specialties and the numbers of all applicants and U.S. allopathic seniors who preferred each specialty. For example, a total of 2,004 applicants preferred Anesthesiology (or ranked an Anesthesiology position first), among whom 1,129 were U.S. allopathic seniors (1,084 matched and 45 not matched to Anesthesiology). For each of the 1,840 Anesthesiology positions there were 1.09 applicants who preferred the specialty, including 0.61 U.S. allopathic seniors.

Only those specialties offering 50 or more positions are included. For those specialties offering both PGY-1 and PGY-2 positions (including Physician (R) positions), all position types have been combined.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018

**Chart 2**

## Ratio of U.S. Allopathic Seniors Ranking Specialty First / Available Positions
### *by Preferred Specialty*



Source: NRMP Data Warehouse

Chart 2 shows the ratios of U.S. allopathic seniors and all applicants who preferred each specialty to available positions in that specialty. All specialties except Interventional Radiology, Neurological Surgery, Orthopaedic Surgery, and Plastic Surgery have enough positions to accommodate all U.S. seniors who preferred that specialty. The ratio was lowest for Pathology, Family Medicine, and Internal Medicine.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018

EXHIBIT 22, Page 9

**Chart 3**

## Match Rates of U.S. Allopathic Seniors
*Percent Matched by Preferred Specialty*



Source: NRMP Data Warehouse

Chart 3 shows the percentages of U.S. seniors who matched to their preferred specialty. Overall, 91.8 percent of U.S. seniors matched to their preferred specialty, ranging from a high of 99.0 percent (Child Neurology) to a low of 58.3 percent (Interventional Radiology).

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018

EXHIBIT 22, Page 10

## Table 2   Summary Statistics on U.S. Allopathic Seniors
### All Specialties Combined

| Measure | Matched (n=15,451) | Unmatched (n=1,336) |
|---|---|---|
| 1. Mean number of contiguous ranks | 12.3 | 5.3 |
| 2. Mean number of distinct specialties ranked | 1.2 | 1.6 |
| 3. Mean USMLE Step 1 score | 233 | 224 |
| 4. Mean USMLE Step 2 CK score | 246 | 236 |
| 5. Mean number of research experiences | 3.2 | 3.3 |
| 6. Mean number of abstracts, presentations, and publications | 5.7 | 5.0 |
| 7. Mean number of work experiences | 3.2 | 3.3 |
| 8. Mean number of volunteer experiences | 7.3 | 6.6 |
| 9. Percentage who are AOA members | 17.0 | 6.4 |
| 10. Percentage who graduated from one of the 40 U.S. medical schools with the highest NIH funding | 31.9 | 22.5 |
| 11. Percentage who have Ph.D. degree | 4.0 | 2.9 |
| 12. Percentage who have another graduate degree | 17.2 | 21.9 |

*Sources.* NRMP Data Warehouse; Top 40 U.S. medical schools with the highest NIH funding in measure 10 is from the NIH website (http://report.nih.gov/award/index.cfm).

Table 2 provides summary statistics for all specialties by Match outcome on the 12 measures presented in this report. Data on each of these measures are displayed graphically by preferred specialty on the following pages. Only U.S. allopathic seniors who gave consent to use their information in research are included in this table and the rest of the report.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018



**Chart 4** — **Median Number of Contiguous Ranks of U.S. Allopathic Seniors** *by Preferred Specialty and Match Status*



Source: NRMP Data Warehouse

In general, applicants are more likely to be successful if they rank more programs in their desired specialty. To quantify this aspect of applicant behavior, we tallied the number of programs ranked in the first-choice specialty before a program in another specialty appeared on the applicant's rank order list (contiguous ranks).

Chart 4 displays the median number of contiguous ranks by preferred specialty for U.S. allopathic seniors who matched and did not match to their preferred specialty. The chart shows considerable variation across the specialties for U.S. seniors. Vascular Surgery had the longest average contiguous rank list (18) for matched U.S. seniors and Interventional Radiology had the shortest (4). For all specialties, U.S. seniors who matched to their preferred specialty had median contiguous rank lists that were longer than those of U.S. seniors who did not match.

The principal message of this chart is that applicants with longer rank order lists are more successful than those with shorter ones. The NRMP has been recommending longer lists for many years, but some applicants apparently do not heed the advice. Others may have shorter lists because they found only a few programs willing to entertain their applications or because they could not afford a large number of interview trips.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

**Charting Outcomes in the Match: U.S. Allopathic Seniors, 2018**

EXHIBIT 22, Page 12



| Chart 5 | **Mean Number of Different Specialties Ranked by U.S. Allopathic Seniors** *by Preferred Specialty and Match Status* |

*Source: NRMP Data Warehouse*

Some applicants are interested in a single specialty while others consider two or more. Chart 5 displays the average number of different specialties ranked by preferred specialty and Match outcome. For all specialties except Child Neurology, U.S. allopathic seniors who did not match to their preferred specialty had a higher mean number of different specialties ranked.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

8

EXHIBIT 22, Page 13



**Chart 6**  **USMLE Step 1 Scores of U.S. Allopathic Seniors**
*by Preferred Specialty and Match Status*

Source: NRMP Data Warehouse

USMLE Step 1 scores are a measure of a student's understanding of important basic science concepts and the ability to apply that knowledge to the practice of medicine. Although such knowledge is only one facet of applicant qualifications considered by program directors in their selection process, a Step 1 score is the only qualification that is universally available for all applicants during the interview season and prior to the NRMP's ranking deadline. Overall, U.S. allopathic seniors who matched to their preferred specialty have *mean* USMLE Step 1 scores of 232.8 (s.d. = 17.5) well above the 2018 minimum passing score of 194. Step 1 scores were available for 99 percent of U.S. seniors who gave consent to research.

Chart 6 displays the Step 1 scores for U.S. allopathic seniors by specialty and match status. The horizontal bars are the *median* values for successful applicants and the vertical lines show the interquartile ranges (IQR, the range of scores for applicants excluding the top and bottom quarters of the distribution). Scores generally are higher for the more competitive specialties, but there is substantial overlap when specialties are compared.

Across all specialties, the IQR of U.S. seniors who matched to their preferred specialties was higher than those who did not match.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

9

**Charting Outcomes in the Match:**
**U.S. Allopathic Seniors, 2018**



**Chart 7** — USMLE Step 2 CK Scores of U.S. Allopathic Seniors by Preferred Specialty and Match Status

Source: NRMP Data Warehouse

USMLE Step 2 CK scores are a measure of an applicant's ability to apply the medical knowledge, skills, and understanding of clinical science essential for providing patient care. Overall, U.S. allopathic seniors who matched to their preferred specialty had *mean* USMLE Step 2 CK scores of 245.6 (s.d. = 15.0) well above the 2018 minimum passing score of 209. Step 2 CK scores were available for 97 percent of U.S. seniors who gave consent to research.

Chart 7 shows the Step 2 CK scores for U.S. seniors by preferred specialty and match status. The horizontal bars are the *median* values for successful applicants and the vertical lines show the interquartile ranges. As was the case for the Step 1 scores, the more competitive specialties have higher average Step 2 CK scores, but the overall variation is smaller.

Across all specialties, the IQR of U.S. seniors who matched to their preferred specialties was higher than those who did not match.

Copyright ©2018 NRMP. Reproduction prohibited without the written permission of the NRMP.

Charting Outcomes in the Match:
U.S. Allopathic Seniors, 2018

# Scores & Transcripts

## Understanding Your USMLE Score Report

Please note: The interactive score report below is a sample Step 3 report, but can be used to understand Step 1, Step 2 Clinical Knowledge (CK), and Step 3 score reports. Samples of the content areas that appear in Step 1 and Step 2 CK score reports are also provided.

Content Areas page — Step 1 Score Report

Content Areas page - Step 2 CK Score Report

## Scores

With the exception of Step 2 CS (which is reported as Pass/Fail), USMLE results are reported on a 3-digit scale.

The current minimum passing scores are as follows:

Step 1: 194
Step 2 CK: 209
Step 3: 196

Examination data (including performance information and recorded patient encounters) from USMLE examinations may be used by the USMLE program or made available to third parties for research and other purposes that are disclosed to or authorized by you, as appropriate, at the time any data is collected. In such instances, the data will be confidential, and individual examinees will not be identifiable in any publication. If you do not wish your examination data to be made available for such purposes, you must advise the USMLE Secretariat in writing no later than 30 days before your administration.

For more information about scores, view Scores Frequently Asked Questions (FAQs)

## What's Included on Your Transcript?

Your USMLE transcript includes the following:

- your name and other personal identification information, including your date of birth;

- your complete examination history of all Steps and Step Components that you took;

- your history of any examinations for which no results were reported;

*Exh. 23*

EXHIBIT 23, Page 1

- indication of whether you have previously taken the former NBME Parts I, II, or III, Federation Licensing Examination (FLEX), or ECFMG Clinical Skills Assessment (CSA);

- annotation(s) and information documenting classification of any scores as indeterminate (see Score Validity and Irregular Behavior);

- annotation(s) and information documenting any irregular behavior (see Score Validity and Irregular Behavior); and

- annotation(s) of any actions taken against you by medical licensing authorities or other credentialing entities that have been reported to the FSMB Board Action Databank.

Note: Graphical performance profiles, which are included on your original score reports, are not included in your USMLE transcript.

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME depending on which examinations you have taken and where you want your transcript sent.

Contact the FSMB if you want your transcript sent to a medical licensing authority at any time. If you have not registered for or taken Step 3 and want your transcript sent to anyone other than a medical licensing authority, submit the request to the last entity that registered you.

## Requesting a Transcript of USMLE Scores

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME and pay the associated fee. Which entity you contact depends on which Steps you have taken and where you want your transcript sent. Use the table below to determine which entity you should contact based on your specific details and needs.

| Step(s)/Component(s) Taken | Recipient of Transcript | Contact |
| --- | --- | --- |
| One or more USMLE Steps | Medical licensing authority | FSMB |
| All three USMLE Steps; or Step 1 and Step 2 CK and CS (if required), only when registered for or after taking Step 3 | Any recipient | FSMB |
| Step 1 and/or Step 2 CK and/or CS only, registered by ECFMG | Any recipient other than a medical licensing authority | ECFMG |
| Step 1 and/or Step 2 CK and/or CS only, registered by NBME | Any recipient other than a medical licensing authority | NLES |

Bulletin: Official Transcripts

EXHIBIT 23, Page 2