UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 JUL 22  P 4: 08

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: |

19-11790

SECT. T MAG 5

SEALED

* * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

NOW INTO COURT, comes Plaintiff, Meaghan Doherty, who respectfully moves the Court to allow her to file the following documents, under seal, that related to her Application for a Temporary Restraining Order/Preliminary Injunction, for the reasons stated in her Memorandum in Support of Motion to File Documents Under Seal.

1. Plaintiff's Application for Temporary Restraining Order with equitable relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Exhibits.

2. Memorandum in Support of Plaintiff's Application for Temporary Restraining Order with equitable relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue

3. Proposed Order for Temporary Restraining Order

4. Any medical records of plaintiff.

5. Any pleading filed by defendant which references plaintiff's disabilities or medical history or diagnoses.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

✓ Fee _____
   Process _____
   Dktd _____
   CtRmDep _____
   Doc. No. _____

1

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on July 22, 2019.

_____
WILLIAM M. MCGOEY

2