UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. **19-11790** |
| | * | |
| VERSUS | * | JUDGE: |
| | * SEALED * | |
| NATIONAL BOARD OF | * | MAGISTRATE: **SECT. T MAG 5** |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * * *

### ORDER TO FILE DOCUMENTS UNDER SEAL

**IT IS HEREBY ORDERED THAT** the following documents be filed under seal:

1. Plaintiff's Application for Temporary Restraining Order with equitable relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Exhibits.

2. Memorandum in Support of Plaintiff's Application for Temporary Restraining Order with equitable relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue

3. Proposed Order for Temporary Restraining Order

4. Any medical records of plaintiff.

5. Any pleading filed by defendant which references plaintiff's disabilities or medical history or diagnoses.

**IT IS FURTHER ORDERED THAT** all documents covered by this order shall be maintained under seal permanently, unless the seal is released pursuant to a court order after a contradictory hearing.

New Orleans, LA, this _____ day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

1