UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | JUDGE: |
| | * | |
| **NATIONAL BOARD OF** | * | MAGISTRATE: |
| **MEDICAL EXAMINERS** | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

## VERIFICATION

I, MEAGHAN DOHERTY, after being duly sworn, hereby state under oath that the facts contained in the attached Complaint and Motion for Temporary Restraining Order and Preliminary Injunction are true and correct to the best of my knowledge.

This 22 day of July 2019.

_____
MEAGHAN DOHERTY

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 22 DAY

OF JULY 2019.

_____
KRISTINE K. SIMS,
NOTARY PUBLIC
Louisiana Notary No. 50315
Louisiana State Bar Roll No. 28228

My Commission Expires at Death.



KRISTINE K. SIMS
LSBA # 28228
STATE OF LOUISIANA
My commission is for life