

SEALED

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 JUL 23  P 4: 42

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: (T) GUIDRY** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: (5) NORTH** |
| **MEDICAL EXAMINERS** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### CERTIFICATE OF PLAINTIFF'S COUNSEL
### OF DELIVERY TO DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS
### AND TO THE DISABILITY RIGHTS SECTION, U.S. DEPT. OF JUSTICE
### OF COPY OF ALL PLEADINGS & ATTACHMENTS FILED JULY 22, 2019

NOW INTO COURT, comes Frances M. Olivier, counsel for Plaintiff, Meaghan

Doherty, in the above captioned matter, who certifies as follows:

1.

On Monday, July 22, 2019, undersigned counsel filed a "Certificate of Counsel" (Exhibit

A at 8-10) that Plaintiff would serve a copy of all pleadings and attachments on Defendant

National Board of Medical Examiners (NBME) and the Disability Rights Section, Office of Civil

Rights, U.S. Department of Justice.

2.

On Monday evening, July 22, 2019, undersigned counsel placed a copy of all stamped

filed pleadings and attachments filed in the above captioned matter on that date, both by regular

filing and Under Seal, for delivery via FedEx by Overnight Package #788621922343, to

Defendant NBME at its headquarters and principal place of business at 3750 Market Street,

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Philadelphia, PA, 19104. (Exhibit A at 1). Included was a cover letter to NBME. (Exhibit A at 2)

3.

Attached hereto is the certificate of proof of delivery for FedEx Overnight Package #788621922343 at 9:42 a.m. on Tuesday, July 23, 2019 to NBME, showing the receipt by an individual named "D. Hommens." (Exhibit A at 3)

4.

Pursuant to 42 U.S.C. § 12188 and 42 U.S.C. §2000A-3(a), on Monday evening, July 22, 2019, undersigned counsel placed a copy of all stamped filed pleadings and attachments filed in the above captioned matter on that date, both by regular filing and Under Seal, for delivery via FedEx by Overnight Package #788621897533, to the Rebecca Bond, Esq., Chief, Disability Rights Section, Office of Civil Rights, U.S. Department of Justice, at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. (Exhibit A at 4). Included was a cover letter to Rebecca Bond, Esq. (Exhibit A at 5)

5.

Attached hereto is the certificate of proof of delivery for FedEx Overnight Package #788621897533 at 9:51 a.m. on Tuesday, July 23, 2019 to Rebecca Bond, Esq., Chief, Disability Rights Section, Office of Civil Rights, U.S. Department of Justice, showing receipt by an individual named "A. Owens." (Exhibit A at 6)

6.

Undersigned has attached the FedEx receipt showing payment for overnight delivery to NBME and the U.S. Department of Justice. (Exhibit A at 7)

7.

As of this moment, undersigned does not know who the identity of counsel for NBME.

Respectfully submitted,

*Frances M. Olivier*

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

**Attorneys for Plaintiff Meaghan Doherty**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on July 23, 2019.

*Frances M. Olivier*

FRANCES M. OLIVIER

3