**FedEx US Airbill**

FedEx Tracking Number: 8684 0931 2970

Form ID No. 0200

**From**
Date: 7/22/19
Sender's Name: Frances M. Oliwer
Phone: (504) 338-2399
Company: Law Office of F.M. Oliwer
Address: 2341 Metairie Rd.
City: Metairie   State: LA   ZIP: 70001

Your Internal Billing Reference: PERSONAL

**To**
Recipient's Name: Legal Dept.
Phone: (215) 590-9500
Company: National Board of Medical Examiners
Recipient's Address: 3750 Market Street
City: Philadelphia   State: PA   ZIP: 19104

**4a Express Package Service**
☒ FedEx Priority Overnight

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling**
No (dangerous goods)

**7 Payment** Bill to:
☒ Sender

Total Declared Value: $10.00

**8 Residential Delivery Signature Options**
520

William M. McGoey<br>
Attorney at Law<br>
1828 Rose Street<br>
Arabi, LA 70124<br>
(504) 250-3293<br>
bmcgolaw@yahoo.com

July 22, 2019

VIA FEDEX No. 8684 0931 2970
Legal Department
National Board of Medical Examiners
3750 Market Street
Philadephia, PA 19104

RE: Meaghan Doherty v. National Board of Medical Examiners
2:19-cv-11790, Sec. T; Mag:5
Eastern District of Louisiana

Dear Sirs:

Enclosed please find a copy of pleadings filed this date on behalf of Plaintiff, Meaghan Doherty, to wit:

1. Plaintiff's Motion to File Under Seal
2. Plaintiff's Memorandum in Support of Motion to File Under Seal
3. Proposed Order to File Documents Under Seal
4. Plaintiff's Application for Temporary Restraining Order with equitable relief and Order for Rule To Show Cause why a Preliminary Injunction Should not Issue
5. Exhibits (23) to Application for TRO (on attached USB Drive)
6. Memorandum in Support of Plaintiff's Application for TRO & Preliminary Injunction
7. Proposed TRO Order
8. Certificate of Counsel (notifying NBME & U.S. DOJ, Disability Rights Section)

Please contact me at the above number or email at your earliest convenience with the name and contact information of local counsel. When a hearing date is set, undersigned I will notify you of same.

Should you have any questions, please call.

Sincerely,

*[signature]*

William M. McGoey



July 23, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **788621922343**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | D.HOMMENS | Delivery location: | Philadelphia, PA |
| Service type: | FedEx Priority Overnight | Delivery date: | Jul 23, 2019 09:42 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 788621922343 | Ship date: | Jul 22, 2019 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:  
Philadelphia, PA US

Shipper:  
Metairie, LA US

Thank you for choosing FedEx.

**FedEx Express US Airbill**

FedEx Tracking Number: 8684 0931 2969

0200

**From**
Date: 7-22-19
Sender's Name: FRANCES M. OLIVIER
Phone: 504-239-2399
Company: LAW OFFICE OF F.M. OLIVIER
Address: 2341 METAIRIE RD.
City: METAIRIE   State: LA   ZIP: 70001

**To**
Recipient's Name: REBECCA BOND
Phone: 202-307-0663
Company: DISABILITY RIGHTS SECTION, CIVIL RIGHTS DIV.
Recipient's Address: U.S. DEPT. OF JUSTICE
Address: 950 PENNSYLVANIA AVE, N.W.
City: WASHINGTON, DC   State: DC   ZIP: 20530

4a Express Package Service: ✓ FedEx Standard Overnight

5 Packaging: ✓ FedEx Envelope

6 Special Handling: No (dangerous goods)

7 Payment: ✓ Sender

Total Declared Value: $10.00

8 Residential Delivery Signature Options: 520

William M. McGoey
Attorney at Law
1828 Rose Street
Arabi, LA 70124
(504) 250-3293
bmcgolaw@yahoo.com

July 22, 2019

VIA FEDEX No. 8684 0931 2969

Rebecca Bond, Esq.
Chief, Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

RE: Meaghan Doherty v. National Board of Medical Examiners (2:19-cv-11790)
Sec. T; Mag:5 - Eastern District of Louisiana

Dear Chief Bond:

Enclosed please find a copy of pleadings filed this date on behalf of Plaintiff, Meaghan Doherty, a senior at Tulane University School of Medicine against the National Board of Medical Examiners for denying extended time accommodations on the USMLE Step 2 CK Exam set for August 6, 2019 in New Orleans, La.

1. Plaintiff's Motion to File Under Seal
2. Plaintiff's Memorandum in Support of Motion to File Under Seal
3. Proposed Order to File Documents Under Seal
4. Plaintiff's Application for Temporary Restraining Order with equitable relief and Order for Rule To Show Cause why a Preliminary Injunction Should not Issue
5. Exhibits (23) to the Application for TRO (on attached USB Drive)
6. Memorandum in Support of Plaintiff's Application for TRO & Preliminary Injunction
7. Proposed TRO Order
8. Certificate of Counsel (notifying NBME & U.S. DOJ, Disability Rights Section)

You may recall that the NBME was under a Settlement Agreement, DOJ-NBME, DJ# 202-16-181, for denying extended time accommodations on USMLE Step 2 Exam, which unfortunately expired in 2014. I would greatly appreciate it if the Justice Department could evaluate whether intervention is warranted in this egregious case. I strongly suggest that it is.

Should you have any questions, please call.

Sincerely,

William M. McGoey



July 23, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **788621897533**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | FedEx Location |
| Signed for by: | A. OWENS | Delivery location: | WASHINGTON, DC |
| Service type: | FedEx Standard Overnight | Delivery date: | Jul 23, 2019 09:51 |
| Special Handling: | Hold at Location | | |
| | No Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 788621897533 | Ship date: | Jul 22, 2019 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:  
Washington, DC US

Shipper:  
Metairie, LA US

Thank you for choosing FedEx.



```
Pricing option:
   ONE RATE                    10:30 AM

Package Information:
   FedEx Envelope

       Shipment subtotal:       $86.50
              Total Due:        $86.50
       (S) CreditCard:          $86.50
       ************9135
```

```
Address:      3815 VETERANS BLVD
              METAIRIE
              LA 70002
Location:     MSYKK
Device ID:    -BTC01
Transaction:  940237161829
```

```
FedEx Standard Overnight
788621897533   0.8 lbs. (S)     36.65
   Declared Value   10
Recipient Address:
   REBECCA BOND, CIVIL RIGHTS DIV
   DISABLITY RIGHTS SECTION
   950 PENNSYLVANIA AVE NW
   US DEPARTMENT OF JUSTICE
   Washington, DC 20530
   2023070663

Scheduled Delivery Date 7/23/2019
```

```
H = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
      1.800.463.3339

Jul 22, 2019 6:51:17 PM
```

```
Pricing option:
   ONE RATE                    3PM

Package Information:
   FedEx Envelope
```

```
FedEx Priority Overnight
788621922343   0.8 lbs. (S)     49.85
   Declared Value   10
Recipient Address:
   LEGAL DEPARTMENT
   NATONAL BOARD OF MEDICAL EXAMINERS
   3750 MARKET ST
   Philadelphia, PA 19104
   2155909500

Scheduled Delivery Date 7/23/2019
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * * *

UNDER SEAL

## CERTIFICATE OF COUNSEL

NOW INTO COURT, comes Frances M. Olivier, counsel for Plaintiff, Meaghan Doherty, in the above captioned matter, who certifies as follows:

1.

I contacted the National Board of Medical Examiners NBME at its headquarters in Philadelphia, PA at 215-590-9500 on July 22, 2019. The person who answered the phone refused to take my name, number, or any information about the above captioned civil action. Further, this person, who refused to give her name, would not connect me to the Legal Department, give me a fax number, or an email address for either the Legal Department or for the NBME generally, for the purpose of emailing or faxing the civil action and attachments filed this date to the NBME to afford them actual notice of the filing of same.

2.

As a result, I forwarded a copy of the following to the NBME, to wit: the Application for Temporary Restraining Order with equitable relief and Order To Show Cause Why a Preliminary Injunction Should Not Issue, and Memorandum in Support of Application for Temporary Restraining Order, and every document filed in the District Court on July 22, 2019, by FedEx on July 22, 2019. A copy of the FedEx delivery receipt will be filed into the record as confirmation of delivery to Defendant.

3.

It is not my intent to request a TRO without notice to the opposing party and as soon as a hearing set, I will endeavor to provide notice to Defendant. As of this moment, I do not know who their counsel will be.

4.

Pursuant to 42 U.S.C. § 12188 and 42 U.S.C. §2000A-3(a), I have provided notice of this civil action, including a copy of all pleadings and papers filed on July 22, 2019, by fax, FedEx Delivery, and/or U.S. Mail, to Rebecca Bond, Chief, Disability Rights Section, Civil Rights Division, of the U.S. Department of Justice, with the request that the Attorney General of the United States intervene herein and certify to the District Court that "the case is of general public importance."

Respectfully submitted,

*Frances M. Olivier*
FRANCES M. OLIVIER, ESQ. LSBA No. 17895

2

2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

**Attorneys for Plaintiff Meaghan Doherty**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on July 22, 2019.

*Frances M. Olivier*
FRANCES M. OLIVIER

3