# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY | CIVIL ACTION |
| VERSUS | NO: 19-11790 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | SECTION: T |

### ORDER

Before the Court is Meaghan Doherty's application for a temporary restraining order and preliminary injunction. The Court finds the plaintiff fails to fulfill the requirements for a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the plaintiff's request for a temporary restraining order is **DENIED**.

**IT IS FURTHER ORDERED** that a hearing on the request for a preliminary injunction is SET for **THURSDAY, AUGUST 1, 2019**, at **11:00 a.m.**

**IT IS FURTHER ORDERED** that plaintiff's counsel shall serve on counsel for the defendant National Board of Medical Examiners a copy of this order.

New Orleans, Louisiana, this 26th day of July 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE