UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 JUL 29 P 2: 44

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: GUIDRY (T) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: NORTH (5) |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * *

**UNDER SEAL**

**EX PARTE MOTION TO FILE SUPPLEMENTAL EXHIBITS #24 & 25 TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR RULE TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

NOW INTO COURT, comes Plaintiff, Meaghan Doherty, who respectfully moves this Honorable Court for leave to file supplemental exhibits 24 & 25 to Plaintiff's Application for Temporary Restraining Order and Order for Rule to Show Cause why a Preliminary Injunction Should Not Issue. Federal Rule of Civil Procedure 15 provides that the "court should freely give leave when justice so requires" and also allows a party to supplement a "pleading once as a matter of course" within 21 days after serving it.

Respectfully submitted,

_____
FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

Telephone: 504-250-3293
bmcgolaw@yahoo.com
**Attorneys for Plaintiff Meaghan Doherty**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on the 29th day of July, 2019.

*Frances M. Olivier*
FRANCES M. OLIVIER