UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: GUIDRY (T)** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: NORTH (5)** |
| **MEDICAL EXAMINERS** | * | |

* * * * * * * * * * * * * * * * * *

**UNDER SEAL**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO FILE SUPPLEMENTAL EXHIBITS #24 & 25**

**NOW INTO COURT**, comes Plaintiff, Meaghan Doherty, who respectfully moves this Honorable Court for leave to file supplemental exhibits 24 & 25 to Plaintiff's Application for Temporary Restraining Order and Order for Rule to Show Cause why a Preliminary Injunction Should Not Issue. Federal Rule of Civil Procedure 15 provides that the "court should freely give leave when justice so requires" and also allows a party to supplement a "pleading once as a matter of course" within 21 days after serving it.

Plaintiff is filing Exhibits #24 & 25 to clarify the reasons why a preliminary injunction must be issued prior to August 6, 2019 in order to avoid irreparable harm.

Respectfully submitted,

_/s/ Frances M. Olivier_
FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street

1

Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com
**Attorneys for Plaintiff Meaghan Doherty**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on the 29th day of July, 2019.

*Frances M. Olivier*
FRANCES M. OLIVIER

2