UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: GUIDRY (T)** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: NORTH (5)** |
| **MEDICAL EXAMINERS** | * | |

* * * * * * * * * * * * * * * * * *

### UNDER SEAL

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file supplemental Exhibits #24 & 25 to Plaintiff's Application for Temporary Restraining Order with equitable relief and Request for Order for Rule to Show Cause Why a Preliminary Injunction Should not Issue.

New Orleans, LA, this ____ day of July, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

1