

### Step 2 CK – Delay in score reporting
**Posted: March 06, 2019**

Most score reporting of Step 2 Clinical Knowledge (CK) results occurs within four weeks of testing. However, because of necessary modifications to the test item pool, there will be a delay in reporting for some examinees who test beginning the week of **June 23, 2019**.

The target date for reporting Step 2 CK scores for most examinees testing the week of June 23 through August 8 will be **Wednesday, August 28, 2019**. For examinees whose circumstances require that they receive Step 2 CK scores before August 28, 2019, it is recommended that they take the exam no later than **June 24, 2019**.

Although the transition will occur quickly at many test centers, there may be some locations where the changes take slightly longer to complete. The overall transition period will likely last approximately six weeks. Please note that scores on new and old exam forms will be comparable.

« Previous        Page: 3 of 10        Next »

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE GUIDRY** |
| | * | **SECTION: T** |
| **NATIONAL BOARD OF** | * | |
| **MEDICAL EXAMINERS** | * | **MAGISTRATE NORTH** |
| | * | **DIV. 5** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNDER SEAL

AFFIDAVIT OF MEAGHAN DOHERTY

BEFORE ME, the undersigned notary public, personally came and appeared:

MEAGHAN DOHERTY

who, upon being duly sworn, did depose and state the following:

1. I am a person of the full age of majority, domiciled in the State of Louisiana.

2. I have personal knowledge of the matters set forth in this Affidavit.

3. I am a medical student at the Tulane University School of Medicine in my senior and final year of study.

4. I am provided test-taking accommodations of extended time by Tulane University School of Medicine on all written examinations. Tulane provided with that accommodation starting in January 2017.

5. By way of history, I applied for the NBME Step 1 Exam in 2018 requesting testing accommodations of extended time, and provided medical documentation in support thereof.

6. On February 20, 2018 I received a letter dated February 14, 2018 in which the NBME denied my request for test accommodations. I took the Step 1 Test without

1

accommodations and scored a 200. The passing score was 194. The median score was 228.

7. Because my score was so low, I was advised that I have a very low chance for being accepted into any Residency Program if I do as poorly on Step 2 or outright fail.

8. In order to graduate from Tulane's School of Medicine, I have to pass the Step 2 CK exam administered by the National Board of Medical Examiners ("NBME"). A passing score for 2019 is a 209.

9. On May 3, 2019, I submitted an updated and completed application for the National Board of Medical Examiners (NBME) Step 2 CK exam and requesting requested time and a half accommodations based on Learning Disorder with Impairment in Reading: rate (DSM-V 315.00 ICD-10 F81.0); Attention Deficit/Hyperactivity Disorder – Combined Type (DSM-V 314.01 ICD-10 F*); and Generalized Anxiety Disorder (DSM-V 300.2 ICD-10 F41.1) Moderate Severity.

10. On July 16, 2019 received an email notice from the NBME that my request for testing accommodations (extended time x1.5) was denied.

11. In order to be eligible to become a licensed medical doctor able to practice without supervision, I have to complete an intern year of Residency. The intern year is the first year of Residency. Residency is a paid position and taxes are paid as if I am an employee.

12. In order to be accepted into a Residency program, I have to be selected by a program at one of the various Residency programs throughout the United States.

13. The first set of Student Applications for residency programs are sent to the residency programs through the Electronic Residency Application Services (ERAS), a service of the Association of American Medical Colleges on September 15, 2019. All scores received by ERAS on or before September 15, 2019, are dated September 15, 2019 and are sent out to the various Residency programs at that time.

14. Any applications submitted after September 15th are sent to the Residency programs on a later date and they bear the actual date that ERAS received them- an indication that the student did not submit his application at the first available time.

15. NBME's website indicates that it normally takes 4 weeks for the Step 2 test scores to be sent to students. NBME's website also indicates that for some testing sites, it could take six weeks for the scores to be sent for tests taken between June 23, 2019 and August 8, 2019, however, the target return date is August 28, 2019, but there appears to be no

guarantee. Thus, I have to take the Step 2 test on August 6, 2019 in order to get my score and application uploaded onto ERAS on or before September 15, 2019.

16. After applicants apply to programs, the applications are reviewed on a rolling basis, underscoring that time is of essence in obtaining positions in residency programs. Candidates are then selected for interviews.

17. Everyday that passes after September 15th without my scores/application being sent to the residency programs, makes it less and less likely that I will be granted an interview, and hence, less and less likely that I will be accepted into a Residency program.

18. The Residency programs will send emails in October to students inviting them to interview. The interviews are held in October- January. Most of the interviews take place in November and December. Students need to respond to the emails within minutes because the schools invite more students to interview than there are interview slots. Any delay can cause a student to miss the opportunity to interview.

19. After the interview period is over, programs and applicants each compile "rank order lists" in which applicants are ranked in order from most to least preferred as to whom they wish to accept.

20. Although the application deadline for Residency programs is November 30, 2019, I will not have any realistic chance of being accepted into any Residency program unless my application is sent into to ERAS on or before September 15, 2019 and my Step 2 score actually reflects my knowledge and aptitude and not my disability.

21. My request for accommodations is "reasonable" and in concurrence with the accommodations provided by Tulane University School of Medicine.

22. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal and professional knowledge.

Further, Affiant sayeth not.

MEAGHAN DOHERTY

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 29 DAY
OF JULY 2019.

WILLIAM M. McGOEY, NOTARY PUBLIC
Louisiana Notary No. 12496; Louisiana State Bar Roll No. 14205
My Commission Expires at Death.

WILLIAM MARTIN MCGOEY
Louisiana Notary Public ID# 12496
LSBA# 14205
Commissioned for life

3