

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 29 2019

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNDER SEAL**

## SUPPLEMENTAL CERTIFICATE OF PLAINTIFF'S NOTICE TO DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS

NOW INTO COURT, comes William M. McGoey and Frances M. Olivier, counsel for

Plaintiff, Meaghan Doherty, in the above captioned matter, who certify as follows:

1.

That undersigned counsel was provided with a copy of the signed "Order to File

Documents Under Seal" on Thursday, July 25, 2019 by Case Manager, Bridget Gregory, via

email.

2.

Undersigned counsel forwarded via email the "Order to File Documents Under Seal" to

the Defendant National Board of Medical Examiners (NBME), through Leslie Coletti, Assistant

General Counsel, NBME, lcoletti@nbme.org and Robert Burgoyne, outside counsel at

Rburgoyne@perkinscoie.com.

1

3.

Both attorneys received the email containing the Order and the email was marked "read." Further, undersigned counsel certifies that both attorneys have received all materials filed in this matter. NBME transmitted materials to Attorney Robert Burgoyne.

4.

Attached are copies of the above referenced email transmittals. (See Exhibit A)

Respectfully submitted,

*Frances M. Olivier*

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

**Attorneys for Plaintiff Meaghan Doherty**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/the Court's ECF system when not under protective seal, on July 26, 2019.

*Frances M. Olivier*

FRANCES M. OLIVIER

2

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | FRANCES OLIVIER |
| **Sent:** | Thursday, July 25, 2019 9:12 PM |
| **To:** | RBurgoyne@perkinscoie.com |
| **Cc:** | Leslie Coletti |
| **Subject:** | Meaghan Doherty vs. National Board of Medical Examiners |
| **Attachments:** | 20190725 Signed Order to Seal.pdf; 20190723 -Certificate of Plaintiff's Counsel Of Delivery.pdf |

Dear Counsel,

Attached please find a filed " Certificate of Plaintiff' Counsel Delivery to Defendant" filed on July 23, 2019.  Also attached is a copy of the Signed Order to Seal the record which we received today via the Court's clerk.  Documents will not appear on the PACER system.

I do not presently have Ms. Rebecca Bond's Email address, so she will receive these documents via fax.

Should anyone wish to discuss an amicable resolution of this matter, please do not hesitate to call.

Sincerely,

Fran

Frances M. Olivier
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA  70001
Telephone:  (504) 483-6334
Facsimile:  (504) 483-6344
E-Mail:  FOlivier@OlivierLawFirm.com

***CONFIDENTIALITY NOTICE ***

This entire electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the documents.

*Exh.*
*A*

1

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Leslie Coletti <LColetti@nbme.org> |
| **To:** | FRANCES OLIVIER |
| **Sent:** | Thursday, July 25, 2019 9:33 PM |
| **Subject:** | Read: Meaghan Doherty vs. National Board of Medical Examiners |

Your message

To: Leslie Coletti
Subject: Meaghan Doherty vs. National Board of Medical Examiners
Sent: Thursday, July 25, 2019 10:11:44 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Thursday, July 25, 2019 10:33:15 PM (UTC-05:00) Eastern Time (US & Canada).

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

EXHIBIT A, Page 2

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Burgoyne, Robert (WDC) <RBurgoyne@perkinscoie.com> |
| **Sent:** | Thursday, July 25, 2019 9:21 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | Read: Meaghan Doherty vs. National Board of Medical Examiners |
| **Attachments:** | Read: Meaghan Doherty vs. National Board of Medical Examiners |

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1

## FRANCES OLIVIER

From:       Microsoft Outlook
To:         RBurgoyne@perkinscoie.com
Sent:       Thursday, July 25, 2019 9:12 PM
Subject:    Relayed: Meaghan Doherty vs. National Board of Medical Examiners

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

RBurgoyne@perkinscoie.com (RBurgoyne@perkinscoie.com)

Subject: Meaghan Doherty vs. National Board of Medical Examiners

1

EXHIBIT A, Page 4

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Leslie Coletti |
| **Sent:** | Thursday, July 25, 2019 9:12 PM |
| **Subject:** | Relayed: Meaghan Doherty vs. National Board of Medical Examiners |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Leslie Coletti (l.Coletti@nbme.org)

Subject: Meaghan Doherty vs. National Board of Medical Examiners

EXHIBIT A, Page 5