LAW OFFICE OF
# FRANCES M. OLIVIER, LLC
ATTORNEY & COUNSELOR AT LAW
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

FRANCES M. OLIVIER
E-Mail: FOlivier@OlivierLawFirm.com

TELEPHONE: (504) 483-6334
FACSIMILE: (504) 483-6344

July 25, 2019

<u>VIA FACSIMILE: (504) 589-2643</u>
Hon. Greg G. Guidry
United States District Judge
Attn: Jeffery Gregoire
500 Poydras Street
New Orleans, LA 70130



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 29 2019
WILLIAM W. BLEVINS
CLERK

RE: <u>Meaghan Doherty v. National Bd. of Med. Examiners</u>
U. S. District Court Case No. 19-11790 (Sec. T; Mag. 5)

Dear Judge Guidry:

Enclosed please find a copy of undersigned's "Supplemental Certificate of Plaintiff's Notice to Defendant National Board of Medical Examiners" which will be filed manually with the Clerk of Court on Monday, July 29, 2019.

The contact information for defendant NBME's attorney is as follows:

> Robert A. Burgoyne, Esq.
> Perkins Coie, LLP
> 700 Thirteenth Street, N.W., Suite 600
> Washington, D.C., 20005-3960
> Phone: 202-654-1744
> Email: RBurgoyne@perkinscoie.com

This information was provided by to undersigned, by:

> Leslie Coletti, Assistant General Counsel
> National Board or Medical Examiners
> 3750 Market Street
> Philadelphia, PA 19104
> Phone: 215-590-9818

Also attached is the printout from the United States Medical Examination (USMLE) website, Announcements, page 3, explaining the time urgency. We will supplement the pleadings and add this as Exhibit 24 on Monday morning when we file the Supplemental Certificate.

With kindest regards, I am,

                              Very truly yours,

                              */s/ Frances M. Olivier*
                              FRANCES M. OLIVIER



### Step 2 CK – Delay in score reporting
**Posted: March 06, 2019**

Most score reporting of Step 2 Clinical Knowledge (CK) results occurs within four weeks of testing. However, because of necessary modifications to the test item pool, there will be a delay in reporting for some examinees who test beginning the week of **June 23, 2019**.

The target date for reporting Step 2 CK scores for most examinees testing the week of June 23 through August 8 will be **Wednesday, August 28, 2019**. For examinees whose circumstances require that they receive Step 2 CK scores before August 28, 2019, it is recommended that they take the exam no later than **June 24, 2019**.

Although the transition will occur quickly at many test centers, there may be some locations where the changes take slightly longer to complete. The overall transition period will likely last approximately six weeks. Please note that scores on new and old exam forms will be comparable.

« Previous          Page: 3 of 10          Next »