# AFFIDAVIT OF SERVICE

| Case:<br>2:19-cv-11790-GGG-MBN | Court:<br>United States District Court for the Eastern District of Louisiana | County:<br>Eastern District, LA | Job:<br>0360565 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Meaghan Doherty | | Defendant / Respondent:<br>National Board of Medical Examiners | |
| Received by:<br>One Source Process, Inc. | | For:<br>Law Office of Frances M. Olivier, LLC | |
| To be served upon:<br>Robert A. Burgoyne, Esq | | | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2019 JUL 31 P 4:04
WILLIAM W. BLEVINS
CC

I, Marquis Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Vera Weathersby, Perkins Coie, LLP: 700 13th St NW Suite 600, Washington, DC 20005
**Manner of Service:** Authorized, Jul 29, 2019, 3:37 pm EDT
**Documents:** Sealed Order (Received Jul 29, 2019 at 10:12am EDT)

**Additional Comments:**
1) Successful Attempt: Jul 29, 2019, 3:37 pm EDT at Perkins Coie, LLP: 700 13th St NW Suite 600, Washington, DC 20005 received by Vera Weathersby. Age: 45; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'7"; Hair: Brown; Relationship: Assistant ;

Subscribed and sworn to before me by the affiant who is personally known to me,

_____ N. Coley  7/30/19
Marquis Harris          Date        Notary Public              Date
                                    911423
                                    Commission Expires

One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005
800-668-5448

LAWRENCE N. COLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 14, 2023

[Notary Seal: LAWRENCE N. COLEY NOTARY PUBLIC EXP. 9-14-2023 DISTRICT OF COLUMBIA]

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY | CIVIL ACTION |
| VERSUS | NO: 19-11790 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | SECTION: T |

### ORDER

Before the Court is Meaghan Doherty's application for a temporary restraining order and preliminary injunction. The Court finds the plaintiff fails to fulfill the requirements for a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the plaintiff's request for a temporary restraining order is **DENIED**.

**IT IS FURTHER ORDERED** that a hearing on the request for a preliminary injunction is SET for **THURSDAY, AUGUST 1, 2019,** at **11:00 a.m.**

**IT IS FURTHER ORDERED** that plaintiff's counsel shall serve on counsel for the defendant National Board of Medical Examiners a copy of this order.

New Orleans, Louisiana, this 26th day of July 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Meaghan Doherty )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 19-11790
National Board of Medical Examiners ) SECT. T MAG 5
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Board of Medical Examiners
c/o Agent
C.T. Corporation Systems
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William M. McGoey
1828 Rose Street
Arabi, LA 70032 (504) 250-3293
Frances M. Olivier
2341 Metairie Road
Metairie, LA 70001 (504) 483-6334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: __Jul 26 2019__   _____
*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-11790-GGG-MBN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Board of Medical Examiners c/o Agent C.T. Corporation Systems was received by me on *(date)* Jul 29, 2019, 10:12 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chris Brown, who is designated by law to accept service of process on behalf of *(name of organization)* C.T. Corporation Systems on *(date)* Mon, Jul 29 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/29/2019

*Server's signature*

Marquis Harris

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 29, 2019, 3:09 pm EDT at 1015 15th St NW Suite 1000, Washington, DC 20005 received by Chris Brown . Age: 34; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Other; Relationship: Intake Specialist ;

Documents served:
Summons in a Civil Action; Plaintiff's Motion to File Documents Under Seal; Plaintiff's Memorandum in Support of Motion to File Documents Under Seal; Order to File Documents Under Seal; Exhibits; Certificate of Plaintiff's Counsel of Delivery to Defendant National Board of Medical Examiners and to the Disability Rights Section, US Dept. of Justice of Copy of All Pleadings & Attachments Filed July 22, 2019; Civil Cover Sheet; Plaintiff's Application for Temporary Restraining Order with Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Memorandum In Support of Plaintiff's Application for Temporary Restraining Order with Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue; Certificate of Counsel; Temporary Restraining Order with Equitable Relief and Order to Show Cause Why a Preliminary Injunction Shout Not Issue

# AFFIDAVIT OF SERVICE

| Case:<br>2:19-cv-11790-GGG-MBN | Court:<br>United States District Court for the Eastern District of Louisiana | County: | Job:<br>3606517 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Meaghan Doherty | | **Defendant / Respondent:**<br>National Board of Medical Examiners | |
| **Received by:**<br>One Source Process, Inc. | | **For:**<br>Law Office of Frances M. Olivier, LLC | |
| **To be served upon:**<br>Leslie Coletti, Asst. General Counsel | | | |

I, Tim Porvaznik, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Suzanne Williams, National Board of Medical Examiners: 3750 Market St, Philadelphia, PA 19104
**Manner of Service:** Authorized, Jul 29, 2019, 1:30 pm EDT
**Documents:** Sealed Order (Received Jul 29, 2019 at 10:12am EDT)

**Additional Comments:**
1) Successful Attempt: Jul 29, 2019, 1:30 pm EDT at National Board of Medical Examiners: 3750 Market St, Philadelphia, PA 19104 received by Suzanne Williams. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'4"; Hair: Blond; Eyes: Blue; Relationship: Assistant General Counsel; Authorized to Accept

_____  7/30/19
Tim Porvaznik             Date
One Source Process, Inc.
800-668-5448

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public                Date
7/30/19     June 1st 2021
              Commission Expires

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINA GRIEB, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2021

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY | CIVIL ACTION |
| VERSUS | NO: 19-11790 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | SECTION: T |

## ORDER

Before the Court is Meaghan Doherty's application for a temporary restraining order and preliminary injunction. The Court finds the plaintiff fails to fulfill the requirements for a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the plaintiff's request for a temporary restraining order is **DENIED**.

**IT IS FURTHER ORDERED** that a hearing on the request for a preliminary injunction is SET for **THURSDAY, AUGUST 1, 2019, at 11:00 a.m.**

**IT IS FURTHER ORDERED** that plaintiff's counsel shall serve on counsel for the defendant National Board of Medical Examiners a copy of this order.

New Orleans, Louisiana, this 26th day of July 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Meaghan Doherty

*Plaintiff(s)*

v.

National Board of Medical Examiners

*Defendant(s)*

Civil Action No. 19-11790 T(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Board of Medical Examiners
at its Corporate HEadquarters & Offices
3750 Market St.
Philadelphia, PA 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frances M. Olivier
Attorney and Counselor at Law
2341 Metairie Rd.
Metairie, LA 70001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Jul 29 2019

Deputy clerk's signature

Civil Action No. 2:19-cv-11790-GGG-MBN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Board of Medical Examiners was received by me on *(date)* Jul 29, 2019, 10:12 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mary Beth St. John , who is designated by law to accept service of process on behalf of *(name of organization)* National Board of Medical Examiners on *(date)* Tue, Jul 30 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/30/2019

_____
*Server's signature*

Tim Porvaznik
_____
*Printed name and title*

421 N 7th St Suite 422, Philadelphia, Pa 19123
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 30, 2019, 1:01 pm EDT at Company: 3750 Market St, Philadelphia, PA 19104 received by Mary Beth St. John. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'9"; Hair: Blond; Eyes: Hazel; Relationship: Associate General Counsel;

**Documents served:**
Summons in a Civil Action; Plaintiff's Motion to File Documents Under Seal; Plaintiff's Memorandum in Support of Motion to File Documents Under Seal; Order to File Documents Under Seal; Exhibits; Certificate of Plaintiff's Counsel of Delivery to Defendant National Board of Medical Examiners and to the Disability Rights Section, US Dept. of Justice of Copy of All Pleadings & Attachments Filed July 22, 2019; Civil Cover Sheet; Plaintiff's Application for Temporary Restraining Order with Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Memorandum In Support of Plaintiff's Application for Temporary Restraining Order with Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue; Certificate of Counsel; Temporary Restraining Order with Equitable Relief and Order to Show Cause Why a Preliminary Injunction Shout Not Issue