MINUTE ENTRY
GUIDRY, J.
AUGUST 1, 2019
JS10: 2:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY | CIVIL ACTION |
| VERSUS | NO: 19-11790 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | SECTION: T |

MOTION FOR PRELIMINARY INJUNCTION
Evidentiary

Court Reporter: Jodi Simcox
Case Manager: James Crull / Dedra Pongracz
Law Clerk: Jeffery Gregoire

APPEARANCES: William McGoey and Frances Olivier, counsel for plaintiff;
Robert Burgoyne, counsel for defendant. (by telephone)

Case called 11:00 a.m.

Counsel for defendant disclosed to the Court and counsel a potential conflict. Plaintiff's counsel waived any conflict. The Court found no conflict.

Witness: **Meaghan Doherty**, sworn and testified.

Exhibits offered by plaintiff and admitted: 2 through 13, 15 through 24, 26.

Argument.

Hearing completed 1:38 p.m.