AO 187(Rev. 7/87) LAED revised

# United States District Court
# Eastern District of Louisiana

EXHIBIT AND WITNESS LIST

MEAGHAN DOHERTY

VERSUS

NATIONAL BOARD OF MEDICAL EXAMINERS

CIVIL ACTION

NO: 19-11790

SECTION: T

| PRESIDING JUDGE Greg G. Guidry | | PLAINTIFF'S ATTORNEY William McGoey | DEFENDANT'S ATTORNEY Robert Burgoyne | |
|---|---|---|---|---|
| TRIAL DATES 8/1/19 | | COURT REPORTER Jodi Simcox | COURTROOM DEPUTY James Crull / Dedra Pongracz | |
| Trial No. | No. | No. | Date Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | 8/1/19 | See attached list |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |
| | | | " " | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Court Rec. Doc. # | Document Name | Tab # |
|---|---|---|
| Rec. Doc. 1-4;  p 3-69 | Exhibit #2 - Plaintiff's Step 2 CK Application with request for Accomodations | Tab#6 |
| Rec. Doc. 1-5;  p 1-4 | Exhibit #3 - 2019 Personal Statement on Step 2 Application | Tab#7 |
| Rec. Doc. 1-5;  p 5-6 | Exhibit #4 - 2018 NBME Step 1 Letter Denying Plaintiff's for accomodations | Tab#8 |
| Rec. Doc. 1-5;  p 7-8 | Exhibit #5 - 2018 Step 1 Exam Results | Tab#9 |
| Rec. Doc. 1-5;  p 9-12 | Exhibit #6 - 2018 Personal Statement on Step 1 Application | Tab#10 |
| Rec. Doc. 1-5;  p 13 | Exhibit #7 - Tulane University Approval of Extended Time for Written Tests | Tab#11 |
| Rec. Doc. 1-5;  p 14-15 | Exhibit #8 – James Barbee, M.D. Psychiatric Diagnosis (2017) – ADHD (DSM-V) | Tab#12 |
| Rec. Doc. 1-5;  p 16-44 | Exhibit #9 – Patricia Brockman, Ph.D. – Psychol. Eval (2017) & Addendum ('19) | Tab#13 |
| Rec. Doc. 1-5;  p 45-52 | Exhibit #10 – Sarah Ducey, Ph.D. – Psychol. Eval & Diagnosis (2004) | Tab#14 |
| Rec. Doc. 1-6;  p 1-10 | Exhibit #11 – Denise Nagim, M.C.D. – Educational Eval. (2003) | Tab#15 |
| Rec. Doc. 1-6;  p 11-18 | Exhibit #12 – U.S. DOJ- NBME Settlement Agreement (2/23/2011) | Tab#16 |
| Rec. Doc. 1-6;  p 19-27 | Exhibit #13 – NBME Email Notifications (7/15/19-7/18/19) of Step 2 Test Status | Tab#17 |

| Court Rec. Doc. # | Document Name | Tab # |
|---|---|---|
| Rec. Doc. 1-7;  p 1-57 | Exhibit #15 – Faculty Evals. of Plaintiff's Performance in Clinical Rounds (2019) | Tab#19 |
| Rec. Doc. 1-7;  p 58-79 | Exhibit #16 – Resident Evals. of Plaintiff's Perf. in Clinical Rounds (2019) | Tab#20 |
| Rec. Doc. 1-8;  p 1-30 | Exhibit #17 – 2019 NBME – USMLE Bulletin of Information (BOI) | Tab#21 |
| Rec. Doc. 1-8;  p 31-35 | Exhibit #18 – Tulane Medical School Handbook (June 2019) | Tab#22 |
| Rec. Doc. 1-8;  p 36-37 | Exhibit #19 – The Match, National Residency Matching Program | Tab#23 |
| Rec. Doc. 1-8;  p 38-39 | Exhibit #20 – ERA 2020: Timeline & Tips for Residency Applicants (April 2019) | Tab#24 |
| Rec. Doc. 1-8;  p 40 | Exhibit #21 – Ranking Applicants (for Residency Programs) | Tab#25 |
| Rec. Doc. 1-8;  p 41-55 | Exhibit #22 - "Charting Outcomes in the Match" (2018) | Tab#26 |
| -- | Exhibit #23 – USMLE Examination, Scores, & Transcripts | Tab#27 |
| -- | Exhibit #24 – NBME Step 2 CK "Delay in Score Reporting" (3/6/2019) | Tab#28 |

| | | |
|---|---|---|
| | Exhibit #26 – NBME Step 2 CK – Sample Question #10 | Tab#40 |