# EXHIBIT A

# MCAT® Release Form
# for the State of New York
### (Form administered on January 29, 2010)

## December 2013

© 2013, Association of American Medical Colleges.  All rights reserved.  No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, or any information storage and retrieval system, without permission in writing from the publisher.

# TABLE OF CONTENTS

Supplemental Material ...................................................................................................... 1

    Periodic Table of the Elements ................................................................................ 2

Physical Sciences Section .................................................................................................. 3

    Physical Sciences Directions .................................................................................... 4

    Physical Sciences Passages and Questions .............................................................. 5

    Physical Sciences Answer Key ................................................................................ 25

    Physical Sciences Raw Score to Scale Score Conversion Table ............................ 26

Verbal Reasoning Section ................................................................................................. 27

    Verbal Reasoning Directions .................................................................................. 28

    Verbal Reasoning Passages and Questions ............................................................. 29

    Verbal Reasoning Answer Key ............................................................................... 43

    Verbal Reasoning Raw Score to Scale Score Conversion Table ............................ 44

Writing Sample Section ..................................................................................................... 45

    Writing Sample Directions ...................................................................................... 46

    Writing Sample Prompts .......................................................................................... 47

Biological Sciences Section .............................................................................................. 49

    Biological Sciences Directions ................................................................................ 50

    Biological Sciences Passages and Questions .......................................................... 51

    Biological Sciences Answer Key ............................................................................. 70

    Biological Sciences Raw Score to Scale Score Conversion Table ......................... 71

# SUPPLEMENTAL MATERIAL

# For Physical Sciences and Biological Sciences Sections

## Supplemental Material for Physical Sciences and Biological Sciences Sections

When students take the Physical and Biological Sciences sections, they have access to a Periodic Table of the Elements.  They can access this table by clicking a tab on their computer screen.  A copy of this table can be found below.

### Periodic Table of the Elements

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>H<br>1.0 | | | | | | | | | | | | | | | | | 2<br>He<br>4.0 |
| 3<br>Li<br>6.9 | 4<br>Be<br>9.0 | | | | | | | | | | | 5<br>B<br>10.8 | 6<br>C<br>12.0 | 7<br>N<br>14.0 | 8<br>O<br>16.0 | 9<br>F<br>19.0 | 10<br>Ne<br>20.2 |
| 11<br>Na<br>23.0 | 12<br>Mg<br>24.3 | | | | | | | | | | | 13<br>Al<br>27.0 | 14<br>Si<br>28.1 | 15<br>P<br>31.0 | 16<br>S<br>32.1 | 17<br>Cl<br>35.5 | 18<br>Ar<br>39.9 |
| 19<br>K<br>39.1 | 20<br>Ca<br>40.1 | 21<br>Sc<br>45.0 | 22<br>Ti<br>47.9 | 23<br>V<br>50.9 | 24<br>Cr<br>52.0 | 25<br>Mn<br>54.9 | 26<br>Fe<br>55.8 | 27<br>Co<br>58.9 | 28<br>Ni<br>58.7 | 29<br>Cu<br>63.5 | 30<br>Zn<br>65.4 | 31<br>Ga<br>69.7 | 32<br>Ge<br>72.6 | 33<br>As<br>74.9 | 34<br>Se<br>79.0 | 35<br>Br<br>79.9 | 36<br>Kr<br>83.8 |
| 37<br>Rb<br>85.5 | 38<br>Sr<br>87.6 | 39<br>Y<br>88.9 | 40<br>Zr<br>91.2 | 41<br>Nb<br>92.9 | 42<br>Mo<br>95.9 | 43<br>Tc<br>(98) | 44<br>Ru<br>101.1 | 45<br>Rh<br>102.9 | 46<br>Pd<br>106.4 | 47<br>Ag<br>107.9 | 48<br>Cd<br>112.4 | 49<br>In<br>114.8 | 50<br>Sn<br>118.7 | 51<br>Sb<br>121.8 | 52<br>Te<br>127.6 | 53<br>I<br>126.9 | 54<br>Xe<br>131.3 |
| 55<br>Cs<br>132.9 | 56<br>Ba<br>137.3 | 57<br>La*<br>138.9 | 72<br>Hf<br>178.5 | 73<br>Ta<br>180.9 | 74<br>W<br>183.8 | 75<br>Re<br>186.2 | 76<br>Os<br>190.2 | 77<br>Ir<br>192.2 | 78<br>Pt<br>195.1 | 79<br>Au<br>197.0 | 80<br>Hg<br>200.6 | 81<br>Tl<br>204.4 | 82<br>Pb<br>207.2 | 83<br>Bi<br>209.0 | 84<br>Po<br>(209) | 85<br>At<br>(210) | 86<br>Rn<br>(222) |
| 87<br>Fr<br>(223) | 88<br>Ra<br>(226) | 89<br>Ac†<br>(227) | 104<br>Rf<br>(261) | 105<br>Db<br>(262) | 106<br>Sg<br>(266) | 107<br>Bh<br>(264) | 108<br>Hs<br>(277) | 109<br>Mt<br>(268) | 110<br>Ds<br>(281) | 111<br>Uuu<br>(272) | 112<br>Uub<br>(285) | | 114<br>Uuq<br>(289) | | 116<br>Uuh<br>(289) | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | 58<br>Ce<br>140.1 | 59<br>Pr<br>140.9 | 60<br>Nd<br>144.2 | 61<br>Pm<br>(145) | 62<br>Sm<br>150.4 | 63<br>Eu<br>152.0 | 64<br>Gd<br>157.3 | 65<br>Tb<br>158.9 | 66<br>Dy<br>162.5 | 67<br>Ho<br>164.9 | 68<br>Er<br>167.3 | 69<br>Tm<br>168.9 | 70<br>Yb<br>173.0 | 71<br>Lu<br>175.0 |
| † | 90<br>Th<br>232.0 | 91<br>Pa<br>231.0 | 92<br>U<br>238.0 | 93<br>Np<br>(237) | 94<br>Pu<br>(244) | 95<br>Am<br>(243) | 96<br>Cm<br>(247) | 97<br>Bk<br>(247) | 98<br>Cf<br>(251) | 99<br>Es<br>(252) | 100<br>Fm<br>(257) | 101<br>Md<br>(258) | 102<br>No<br>(259) | 103<br>Lr<br>(262) |

# PHYSICAL SCIENCES SECTION

# Physical Sciences

## Questions 1 – 42

**DIRECTIONS:** Most questions in the Physical Sciences test are organized into groups, each preceded by a descriptive passage. After studying the passage, select the one best answer to each question in the group. Some questions are not based on a descriptive passage and are also independent of each other. You must also select the one best answer to these questions. If you are not certain of an answer, eliminate the alternatives that you know to be incorrect and then select an answer from the remaining alternatives. Indicate your selection by clicking on the answer bubble next to it. A periodic table is provided for your use. You may consult it whenever you wish.

**Passage I (Questions 1-5)**

In a general chemistry laboratory class, the instructor asked students to propose reactions, each depicting $CO_2(g)$ as a product, for the thermal decomposition of $NaHCO_3(s)$. The students proposed reactions 1–3.

$$NaHCO_3(s) \xrightarrow{\Delta} NaOH(s) + CO_2(g)$$
**Reaction 1**

$$2NaHCO_3(s) \xrightarrow{\Delta} Na_2CO_3(s) + CO_2(g) + H_2O(g)$$
**Reaction 2**

$$2NaHCO_3(s) \xrightarrow{\Delta} Na_2O(s) + 2CO_2(g) + H_2O(g)$$
**Reaction 3**

The instructor then set up the apparatus shown in Figure 1 to demonstrate which of reactions 1–3 best represented the thermal decomposition of $NaHCO_3(s)$.



**Figure 1** Experimental apparatus

The room conditions were 25°C and 1 atm with the beaker and the $CO_2(g)$-collection assembly maintained at 25°C and 1 atm. The instructor heated 0.336 g (0.004 mol) of $NaHCO_3(s)$ at a rate of 5°C/min in the reaction flask. During the course of the reaction, liquid water accumulated in the beaker indicating that water vapor was a product of the reaction. The $CO_2(g)$ produced in the reaction was collected by displacing the brine from the graduated cylinder. The instructor also performed a control experiment in which the reaction flask was heated without any $NaHCO_3(s)$ in it.

Based on the observed liquid water accumulation in the beaker during the reaction and the volume of the collected $CO_2(g)$ at the end of the reaction, it was determined that Reaction 2 best represented the thermal decomposition of $NaHCO_3(s)$.

**[Questions 1-5 for Passage I begin on following page.]**

1. **Based on the passage, the volume of the collected $CO_2(g)$ at the end of the reaction was closest to which of the following? (Note: $R$ is equal to 0.082 atm·L·mol$^{-1}$·K$^{-1}$.)**

A. 0.05 L

B. 0.1 L

C. 0.2 L

D. 0.4 L

2. **That water is a liquid and $CO_2$ is a gas at 25°C and 1 atm is most attributable to:**

A. the hydrogen-bonding capability of water molecules and the hydrogen-bonding incapability of $CO_2$ molecules.

B. the absence of double bonds in water molecules and the presence of double bonds in $CO_2$ molecules.

C. the molar mass of water being lower than the molar mass of $CO_2$.

D. water molecules being smaller than $CO_2$ molecules.

3. **Consider what the volume of the collected $CO_2(g)$ at the end of the reaction would be in each of the three proposed reactions for the thermal decomposition of 0.336 g of $NaHCO_3(s)$ under the conditions described in the passage. Compared to the volume in Reaction 2, the volume in Reaction 1 and the volume in Reaction 3 would:**

A. both be lower.

B. both be higher.

C. be lower and higher, respectively.

D. be higher and lower, respectively.

4. **Which of the following is the correct empirical formula of the metal oxide expected to form in the thermal decomposition of an alkaline earth metal carbonate? (Note: M represents the metal.)**

A. $M_{1/2}O_{1/2}$

B. $M_{1/2}O$

C. MO

D. $MO_2$

5. **Consider the gaseous product in Reaction 2 that has a molecular dipole moment of 0.0 D. Which of the following is closest to the bond angle in the molecules of this product?**

A. 90°

B. 120°

C. 150°

D. 180°

**Passage II (Questions 6-11)**

Objects falling in a vacuum accelerate at a constant rate, independent of the size or shape of the object. For instance, a feather and a lead brick will accelerate at the same rate in a vacuum. However, an object falling in air or in a fluid will reach a constant velocity called the *terminal velocity*. Terminal velocity depends directly on the mass and inversely on the cross-sectional area of the falling object; terminal velocity is also inversely proportional to the density of air or the fluid. When an object reaches terminal velocity, the downward force of gravity is balanced by the upward force of air resistance.

A group of students conducted an experiment to illustrate these principles. The students dropped an egg and a watermelon, objects with very similar densities, and measured the velocity changes with time. Because the egg reached a constant velocity sooner than the watermelon, the students concluded that the egg had a lower terminal velocity in air than did the watermelon. The results are shown in Figure 1.



**Figure 1** Velocity of an egg and watermelon falling in air

**[Questions 6-11 for Passage II begin on following page.]**

**6. According to the passage, two similarly shaped objects will most likely fall in air at the same terminal velocity if they have:**

**A.** equal volumes and different cross-sectional areas.

**B.** equal volumes and equal cross-sectional areas.

**C.** equal weights and different cross-sectional areas.

**D.** equal weights and equal cross-sectional areas.

**7. Suppose the watermelon described in the passage has a mass of 5 kg, and the egg has a mass of 65 g. If the volume of the watermelon is $5 \times 10^3$ cm$^3$, what is the volume of the egg?**

**A.** 30 cm$^3$

**B.** 65 cm$^3$

**C.** $6.5 \times 10^2$ cm$^3$

**D.** $3.0 \times 10^3$ cm$^3$

**8. A skydiver with mass $m$ jumps from an airplane and then falls without opening a parachute. When the skydiver reaches a terminal velocity of 65 m/s, what is the net force on the skydiver? (Note: The acceleration due to gravity is given by $g$.)**

**A.** Zero

**B.** $1mg$ N

**C.** $2mg$ N

**D.** $65mg$ N

**9. In Figure 1, the acceleration at any time can be calculated by:**

**A.** computing $v/t$.

**B.** computing the total change in velocity divided by the total time.

**C.** measuring the $y$-intercept of a tangent line at the desired time.

**D.** measuring the slope of the tangent line at the desired time.

**10. Suppose the egg and the watermelon are dropped into a tall column of a liquid which has a high viscosity. If the liquid's density is greater than that of the egg and the watermelon, which object will reach the higher terminal speed?**

**A.** The egg

**B.** The watermelon

**C.** Neither the egg nor the watermelon will fall through the liquid.

**D.** Cannot be determined from the information given

11. **Suppose the terminal speed of the watermelon in the passage is found to oscillate sinusoidally. The oscillation is most likely due to the watermelon's:**

**A.** mass.

**B.** weight.

**C.** volume.

**D.** shape.

**Passage III (Questions 12-18)**

The hydrated copper ion $[Cu(H_2O)_4]^{2+}$ is converted into the complex ion $[Cu(NH_3)_4]^{2+}$ in aqueous ammonia $(NH_3)$. The formation of $[Cu(NH_3)_4]^{2+}$ takes place in a stepwise manner with one water molecule being replaced by an ammonia molecule in each step. The sum of all the individual steps gives the overall transformation shown in Equation 1.

$$[Cu(H_2O)_4]^{2+}(aq) + 4NH_3(aq) \rightleftharpoons [Cu(NH_3)_4]^{2+}(aq) + 4H_2O(l)$$

**Equation 1**

The formation constant of $[Cu(NH_3)_4]^{2+}$ is defined as follows:

$$K_f = \frac{[[Cu(NH_3)_4]^{2+}]}{[[Cu(H_2O)_4]^{2+}][NH_3]^4}$$

The value of the formation constant of $[Cu(NH_3)_4]^{2+}$ is $5.6 \times 10^{11}$ at 25°C.

**[Questions 12-18 for Passage III begin on following page.]**

12. **$[Cu(H_2O)_4]^{2+}$ fits which of the following descriptions?**
   I.  An ion with a charge of +2
   II. A hydrated alkali metal ion
   III. A complex ion

**A.** I only

**B.** I and II only

**C.** I and III only

**D.** I, II, and III

13. **At 25°C, the formation of $[Cu(NH_3)_4]^{2+}$ according to Equation 1 is most likely a:**

**A.** spontaneous process with positive $\Delta G°$.

**B.** spontaneous process with negative $\Delta G°$.

**C.** nonspontaneous process with positive $\Delta G°$.

**D** nonspontaneous process with negative $\Delta G°$.

14. **In the stepwise formation of $[Cu(NH_3)_4]^{2+}$ from $[Cu(H_2O)_4]^{2+}$, which of the following ions would form in the second step?**

**A.** $[Cu(H_2O)_2(NH_3)_2]^{2+}$

**B.** $[Cu(H_2O)_2(NH_3)_3]^{2+}$

**C.** $[Cu(H_2O)_3(NH_3)]^{2+}$

**D.** $[Cu(H_2O)_3(NH_3)_2]^{2+}$

15. **Which of the following best describes the bonds between $Cu^{2+}$ and the nitrogen atoms of the ammonia molecules in $[Cu(NH_3)_4]^{2+}$?**

**A.** Ionic

**B.** Covalent

**C.** Coordinate ionic

**D.** Coordinate covalent

16. **Consider the reaction shown in Equation 1 at equilibrium. Would the concentration of $[Cu(NH_3)_4]^{2+}$ increase if the equilibrium were disturbed by adding hydrochloric acid?**

**A.** Yes, because the equilibrium in Equation 1 would shift to the left

**B.** No, because the equilibrium in Equation 1 would shift to the left

**C.** Yes, because the equilibrium in Equation 1 would shift to the right

**D.** No, because the equilibrium in Equation 1 would shift to the right

**17. In $[Cu(NH_3)_4]^{2+}$, the subscript 4 indicates which of the following?**

**A.** The oxidation number of Cu only

**B.** The coordination number of $Cu^{2+}$ only

**C.** Both the oxidation number of Cu and the coordination number of $Cu^{2+}$

**D.** Neither the oxidation number of Cu nor the coordination number of $Cu^{2+}$

**18. Why does $NH_3$ displace $H_2O$ in the formation of $[Cu(NH_3)_4]^{2+}$?**
   I.      $NH_3$ contains more lone pairs of electrons than $H_2O$.
   II.     $NH_3$ is a stronger Lewis base than $H_2O$.
   III.    $NH_3$ donates a lone pair of electrons more readily than does $H_2O$.

**A.** I and II only

**B.** I and III only

**C.** II and III only

**D.** I , II, and III

**Questions 19-23 are NOT related to a passage.**

**19. A 60-Ω resistor is connected in parallel with a 20-Ω resistor. What is the equivalent resistance of the combination?**

**A.** 80 Ω

**B.** 40 Ω

**C.** 15 Ω

**D.** 3 Ω

**20. Which of the following elements most likely has a first ionization energy greater than that of Cl?**

**A.** Ar

**B.** Br

**C.** Na

**D.** S

**21. A glass rod is rubbed with a silk scarf producing a charge of +3.2 × 10⁻⁹ C on the rod. (Recall that the magnitude of the proton and electron charges are 1.6 × 10⁻¹⁹ C.) The glass rod has:**

**A.** $5.1 \times 10^{11}$ protons added to it.

**B.** $5.1 \times 10^{11}$ electrons removed from it.

**C.** $2.0 \times 10^{10}$ protons added to it.

**D.** $2.0 \times 10^{10}$ electrons removed from it.

**22.**



**In the above figure, an object O is at a distance of three focal lengths from the center of a convex lens. What is the ratio of the height of the image to the height of the object?**

**A.** 1/3

**B.** 1/2

**C.** 2/3

**D.** 3/2

**23.  A child pulls on a rope that is attached to a spring scale that is attached to a wagon.**



Which of the following quantities would have the LEAST effect on the spring scale's reading?

**A.** The wagon's mass

**B.** The person's mass

**C.** The wagon's acceleration

**D.** The angle between the rope and the ground

**Passage IV (Questions 24-29)**

Iodine and zinc are the reactants in an experiment to find the stoichiometry of a reaction. Gray, granular zinc metal (2.0 g) and purple iodine crystals (2.0 g) are added to an Erlenmeyer flask containing 25 mL of methanol ($CH_3OH$). The iodine dissolves in the methanol giving a red-brown solution. After 15 min of heating, the solution is pale yellow, and a few gray granules remain at the bottom of the flask. The liquid is decanted into a beaker. The remaining granules are rinsed several times with methanol, and the methanol from each rinse is added to the beaker. The methanol is then evaporated, leaving a solid, yellow-white product of iodide of zinc. The mass of the dry product is obtained. The unreacted zinc granules are also dried and weighed.

A 2/1 ratio of moles of iodine atoms to zinc atoms in the product is consistently obtained. The mass of iodine and reacted zinc equals the mass of product.

The standard reduction potentials for zinc, iodine, and two other substances are given in Table 1.

**Table 1** Standard Reduction Potentials at 25°C

| Oxidizing agent | Electrons gained | | Reducing agent | $E°$ (V) |
|---|---|---|---|---|
| $I_2$ | $+2e^-$ | → | $2I^-$ | +0.54 |
| $Sn^{2+}$ | $+2e^-$ | → | $Sn$ | −0.14 |
| $Fe^{2+}$ | $+2e^-$ | → | $Fe$ | −0.44 |
| $Zn^{2+}$ | $+2e^-$ | → | $Zn$ | −0.76 |

**[Questions 24-29 for Passage IV begin on following page.]**

**24. When the reaction is conducted with 2.0 g of iodine, 0.51 g of zinc is consumed. The balanced chemical equation for the reaction is:**

**A.** $I(s) + Zn(s) \rightarrow ZnI(s)$.

**B.** $I_2(s) + Zn(s) \rightarrow ZnI_2(s)$.

**C.** $4I(s) + Zn(s) \rightarrow ZnI_4(s)$.

**D.** $I(s) + 2Zn(s) \rightarrow Zn_2I(s)$.

**25. The energy of activation for the reaction described in the passage is given by the energy of the:**

**A.** reactants minus energy of products.

**B.** products minus energy of reactants.

**C.** activated complex minus energy of products.

**D.** activated complex minus energy of reactants.

**26. In its lowest-energy electron configuration, zinc has a:**

**A.** filled $3d$ energy level and a filled $4s$ energy level.

**B.** half-filled $3d$ energy level and a filled $4s$ energy level.

**C.** filled $3d$ energy level and a half-filled $4s$ energy level.

**D.** half-filled $3d$ energy level and a half-filled $4s$ energy level.

**27. Based on Table 1, which of the following electrochemical reactions can occur spontaneously?**

**A.** $Zn^{2+} + Fe^{2+} \rightarrow Zn + Fe$

**B.** $Zn^{2+} + Fe \rightarrow Zn + Fe^{2+}$

**C.** $Zn + Fe \rightarrow Zn^{2+} + Fe^{2+}$

**D.** $Zn + Fe^{2+} \rightarrow Zn^{2+} + Fe$

**28. What type of reaction is occurring between $I_2$ and Zn?**

**A.** Acid–base (neutralization)

**B.** Precipitate formation

**C.** Oxidation–reduction

**D.** Chelate formation

**29. Methanol is an effective solvent for the reaction of zinc and iodine because:**

    **I.**     iodine is soluble in methanol.

    **II.**    zinc is soluble in methanol.

    **III.**   zinc iodide is soluble in methanol.

**A.** I only

**B.** II only

**C.** I and III only

**D.** II and III only

**Questions 30-31 are NOT related to a passage.**

**30.  The image of a real object that is formed by a plane mirror is:**

**A.** real and inverted.

**B.** real and erect.

**C.** virtual and inverted.

**D.** virtual and erect.

**31.  Approximately how many liters of oxygen gas are required for the complete combustion of 0.5 liter of methane ($CH_4$) to $CO_2$ and $H_2O$?**

**A.** 0.25 liter

**B.** 0.5 liter

**C.** 1.0 liter

**D.** 2.0 liters

**Passage V (Questions 32-35)**

Electrical generators transform mechanical power into electrical power. Figure 1 is a schematic diagram of a simple generator supplying current to a resistive load, *R*. An external mechanical force rotates a coil of wire in the field of a permanent magnet. An *emf* is induced in the coil that is proportional to the time rate of change of the product of the area of the coil *(A)* times the magnetic field perpendicular to the plane of the coil *(B⊥)*

$$emf = -\Delta(B\perp A)/\Delta t.$$

Figure 2 shows the resultant *emf* waveform versus time when the coil is rotated at a constant rate. This type of generator produces alternating current (ac).



**Figure 1**  Alternating current generator



**Figure 2**  Voltage versus time from a generator

**[Questions 32-35 for Passage V begin on following page.]**

32. **A 100% efficient generator consumes mechanical power at a rate of 100 W. What average ac current passes through a 10-Ω resistive load?**

**A.** 0.1 A

**B.** 1.0 A

**C.** 3.2 A

**D.** 10. A

33. **Car batteries (12 V) are recharged by a generator after the engine is started. How long must the generator deliver 1 A at 12 V if the starter motor drew 60 A for 10 s?**

**A.** 600 s

**B.** 100 s

**C.** 50 s

**D.** 10 s

34. **If $T$ is the period and $V_o$ the amplitude, then the *emf* waveform shown in Figure 2 is described mathematically as:**

**A.** $V_o\sin(t/T)$.

**B.** $V_o\cos(t/T)$.

**C.** $V_o\sin(2\pi t/T)$.

**D.** $V_o\cos(2\pi t/T)$.

35. **A current flows through a copper wire moving with velocity $v$ in a magnetic field $B\perp$ because:**

**A.** a force $-evB\perp$ acts on each free electron in the wire.

**B.** a force $+evB\perp$ acts on each free proton in the wire.

**C.** a centripetal force $-mv^2/r$ acts on each charge.

**D.** a centrifugal force $+mv^2/r$ acts on each charge.

**Passage VI (Questions 36-39)**

A 60-kg person stands inside a 20,000-kg railcar that is attached to a locomotive. For experimental purposes, the person has a ball, a string, a 600-nm-wavelength laser, a concave lens, a 100-mF capacitor, and some 12-V, 100-W lightbulbs. The ball and string can be joined to make a pendulum of mass $M$ and length $L$.

After the locomotive releases the railcar, two systems are available to slow the moving railcar. The first system connects an electric generator to the railcar's wheels to charge a 12-V battery mounted on the railcar. Engaging the generator to the wheels puts a decelerating force of 5000 N at 40 m/s, and the force declines linearly with speed. This generator transfers about 80% of the kinetic energy dissipated by this braking force to the battery. The second system allows the person to slow the railcar by the friction of its wheels against a stationary surface in a manner similar to that of the brakes on an automobile. This system can generate a maximum braking force of 14,000 N. The rolling friction of the wheels and the internal friction between the wheels and axles contribute a continuous 1000-N decelerating force any time that the railcar is in motion.

(Note: Use $g = 10$ m/s$^2$ and $c = 3.0 \times 10^8$ m/s, if needed.)

**[Questions 36-39 for Passage VI begin on following page.]**

**36.** If the coefficient of static friction between the person's shoes and the floor of the railcar is 0.3, which of the following is the minimum acceleration of the railcar that will allow the person's shoes to slip?

**A.** 2 m/s$^2$

**B.** 4 m/s$^2$

**C.** 6 m/s$^2$

**D.** 8 m/s$^2$

**37.** Suppose that the railcar passes by a horn that is emitting a sound with frequency $f$. Which of the following describes the frequency $f'$ that the person on the railcar hears?

**A.** $f' > f$ before passing the horn, $f' < f$ after passing it

**B.** $f' < f$ before passing the horn, $f' > f$ after passing it

**C.** $f' = f$ before passing the horn, $f' = f$ after passing it

**D.** $f' > f$ before passing the horn, $f' > f$ after passing it

**38.** As the railcar brakes with a constant deceleration $a$, the pendulum hangs at rest from the railcar's ceiling with a small angle $\theta$. When the railcar comes to rest, the pendulum will:

**A.** also remain at rest.

**B.** swing with a frequency dependent on $L$ and $a$ only.

**C.** swing with a frequency dependent on $g$ and $a$ only.

**D.** swing with a frequency dependent on $L$ and $g$ only.

**39.** Suppose that the person throws the ball against the front wall of the railcar (that is, in the direction of the railcar's constant velocity), strikes the wall horizontally at a speed $v$, and it bounces elastically back to the person, who catches it. Which of the following represents the net change in the total momentum of the railcar and its contents?

**A.** $2Mv$

**B.** $Mv$

**C.** Zero

**D.** It cannot be determined from the given information.

**Questions 40-42 are NOT related to a passage.**

**40.** Which of the following types of orbitals of the central atom are involved in bonding in octahedral compounds?

**A.** $sp$

**B.** $sp^3$

**C.** $p$

**D.** $d^2sp^3$

**41.** Which of the following graphs best shows the relationship between the probability of finding $1s$, $2p$, and $3d$ electrons as a function of distance from the nucleus?

**A.**



**B.**



**C.**



**D.**



**42. Which of the following is the strongest acid?**

**A.** HF ($K_a = 6.8 \times 10^{-4}$)

**B.** HCN ($K_a = 4.9 \times 10^{-10}$)

**C.** HClO ($K_a = 1.7 \times 10^{-8}$)

**D.** HIO$_3$ ($K_a = 1.7 \times 10^{-1}$)

## End of Physical Sciences Section

## Physical Sciences Answer Key

| Question Number | Answer Key |
| --- | --- |
| 1 | A |
| 2 | A |
| 3 | B |
| 4 | C |
| 5 | D |
| 6 | D |
| 7 | B |
| 8 | A |
| 9 | D |
| 10 | C |
| 11 | D |
| 12 | C |
| 13 | B |
| 14 | A |
| 15 | D |
| 16 | B |
| 17 | B |
| 18 | C |
| 19 | C |
| 20 | A |
| 21 | D |
| 22 | B |
| 23 | B |
| 24 | B |
| 25 | D |
| 26 | A |
| 27 | D |
| 28 | C |
| 29 | C |
| 30 | D |
| 31 | C |
| 32 | C |
| 33 | A |
| 34 | C |
| 35 | A |
| 36 | B |
| 37 | A |
| 38 | D |
| 39 | C |
| 40 | D |
| 41 | B |
| 42 | D |

**Physical Sciences Raw Score to Scale Score Conversion Table**

| Raw Score | Scale Score |
|-----------|-------------|
| 0 | 1 |
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1 |
| 5 | 2 |
| 6 | 2 |
| 7 | 2 |
| 8 | 2 |
| 9 | 3 |
| 10 | 3 |
| 11 | 3 |
| 12 | 3 |
| 13 | 4 |
| 14 | 4 |
| 15 | 5 |
| 16 | 5 |
| 17 | 5 |
| 18 | 5 |
| 19 | 6 |
| 20 | 6 |
| 21 | 6 |
| 22 | 6 |
| 23 | 7 |
| 24 | 7 |
| 25 | 7 |
| 26 | 7 |
| 27 | 8 |
| 28 | 8 |
| 29 | 8 |
| 30 | 9 |
| 31 | 9 |
| 32 | 10 |
| 33 | 10 |
| 34 | 10 |
| 35 | 11 |
| 36 | 11 |
| 37 | 12 |
| 38 | 12 |
| 39 | 13 |
| 40 | 14 |
| 41 | 14 |
| 42 | 15 |

# VERBAL REASONING SECTION

# Verbal Reasoning

Questions 43 – 75

**DIRECTIONS:** There are six passages in the Verbal Reasoning test. Each passage is followed by several questions. After reading a passage, select the one best answer to each question. If you are not certain of an answer, eliminate the alternatives that you know to be incorrect and then select an answer from the remaining alternatives. Indicate your selection by clicking on the answer bubble next to it.

**Passage I (Questions 43-47)**

Populations of larger mammals often provide a convenient barometer for the overall health of ecosystems, but in most locations, such wildlife is not easy to view. Lacking firsthand observations, investigators have traditionally relied on indirect evidence such as tracks to confirm the presence of certain species. Although such methods are still employed, a more useful technique is now available for wildlife surveillance: *phototrapping*. This approach makes use of ordinary cameras mounted in rugged enclosures to automatically snap photos of animals that wander into the field of view.

The roots of this technique reach back more than a century. In 1888, George Shiras III perfected a way of photographing wildlife at night with a large-format camera and hand-operated powder flash. He mounted the camera on a rowboat and used a flashlight to find animals on the shore, positioning his boat as close as possible before taking a shot. Later Shiras set up his camera on land, taking pictures remotely by pulling on a long trip wire. Eventually, he rigged the wire so that animals would themselves trigger the picture taking. Shiras's unique photographs were widely disseminated in *National Geographic*, creating great public interest in wildlife. But because the required equipment was cumbersome and expensive, few emulated his techniques.

Decades later, developments sparked renewed use of camera traps. Photography became easier: no more bulky cameras and exploding flash powder. In place of trip wires, a passive infrared detector triggers the camera's shutter when the sensor registers heat in motion. Next, scientists interested in wildlife populations began to apply known statistical methods to camera-trap data. These statistical tools, known as "mark-recapture" or "capture-recapture" methods, have served for decades to estimate populations of rodents and other small animals that can be easily caught, marked, and released. In 1998, K. Ullas Karanth and James D. Nichols showed that camera traps and the appropriate analytical software could be used to estimate the population density of tigers in India. They realized that because every tiger exhibits a unique pattern of stripes, individuals can be identified from photographs. Positive identification normally requires images of both sides of the tiger because these animals are laterally asymmetric. Thus effective monitoring requires pairs of camera traps set up to take photos from either side of the subject.

The main challenge to today's phototrapper is to position the subject—an animal of uncertain type and size—in front of, and at a reasonable distance from, the camera so that useful pictures will be taken. The best strategy is not always apparent. Putting cameras near burrows or dens seems logical: When a resident emerges to forage, a picture will be snapped. The problem is that when this creature returns, another picture will be taken. Indeed, the comings and goings of one animal might be all the camera records, which is not particularly helpful if one's aim is to survey the general population. With experience, however, one can locate traps in less problematic places frequented by animals. One group of researchers in Borneo mounted a camera trap facing a log that had fallen across a small stream, guessing—accurately, as it turned out—that animals would take advantage of this natural bridge to cross over the water.

The views of animals these automatic devices return are ones that even seasoned field biologists will likely never experience directly. Such photographs increase scientific understanding and, despite their often haphazard composition, should boost people's appreciation of nature, just as they did for viewers of Shiras's wildlife photographs over a century ago.

Adapted from J. G. Sanderson and M. Trolle, Monitoring elusive mammals: Unattended cameras reveal secrets of some of the world's wildest places. ©2005 by American Scientist.

**[Questions 43-47 for Passage I begin on following page.]**

**43. Which of the following developments would be LEAST likely to be useful to phototrappers?**

A. Increased battery capacity enabling cameras and sensors to operate longer

B. Detectors that are sensitive to changes in pressure and moisture as well as heat

C. Software that can accurately predict the movements and behavior of a particular species

D. Camera lenses capable of capturing a wider field of view than the lenses currently in use


**44. The main purpose of the fourth paragraph of the passage is to:**

A. show that the results obtained by Karanth and Nichols have broad applications.

B. highlight drawbacks of using phototrapping as a tool in population estimation.

C. explain how phototrappers make use of advances in photographic technology.

D. suggest that the successful use of phototraps is more complicated than it may at first appear.


**45. The discussion in the passage of Karanth and Nichols's work with tigers suggests that:**

A. using phototrapping to estimate tiger populations would be more expensive than other methods.

B. the techniques that work with tigers probably will not work with smaller animals.

C. truly identifying tigers depends on finding unique features like scars or other unnatural markings.

D. some tigers exist that probably have very similar stripe patterns on one side of their bodies.


**46. The passage provides information to answer which of the following questions?**

A. Are phototraps a cost-effective method of wildlife surveillance?

B. Why did Shiras choose to photograph wildlife at night?

C. What enabled the application of mark-recapture techniques to phototrapping?

D. Have phototraps been used to identify species that were previously not known to exist?


**47. Which of the following noted advances is most analogous to the changes Shiras made in his wildlife photography technique, as described in the passage?**

A. The transistor led to the development of smaller, easily portable electronic devices.

B. The vacuum cleaner created the belief that houses would be kept cleaner than previously.

C. The cell phone made telephone conversations possible where there were no telephone lines.

D. The endoscope allowed doctors to view the inside of the human body without invasive surgery.

**Passage II (Questions 48-52)**

Ireland's Skellig Michael is named for the archangel. The now uninhabited island, a large rock with two peaks jutting up from the sea, lies at the end of a seven-mile voyage across open water—a place of sheer precipices and terrifying landings. The *Skellig*—meaning *rock* or *steep cliff* in Irish Gaelic—was inhabited from perhaps the sixth century into medieval times. High on its easternmost peak, 600 feet above the sea, are ruins of a monastic settlement, five beehive-shaped cells and two small oratories constructed of unmortared stone, their arched roofs still intact, and walled terraces carved from the face of the cliff.

The monastery is reached from the sea by a ladderlike stairway hewn into the rock. It is difficult to understand the monks' choice of this site (or their ability to live here); the place is fit only for birds. Access to the island by wicker boat would have been infrequent and dangerous. The Skellig monks built their tiny windowless cells on a shelf of sandstone hardly wide enough to recline on. They packed seaweed into chinks in the cliff face to make a garden.

From the landing, I climbed hand over hand for 400 feet to a little rope net slung between the two peaks. The path from there is another vertical stairway, this one constructed of stone slabs, 200 steps more to the monastic enclosure, like an eagle's aerie. Most of the rock is too steep for human habitation. At no time could the little cluster of cells have sheltered more than a dozen monks. Of the many monastic communities on the wilder coasts of Europe, this must have been considered the least welcoming. Yet, for nearly a thousand years hermits sat on the Skellig rock and searched the sea for some sign of the Absolute.

The monastery was similar to hermitages that originated in the deserts of Egypt in the early centuries of the Christian era and then spread rapidly over Europe. For a time, every rock and cave from the Red Sea to the coast of Ireland had its saint; every cleft and ledge was a hermitage. The eremitical movement was not unique to Christianity; every religious tradition includes hermits. But during the centuries that the Skellig flourished, the movement was like a frenzy. Young men ran away to solitude as later they would run away to sea, and young women sequestered themselves in convents as evidence of their piety.

In the eighth and ninth centuries, Vikings sacked Skellig Michael numerous times. Why? It could hardly have been worth the effort. Did it simply represent a challenge? Certainly, there is a stubborn sufficiency about the place that is irresistibly attractive. And the community survived. According to legend, Olav Trygvasson, later to become King of Norway and its patron saint, was baptized by a Skellig monk, and his conversion brought an end to the pillaging.

The eremitical fire lasted until the fourteenth century; then the rock reverted to the fish hawks. All across Europe, the dark, shadowy oratories of hermits were superseded by the grandiloquent visual poems of the urban cathedrals. Yet in the eighteenth century the Skellig became a popular place of pilgrimage. Penitents from across Europe not only traveled to the rock but made the grueling 700-foot climb to the Needle's Eye, its precipitous westernmost peak. The ordeal required the devout to crawl onto a horizontal slab of rock that projects with a dizzy precariousness from the summit and kiss a stone cross affixed to the end of the slab.

Adapted from C. Raymo, *Honey From Stone: A Naturalist's Search for God.* ©1987 by C. Raymo.

**[Questions 48-52 for Passage II begin on following page.]**

**48. If the legend about Olav Trygvasson is true, which of the following suppositions about his initial actions at Skellig Michael does passage information support as the most probable?**

**A.** He asked the Father Superior for spiritual guidance.

**B.** He donated booty from elsewhere to the monastery.

**C.** He invited the monks to his coronation in Norway.

**D.** He attacked the monks and looked for valuables.

**49. Suppose that the ruins of a sixteenth-century monastery are discovered on a remote island off the Swedish coast. Why, according to passage information, is this discovery surprising?**

**A.** Few European pilgrims would have been able to reach the site.

**B.** An eremitical motive would have been unlikely at that period.

**C.** The influence of Olav Trygvasson did not spread to Sweden.

**D.** Monks would have been unlikely to learn of such an island.

**50. According to passage information, which of the following reasons was probably determinative in the selection of Skellig Michael as the site for a monastery?**

**A.** Its proximity to the shrine at Needle's Eye

**B.** Its isolation from worldly distractions

**C.** The protection it promised from raiders

**D.** The opportunities it provided for suffering

**51. A visitor to Skellig Michael who kissed its stone cross probably did so for which of the following reasons?**

**A.** To fulfill a qualification for sainthood

**B.** To atone for wrongs committed

**C.** To be spared by Viking marauders

**D.** To be accepted into the monastery

**52. The number of monks who resided on Skellig Michael was probably due to:**

**A.** insufficient food and water in the monastery.

**B.** extreme difficulty in reaching the monastery.

**C.** limited available living space on the site.

**D.** buildings that were precariously situated.

**Passage III (Questions 53-58)**

The exhibition, *The Garry Winogrand Game of Photography*, was a reminder of why so many people consider Winogrand to be one of the great American photographers of the twentieth century. Although they continue to acquire further layers of historical specificity, his street photographs, many of them shot in Midtown Manhattan in the 1950s and 1960s, have lost none of their kinetic immediacy; the best of his animal photographs provide sly, incisive views of the human condition; his pictures from the American road grab the wheel from Walker Evans and Robert Frank to send the genre on an unpredictable detour; in photographing all manner of public events, from antiwar demonstrations to art-world parties to political press conferences, Winogrand added significantly to the pictorial record of midcentury United States history. With his liking for seemingly random compositions and his famous tilted-frame effect, Winogrand made photographs that initially struck many viewers as devoid of formal strengths. Now, however, we can appreciate the subtlety and unexpectedness of his framing and the complex interplay he often achieves between anecdote and form.

In putting together the exhibition, one of the curators, Richard Misrach, decided to focus on an aspect of Winogrand's work to which little attention had been given: the color slides. Winogrand began shooting color photos in the 1950s and continued doing so until the late 1960s. He never explained why he stopped shooting in color, but the difficulty and expense of making color prints and their instability may have contributed to his decision.

Misrach was especially drawn to the photographs Winogrand made at boxing matches in the 1950s, and his selections for the exhibition included eighteen boxing shots. In each, the fighters' bodies are isolated against dark backgrounds and often fragmented by the out-of-focus, quasi-abstract ropes cutting across the frame. In one amazing, weirdly off-center shot, a boxer doubling up from a body blow appears to be ascending into the surrounding void.

This small selection whetted one's appetite for seeing more images from Winogrand's color work. However, it was the slides that caused some of the most heated arguments among curators. Bill Jay objected to the slides being shown in any format because they had never been edited by Winogrand. While the prints in the archive had already been chosen for enlargement by the photographer from contact sheets, Jay pointed out, the slides had undergone no such process. Jay insisted that the archive's hoard of thousands of slides and unproofed negatives should be used only for research and never published or exhibited.

Misrach came to his own defense by saying that if "curatorial laws" were followed, the "real hidden treasures" of the archive would never be seen by anyone. He also observed that Winogrand gave his photographs, slides, and negatives to the Center for Creative Photography without conditions, which implies permission to show and publish the work. If Winogrand didn't want the photographs in his archive to be seen, Misrach argued, he could have simply destroyed them. Indeed, as others remarked, some photographers have sought to exert control over the future of their work by destroying negatives. Furthermore, some curators argued for the importance of posthumous discoveries of artists' work. And taking the discussion into a wider realm, one curator argued that the "artist is not always in the best position to judge his or her work," citing the example of author Franz Kafka asking Max Brod to destroy his manuscripts and how Brod had ignored the request, to the world's benefit.

Adapted from R. Rubinstein, Snap judgments: Exploring the Winogrand Archive. ©2002 by Brant Publications, Inc.

**[Questions 53-58 for Passage III begin on following page.]**

**53. The author's use of the term _kinetic immediacy_ (paragraph 1) to describe Winogrand's photographs most likely refers to the photographs':**

**A.** ability to capture the hustle and bustle of the city.

**B.** incorporation of roadside scenes.

**C.** historically significant details and context.

**D.** unique compositional strategies.

**54. If Bill Jay's arguments against the presentation of Winogrand's slides and negatives (paragraph 4) were accepted, which of the following would NOT be a logical outcome?**

**A.** Less of Winogrand's work would be seen by the general public.

**B.** Critical opinion of Winogrand's abilities would be lacking in some areas.

**C.** Winogrand's color photographs would be forgotten by all but specialist scholars.

**D.** Winogrand's recognition as one of the U.S.'s great photographers would be lessened.

**55. Someone who agreed with Misrach's defense of his choice to show the color slides would be most likely to also approve of:**

**A.** exhibiting works that an artist had donated to a museum for scholarly purposes only.

**B.** examining the rest of Winogrand's unprinted photographs and selecting some for display.

**C.** requiring that artists clearly state their intentions for display and publication when donating works to a museum.

**D.** organizing an exhibition that included all of Winogrand's work whether previously shown and published or not.

**56. The curator who used the example of Max Brod refusing to destroy the manuscripts of Franz Kafka (final sentence) was most likely implying that:**

**A.** the individual rights of an artist are sometimes outweighed by the greater public and artistic good.

**B.** the destruction of an artist's work is never warranted.

**C.** once a work of art is created, its destruction is almost a crime against humanity.

**D.** great artists will always attempt to keep their works from being seen and must be prevented from doing so.

**57. By using terms such as _subtlety_, _unexpectedness_, and _complex_ in describing Winogrand's work, the author seems to be implying that:**

**A.** Winogrand was not interested in fame or monetary rewards.

**B.** Winogrand's talent is not readily apparent to viewers of his work.

**C.** only photography experts can appreciate Winogrand's work.

**D.** Winogrand attempted to do too much with his photography.

58. **If it were established with certainty that Winogrand did, as the author suggests, stop shooting in color because of the "difficulty and expense of making color prints and their instability" (paragraph 2), this information would best support which of the following arguments?**

A. Winogrand would have liked to have his color slides printed once the technology made this feasible.

B. Winogrand felt that working in color was stylistically inferior to black and white.

C. The color slides should be viewed as finished products and not printed.

D. Winogrand would have returned to photographing in color once the technology improved.

**Passage IV (Questions 59-63)**

The soil bacterium *Bt* has remained the cornerstone of natural pest control for over three decades. Its toxins generally kill the bad guys (corn earworm and Colorado potato beetle, among others) and spare the good guys (humans, mammals, and beneficial insects).

But the rapidly growing acreage devoted to corn, cotton, and potatoes that have been genetically altered to produce a *Bt* pesticide is making fears about emerging insect resistance increasingly salient. These crops expose pests to their toxins throughout the growing season, exerting a selection pressure that favors the survival of resistant individuals. In contrast, *Bt* sprays, which are used primarily by home gardeners and farmers who practice organic methods, degrade quickly, making resistance less likely.

A report by the Union of Concerned Scientists advocates the *refuge/high-dose* strategy. Insects are exposed to sufficient levels of *Bt* toxin from crop plants to kill most of them. The rare survivors are then allowed to mate with insects that have been bred in selected areas (refuges) that are not planted with *Bt* crops. Their offspring are susceptible to *Bt* toxins.

The report notes that the need to expand refuges to as much as half of the planted acreage is underlined by the inability of *Bt* cotton to kill more than 90 percent of cotton bollworms. So far, no increase in the level of resistance to genetically engineered *Bt* crops has been documented. But several insect species have evolved resistance in the laboratory, and a vegetable pest, the diamondback moth, has demonstrated resistance after intensive field exposure to *Bt* sprays.

The biggest marketer of *Bt* seeds does not foresee a need to strengthen protective measures nor to require the federal regulation of resistance-management plans, citing the company's mandate that farmers establish refuges for *Bt* corn and potatoes, even without a directive from the Environmental Protection Agency. The director of the company's *Bt* corn sales charges scientists who demand larger refuges with failing to consider the potential for improved genetic engineering. "Resistance is unlikely to happen within five years, and within that time frame we'll offer new technology that will further reduce the likelihood of resistance," according to this executive.

One way for insects to develop resistance is by the alteration of receptors in the gut to which the toxins bind. Several companies are working either on *gene stacking*, the engineering of plants to express multiple toxins that bind to various classes of receptors, or on combining *Bt* toxins with other proteins that disrupt an insect's life cycle. These approaches do not guarantee success. Pests can evolve resistance to multiple *Bt* toxins that target various receptors, and that resistance can evolve as a dominant trait. Furthermore, any pest lacking an enzyme required to activate a toxin would be unaffected by it.

So biopesticides that serve as alternatives to *Bt* crops may be needed. Research recently presented at the Entomological Society of America involved the cloning of genes for a toxin from a bacterium within the gut of nematodes. Just a few of the bacterial cells can kill insects. (An enzyme in the bacterium has the unusual property of making a dying insect glow blue, perhaps warning predators.) One company is trying to insert the cloned genes into various plants, enabling them to produce their own pesticide.

But even if *Bt* alternatives are found, the bugs may ultimately win. Some 500 insect species have developed resistance to synthetic pesticides. Natural selection may prove a match for natural pesticides as well.

Adapted from G. Stix, Resistance fighting: Will natural selection outwit the king of biopesticides? ©1998 by Scientific American.

**[Questions 59-63 for Passage IV begin on following page.]**

**59. Which of the following attempts to protect dogs from fleas is essentially a refuge/high-dose strategy?**

**A.** Applying a skin solution that changes a dog's blood chemistry so that its fleas migrate to other dogs

**B.** Periodically dipping some dogs in insecticide solutions and then allowing them access to untreated dogs

**C.** Giving a dog a monthly pill that disrupts the fleas' breeding cycle and keeping the dog isolated

**D.** Mating flea-resistant dogs with flea-susceptible dogs and putting flea collars on the puppies

**60. Why is the high-dose part of the refuge/high-dose strategy necessary, according to passage information?**

**A.** More than 10 percent of the pests may recover from poisoning by toxins present at a constant level.

**B.** If almost all of the pests are killed suddenly, the plants gain time to develop their own defenses.

**C.** A dosage level from which many pests recover will create a large population of resistant pests.

**D.** The residue from a heavily applied pesticide continues to kill successive generations of pests.

**61. Some Indian meal moths have no sites to which the molecules of *Bt* toxins can bind. Passage information suggests that a gene-stacking solution to this problem would focus on the:**

**A.** engineering of toxic proteins that would bind to other intestinal receptors.

**B.** development of crops that are not attractive to the moth's larvae.

**C.** alteration of receptors in the gut to accept multiple toxins.

**D.** genetic disruption of the moth's reproductive cycle.

**62. Assume that cotton growers find the refuge/high-dose method inadequate to combat bollworm infestations. What does passage information suggest as their best recourse?**

**A.** Fields of *Bt* cotton should be sprayed with a different form of insecticide.

**B.** Fields devoted to *Bt* cotton should be replanted with conventional cotton strains.

**C.** Refuges should be eliminated so that *Bt*-resistant bollworms have no safe breeding area.

**D.** The *Bt* content of the plants should be varied so that bollworms are less likely to develop resistance.

**63. According to the author, *Bt* sprays are preferable to *Bt* crops for pest control because sprays:**

**A.** harm the environment less than does a crop.

**B.** destroy more insects than does a crop.

**C.** cost less than does raising a crop.

**D.** act for a shorter time than does a crop.

**Passage V (Questions 64-70)**

People must sometimes perform skillfully on difficult tasks before an audience. Under such circumstances, they often wish to have friends, relatives, and other supporters present. It is worth asking whether a supportive audience is really helpful—or whether it might not instead impair the performance. Previous research shows that the effect of audience support is not simple or uniform. The following study was designed to test competing hypotheses about the effect of a supportive audience on performance.

Because friends are the most common source of social support, Experiment 1 compared the effects of observation by a friend and by a stranger during the performance of a task that previous research had shown to be stressful. This task was to count backward aloud by thirteens, starting from 1,470. Participants were told that their goal was to perform the successive subtraction operations as quickly and accurately as possible during a two-minute trial. At this point in the instructions, the experimenter indicated a one-way "mirror" and a microphone, telling half of the participants that a friend who had accompanied them to the testing room would observe their performance. The experimenter mentioned a fictitious name to the other participants as their observer.

The results suggest that a supportive audience has a detrimental effect. The participants who believed that a friend was watching them made a significantly higher percentage of errors than did those who believed that a stranger was watching them. Yet the number of errors made at particular stages of the performance—e.g., the second subtraction—was almost identical in the two conditions. The decrement in the supportive-audience condition resulted from a slower rate of responding, which meant that the neutral-audience condition produced more responses (with increasing accuracy on the later ones).

The participants' answers to post-experimental questions indicated that they were not aware of the effect of the observer on their performance. In fact, participants in the supportive-audience condition were less likely than those in the neutral-audience condition to report being distracted by the observer or feeling stress while doing the task. Furthermore, the negative effect of a supportive audience is apparently not due to discomfort about being judged: The participants' ratings of their feeling of being evaluated were nearly identical in the two conditions.

The researcher concluded that supportive observers impair the performance of a difficult, skill-based task by promoting a response style that reduces speed without increasing accuracy. Still, the reason for this audience effect was unclear. Friends and strangers differ in many ways, including their knowledge of one's abilities, their desire to witness one's success, and their expectations about one's behavior in a particular situation.

In Experiment 2, all the observers were strangers, and their supposed supportiveness was manipulated. The experimenter told participants in the supportive-audience condition that both they and their observer would receive a cash prize if their speed and accuracy surpassed a certain criterion. Participants in the neutral-audience condition were told that they alone were to receive the prize for a good score. They thus had no reason to suppose that the observer cared about the quality of their performance. Experiment 2 confirmed the prediction that a skilled performance would suffer with a supportive audience.

Other questions remain. Did the difficulty of the task produce an expectation of failure that impeded its performance? Is a supportive audience a special case of an especially attentive audience or one likely to respond emotionally to a performance? And why did performers report feeling less distracted by a friend than by a stranger, when their performance suggested the opposite effect?

Adapted from J. L. Butler and R. F. Baumeister, The trouble with friendly faces: Skilled performance with a supportive audience.
©1998 by the American Psychological Association.

**[Questions 64-70 for Passage V begin on following page.]**

**64.** The design of Experiment 1 reveals the researcher's assumption that:

**A.** participants will not be aware of the quality of their performance.

**B.** most participants will find the mathematical task difficult.

**C.** a supportive audience will impair performance.

**D.** a neutral audience will impair performance.

**65.** Which of the following facts constitutes the most serious *objection* to the researcher's conclusion about the effect measured in Experiment 2?

**A.** The instructions discouraged a cautious performance style.

**B.** The procedure was deceptive, since the observers were fictitious.

**C.** A monetary reward was a factor for performers in both conditions.

**D.** Performers' beliefs about the observer's attitude were not determined.

**66.** Suppose that a psychologist is interested in the performance of trial lawyers. On the basis of Experiment 1, the psychologist should predict that a legal argument will be more effectively presented if:

**A.** the lawyer is serving without compensation than if the case involves a large financial settlement.

**B.** the judge is unknown to the lawyer than if the two have a cordial relationship.

**C.** the courtroom is empty than if it is filled with spectators whose sympathies are unknown.

**D.** jurors watch the trial through a one-way mirror than if they are present in the courtroom.

**67.** What is the most likely explanation of the slower rate of performance observed in Experiment 1?

**A.** A desire to maintain an appearance of relaxed competence before friends

**B.** A feeling of being judged more harshly by friends than by strangers

**C.** An inability to concentrate on mental tasks when friends are present

**D.** A belief that accuracy is more important than speed on certain tasks

**68.** What conclusion about the nature of audience support is justified by the results of Experiment 2 alone?

**A.** Supportive friends can disrupt a performance if they would benefit from its success.

**B.** Supportive strangers can enhance a performance if they would not benefit from its success.

**C.** Strangers can disrupt a performance if they would benefit from its success.

**D.** Strangers can disrupt a performance if its success would benefit the performer.

69. **Suppose that Experiment 1 is repeated with the addition of a "hostile-audience" condition and that this condition produces data equivalent to those of the "supportive-audience" condition. Which of the following hypotheses would best accommodate this outcome?**

A. A hostile audience does not affect performance.

B. A supportive audience impairs performance.

C. An involved audience impairs performance.

D. A nonhostile audience enhances performance.


70. **Which of the following hypotheses would most reasonably account for the post-experimental statements made by those in the neutral condition?**

A. A performer's anxiety need not adversely affect performance.

B. A performer's anxiety can be reduced with no effect on performance.

C. An audience can affect a performance by reducing performance anxiety.

D. An audience can affect a performance by causing performance anxiety.

**Passage VI (Questions 71-75)**

The Greek words *sophos* and *sophia*, usually translated *wise* and *wisdom*, were in common use from the earliest times and, because they stood for an intellectual or spiritual quality, naturally acquired some delicate shades of meaning that can be indicated here only approximately. At first, they referred primarily to skill in a particular craft. A shipwright was described by Homer as "skilled in all sophia"; a steersman, an augur, a sculptor are "sophoi," each in that occupation; Apollo was "sophos with the lyre."

The sophia of a charioteer, shipwright, or musician must have been to a large extent acquired by learning, but Pindar no doubt pleased his royal patron when he wrote that "one who knows much is sophos by nature, in contrast to chattering crows, who have gained their knowledge by learning." "Not the person who knows many things is sophos," said Aeschylus, "but one whose knowledge is useful."

Shortly after this usage was recorded, there crept in a cynical note, a hint that the sophos is too clever and may presume too far. Taxed by the wily Odysseus (whom he had earlier described as "a sophos wrestler") with acting in a way that was not *sophon*, Neoptolemus replied that "what is right and just is better than what is sophon." So we get the oxymoron of a chorus in Euripides: "When mortals set themselves up against the gods, their sophia is not sophon." The verb *sophizesthai*, "to practice sophia," which Hesiod applied to the acquisition of skill in seamanship and Theognis to himself as a poet, suffered a parallel development, until it meant to trick or deceive or to be oversubtle.

Like other groups, the Athenians tended to be wary of intellectuals, pundits, professors, and the like. The qualities of these persons were summarized in a word difficult to translate: *deinotes*, with the adjective *deinos*. Derived from a noun meaning *fear*, it referred to anything terrible or dreadful and was applied by Homer to weapons, the glare of a foe, the whirlpool Charybdis, thunder, and lions. The Egyptians were *deinoi* (terrible fellows) for devising stratagems, Prometheus was *deinos* at wriggling out of difficulties, a good charioteer was *deinos* at his art. It also, and particularly, meant clever in speech or argument.

Anyone who had this quality was a natural object of suspicion to the less clever, as the orator Antiphon said that Thucydides was to the Athenian public "because of his reputation for deinotes." Degenerating, as words in popular usage do, it acquired some of the senses of *sophos*, as when Demosthenes alleged that Aeschines had called him "deinos, sorcerer, sophist, and the like." At this point, *deinos* was expressly coupled with *sophistes* as an insult to be resented.

The word *sophist*, then, had a general sense as well as the special one which I have yet to mention, and in neither sense was it necessarily a term of opprobrium. Because of the vocation of Greek poets as educators, we may conclude that the word that comes nearest to this special sense is in modern English *teacher* or *professor*. It was not until the fifth century C.E. that the term was apparently sometimes pronounced with a depreciatory inflection, as may the words *pundit* or *intellectual* today. In the hands of the conservative Aristophanes, it became definitely a term of abuse, implying charlatanry and deceit, although by no means did it as yet apply exclusively to certain philosophers.

Adapted from W. K. C. Guthrie, *The Sophists*. ©1971 by Cambridge University Press.

**[Questions 71-75 for Passage VI begin on following page.]**

**71.** **Which of the following words is most analogous to** *deinotes* **in the way its emotional connotations have changed?**

**A.** *Homely*, which referred to things "appealingly domestic" and came to mean "unattractive"

**B.** *Impact*, which referred to things in "violent collision" and came to mean "any outcome"

**C.** *Inflammable*, which referred to things "capable of burning" and came to mean "not capable of burning"

**D.** *Brave*, which referred to things "ostentatiously colorful" and came to mean "courageous"

**72.** **The author's tone in discussing the Athenians of ancient Greece is most accurately described as:**

**A.** understanding and sympathetic.

**B.** detached and conscientious.

**C.** critical and disapproving.

**D.** indulgent and sentimental.

**73.** **One can most reasonably conclude from the passage that the ancient Athenians:**

**A.** were generally indifferent to poetry and philosophy.

**B.** considered intellectuals corrupt for abusing their influence.

**C.** had contradictory feelings about those who seemed clever.

**D.** had greater admiration for Homer than for Demosthenes.

**74.** **The passage author moves from a discussion of** *sophos* **to a discussion of** *deinotes* **to make the point that:**

**A.** they switched meanings because they had similar connotations.

**B.** cleverness has always seemed threatening to those who are not clever.

**C.** ordinary Greeks did not understand the distinction between the two words.

**D.** the connotations of one spread to the other because their meanings overlapped.

**75.** **Which of the following concepts does the passage author NOT associate with** *sophos***?**

**A.** Intellectual guile

**B.** Scholarly learning

**C.** Political intrigue

**D.** Vocational skill

**End of Verbal Reasoning Section**

## Verbal Reasoning Answer Key

| Question Number | Answer Key |
|:---:|:---:|
| 43 | B |
| 44 | D |
| 45 | D |
| 46 | C |
| 47 | D |
| 48 | D |
| 49 | B |
| 50 | B |
| 51 | B |
| 52 | C |
| 53 | A |
| 54 | D |
| 55 | B |
| 56 | A |
| 57 | B |
| 58 | D |
| 59 | B |
| 60 | C |
| 61 | A |
| 62 | A |
| 63 | D |
| 64 | B |
| 65 | D |
| 66 | B |
| 67 | A |
| 68 | C |
| 69 | C |
| 70 | A |
| 71 | A |
| 72 | B |
| 73 | C |
| 74 | D |
| 75 | C |

**Verbal Reasoning Raw Score to Scale Score Conversion Table**

| Raw Score | Scale Score |
|:---:|:---:|
| 0 | 1 |
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1 |
| 5 | 1 |
| 6 | 1 |
| 7 | 1 |
| 8 | 1 |
| 9 | 2 |
| 10 | 2 |
| 11 | 3 |
| 12 | 4 |
| 13 | 4 |
| 14 | 5 |
| 15 | 6 |
| 16 | 6 |
| 17 | 6 |
| 18 | 7 |
| 19 | 8 |
| 20 | 8 |
| 21 | 8 |
| 22 | 9 |
| 23 | 9 |
| 24 | 10 |
| 25 | 10 |
| 26 | 11 |
| 27 | 11 |
| 28 | 11 |
| 29 | 12 |
| 30 | 13 |
| 31 | 13 |
| 32 | 14 |
| 33 | 15 |

# WRITING SAMPLE SECTION

# Writing Sample

Questions 76 – 77

**DIRECTIONS:** This is a test of your writing skills. The test consists of two parts, with a total allotted time of 90 minutes: 45 minutes for Part 1 and 45 minutes for Part 2. You may work only on Part 1 during the first 45 minutes of the test. If you finish writing Part 1 before time is up, you may review your work or continue to Part 2. Upon completing Part 2 you will have an optional 10-minute break.

**76.** Consider this statement:

**Youth and innovation are more beneficial in politics than are age and experience.**

Write a unified essay in which you perform the following tasks. Explain what you think the above statement means. Describe a specific political situation in which age and experience might be more beneficial than youth and innovation. Discuss what you think determines whether or not youth and innovation are more beneficial in politics than are age and experience.

77. Consider this statement:

**Citizens who enjoy a country's benefits during peacetime have a responsibility to support their nation in time of war.**

Write a unified essay in which you perform the following tasks. Explain what you think the above statement means. Describe a specific situation in which citizens might justifiably <u>not</u> support their nation in time of war. Discuss what you think determines whether or not citizens should support their nation in time of war.

## End of Writing Sample Section

# BIOLOGICAL SCIENCES SECTION

# Biological Sciences

Questions 78 – 119

**DIRECTIONS:** Most questions in the Biological Sciences test are organized into groups, each preceded by a descriptive passage. After studying the passage, select the one best answer to each question in the group. Some questions are not based on a descriptive passage and are also independent of each other. You must also select the one best answer to these questions. If you are not certain of an answer, eliminate the alternatives that you know to be incorrect and then select an answer from the remaining alternatives. Indicate your selection by clicking on the answer bubble next to it. A periodic table is provided for your use. You may consult it whenever you wish.

**Passage I (Questions 78-81)**

The amino acids from which most proteins are made are called the common amino acids. Most share the general formula shown in Figure 1.



**Figure 1**

Amino acids can be classified on the basis of the chemical properties of their R groups. Some have hydrophobic, nonpolar R groups (e.g., valine: R = −CH(CH$_3$)$_2$); some have polar, uncharged R groups and are hydrophilic (e.g., serine: R = −CH$_2$OH); and others have polar, hydrophilic R groups that are acidic (e.g., aspartic acid: R = −CH$_2$COOH) or basic (e.g., lysine: R = −CH$_2$CH$_2$CH$_2$CH$_2$NH$_2$).

Ornithine (R = −CH$_2$CH$_2$CH$_2$NH$_2$) is an amino acid that is found in cells, but not incorporated into proteins. In mammals and many other organisms, it can be converted to diaminobutane via the ornithine decarboxylase reaction, an early event in cell division. (See Equation 1.)

$$\text{ornithine} + H_2O \rightarrow H_2NCH_2CH_2CH_2CH_2NH_2 + HCO_3^-$$

**Equation 1**

In the laboratory, the rate of this reaction is measured by an enzyme assay that uses ornithine in which the carboxylic acid carbon is radioactively labeled. The reaction is terminated by acidification of the reaction mixture, which converts the HCO$_3^-$ ion to CO$_2$ and H$_2$O.

Thin-layer chromatography is an effective way of separating amino acids. Table 1 below shows $R_f$ values for four amino acids using various solvents. "Orn" represents ornithine. "X," "Y," and "Z" represent three other amino acids.

**Table 1**

| Amino acid | Solvent 1 | Solvent 2 | Solvent 3 |
|---|---|---|---|
| Orn | 0.04 | 0.14 | 0.24 |
| X | 0.15 | 0.47 | 0.74 |
| Y | 0.06 | 0.19 | 0.17 |
| Z | 0.03 | 0.11 | 0.26 |

**[Questions 78-81 for Passage I begin on following page.]**

**78. If ornithine were grouped with the common amino acids, how would it be classified?**

**A.** Nonpolar

**B.** Hydrophobic

**C.** Acidic

**D.** Basic

**79. Which of the following statements gives the most fundamental reason why ornithine is unlikely to be found in proteins synthesized in vivo?**

**A.** There is no codon for it in the standard genetic code.

**B.** It cannot form a peptide bond.

**C.** It is not available in the diet.

**D.** It has a net positive charge in aqueous solution.

**80. Which of the following terms best describes the role of ornithine decarboxylase in the reaction shown in Equation 1?**

**A.** Catalyst

**B.** Cofactor

**C.** Substrate

**D.** Activator

**81. If the ornithine decarboxylase assay is carried out as described in the passage, which of the following compounds will be generated in a radioactive form?**

**A.** Ornithine

**B.** Ornithine decarboxylase

**C.** Diaminobutane

**D.** Carbon dioxide

**Passage II (Questions 82-86)**

In order to understand the chemical evolution of life, scientists have studied the production of amino acids under conditions that simulate those of primitive Earth.

Malic acid is thought to have formed via hydrolysis of a cyanohydrin intermediate (Scheme I).



**Scheme I**

Subsequent dehydration of malic acid results in the formation of fumaric acid (mp 286°C) and its cis isomer, maleic acid (mp 130°C).

Ammonia was thought to be a constituent of the early atmosphere, and it was proposed that it reacted with fumaric, maleic, and malic acids to afford a prebiological synthesis of aspartic acid, an amino acid (Scheme II).



**Scheme II**

In an attempt to verify this hypothesis, chemists tried to reproduce the synthesis of aspartic acid under simulated primitive Earth conditions.

An open flask containing malic acid was treated with a continuous ammonia feed, and the mixture was heated at 150°C for 1.5 h. The experiment was repeated with a mixture of fumaric and maleic acids. The results were analyzed by paper chromatography; the $R_f$ values of the reaction mixture were compared to the $R_f$ value of a standard sample of aspartic acid. (Note: $R_f$ = distance moved by compound/distance moved by solvent front.)

**[Questions 82-86 for Passage II begin on following page.]**

**82. In the chromatography of the reaction mixture, water absorbed on cellulose functioned as the stationary phase. What was the principal factor determining the migration of individual components in the sample?**

**A.** Hydrogen bonding

**B.** Solute concentration

**C.** Stationary phase concentration

**D.** Thickness of paper

**83. Fumaric acid and maleic acid have very different melting points because:**

**A.** the melting point of a substance is directly proportional to its polarity.

**B.** trans isomers typically pack closer together, resulting in greater intermolecular forces.

**C.** fumaric acid is stabilized by resonance, and maleic acid is not.

**D.** fumaric acid has a higher molecular weight than maleic acid.

**84. What assumption is being made if scientists conclude that aspartic acid was formed by the prebiological synthesis in the passage?**

**A.** Aspartic acid is unstable at temperatures below 150°C.

**B.** All of the malic acid underwent the dehydration reaction to form fumaric/maleic acid.

**C.** Compound **A** and cyanide were available on primitive Earth.

**D.** The reaction between ammonia and fumaric acid was catalyzed by the presence of water.

**85. Which of the following statements does NOT correctly describe the dehydration of malic acid to fumaric acid and maleic acid?**

**A.** The reaction occurs most readily with tertiary alcohols.

**B.** The reaction involves the loss of a water molecule.

**C.** The reaction has a carbocation intermediate.

**D.** The reaction is stereospecific.

**86. What type of functional group is formed when aspartic acid reacts with another amino acid to form a peptide bond?**

**A.** An amine group

**B.** An aldehyde group

**C.** An amide group

**D.** A carboxyl group

**Passage III (Questions 87-90)**

A patient who complained of weakness in the left leg was examined. Neurological tests confirmed the weakness but also showed a normal ability to sense the presence of touch on that leg and a loss of ability to localize touch to the correct position on the other leg. Her physicians took the following information into account during her treatment.

Although the 10th cranial (vagus) nerve innervates the visceral organs down to the upper gastrointestinal tract, all other organs below the level of the neck are innervated by segmental spinal nerves. Each spinal nerve has two distinct roots connecting it to the spinal cord: one on the posterior side and one on the anterior side. A ganglion that contains the nerve cell bodies distinguishes the posterior root. The cell body of a nerve cell is the site of the nucleus and most protein synthesis.

The cord itself is bilaterally symmetrical. It contains ascending and descending axons in the white matter. The *posterior columns* are tracts of ascending and descending axons in the posterior white matter. When they are severed, the ability to localize touch and the ability to sense vibration are lost. The spinothalamic tracts also transmit sensory signals from spine to thalamus. When the *anterior spinothalamic tract* is cut, sensations of light touch are lost. When the *lateral spinothalamic tract* is cut, sensations of pain and temperature are lost. The *corticospinal tract* transmits signals that control skeletal muscle movements from cortex to spinal levels.



**Figure 1**  Diagram of cross section through spinal cord showing major ascending and descending tracts; illustrated for both sides but labeled only on the left as follows: PC, posterior columns; CS, corticospinal tract; LST, lateral spinothalamic tract; AST, anterior spinothalamic tract.

**[Questions 87-90 for Passage III begin on following page.]**

**87. Damage to what two tracts is suggested by the patient's symptoms?**

**A.** Corticospinal and posterior column

**B.** Posterior column and lateral spinothalamic

**C.** Lateral spinothalamic and anterior spinothalamic

**D.** Anterior spinothalamic and corticospinal

**88. When the anterior roots of an animal are stimulated, contractions of the muscles are observed. When the posterior roots are cut, all sensation is abolished from that spinal level. Which of the following conclusions about the innervation of a spinal level is most consistent with these results?**

**A.** Anterior roots and posterior roots each contain nerve fibers to the muscles.

**B.** Anterior roots and posterior roots each contain some sensory nerve fibers.

**C.** Posterior roots contain nerve fibers that go to the muscles and come from touch receptors in the skin.

**D.** Posterior roots contain all the sensory nerve fibers and could contain nerve fibers to the muscles.

**89. Complete transection of the spinal cord at the lumbar level results in a flaccid bladder and loss of voluntary urinary sphincter control, whereas a right hemisection of the cord between the lumbar and sacral levels does not affect either. The best conclusion from this data is that:**

**A.** hemisection of the cord has no effect on motor control.

**B.** bladder control requires an intact spinal cord.

**C.** nerves controlling the bladder exit the spine at a low lumbar level.

**D.** nervous innervation from the left side is sufficient to regulate the voluntary sphincter.

**90. Otto Loewi placed a frog heart in a chamber filled with a saline solution. The chamber was connected to a second chamber containing another heart. Fluid from the first chamber flowed into the second. Electrical stimulation of the vagus nerve attached to the first heart caused it to beat more slowly. After some delay, the second heart also slowed. The purpose of this experiment was to demonstrate that:**

**A.** a heart placed in saline solution is unable to receive nutrients and eventually begins to slow its rate of beating.

**B.** the action of the vagus nerve paradoxically is to slow the rate of the heart rather than to speed it up.

**C.** the heart can beat without being attached to a nerve as shown by the independent action of the second heart.

**D.** a chemical in the fluid from the first heart is capable of making the second heart slow its rate of beating.

**Questions 91-95 are NOT related to a passage.**

**91. Which of the following acids would yield Compound A (shown below) under esterification conditions?**



Compound A

A.



B.



C.



D.

92.



**What is the relationship between the structures above?**

**A.** Identical

**B.** Mirror images

**C.** Cis-trans (geometrical) isomers

**D.** Diastereomers


**93.  The initial filtration step in the glomerulus of the mammalian kidney occurs primarily by:**

**A.** passive flow due to a pressure difference.

**B.** passive flow resulting from a countercurrent exchange system.

**C.** active transport of water, followed by movement of electrolytes along a resulting concentration gradient.

**D.** active transport of electrolytes, followed by passive flow of water along the resulting osmolarity gradient.


**94.  A certain bacterium was cultured for several generations in medium containing $^{15}N$, transferred to medium containing $^{14}N$, and allowed to complete two rounds of cell division. Given that the bacterium's genome mass is 5.4 fg when grown in $^{14}N$ media and 5.5 fg when grown in $^{15}N$ medium, individual bacteria with which of the following genome masses would most likely be isolated from this culture?**

**A.** 5.4 fg only

**B.** 5.4 fg and 5.45 fg

**C.** 5.4 fg and 5.5 fg

**D.** 5.45 fg only

95. Assume that $K$ and $M$ are two unlinked genes that affect hearing. The dominant $K$ allele is necessary for hearing, and the dominant $M$ allele causes deafness regardless of the other genes present. Given this, what fraction of the offspring of parents with the genotypes $Kk\,Mm$ and $Kk\,mm$ will most likely be deaf?

A. 1/4

B. 3/8

C. 1/2

D. 5/8

**Passage IV (Questions 96-102)**

Male guppy fish, *Poecilia reticulata*, have variable numbers of bright spots, whereas female guppies lack spots. Variation in number of spots has a genetic basis. In wild populations, the number of spots is correlated with intensity of predation; guppies have many spots in pools that lack predators, fewer spots in pools with weak predators, and very few spots in pools with strong predators. To test whether predators exert natural selection on guppy color patterns, a scientist constructed ten artificial pools that were designed to mimic pools naturally inhabited by guppies. Guppies were introduced into the pools and allowed to increase in number (guppies reproduce at an age of 5–6 weeks). After six months, a weak guppy predator (*Rivulus hartii*) was introduced into four pools, a strong guppy predator (*Crenicichla alta*) was introduced into four other pools, and two pools were left predator-free. Two censuses were made 5 and 14 months later (Census I and II, respectively) and guppies were scored for number of spots. Based on the results shown below, the investigator concluded that guppies with more spots are seen by *Crenicichla* more easily, and this results in natural selection for a reduction in number of spots.



**Figure 1**    Changes in the number of spots per fish during the course of the greenhouse experiment. Vertical lines are ± 2 SE.

**[Questions 96-102 for Passage IV begin on following page.]**

**96. What assumption did the investigator make *before* concluding that the number of spots decreased in the *Crenicichla* treatment because guppies with more spots were seen by *Crenicichla* more easily?**

**A.** *Crenicichla* relies on vision to detect guppies.

**B.** Variation in number of spots per fish is genetically based.

**C.** The number of spots is not subject to natural selection when predators are absent.

**D.** Predators detect guppies with many spots more easily than they detect guppies with few spots.

**97. Results shown in Figure 1 support which of the following conclusions?**

**A.** Predation by both *Rivulus* and *Crenicichla* produced long-term changes in the number of spots per fish.

**B.** Guppy populations were larger in the presence of *Rivulus* than in the presence of *Crenicichla*.

**C.** Only predation by *Crenicichla* resulted in a reduction in the number of spots per fish.

**D.** The number of spots per fish remained unchanged in the absence of predators.

**98. Based on the hypothesis that the number of spots on male guppies decreases through natural selection as a result of predation intensity, which of the following results would NOT have been predicted?**
  **I.**   **The number of spots per fish would increase in the predator-free treatment.**
  **II.**  **The number of spots per fish would differ between the *Rivulus* and *Crenicichla* treatments.**
  **III.** **The number of spots per fish would be lower in the presence of *Crenicichla* than in the predator-free treatment.**

**A.** I only

**B.** II only

**C.** I and II

**D.** II and III

**99. In another study, an investigator found that female guppies prefer to mate with more brightly patterned males. This preference may explain:**

**A.** the difference between the *Rivulus* and the *Crenicichla* treatments.

**B.** the decrease in number of spots per fish in the presence of *Crenicichla*.

**C.** the difference between the predator-free and the *Crenicichla* treatments.

**D.** the increase in number of spots per fish in the absence of predators.

**100. Because the size of spots also may affect how easily predators see guppies, the investigator used fine gravel in 2 *Rivulus* pools and 2 *Crenicichla* pools and coarse gravel in the other pools. At the end of the experiment, the guppies in pools with fine gravel had smaller spots than did guppies in pools with coarse gravel. This result demonstrates that:**

**A.** guppies with large spots are seen more easily than guppies with small spots.

**B.** background material against which guppies are seen determines the spot size favored by natural selection.

**C.** predators can see guppies more easily against fine gravel than against coarse gravel.

**D.** guppies select pools with background material that matches the size of their spots.

**101. For natural selection to influence guppy color patterns, it is important that variation in number of spots has a genetic basis so that:**

**A.** there can be phenotypic variation in number of spots per fish.

**B.** there will be differences in color pattern between males and females.

**C.** predators can distinguish among guppies with different numbers of spots.

**D.** changes in number of spots per fish are passed from one generation to the next.

**102. Guppy courtship is characterized by a visual display in which males vibrate stiffly in front of females. However, males that display may be seen more easily by predators. Which of the following comparisons provides the best test of the hypothesis that displaying males are more conspicuous to predators?**

**A.** Predation rates on females when males are present versus predation rates on females when males are absent

**B.** Display rates by males when females are present versus display rates when females are absent

**C.** Display rates by males when predators are present versus display rates when predators are absent

**D.** Predation rates on males when females are present versus predation rates on males when females are absent

**Questions 103-104 are NOT related to a passage.**

**103. Which of the following animal pairs best illustrates the outcome of *convergent* evolution?**

**A.** The dolphin and the shark

**B.** The domestic sheep and the mountain goat

**C.** The polar bear and the panda bear

**D.** The light-colored and the dark-colored forms of the peppered moth

**104. The boiling point of butyric acid is much higher than that of its isomeric compounds, such as ethyl acetate or 1,4-dioxane.**

$$CH_3-\overset{\overset{\textstyle O}{\|}}{C}-O-CH_2-CH_3 \qquad \qquad CH_3-CH_2-CH_2-\overset{\overset{\textstyle O}{\|}}{C}-OH$$

| ethyl acetate | dioxane | butyric acid |
|---|---|---|
| bp = 77°C | bp = 101°C | bp = 164°C |

**Which of the following statements explains the differences in the boiling points of these isomers?**

**A.** Van der Waals attraction is greater for acids.

**B.** Carboxylic acids ionize to form carboxylate ions.

**C.** Carboxylic acids form dimers held together by two hydrogen bonds.

**D.** Molecular packing is closer for planar compounds.

**Passage V (Questions 105-109)**

A 52-year-old female patient shows symptoms of generalized weakness, low blood pressure (80/50 mmHg), weight loss, nausea, and an extreme craving for salt. Her adrenal cortex is found to be atrophied and to contain both lymphocytes and adrenal autoantibodies. A diagnosis of primary adrenal gland insufficiency, or *Addison's disease*, is made.

Addison's disease occurs when cells of the adrenal cortex are destroyed, leaving the gland unable to secrete either glucocorticoids or mineralocorticoids. A major function of cortisol, the body's primary glucocorticoid, is to stimulate gluconeogenesis (formation of glucose from noncarbohydrate sources) in the liver by activating DNA transcription to produce liver enzymes and by mobilizing amino acids from muscle tissue. Aldosterone, the primary mineralocorticoid, maintains ionic balance by causing conservation of $Na^+$ and excretion of $K^+$.

Addison's disease may arise either as a result of tuberculosis or as an autoimmune disease. Adrenal autoantibodies are not present when tuberculosis is the cause.

To treat her Addison's disease, this patient must take both glucocorticoids and mineralocorticoids for the remainder of her life. With this medication, her life span is expected to be normal.

**[Questions 105-109 for Passage V begin on following page.]**

**105.** **The aldosterone deficiency associated with Addison's disease will cause a decrease in the serum levels of all of the following ions EXCEPT:**

**A.** $Na^+$ ions.

**B.** $Cl^-$ ions.

**C.** $K^+$ ions.

**D.** $HCO_3^-$ ions.

**106.** **Normally, a hypothalamic factor stimulates the release of adrenocorticotropic hormone (ACTH) from the pituitary gland. In a patient with Addison's disease, the secretion of the hypothalamic factor will:**

**A.** be lower than normal.

**B.** be higher than normal.

**C.** be unchanged.

**D.** increase before disease onset and decrease thereafter.

**107.** **If a patient with Addison's disease is given too high a replacement dose of glucocorticoids, the effect over time will be an increase in:**

**A.** muscle mass.

**B.** muscle weakness.

**C.** red blood cell count.

**D.** heart rate.

**108.** **The most rapid rate of gluconeogenesis will most likely occur in the body when:**

**A.** blood glucose levels are high.

**B.** cortisol release is inhibited.

**C.** the body's stores of carbohydrates are low.

**D.** the body's stores of proteins are low.

**109.** **In the complete absence of adrenal cortical secretions, a person with Addison's disease will go into circulatory shock and die. A likely cause of death in this case is:**

**A.** a severe imbalance of plasma $K^+$ concentration, due to lack of aldosterone.

**B.** a greatly increased extracellular fluid volume, due to lack of aldosterone.

**C.** an insufficient energy from carbohydrates, due to lack of cortisol.

**D.** a buildup of toxic protein-degradation products, due to lack of cortisol.

**Passage VI (Questions 110-116)**

A 40-year-old patient developed a constant thirst and a frequent need to urinate. The attending physician suspected the patient had diabetes because in addition to these symptoms, the patient was overweight and had a family history of diabetes, which both are risk factors for the disease.

*Diabetes mellitus* is a condition in which the body cannot produce or is unable to effectively respond to insulin, a peptide hormone made in pancreatic β cells. Normally, insulin promotes facilitated diffusion of glucose into cells from the bloodstream by inducing the translocation of glucose transporter proteins to the plasma membrane. It also helps regulate the metabolism of fatty and amino acids.

In diabetes, the ability of many types of cells to take up glucose is compromised, leading to elevated blood glucose levels. Many tissues then metabolize fatty acids as an alternative energy source, which can lead to *metabolic acidosis*, a condition of low blood pH. Diabetes can also cause protein degradation, resulting in the release of excess amino acids that can be used as substrates for gluconeogenesis, which further increases blood glucose levels. There are two main types of diabetes. Many cases of Type 1 diabetes, in which the body is unable to produce insulin, are caused by an autoimmune response directed against pancreatic β cells. While the body often produces normal-to-elevated amounts of insulin in Type 2 diabetes, its ability to respond to insulin is compromised.

**[Questions 110-116 for Passage VI begin on following page.]**

110. **Glucose transporter proteins in the liver do not require the presence of insulin to facilitate the uptake of glucose. However, insulin does stimulate the first step in the glycolytic pathway within the liver. Therefore, in liver cells, insulin most likely:**

A. hinders glucose uptake by increasing the cellular concentration of glucose.

B. aids glucose uptake by decreasing the cellular concentration of glucose.

C. hinders glucose uptake by using the ATP needed by the glucose transporter proteins.

D. aids glucose uptake by providing the ATP needed by the glucose transporter proteins.

111. **Exercise promotes the insulin-independent uptake of glucose in working skeletal muscles. Given this, regular exercise would most likely reduce blood glucose levels in patients with which type(s) of diabetes?**

A. Type 1 only

B. Type 2 only

C. Both Type 1 and Type 2

D. Neither Type 1 nor Type 2

112. **A patient with metabolic acidosis will sometimes vomit and/or hyperventilate. This most likely occurs because the mechanisms of vomiting and hyperventilation both:**

A. decrease the pH of the body.

B. rid the body of excess glucose.

C. decrease insulin-dependency.

D. rid the body of excess acid.

113. **During the production of insulin, the translated polypeptide is cleaved into the mature form and secreted from the cell. The cleavage most likely takes place in which of the following locations?**

A. Nucleus

B. Ribosomes

C. Endomembrane system

D. Cytoplasm

114. **Despite the effects of diabetes, the brains of diabetic patients still receive adequate nourishment. This is most likely because the brain uses:**

A. less glucose than do other body tissues.

B. insulin-independent transporters for the uptake of glucose.

C. fatty acids for energy instead of glucose.

D. insulin-dependent transporters for the uptake of glucose.

**115. Cell-mediated immune mechanisms are thought to account for pancreatic cell loss in patients with Type 1 diabetes. Given this, which of the following immune cells would directly mediate the death of pancreatic β cells in these patients?**

**A.** Plasma cells

**B.** Cytotoxic T lymphocytes

**C.** B lymphocytes

**D.** Antigen-presenting cells

**116. Based on the passage, which of the following is LEAST likely to be a symptom of diabetes mellitus?**

**A.** Loss of appetite

**B.** Sweet-tasting urine

**C.** Unexplained weight loss

**D.** Feelings of fatigue

Questions 117-119 are NOT related to a passage.

117. **The following carbocation undergoes a rearrangement to a more stable species. What is the structure of the rearranged carbocation?**

$$(CH_3)_2CH{-}^+CH{-}CH_3$$

A. $CH_3{}^+CH{-}CH_2{-}CH_3$

B. $(CH_3)_2C^+{-}CH_2{-}CH_3$

C. $(CH_3)_2CH{-}CH_2{-}^+CH_2$

D. $^+CH_2CH{-}CH_2{-}CH_3$
     |
     $CH_3$

118. **Which of the following adjectives does NOT apply to any of the true fungi?**

A. Autotrophic

B. Parasitic

C. Spore-bearing

D. Symbiotic

119. **For certain genes in specific environments, it has been observed that the order of fitness of individuals is $Aa > AA > aa$, where $A$ is the dominant allele and $a$ is the recessive allele. In a population in which the $aa$ genotype is lethal but $Aa$ individuals are more fit than $AA$ individuals, the $a$ allele would be expected to:**

A. disappear.

B. mutate to the $A$ allele.

C. persist at some particular level.

D. increase in frequency to become the most common allele.

**End of Biological Sciences Section**

## Biological Sciences Answer Key

| Question Number | Answer Key |
|:---:|:---:|
| 78 | D |
| 79 | A |
| 80 | A |
| 81 | D |
| 82 | A |
| 83 | B |
| 84 | C |
| 85 | D |
| 86 | C |
| 87 | A |
| 88 | D |
| 89 | D |
| 90 | D |
| 91 | D |
| 92 | A |
| 93 | A |
| 94 | B |
| 95 | D |
| 96 | A |
| 97 | C |
| 98 | A |
| 99 | D |
| 100 | B |
| 101 | D |
| 102 | D |
| 103 | A |
| 104 | C |
| 105 | C |
| 106 | B |
| 107 | B |
| 108 | C |
| 109 | A |
| 110 | B |
| 111 | C |
| 112 | D |
| 113 | C |
| 114 | B |
| 115 | B |
| 116 | A |
| 117 | B |
| 118 | A |
| 119 | C |

**Biological Sciences Raw Score to Scale Score Conversion Table**

| Raw Score | Scale Score |
|-----------|-------------|
| 0 | 1 |
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1 |
| 5 | 1 |
| 6 | 1 |
| 7 | 1 |
| 8 | 1 |
| 9 | 1 |
| 10 | 1 |
| 11 | 2 |
| 12 | 2 |
| 13 | 3 |
| 14 | 3 |
| 15 | 4 |
| 16 | 4 |
| 17 | 5 |
| 18 | 5 |
| 19 | 6 |
| 20 | 6 |
| 21 | 7 |
| 22 | 7 |
| 23 | 8 |
| 24 | 8 |
| 25 | 8 |
| 26 | 8 |
| 27 | 9 |
| 28 | 9 |
| 29 | 9 |
| 30 | 10 |
| 31 | 10 |
| 32 | 10 |
| 33 | 10 |
| 34 | 11 |
| 35 | 11 |
| 36 | 12 |
| 37 | 12 |
| 38 | 12 |
| 39 | 13 |
| 40 | 14 |
| 41 | 15 |
| 42 | 15 |

# END OF MCAT EXAM