IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 19-11790** |
| v. ) | |
| ) | **Judge:  The Hon. Greg G. Guidry** |
| **NATIONAL BOARD OF MEDICAL** ) | |
| **EXAMINERS,** ) | **UNDER SEAL** |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Robert A. Burgoyne hereby moves the Court for leave to participate as a visiting attorney in this case under Local Rule 83.2.5 and in support of this motion states as follows:

1. This case was initiated on July 22, 2019, by way of the filing of Plaintiff's Application for Temporary Restraining Order with Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Plaintiff's Application").  (ECF No. 1).

2. On July 22, 2019, on motion by the Plaintiff, the Court entered an order placing this case under seal. (ECF No. 2).

3. On July 26, 2019, the Court denied Plaintiff's request for a temporary restraining order and scheduled a hearing on Plaintiff's request for a preliminary injunction for August 1, 2019.  (ECF No. 6).

4. Defendant was served with a Summons and a copy of Plaintiff's Application on July 30, 2019.

5. On August 1, 2019, undersigned counsel submitted the Declaration of Robert A. Burgoyne in Support of Motion for Admission *Pro Hac Vice*.  This was done in response to a

27740597.1

request by the Court that undersigned counsel submit as much of the necessary information as he could in support of a request to participate *pro hac vice* in advance of participating telephonically in the hearing scheduled for August 1, 2019.

6. During the hearing held on August 2, 2019, Judge Guidry granted an oral motion allowing undersigned counsel to appear *pro hac vice* in the case, after hearing from Plaintiff's counsel that Plaintiff had no objection.

7. The Clerk's office subsequently requested that undersigned counsel submit a motion for *pro hac vice* admission to accompany his previously filed Declaration.

WHEREFORE, Robert A. Burgoyne hereby moves for leave to appear in this case *pro hac vice*.

Dated: August 2, 2019

Respectfully submitted,

/s/   Robert A. Burgoyne

Robert A. Burgoyne
(admitted pro hac vice)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Motion on all counsel of record by email on this 2d day of August 2019.

/s/ Robert A. Burgoyne

27740597.1

- 2 -