IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-11790 |
| ) | |
| v. ) | Judge: Hon. Greg G. Guidry |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | Magistrate Judge: |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF ROBERT A. BURGOYNE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to E.D. Louisiana Local Rule 83.2.5, Robert A. Burgoyne submits this Declaration in support of an anticipated motion from a member of the bar of this Court to allow mene to appear and participate as co-counsel in all aspect of this case as a visiting attorney:

1. I am a member in good standing of the District of Columbia bar. A certificate of good standing is attached hereto as Exhibit A, dated May 30, 2019. I hereby confirm that I remain a member in good standing of the District of Columbia bar as of the date of this Declaration. I am also an inactive member of the Pennsylvania bar.

2. I understand that I am subject to the same requirements as permanent members of the bar of this Court, including those requirements relating to registration for electronic filing. A copy of my Attorney Registration Form is submitted with this Declaration.

3. No disciplinary proceedings or criminal charges have been instituted against me by any court or bar.

144025226.1

- 2 -

4. A list of courts in which I have been admitted to practice is attached to this Declaration as Exhibit B.

5. My contact information is as follows:

Robert A. Burgoyne
Perkins Coie LLP700 13th Street, NW
Suite 600
Washington, DC 20005-3960
Telephone: (202) 654-1744
Facsimile: (202) 624-9548
rburgoyne@perkinscoie.com

6. I hereby state under penalty of perjury that the information provided above is true and correct.

Wherefore, the undersigned respectfully requests that the Court allow me to participate in this case as a visiting attorney, with the understanding that our client the National Board of Medical Examiners will also retain an attorney who is a regular member of this Court's bar to serve as co-counsel in the case.

Dated: August 1, 2019

*[signature: Robert Burgoyne]*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via Electronic E-Mail and/or the United States Mail, postage pre-paid, on August 1, 2019.

*[signature: Robert Burgoyne]*

# EXHIBIT A

<2>
</2>



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Robert A Burgoyne*

was duly qualified and admitted on **December 13, 1982** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 30, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

# EXHIBIT B

| COURT ADMISSIONS: ROBERT A. BURGOYNE | | |
|---|---|---|
| **COURT** | **DATE OF ADMISSION** | **STATUS** |
| U.S. Supreme Court | June 13, 1988 | Active / Good Standing |
| U.S. Court of Appeals for the District of Columbia | Feb. 22, 1983 | Active / Good Standing |
| U.S. Court of Appeals for the Second Circuit | Sept. 10, 1990 | Active / Good Standing |
| U.S. Court of Appeals for the Third Circuit | Jan. 17, 1995 | Active / Good Standing |
| U.S. Court of Appeals for the Fourth Circuit | Nov. 23, 1987 | Active / Good Standing |
| U.S. Court of Appeals for the Fifth Circuit | Jan. 19, 1983 | Active / Good Standing |
| U.S. Court of Appeals for the Seventh Circuit | Jan. 29, 1993 | Active / Good Standing |
| U.S. Court of Appeals for the Ninth Circuit | Feb. 22, 2010 | Active / Good Standing |
| U.S. Court of Appeals for the Tenth Circuit | June 26, 1989 | Active / Good Standing |
| U.S. Court of Appeals for the Eleventh Circuit | June 15, 1989 | Active / Good Standing |
| Court of Appeals, District of Columbia | Dec. 13, 1982 | Active / Good Standing |
| U.S. District Court for the District of Columbia | Feb. 7, 1983 | Active / Good Standing |
| U.S. District Court for the Eastern District of Michigan | Sept. 6, 2017 | Active / Good Standing |
| U.S. District Court for the Eastern District of Pennsylvania | Jan. 10, 2006 | Inactive because no longer an active member of the Pennsylvania Bar |
| District of Columbia Bar (Bar No.: 366757) | Dec. 13, 1982 | Active / Good Standing |
| Pennsylvania Bar | Nov. 19, 1996 | Inactive |

141354734.1