# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY | CIVIL ACTION |
| VERSUS | NO: 19-11790 |
| NATIONAL BOARD OF EXAMINERS | SECTION: T |

### ORDER

Before the Court is Plaintiff's Motion for Leave to File Supplemental Exhibits 24 and 25 (Rec. Doc. 8),

Accordingly, **IT IS ORDERED** that the plaintiff's Motion for Leave to File Supplemental Exhibits is hereby GRANTED.

New Orleans, Louisiana, this 5th day of August 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE