

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY | CIVIL ACTION |
| VERSUS | NO: 19-11790 |
| NATIONAL BOARD OF EXAMINERS | SECTION: T |

## ORDER

Before the Court is Robert A. Burgoyne's Motion to Appear *Pro Hac Vice* for Defendant National Board of Medical Examiners pursuant to LR 83.2.5, (Rec. Doc. 16),

Accordingly, **IT IS ORDERED** that the requirement of LR 83.2.5 that the motion be filed by counsel of record who is a member of the bar of this Court is waived, and the Motion to Appear *Pro Hac Vice* is GRANTED.

New Orleans, Louisiana, this 5th day of August 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE