# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 19-11790 |
| | ) |
| v. | ) Judge:  The Hon. Greg G. Guidry |
| | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) **UNDER SEAL** |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that defendant National Board of Medical Examiners ("NBME") appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Fifth Circuit from the Order of this Court entered on August 5, 2019 (Doc. No. 20), granting plaintiff Meaghan Doherty's application for a preliminary injunction (Doc. No. 1).

Dated:  August 9, 2019                          Respectfully submitted,


/s/   Robert A. Burgoyne

Robert A. Burgoyne
(admitted pro hac vice)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

27740597.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Appeal on all counsel of record by placing a copy of same in the United States mail, postage prepaid, addressed to:

William Martin McGoey
1828 Rose Street
Arabi, Louisiana  70032

Frances M. Olivier
2341 Metairie Road
Metairie, Louisiana 70001

Counsel for Plaintiff

/s/ Robert A. Burgoyne