UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS,**<br><br>　　　　Defendant. | **CIVIL ACTION NO. 19-11790**<br><br>**JUDGE:** The Hon. Greg. G. Guidry<br><br><u>**UNDER SEAL**</u> |

## <u>DEFENDANT'S MOTION FOR PERMISSION TO HAVE THE APPEAL TRANSCRIPT PREPARED</u>

Defendant National Board of Medical Examiners ("NBME") respectfully moves the Court for an Order granting the Court Reporter permission to prepare a transcript of the preliminary injunction hearing on August 1, 2019, for use in NBME's pending appeal, as well as any future transcripts requested by NBME.  NBME has been informed that, because this case is under seal, the Court Reporter may not prepare the appeal transcript absent an Order of this Court permitting her to do so.  NBME respectfully requests that this Court grant this Motion by **August 16, 2019**, because the Court Reporter has indicated that it will take her several days to prepare the transcript.

145363316.1

Dated: August 15, 2019.                     Respectfully submitted,


                                            By: /s/   Robert A. Burgoyne
                                                Robert A. Burgoyne (*Admitted Pro Hac Vice*)
                                                700 Thirteenth Street, N.W. Suite 600
                                                Washington, DC  20005-3960
                                                Tel: 202-654-1744
                                                Fax.: 202-624-9548
                                                RBurgoyne@perkinscoie.com

                                            *Counsel for National Board of Medical Examiners*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, a copy of the forgoing Motion was filed by email with the Clerk of the Court. Notice of this filing will be sent to all counsel of record by email.

Dated: August 15, 2019                                     Respectfully submitted,


                                             By: /s/   Robert A. Burgoyne
                                             Robert A. Burgoyne, (*Admitted Pro Hac Vice*)
                                             700 Thirteenth Street, N.W. Suite 600
                                             Washington, DC  20005-3960
                                             Tel: 202-654-1744
                                             Fax.: 202-624-9548
                                             RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*

145363316.1