UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>         Defendant. | CIVIL ACTION NO. 19-11790<br><br>JUDGE:  The Hon. Greg G. Guidry<br><br><u>UNDER SEAL</u> |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO HAVE APPEAL TRANSCRIPT PREPARED

The Court, having considered Defendant NATIONAL BOARD OF MEDICAL EXAMINERS' Motion for Permission to Have Appeal Transcript Prepared, hereby ORDERS that the Motion is GRANTED.  The Court Reporter is granted permission to prepare an appeal transcript of the preliminary injunction hearing on August 1, 2019, as well as any future transcripts requested by Defendant.

SO ORDERED and SIGNED this _____ day of _____, 2019.

_____
JUDGE GREG G. GUIDRY
UNITED STATES DISTRICT COURT

145363416.1

Dated: August 15, 2019         Respectfully submitted,

By: /s/   Robert A. Burgoyne
    Robert A. Burgoyne, (*Admitted Pro Hac Vice*)
    700 Thirteenth Street, N.W. Suite 600
    Washington, DC  20005-3960
    Tel: 202-654-1744
    Fax.: 202-624-9548
    RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2019, a copy of the forgoing Motion was filed by email with the Clerk of the Court. Notice of this filing will be sent to all counsel of record by email.

Dated: August 15, 2019      Respectfully submitted,

         By: /s/Robert A. Burgoyne
           Robert A. Burgoyne, (*Admitted Pro Hac Vice*)
           700 Thirteenth Street, N.W. Suite 600
           Washington, DC 20005-3960
           Tel: 202-654-1744
           Fax.: 202-624-9548
           RBurgoyne@perkinscoie.com

         *Counsel for National Board of Medical Examiners*