## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 19-11790**<br><br>**JUDGE: The Hon. Greg G. Guidry**<br><br>**UNDER SEAL** |

## ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO HAVE APPEAL TRANSCRIPT PREPARED

The Court, having considered Defendant NATIONAL BOARD OF MEDICAL EXAMINERS' Motion for Permission to Have Appeal Transcript Prepared, hereby ORDERS that the Motion is GRANTED. The Court Reporter is granted permission to prepare an appeal transcript of the preliminary injunction hearing on August 1, 2019, as well as any future transcripts requested by Defendant.

SO ORDERED and SIGNED this 15th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GREG GERARD GUIDRY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**CLERK TO NOTIFY COURT REPORTER**