UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNDER SEAL**
**PLAINTIFF'S MOTION FOR COSTS**

NOW INTO COURT, comes Plaintiff, Meaghan Doherty, who moves for the taxation of costs as allowed under 42 U.S.C. Section 12205, Federal Rules of Civil Procedure 54(d)(1) and 58(e), Title 28, U.S. Code Sections 1920, 1924 and EDLA Local Rules 54.2, 54.3, 54.3.1. Plaintiff was the prevailing party in this matter filed under the Americans with Disabilities Act.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, on August 15, 2019.

_____
WILLIAM M. MCGOEY