UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNDER SEAL

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS

Plaintiff filed for a preliminary injunction in the ADA case requesting a reasonable accommodation for testing from defendant. After a hearing on the matter, on August 5, 2019 the Honorable Judge Gregory Guidry issued a preliminary injunction preventing defendant from discriminating against plaintiff and ordering that testing accommodations be provided for the scheduled test on August 6, 2019. After receiving the relief she prayed for in her complaint, defendant provided accommodations, as per the Court's order and plaintiff took the USMLE STEP 2 – CK exam with accommodations commencing on August 6 and ending on August 7, 2019. Under Title III of the ADA there is no damage remedy. See Houston v. Marod Supermarkets, Inc. 733 3d 1323, 1329 (11th Cir. 2013). It is well established that when a plaintiff succeeds in bringing

1

a civil rights claim, "she serves as a private attorney general, vindicating a policy that Congress considered of the highest priority." Fox v. Vice, 563 U.S. 826, 833 (2011.) Prevailing parties in ADA actions are entitled not only to an award of attorney's fees, 42 U.S.C. Sec 12205, but reasonable costs.

Accordingly, plaintiff now files this Memorandum and a Bill of Costs with the Clerk of Court. Undersigned counsel for Doherty verifies that all amounts set forth in the Bill of Costs are correct and were necessarily incurred in prosecuting this action. (Affidavit attached as Exhibit A).

The particular items, which may be taxed under each enumerated category have been established by the courts. Plaintiff has identified these amounts on the attached Bill of Costs. The following is an explanation and legal authority for the amount plaintiff is seeking to recover.

### FEES OF THE CLERK

A filing fee is a "fee of the clerk" which is typically allowed as part of costs under section 1920. Card v. State Farm Fire and Casualty Company, 126 F.R.D. 658, 659 (N.D.Miss. 1989). Plaintiff seeks reimbursement of the $400.00 paid to the clerk to file the initial complaint. (See Exh. A).

### SERVICE COSTS

Given that plaintiff had to serve defendant on an expedited basis and could not wait for the time allowed by the waiver of service process contained in Federal Rule of Civil Procedure 4, the cost of having a private process server serve defendant upon its Washington DC registered agent, the corporate home office in Philadelphia (Pennsylvania state law does not provide for

registered agents for service of process), and defendant's appointed counsel, these service of process costs were necessary costs that may be assessed and taxed as costs.

## COPY COST

The cost of copying materials reasonably necessary for use in a case is taxable. 28 U.S.C. 1920.

Thus, $425.50, the cost of copying the initial pleadings for service and for transmittal under seal along with the copying the trial judge's and counsels' bench books is taxable. The bench books were prepared as an aid to the court in order to ensure an orderly presentation at the hearing and assist with the parties' exhibit objections. The bench books were used by the judge, the law clerk, the witness, and counsel so that the exhibits could be viewed in conjunction with the hearing testimony. The $452.50 in copying costs is attested to in counsel's affidavit.

## CONCLUSION

WHEREFORE, Doherty respectfully requests that the items set forth in the Bills of Costs, totaling $1781.60, be taxed to defendant and that these costs be included in the court's judgment.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system when not under protective seal, on August 15, 2019.

_____
WILLIAM M. MCGOEY