UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNDER SEAL

AFFIDAVIT OF COSTS

BEFORE ME, the undersigned Notary Public, duly commissioned in and for the Parish of Jefferson, State of Louisiana personally came and appeared:

**FRANCES M. OLIVIER, ATTORNEY,** and

Co-counsel for Plaintiff, Meaghan Doherty, in the above captioned matter, who swears:

1. That the submitted "Bill of Costs" is correct--all items included have been necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

2. The cost for filing initial pleadings for TRO and Preliminary Injunction was $400.00 which was paid by the Law Office of Frances M. Olivier, LLC.

3. That cost of service of various orders and pleadings in this matter total $929.10 as per the attached invoices which charges were paid by the Law Office of Frances M. Olivier, LLC.

4. That 4525 pages were copied in presentation of the case and that copies are charges at .10 apiece for a total of $452.50; all of the copies were made on the US COPY copier located at

1

**COSTS - EXHIBIT A, Page 1**

the Law Office of Frances M. Olivier, LLC and included copies for manual filings and bench books.

5. That she has personal knowledge of these facts.

*Frances M. Olivier*
FRANCES M. OLIVIER

SWORN TO AND SUBSCRIBED BEFORE ME ON
THIS 12th DAY OF August, 2019.

*Danielle L. Mariche*
NOTARY PUBLIC

NAME: Danielle L. Mariche
NOTARY /BAR ROLL NO.: 92603 / 33960

2



Address: 3815 VETERANS BLVD
METAIRIE
LA 70002
Location: MSYKK
Device ID: -BTC01
Transaction: 940237161829

FedEx Standard Overnight
708621897533  0.8 lbs. (S)  36.65
Declared Value  10
Recipient Address:
REBECCA BOND, CIVIL RIGHTS DIV
DISABLITY RIGHTS SECTION
950 PENNSYLVANIA AVE NW
US DEPARTMENT OF JUSTICE
Washington, DC 20530
2023070663

Scheduled Delivery Date 7/23/2019

Pricing option:
ONE RATE

3PM

Package Information:
FedEx Envelope

FedEx Priority Overnight
708621922343  0.8 lbs. (S)  49.85
Declared Value  10
Recipient Address:
LEGAL DEPARTMENT
NATONAL BOARD OF MEDICAL EXAMINERS
3750 MARKET ST
Philadelphia, PA 19104
2155909500

Scheduled Delivery Date 7/23/2019

Pricing option:
ONE RATE

10:30 AM

Package Information:
FedEx Envelope

Shipment subtotal:  $86.50
Total Due:  $86.50
(S) CreditCard:  $86.50
************9135

H = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Jul 22, 2019 6:51:17 PM

**FRANCES OLIVIER**

**From:** info@taloneinvestigations.com
**Sent:** Wednesday, August 07, 2019 1:08 PM
**To:** FRANCES OLIVIER
**Subject:** Receipt Confirmation from Persist Process and Inv 2019-08-07

Persist Process and Inv
423 S 15th Street
PHILADELPHIA, PA, 19146
2155466080

Date: 2019-08-07
Transaction ID: 3010247802
Ref ID: 19-1373
Purchase Order #:
Card Type: VISA
Account: ************9135
Auth: 085947
Amount: 95.00

Signature:_____

I Frances M. Olivier cardholder agree to pay the above amount according to the card issuer agreement. (Merchant agreement if credit voucher)

Thank You!

Statement 93083                        Page 2 of 2

One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005

**STATEMENT 93083**
Created: Jul 29, 2019

Law Office of Frances M. Olivier, LLC
Frances Olivier
2341 Metairie Rd
Metairie, LA 70001

PAY TO:
One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005

| Invoice | Recipient | Issued | Status | Total | Balance |
|---|---|---|---|---|---|
| 3606517 | Leslie Coletti, Asst. General Counsel | Jul 29, 2019 | Paid | $175.00 | $0.00 |
| 3606465 | Robert A. Burgoyne, Esq | Jul 29, 2019 | Paid | $90.00 | $0.00 |

Total: $265.00
Amount Paid: ($265.00)
Balance Due: $0.00

**Account Summary**

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---|---|---|---|---|---|
| — | — | — | — | — | — |

One Source Process, Inc. • 1133 13th Street NW, Suite C4, Washington, DC 20005

Call: 800-668-5448 • Email: info@onesourceprocess.com • Visit: www.onesourceprocess.com

**COSTS - EXHIBIT A, Page 5**

https://www.servemanager.com/statements/7mqmuCmHM1I9TaoVJtM3ew/readonly     8/11/2019

One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005

INVOICE: 3607773
Issued: Jul 29, 2019
Sent to: Frances Olivier

Law Office of Frances M. Olivier, LLC
Frances Olivier
2341 Metairie Rd
Metairie, LA 70001

PAY TO:
One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005

| Case: | 2:19-cv-11790-GGG-MBN | Plaintiff / Petitioner: | Meaghan Doherty |
|---|---|---|---|
| Job: | 3607773 | Defendant / Respondent: | National Board of Medical Examiners |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| RUSH FEE | National Board of Medical Examiners c/o Agent C.T. Corporation Systems<br>1015 15th St NW Suite 1000<br>Washington, DC 20005 | $25.00 | 1 | $25.00 |
| SERVICE FEE: ATTORNEY/LAW FIRM | National Board of Medical Examiners c/o Agent C.T. Corporation Systems<br>1015 15th St NW Suite 1000<br>Washington, DC 20005 | $65.00 | 1 | $65.00 |
| PRINTING FEE | | $0.10 | 175 | $17.50 |
| PRINTING FEE | | $0.10 | 213 | $21.30 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 29, 2019 | You received a Card payment for $22.04 USD from Frances M Olivier.<br><br>Payment ID<br><br>gurddspnx97xp61jttrvodgq<br>Payment Amount<br><br>$22.04 USD<br>Payment Method<br><br>Card (2002)<br>Payment Date<br><br>29-Jul-2019<br>Invoice::<br>3607773<br><br>Payor Information | ($21.30) |

| | | |
|---|---|---|
| | Frances M Olivier<br>FOlivier@Olivierlawfirm.com<br>5603 Hawthorne Place<br>New Orleans LA 70124<br>USA<br>Business Information<br><br>One Source Process<br>danny.koo@onesourceprocess.com<br>1133 13th Street NW Suite C4<br>Washington DC 20005<br>USA | |
| Jul 29, 2019 | You received a Card payment for $109.99 USD from Frances M Olivier.<br><br>Payment ID<br><br>fnzz14xpeftdimq5w6ov8hov<br>Payment Amount<br><br>$109.99 USD<br>Payment Method<br><br>Card (2002)<br>Payment Date<br><br>29-Jul-2019<br>Invoice::<br>3607773<br><br>Payor Information<br><br>Frances M Olivier<br>folivier@olivierlawfirm.com<br>5603 Hawthorne place<br>New Orleans LA 70124<br>USA<br>Business Information<br><br>One Source Process<br>danny.koo@onesourceprocess.com<br>1133 13th Street NW Suite C4<br>Washington DC 20005<br>USA | ($107.50) |

**For Account Holders**
Please submit payment to our office via check within 30 days.

**For Non-Account Holders**
Pre-payment is required. Please pay the Balance Due using this emailed electronic invoice and by clicking the link below. Service will begin as soon as your balance is paid. Please note: eCheck payments do not incur any fees and credit card payments incur a 1.99% + $.30 processing fee. Click here to pay invoice online

***All cancellations will incur a 10% processing fee.

Total: $128.80
Amount Paid: ($128.80)
Balance Due: $0.00

One Source Process, Inc. • 1133 13th Street NW, Suite C4, Washington, DC 20005

**COSTS - EXHIBIT A, Page 7**

https://www.servemanager.com/invoices/flNB1Djx77NvcNMTCWdt4Q/readonly                  8/11/2019

One Source Process, Inc.  
1133 13th Street NW, Suite C4  
Washington, DC 20005

INVOICE: 3609059  
Issued: Jul 29, 2019  
Sent to: Frances Olivier

Law Office of Frances M. Olivier, LLC  
Frances Olivier  
2341 Metairie Rd  
Metairie, LA 70001

PAY TO:  
One Source Process, Inc.  
1133 13th Street NW, Suite C4  
Washington, DC 20005

| Case: | 2:19-cv-11790-GGG-MBN | Plaintiff / Petitioner: | Meaghan Doherty |
| Job: | 3609059 | Defendant / Respondent: | National Board of Medical Examiners |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| PRINTING FEE | | $0.10 | 388 | $38.80 |
| RUSH FEE: EXPEDITED | National Board of Medical Examiners Company: 3750 Market St Philadelphia, PA 19104 | $50.00 | 1 | $50.00 |
| SERVICE FEE | National Board of Medical Examiners Company: 3750 Market St Philadelphia, PA 19104 | $125.00 | 1 | $125.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Jul 29, 2019 | You received a Card payment for $218.45 USD from Frances M Olivier. Payment ID d7db23yt1l3oqeli7le6d0nv Payment Amount $218.45 USD Payment Method Card (2002) Payment Date 29-Jul-2019 Invoice: 360959 Payor Information | ($213.80) |

**COSTS - EXHIBIT A, Page 8**

Frances M Olivier
FOlivier@Olivierlawfirm.com
5603 Hawthorne Place
New Orleans LA 70124
USA
Business Information

One Source Process
danny.koo@onesourceprocess.com
1133 13th Street NW Suite C4
Washington DC 20005
USA

**For Account Holders**
Please submit payment to our office via check within 30 days.

**For Non-Account Holders**
Pre-payment is required. Please pay the Balance Due using this emailed electronic invoice and by clicking the link below. Service will begin as soon as your balance is paid. Please note: eCheck payments do not incur any fees and credit card payments incur a 1.99% + $.30 processing fee. Click here to pay invoice online

***All cancellations will incur a 10% processing fee.

| | |
|---|---|
| Total: | $213.80 |
| Amount Paid: | ($213.80) |
| Balance Due: | $0.00 |

One Source Process, Inc. • 1133 13th Street NW, Suite C4, Washington, DC 20005

Call: 800-668-5448 • Email: info@onesourceprocess.com • Visit: www.onesourceprocess.com

One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005

INVOICE: 3630736
Issued: Aug 5, 2019
Sent to: Frances Olivier

Law Office of Frances M. Olivier, LLC
Frances Olivier
2341 Metairie Rd
Metairie, LA 70001

PAY TO:
One Source Process, Inc.
1133 13th Street NW, Suite C4
Washington, DC 20005

| Case: | 2:19-cv-11790-GGG-MBN | Plaintiff / Petitioner: | Meaghan Doherty |
| Job: | 3630736 | Defendant / Respondent: | National Board of Medical Examiners |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| RUSH FEE: ASAP | | $75.00 | 1 | $75.00 |
| SERVICE FEE: ATTORNEY/LAW FIRM | Robert A Burgoyne, Esq<br>Perkins Coie, LLP:<br>700 13th St NW Suite 600<br>Washington, DC 20005 | $65.00 | 1 | $65.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Aug 5, 2019 | You received a Card payment for $143.15 USD from Frances M Olivier.<br><br>Payment ID<br><br>8tknd8igam0wl8sy5w0s39ay<br>Payment Amount<br><br>$143.15 USD<br>Payment Method<br><br>Card (2002)<br>Payment Date<br><br>05-Aug-2019<br>Invoice::<br>3630736<br><br>Payor Information<br><br>Frances M Olivier<br>Folivier@olivierlawfirm.com<br>5603 Hawthorne Place<br>New Orleans LA 70124 | ($140.00) |

USA
Business Information

One Source Process
danny.koo@onesourceprocess.com
1133 13th Street NW Suite C4
Washington DC 20005
USA

**For Account Holders**
Please submit payment to our office via check within 30 days.

**For Non-Account Holders**
Pre-payment is required. Please pay the Balance Due using this emailed electronic invoice and by clicking the link below. Service will begin as soon as your balance is paid. Please note: eCheck payments do not incur any fees and credit card payments incur a 1.99% + $.30 processing fee. Click here to pay invoice online

***All cancellations will incur a 10% processing fee.

| | |
|---|---|
| Total: | $140.00 |
| Amount Paid: | ($140.00) |
| Balance Due: | $0.00 |

One Source Process, Inc. • 1133 13th Street NW, Suite C4, Washington, DC 20005

Call: 800-668-5448 • Email: info@onesourceprocess.com • Visit: www.onesourceprocess.com