UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: (5) NORTH |
| | * | |

* * * * * * * * * * * * * * * * * *

UNDER SEAL
NOTICE OF SUBMISSION

Please take notice that plaintiff, Meaghan Doherty, hereby submits the Motion to Tax Costs along with Bill of Costs to the Clerk of Court, United States District Court for the Eastern District of Louisiana on August 30, 2018 at 1:00 p.m.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, on August 15, 2019.

_____
WILLIAM M. MCGOEY