UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L.A.

2019 AUG 15 P 4: 15

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: T (Guidry) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: 5 (North) |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * * * * *

UNDER SEAL

MOTION FOR ATTORNEY'S FEES

Plaintiff, Meaghan Doherty, moves for reasonable attorney's fees and costs[1] pursuant to 42 U.S.C. 12205.

Respectfully submitted,

WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

---

[1] Plaintiff has filed a separate Motion to Tax Costs/Bill of Costs with the Clerk pursuant to Local Rule 54.3 and 54.3.1.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via email and U.S. First Class mail postage prepaid and properly addressed on August 15, 2019.

_____