UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| VERSUS | * | JUDGE: (T) GUIDRY |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: (5) NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNDER SEAL**

**AFFIDAVIT OF WILLIAM M. MCGOEY**

BEFORE ME, the undersigned authority personally appeared **William M. McGoey**, who before me, was duly sworn deposed and said that the following is true and correct under penalty of perjury and based on his own personal knowledge:

I am an attorney licensed to practice law in Louisiana. My law office is located in St. Bernard Parish, Louisiana.

I graduated from the LSU Law Center in 1984 and clerked for the Third Circuit Court of Appeals for one year.

I have been practicing labor and employment law since 1985. I was a partner in the law firm of Post, Reinhardt, Zeringue and McGoey (ultimately, Reinhardt & McGoey), where for many years I spent the majority of my time handling labor and employment matters. I also handled various other types of civil litigation. Thereafter I practiced with Evans & Clesi, and the Chopin, Wagar firms for several years, where I spent approximately 50% of my time handling labor and employment matters. From 2004 to 2006, I practiced as a special partner with the Law Office of Barbara Ryniker

1



Evans, where I handled exclusively employment and labor matters on the management side 90% of time.

Post-Hurricane Katrina I joined the Baton Rouge firm of Casteel & Associates in 2006, where I practiced primarily trucking litigation and some employment and labor law. In 2010, I accepted a position as St. Bernard Parish Government's Legal Counsel (Parish Attorney), where I handled governmental civil matters full-time and retained a limited private civil practice.

I am presently a St. Bernard Parish Assistant District Attorney, with responsibility for civil and criminal matters. I still handle employment and labor matters in private practice.

Throughout my career, I have made numerous seminar speeches ( in excess of thirty) on employment law topics, including the Americans with Disabilities Act, for such organizations as the American Bar Association (National Conference), the Louisiana State Bar Association, the Federal Bar Association, the New Orleans Bar Association, LSU's Law Center, Loyola's Law School, the 34th JDC Bar Association, The Defense Research Institute (National Conference), Council on Education and Management, and Lormann Business Center.

I have been nominated by my peers and listed in the Labor and Employment Law sections of such publications as Best Lawyers in America, Louisiana Super Lawyers, Chambers USA America's Leading Business Lawyers, and Corporate Counsel's Annual Guide to Labor and Employment Law Top Lawyers 2001-2002.

I am aware that labor and employment lawyers practicing in this area of law with similar years of experience charge more than $400.00 an hour or more in the New Orleans area.

Most of the employment discrimination cases I accept are handled via contingency fee contracts based on a percentage of the recovered damages. The most recent hourly employment discrimination case I handled, which was an Americans with Disabilities Act retaliation claim, I charged $400.00 an hour.

I have reviewed the EXCEL spreadsheet itemizing the time spent and tasks performed by me in this matter, which is being submitted with the Motion for Attorney's Fees (Exhibit 3) and certify that it accurately reflects the time spent on this matter as reflected by time records kept contemporaneously during the Doherty litigation.

The Exhibit 2 filed with the Motion for Attorney's fees is a copy of the contingency fee agreement I signed with Meaghan Doherty.

I am familiar with Fran Olivier's experience in litigating employment discrimination cases. I have handled several employment discrimination cases, including ADA cases, with her over the last fifteen years. She is an excellent litigator.

William M. McGoey

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 5 DAY OF AUGUST, 2019.

_James M. Olivier #17895_
NOTARY PUBLIC
Frances M. Olivier

3