## CONTINGENCY FEE AGREEMENT

1. This memorializes the agreement (hereinafter "Agreement") made between Meaghan Doherty (hereinafter "Client") and the Law Office of William M. McGoey ("McGoey") on July 16, 2019.

2. McGoey agrees to represent Client in the following matter: Americans with Disabilities Act action to obtain reasonable accommodation in testing from the National Board of Medical Examiners. (hereinafter "the Case").

3. The Client will disclose all pertinent facts which relate to the scope of representation and Client represents that no other attorney or creditor has any interest in the claims referred to in this Agreement.

4. Except as provided in paragraph 5, Client agrees to pay McGoey $400.00 an hour and Frances M. Olivier ("Olivier") $300.00 an hour if their efforts result in Client obtaining a reasonable accommodation in taking the Step 2 NBME exam.

5. McGoey and/or Olivier may recover fees from the Defendant by petitioning the Court for fees and costs to be paid by the Defendant. Should McGoey and Olivier obtain fees through a motion for fees and costs, they will give Client a credit for any fees paid by the defendant.

6. McGoey does not guarantee any specific results and does not provide tax advice.

7. The Client is responsible for all costs which accrue as a result of this Agreement even though McGoey and/or Olivier may advance costs at their sole discretion.

8. The Client hereby grants the Attorney a lien on the recovery of Client by virtue of judgment, settlement, or otherwise. This La. Rev. Stat. 37:218 lien is in addition to the lien on judgments granted to the Attorney in accordance with La. Rev. Stat. 13: 5008. No settlement shall be made or valid unless signed by McGoey and Client.

9. McGoey and Olivier acknowledge that if they prevail in winning a reasonable accommodation and Defendant does not pay attorney fees ordered by the Court, that they will have to wait to be paid until Client begins work as a full-time licensed medical doctor.

10. This Agreement represents the complete agreement between the parties and may not be modified except in writing.

11. Any dispute between the parties will be subject to the exclusive jurisdiction of the State of Louisiana and venue shall be proper only in the State of Louisiana. This Agreement and the rights and obligations between the parties shall be governed by the laws of the



State of Louisiana without regard to the conflicts of law rules of the State of Louisiana. The substantive laws of the State of Louisiana apply despite the requirement under the Louisiana conflicts of law provisions that a different state or country's law applies.

12. McGoey may associate other attorneys, experts, or persons to work on the Case. In particular, McGoey will associate Frances M. Olivier as additional counsel for the Case. If so, McGoey may share fees with Olivier. McGoey may communicate to Olivier the Client's privileged or unprivileged information in McGoey's discretion.

_____
Meaghan Doherty

_____
William M. McGoey