**UNDER SEAL**

Service Provider for all entries: William McGoey; Doherty v. NBME

Hourly Rate: $400

| Date | Service Provided | Time | Amount |
|---|---|---|---|
| 7/16/2019 | Phone conference with client and Olivier re facts, and representation | 0.4 | 160 |
| 7/18/2019 | Meet with client, co-counsel, Fran Olivier to discuss TRO and preliminary injunction | 2.5 | 1000 |
| 7/19/2019 | Review and revise application for preliminary injunction | 0.7 | 280 |
| 7/19/2019 | Phone conference with Fran Olivier re TRO & Preliminary Injunction | 0.1 | 40 |
| 7/19/2019 | Review and revise Memorandum in Support of Application for TRO and Preliminary Injunction | 1.6 | 640 |
| 7/20/2019 | Research Notice Requirements, Rules on Sealing Record and meet with Fran Olivier and client re facts and irreparable harm | 6 | 2400 |
| 7/21/2019 | Prepare TRO Order | 0.6 | 240 |
| | Prepare Certificate of Counsel | 0.4 | 160 |
| 7/22/2019 | Phone conference with Fran Olivier re TRO & Preliminary Injunction | 0.1 | 40 |
| 7/22/2019 | Draft letter to R. Bond USDOJ enclosing pleadings | 0.3 | 120 |
| 7/23/2019 | Draft letter to NBME Legal Department re pleadings filed | 0.2 | 80 |
| | Revise Certificate of Counsel | 0.3 | 120 |
| | Phone conference with Fran Olivier re TRO & Preliminary Injunction | 0.2 | 80 |
| | 1st Follow-up call to Olivier re TRO & Preliminary Injunction | 0.2 | 80 |
| | 2nd Follow-up call with Olivier re TRO & Preliminry Injunction | 0.2 | 80 |
| | Review email from Leslie Colletti in-house counsel for NBME | 0.1 | 40 |

EXHIBIT 3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/24/2019 | Phone conference with Fran Olivier re Colleti email | 0.2 | 80 |
| | Phone conference with Fran Olivier re planned call to defense counsel Robert Burgoyne | 0.4 | 160 |
| | Phone conf. w/ Olivier re strategy re settlement & issues w/h notice and service | 0.8 | 320 |
| | Phone conf. w/ Olivier re strategy | 0.2 | 80 |
| 7/25/2019 | Follow-up phone conf. w/ Olivier re strategy | 0.3 | 120 |
| | Review email from Olivier re Court's receipt of TRO application | 0.1 | 40 |
| | Receive emails re exhibits | 0.3 | 120 |
| | Review all exhibits | 1.8 | 720 |
| | Receipt and review email from Oliver re Cert. of Counsel re delivery to defendant | 0.1 | 40 |
| | Phone conference with client re facts | 0.1 | 40 |
| | Follow-up phone conf. w/ client | 0.1 | 40 |
| | Review faxed letter to Judge | 0.1 | 40 |
| 7/26/2019 | Review email from Olivier to Burgoyne re fax to Judge re Supp. Notice to Def. | 0.1 | 40 |
| | Phone Conf. w/ Olivier re possible hearing and scheduling | 0.5 | 200 |
| | Phone conf. w/client re potential hearing and preparation requirements | 0.4 | 160 |
| | Phone conference with Olivier re notice and hearing | 0.3 | 120 |
| | Receive Summons from Court via U.S. Mail | 0.1 | 40 |
| 7/27/2019 | Review email from Fran re research on medical school accommodations | 0.1 | 40 |
| 7/28/2019 | Review article re dyslexia and accommodations | 0.2 | 80 |
| | Prepare client for Direct Examination | 3.5 | 1400 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Research service issue | 0.3 | 120 |
| | Review and Revise Affidavit | 0.6 | 240 |
| | Prepare client for Direct Examination | 2 | 800 |
| 7/29/2019 | Phone conf. w/ Olivier re preparation for hearing | 0.2 | 80 |
| | Phone calls to doctor's office re records | 0.3 | 120 |
| | Review email from Bridget at Court re signed order to file under seal | 0.1 | 40 |
| | Review Order to file documents under seal | 0.1 | 40 |
| | Review Summons | 0.1 | 40 |
| | Review email from Olivier to Burgoyne re documents w/ PACER numbers for hearing | 0.1 | 40 |
| | Review multiple emails from Olivier re PACER stamped Exhibits | 0.8 | 320 |
| | Prepare Direct Exam written questions | 1.8 | 720 |
| | Research agents for service of process | 0.3 | 120 |
| 7/30/2019 | Review 3 emails from Olivier to Dedra Pongracz at Court re service and order for hearing | 0.3 | 120 |
| | Prepare client for Direct Examination | 1.5 | 600 |
| | Review email from Burgoyne | 0.1 | 40 |
| 7/31/2019 | Revise written Direct Examination questions | 1.7 | 680 |
| | Prepare client for Direct Examination | 3 | 1200 |
| | Make further revisions to Direct Examination Questions | 1.2 | 480 |
| | Review email form Burgoyne re missing document | 0.1 | 40 |
| | Review email from Olivier to Burgoyne re documents & Order sealing documents | 0.1 | 40 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Review email from Olivier re Affidavits of service of court order and summons | 0.1 | 40 |
| | Review email from Olivier to both defense counsel re tabbed exhibits and def. phone participation | 0.1 | 40 |
| | Review email from Pongracz to Olivier re proofs | 0.1 | 40 |
| | Review email from Olivier to Burgoyne copying documents sent to Court | 1.8 | 720 |
| 8/1/2019 | Prepare Direct Exam w/ client before hearing | 0.3 | 120 |
| | Review Oral argument outline | 3.1 | 1240 |
| | Attendance and representation at Preliminary Injunction hearing | 1 | 400 |
| | Review and revise Post Trial Memorandum and phone calls to Olivier | 0.1 | 40 |
| 8/2/2019 | Review email from Burgoyne re memo | 0.4 | 160 |
| | Review Defendant's Post-trial Memo | 4.7 | 1880 |
| 8/5/2019 | Rev. Order, Calls to Burgoyne,Prometric (test co.) Court, client & issue 3 services to enfore Ct. Order | | |
| 8/7/2019 | Phone conf. w/Olivier re Attny fees and costs | 0.3 | 120 |
| | Research cases for attorney's fees motion and costs motion | 1.4 | 560 |
| 8/10/2019 | Meet w Olivier re preparation of Bill of Costs and Motion for attorney fees | 1 | 400 |
| | Research for Memorandum in Support of Motion for Attorney's fees | 1.2 | 480 |
| 8/12/2019 | Prepare Affidavit in Support of Motion for Attorney's fees | 1.2 | 480 |
| | Prepare Memorandum in Support of Motion for Attorney's fees | 1.4 | 560 |
| | Phone Call with Leo Juran re Attorney Affidavit | 0.2 | 80 |
| 8/13/2018 | Revise McGoey Affidavit re Attorney's fees | 0.3 | 120 |
| 8/14/2019 | Revise Memorandum in Support of Motion for Attorney's fees | 2.1 | 840 |

| | | |
|---|---|---|
| Revise and edit EXCEL spread sheet of attorney time | 0.4 | 160 |
| Prepare Motion For Attorney's fees | 0.3 | 120 |
| Prepare Notice of Submission For Attorney's fees | 0.2 | 80 |
| Prepare Proposed Order on Attorney's fees | 0.2 | 80 |
| TOTAL | 60.3 | 24120 |