UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| VERSUS | * | JUDGE: (T) GUIDRY |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: (5) NORTH |

* * * * * * * * * * * * * * * * *

UNDER SEAL

AFFIDAVIT OF FRANCES M. OLIVIER

BEFORE ME, the undersigned authority personally appeared **FRANCES M. OLIVIER**, who before me, was duly sworn deposed and said that the following is true and correct and based on her own personal knowledge:

1. I have been an actively practicing licensed attorney in the State of Louisiana for over 32 years.

2. I graduated from Yale College in 1981 and Tulane Law School in 1986, where I served on the Moot Court Board and won outstanding Senior Board member.

3. Immediately after law school, I served as an Assistant District Attorney in the Parish of Orleans, under the Hon. Harry Connick, Sr. from 1986 to 1990. During my tenure as an ADA, I tried over 50 jury trials for felonies and well over 100 judge trials for felonies and misdemeanors.

4. In 1990, I became one of the first in-house trial attorneys hired in the New Orleans area for GEICO Insurance who at the time was just beginning

1


EXHIBIT 4

their in-house counsel program. As such, I handled cases in all jurisdictions across Southeast Louisiana from the inception through trial, and appeal, if necessary.

5. In the beginning of 1999, I was recruited by Boyd Gaming, a national gaming company, to serve as local in-house counsel at their property, Treasure Chest Casino. There I worked with Human Resources, handling all labor and employment issues, and participating in any ensuing litigation. As one of the largest employers in Jefferson Parish, the bulk of my work involved employment litigation. Additionally, I served on the Executive Committee, and handled some cases pre-suit as well as after cases were filed. I was also responsible for hiring, monitoring and directing outside counsel. As a part of that duty, I reviewed all legal bills for accuracy and fairness. I am familiar with attorney billing processes.

6. In the fall of 2003, I opened my own practice, the Law Office of Frances M. Olivier, LLC. I have been in solo practice, handling lawsuits primarily on behalf of plaintiffs in State and Federal courts. After Hurricane Katrina, I worked on several plaintiffs' committees established by the Louisiana Association of Justice, to fashion rules and precedents to efficiently handle the onslaught of litigation following the disaster.

7. For the last 15 years, I have represented numerous plaintiffs, along with my co-counsel, William M. McGoey in employment discrimination matters, including cases involving ADA violations at both the State and Federal levels.

8. My practice is primarily operated on a contingency fee basis. However, when requested to provide hourly work, I routinely charge between $250.00 and $350.00 per hour depending on the complexity and urgency of the legal issues.

9. I have reviewed the EXCEL spreadsheet itemizing the time spent and tasks performed by me in this matter, which is being submitted with the Motion for Attorney's Fees and certify that it accurately reflects the time spent on this matter as reflected by time records kept contemporaneously during the Doherty litigation.

10. I am familiar with the expertise that William M. McGoey has in the field of labor and discrimination law and routinely employ him as co-counsel in any matters that involve discrimination. I have found that he is well respected by the Federal Bench for his knowledge, experience and professionalism particularly when handling employment and discrimination cases.

11. I swear this to be true and correct under the penalty of perjury.

_____
Frances M. Olivier

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 15 DAY
OF AUGUST, 2019

_____
NOTARY PUBLIC

WILLIAM MARTIN MCGOEY
Louisiana Notary Public ID# 12496
LSBA #14205
Commissioned for life

3