UNDER SEAL

Doherty vs. EDLA CV 19-11790

| Person | Date | Description | FMO TIME | |
|---|---|---|---|---|
| FMO | 7/16/2019 | Talked to client extensively about testing dates; ERAS; Match information; Tulane Med. School requirements; Research ADA testing accomodations; drafted and edited ADA law section of brief. Conferred with Co-counsel and edited initial section of brief. Telephone calls with | 8.4 | |
| FMO | 7/17/2019 | Researched case law on ADA accomodations- began writing brief on Accomodations law. | | 7.6 |
| FMO | 7/18/2019 | Research and assembly of documents for disability section of brief; Meeting with co-counsel to review all the documents and discuss strategy based on research thus far. | | 7.4 |
| FMO | 7/19/2019 | Research and writing- DOJ ruling; amendments to ADA; Barlett case; First Draft of brief. Phone conference with WMM (.1) | 7.5 | |
| FMO | 7/20/2019 | Drafted Motion for Under Seal; researched irraparable harm; researched notice requirements for TRO and PI; | 8.0 | |
| FMO | 7/21/2019 | Talked to client extensively about testing dates; ERAS; Match information; Tulane Medical School requirements; Research irraparable harm; drafted and edited irraparable harm section of brief. Conferred with Co-counsel and edited final version of briefs and motions. | 9.0 | |
| FMO | 7/22/2019 | Final edits and review of last draft of pleadings; preparation for hand filing and Fed Express. Phone conference with WMM (.1) | 2.8 | |
| FMO | 7/23/2019 | Obtained Fed Ex confirmation of receipt. Preparation and Filing of Certificate of Service. Several phone calls with WMM. (.6) | 1.5 | |
| FMO | 7/24/2019 | Receipt and review of email from NBME; Phone conversation with WMM (1.4); Review of service requirements;conversation with client( .1); | 1.6 | |
| FMO | 7/25/2019 | Receipt and review of Court's Order to File under Seal. Emails to opposing counsel to transmit the Order. Phone call with WMM (.5); | 0.7 | |
| FMO | 7/26/2019 | Phone call from Clerk (.1); preparation of requested letter conveying requested information; Receipt of Order setting Hearing ; Email of Order; Emails to Clerk; Phone calls with WMM (.8) and client (.1). | 2.3 | |
| FMO | 7/28/2019 | Preparation of Direct Examination; Preparation of Motion to Supplement Exhibits; Preparation of Sworn Affidavit of Plaintiff regarding information conveyed to Clerk on Friday July 26, 2019; Researched and prepared to serve order and Summons. Met with plaintiff and WMM to prepare for hearing. | 4.5 | |

EXHIBIT 5

Doherty vs.  EDLA CV 19-11790

| | | | | | |
|---|---|---|---|---|---|
| FMO | 7/29/2019 | Requested Court to Issue Additional Summons. Final draft for filing on Motion for Leave to File Supplemental Exhibits. Communicated with Process Servers to have the Judge's Order served in Philadelphia and Washington DC; Prepared and Uploaded the entire pleadings to be served in Philadelphia and DC. Transmitted Court Marked documents to opposing counsel as they were received from Court's clerk. PHone conference with WMM (.2) | 4.6 | |
| FMO | 7/30/2019 | Drafted Certificate of Service and attaching Affidavit of Service; Emailed Court's Clerk - Ms. Dedra Pongranz all notice and service documents. | 1.7 | |
| FMO | 7/30/2019 | Evening Witness Preparation - began assembly of exact documents for Trial Binders; | 2.5 | |
| FMO | 7/30/2019 | Telephone conversation with WMM | 2.5 | |
| FMO | 7/31/2019 | Final Hearing preparation in conjunction with trial binder prepartion; cross referencing Exhibits with Court Document numbers; Reviewed emails from Mr. Burgoyne; Assembled all service documents. | 1.8 | |
| FMO | 7/31/2019 | Met and Reviewed testimony with plaintiff - pre- hearing | 1.7 | |
| FMO | 8/1/2019 | Attendance and participation in Hearing on Prelimary Injunction | 3.1 | |
| FMO | 8/1/2019 | Drafting and Editing Post Hearing Memorandum; telephone conference with WMM on revisions. | 4.4 | |
| FMO | 8/2/2019 | Final editing of Post-Trial Memo for hand delivery; Review of Opponents' memorandum | 1.6 | |
| FMO | 8/5/2019 | Received Judge's Order; Transmitted to NMBE and Opposing Counsel via email. Called plaintiff and WMM; Telephone Call Disability Services; Telephone call Prometric; Arranged Service of Order; Spoke to Client; Spoke to Co-counsel; Email to stakeholders; | 4.3 | |
| FMO | 8/9/2019 | Review Notice of Appeal; Preparation of Bill of Costs; Affidavit; Motion, Memorandum, Notice of Submission | 1.3 | |
| FMO | 8/12/2019 | Preparation of Supporting Documents including Affidavit of Experience for Motion for Attorney's Fees. | 0.8 | |
| FMO | 8/13/2019 | TOTAL | 91.6 | |

TOTAL FMO @ $300.00 per hour

########

$0.00

GRAND TOTAL:

$27,480.00