# A F F I D A V I T

**STATE OF LOUISIANA**                                                                 **PARISH OF JEFFERSON**

BEFORE ME, the undersigned authority, personally appeared M. L. Juran, who upon being duly sworn, did state that the following is true and correct and based on his own personal knowledge:

I.

I am an attorney licensed to practice law in Louisiana. My law office is located in Metairie, Louisiana.

II.

I will have been practicing labor and employment law for fifty years as of September 5, 2019. I began my practice in the New Orleans area with the Kullman Law Firm, which is recognized as one of the premier labor and employment firms in the southern United States.

III.

I have been admitted to practice in Louisiana since September 5, 1969 and have been handling labor and employment cases for more almost fifty years.

IV.

I am familiar with the work and reputation of William M. McGoey in the area of discrimination law. He is known as one of the premier employment discrimination lawyers in New Orleans.

V.

I have worked with Mr. McGoey on employment law cases in federal court involving claims under Title VII of the Civil Rights Act of 1964, as amended and the Family Medical Leave Act, and have worked with him also on a case alleging violation of the Americans With



EXHIBIT 6

Disabilities Act, as amended and incorporated in the Rehabilitation Act of 1973, as amended. Further, I have worked with Mr. McGoey in federal appellate litigation on a case involving alleged emotional distress damages sought under the Federal Tort Claims Act by a physician terminated from federal employment. Based on the foregoing as well as numerous consultations with him over the years regarding a variety of federal and state employment law cases, I can attest that Mr. McGoey is an excellent, knowledgeable practitioner in the area of discrimination/civil rights law

VI.

Mr. McGoey's preeminence as an employment lawyer is reflected in his selection to speak on various employment law topics at meetings of the Labor and Employment Law Section of the Louisiana State Bar, and of the local ABA/EEO Committee for Liason with EEOC, OFCCP, and DOJ. Moreover, Mr. McGoey is held in high regard among labor and employment law practitioners because of his stellar professionalism and adherence to a high ethical standard. As competitive as employment lawyers can be, I have never ever heard a negative comment about Mr. McGoey from any employment lawyer representing either employees or management, plaintiffs or defendants. Mr. McGoey is universally recognized for his sense of fairness, congeniality, and collegiality under all circumstances, even as he vigorously and capably represents his clients.

VII.

Based upon my knowledge of his reputation, his legal experience and ability, and my knowledge of what lawyers of similar ability and experience in the New Orleans market charge, I believe $400.00 per hour is a truly reasonable rate for his time in discrimination cases.

## VIII

I have had occasion to handle discrimination cases for aggrieved individuals for many years and I am aware that it can be very difficult for such individuals to find knowledgeable, experienced employment lawyers who are available and willing to represent them in disability discrimination/reasonable accommodation cases due to the degree of difficulty and the economic factors in accepting such cases.

I swear that the above and foregoing statements are true and correct to the best of my knowledge and belief.

_____
M. L. JURAN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 14TH DAY
OF AUGUST, 2019.

_____
NOTARY PUBLIC

SCOTT W. SMITH #27091
Notary Public, Parish of Jefferson, State of La.
My Commission is issued for life