UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * * *

UNDER SEAL

NOTICE OF SUBMISSION

Please take notice that plaintiff, Meaghan Doherty, hereby submits her Motion For Attorney's fees before the Honorable, Greg Gerard Guidry, on the 18th day of September, 2019 at 10:00 a.m.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via email and U.S. First Class mail postage prepaid and properly addressed on August 15, 2019.

_____