UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: T (Guidry) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: 5 (North) |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * * *

UNDER SEAL

ORDER

IT IS HEREBY ORDERED THAT plaintiff's Motion for Attorney Fees is granted and that defendant, National Board of Medical Examiners is hereby ordered to pay plaintiff Meaghan Doherty attorney's fees in the amount of $_____ and costs in an amount assessed by the Clerk of Court.

New Orleans, LA, this ____ day of August, 2019.

_____
JUDGE, GREG GERARD GUIDRY
U.S. Eastern District, Louisiana