IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY,** | )<br>) |
| **Plaintiff,** | )<br>) Civil Action No. 19-11790<br>) |
| v. | ) Judge:  The Hon. Greg G. Guidry<br>) |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) **UNDER SEAL**<br>)<br>) |
| **Defendant.** | )<br>) |

### NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant National Board of Medical Examiners ("NBME") hereby moves to dismiss this action for failure to state a claim.  The grounds for this motion are set forth more fully in the memorandum of law filed herewith.

Wherefore, NBME respectfully requests that this action be dismissed and that the Court award NBME such other and further relief as may be appropriate.

Dated:  August 20, 2019                    Respectfully submitted,

/s/   Robert A. Burgoyne
Robert A. Burgoyne
(admitted pro hac vice)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

27740597.1

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that I served the foregoing Motion to Dismiss on all counsel of record by email on this 20th day of August 2019.

                                               /s/ Robert A. Burgoyne