# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY, | ) |
| Plaintiff, | ) Civil Action No. 19-11790 |
| v. | ) Judge:  The Hon. Greg G. Guidry |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) **UNDER SEAL** |
| Defendant. | ) |

## NATIONAL BOARD OF MEDICAL EXAMINERS'
## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the National Board of Medical Examiners' Motion to Dismiss is hereby set for submission before District Judge Greg Guidry on October 16, 2019 at 10:00 a.m.  No hearing is requested.

Dated:  August 20, 2019

Respectfully submitted,

/s/   Robert A. Burgoyne
Robert A. Burgoyne
(admitted pro hac vice)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Submission on all counsel of record by email on this 20th day of August 2019.

/s/ Robert A. Burgoyne

27740597.1