UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>      Defendant. | Civil Action No. 19-11790<br><br>Judge: The Hon. Greg G. Guidry<br><br>**UNDER SEAL** |

**Defendant's Expedited Motion to Clarify and, If Necessary, for a Stay Pending Appeal**

National Board of Medical Examiners ("NBME") respectfully asks this Court to clarify on an expedited basis whether the preliminary injunction entered August 5, 2019 ("Order"), ECF Dkt. No. 20, requires NBME to release Plaintiff Meaghan Doherty's Step 2 Clinical Knowledge ("Step 2 CK") score to Plaintiff, to the Electronic Residency Application Service ("ERAS"), and to other third parties in the ordinary course, when that score is ready to be reported following any such clarification. NBME anticipates that the score would be reportable to Plaintiff on September 4, 2019.

Although Plaintiff requested an injunction that ordered NBME to provide her with extra testing time and release her score, the Order required only that NBME provide Plaintiff 50 percent extra time on the Step 2 CK, beginning on August 6, 2019. Plaintiff has now tested with the extra testing time required by the Court. Subject to clarification to the contrary, NBME understands that it has fulfilled its obligations under the preliminary injunction and need not release Plaintiff's score in the ordinary course, pending a ruling by the U.S. Court of Appeals for the Fifth Circuit on NBME's pending Notice of Appeal from the preliminary injunction.

But if the Court clarifies that its Order was intended to require NBME to release Plaintiff's score after Plaintiff tested with extra testing time, NBME moves to stay the injunction as so clarified pending appeal.  The Order should be stayed because (1) NBME is likely to succeed on the merits of its appeal, (2) NBME will be irreparably harmed absent a stay, (3) Plaintiff will not be substantially injured if a stay issues, and (4) the public interest weighs in favor of a stay.  **NBME respectfully requests an expedited ruling by August 26, 2019** to permit the U.S. Court of Appeals for the Fifth Circuit, if necessary, to decide an emergency stay request from NBME in an orderly manner, without imposing unduly on that Court.

Dated: August 22, 2019                                         Respectfully submitted,

> By: /s/ Robert A. Burgoyne
> Robert A. Burgoyne (*Admitted Pro Hac Vice*)
> Perkins Coie LLP
> 700 Thirteenth Street, N.W. Suite 600
> Washington, DC  20005-3960
> Tel: 202-654-1744
> Fax.: 202-624-9548
> RBurgoyne@perkinscoie.com
>
> *Counsel for National Board of Medical Examiners*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, a copy of the foregoing Expedited Motion to Clarify and, If Necessary, for a Stay Pending Appeal, was filed by email with the Clerk of the Court. Notice of this filing will be sent to all counsel of record by email.

Dated: August 22, 2019          Respectfully submitted,

By: /s/ Robert A. Burgoyne
     Robert A. Burgoyne (*Admitted Pro Hac Vice*)
     700 Thirteenth Street, N.W. Suite 600
     Washington, DC 20005-3960
     Tel: 202-654-1744
     Fax.: 202-624-9548
     RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*

145434552.1