IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY, | ) |
| Plaintiff, | ) Civil Action No. 19-11790 |
| v. | ) Judge: The Hon. Greg G. Guidry |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) UNDER SEAL |
| Defendant. | ) |

### DECLARATION OF MICHAEL BARONE, MD

I, Michael Barone, hereby declare as follows:

1. I am employed by the National Board of Medical Examiners (NBME) as Vice President, Licensure Programs. I am over 18 years of age and, unless otherwise stated, I have personal knowledge of the matters addressed in this Declaration, based upon my job responsibilities, my general familiarity with NBME's operations, my prior experience in medical education or my review of NBME records.

2. In conjunction with the Federation of State Medical Boards, NBME administers the United States Medical Licensing Examination (USMLE) program. Other than the Step 2 Clinical Skills (CS) exam, the USMLE primarily consists of multiple-choice examinations that are taken on a computer in testing centers operated by a third-party vendor, Prometric.

3. After an examinee takes one of the USMLE Steps, including the Step 2 Clinical Knowledge (CK) exam which I understand to be the subject of the lawsuit captioned above, the exam is scored. Examinees receive their scores through their web-based USMLE accounts.

4. It takes approximately four (4) weeks for scores on the Step 2 CK exam to be reported to examinees.

5. It is my understanding that Meaghan Doherty took the Step 2 CK exam on August 6 and August 7, 2019, and that her scores from that administration will be posted to her USMLE account on or before September 4, 2019.

6. Once Ms. Doherty receives her Step score, she can request that the score be submitted, among other records and credentials, as part of her application to residency programs in which she is interested, to continue her graduate medical education.

7. Medical school students and graduates send their records and credentials to residency programs that they wish to apply through the Electronic Residency Application Service (ERAS).

8. ERAS transmits residency applications, letters of recommendation, Medical Student Performance Evaluations (MSPE), medical school transcripts, USMLE transcripts and other supporting credentials to residency program directors through the Internet. The ERAS system is operated by the Association of American Medical Colleges (AAMC), an entity that is not related to NBME.

9. The NBME is responsible for transmitting USMLE transcripts to residency programs through ERAS on behalf of US medical students and graduates. USMLE transcripts contain the complete USMLE examination history for the applicant.

10. When an applicant for a residency position submits a request to have his or her USMLE transcript transmitted through ERAS, the NBME must transmit the transcript within five business days.

11. According to the timeline provided by the AAMC, Ms. Doherty will be able submit her application through ERAS and request that her USMLE transcript, including her Step 2 CK score, be sent to residency programs as early as September 5, 2019.

12. Residency programs can begin reviewing applications from ERAS on September 15, 2019 and generally will invite applicants for interviews on a rolling basis.

13. Thus, if Ms. Doherty's score is released on September 4, and she promptly requests that NBME transmit her USMLE transcript to residency programs through ERAS, residency programs will receive and may begin reviewing her applications and credentials, including her recent Step 2 CK score, as soon as September 15, 2019. From that day forward, residency programs can use her Step 2 CK score to help inform their decisions.

I declare under penalty of perjury that the information provided above is true and correct.

Date: August 15, 2019

*Michael Barone MD* (signature)

Michael Barone, MD

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, a copy of the foregoing Declaration was filed by email with the Clerk of Court. Notice of this filing will be sent to all counsel of record by email.

Dated: August 22, 2019          Respectfully submitted,

By: /s/ Robert A. Burgoyne
    Robert A. Burgoyne (*Admitted Pro Hac Vice*)
    700 Thirteenth Street, N.W. Suite 600
    Washington, DC 20005-3960
    Tel: 202-654-1744
    Fax.: 202-624-9548
    RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*