# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY,** | ) |
| Plaintiff, | ) Civil Action No. 19-11790 |
| v. | ) Judge: The Hon. Greg G. Guidry |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) **UNDER SEAL** |
| Defendant. | ) |

## NATIONAL BOARD OF MEDICAL EXAMINERS'
## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the National Board of Medical Examiners' Expedited Motion to Stay and, If Necessary, for a Stay Pending Appeal, is hereby set for submission before District Judge Greg Guidry on August 26, 2019 at 10:00 a.m.  No hearing is requested.

Dated: August 22, 2019                                    Respectfully submitted,


/s/ Robert A. Burgoyne
Robert A. Burgoyne (*Admitted Pro Hac Vice*)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Tel.: 202-654-1744
Fax.: 202624-9548
RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*

27740597.1
145426556.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, a copy of the foregoing Expedited Motion to Clarify and, If Necessary, for a Stay Pending Appeal, was filed by email with the Clerk of the Court. Notice of this filing will be sent to all counsel of record by email.

Dated: August 22, 2019          Respectfully submitted,

         By: /s/ Robert A. Burgoyne
            Robert A. Burgoyne (*Admitted Pro Hac Vice*)
            700 Thirteenth Street, N.W. Suite 600
            Washington, DC 20005-3960
            Tel: 202-654-1744
            Fax.: 202-624-9548
            RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*