## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS,**<br><br>      **Defendant.** | **Civil Action No. 19-11790**<br><br>Judge:  The Hon. Greg G. Guidry<br><br><u>**UNDER SEAL**</u> |

### Defendant's Motion for Expedited Ruling on its Motion to Clarify and, If Necessary, for a Stay Pending Appeal

The National Board of Medical Examiners ("NBME") respectfully asks this Court for an expedited ruling on NBME's Motion to Clarify and, If Necessary, for a Stay Pending Appeal, which was filed on August 22, 2019.  *See* ECF Dkt. No. 30 ("Motion to Clarify/Stay").  The Motion to Clarify/Stay seeks clarification on an expedited basis whether the preliminary injunction entered August 5, 2019 ("Order"), ECF Dkt. No. 20, was intended to require NBME to release Plaintiff Meaghan Doherty's Step 2 Clinical Knowledge ("Step 2 CK") score to Plaintiff, to the Electronic Residency Application Service ("ERAS"), and to other third parties in the ordinary course.  With the Order so clarified, NBME anticipates that the score would be reportable to Plaintiff on September 4, 2019.

The Order required NBME to provide Plaintiff 50 percent extra testing time on the Step 2 CK. Plaintiff has now tested with the extra testing time required by the Court. Subject to clarification to the contrary, NBME understands that it has fulfilled its obligations under the Order and is not required to release Plaintiff's score pending a ruling by the U.S. Court of Appeals for the Fifth Circuit on NBME's pending Notice of Appeal from the preliminary injunction.

If the Court clarifies that its Order was intended to require NBME to release Plaintiff's score after Plaintiff tested with extra testing time, NBME moves on an expedited basis to stay the injunction as so clarified pending appeal for the reasons set forth in the Motion to Clarify/Stay.

WHEREFORE, NBME respectfully requests that the Motion to Clarify/Stay be decided on an expedited basis by the end of the day on August 26, 2019. An expedited ruling is requested so that NBME can seek an emergency stay of the Order -- on a schedule that does not impose unduly on the Court of Appeals -- if the Order is clarified to require NBME to release Plaintiff's Step 2 CK score on its anticipated reportable date of September 4, 2019. A proposed Order is submitted herewith.

Dated: August 23, 2019

Respectfully submitted,

By: /s/ Robert A. Burgoyne
Robert A. Burgoyne (*Admitted Pro Hac Vice*)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
Tel: 202-654-1744
Fax.: 202-624-9548
RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, a copy of the foregoing Motion for Expedited Ruling on Defendant's Motion to Clarify and, If Necessary, for a Stay Pending Appeal, and a Proposed Order, were filed by email with the Clerk of the Court. Notice of this filing will be sent to all counsel of record by email.

Dated: August 23, 2019          Respectfully submitted,

    By: /s/ Robert A. Burgoyne
       Robert A. Burgoyne (*Admitted Pro Hac Vice*)
       700 Thirteenth Street, N.W. Suite 600
       Washington, DC 20005-3960
       Tel: 202-654-1744
       Fax.: 202-624-9548
       RBurgoyne@perkinscoie.com

*Counsel for National Board of Medical Examiners*