IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEAGHAN DOHERTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Civil Action No. 19-11790<br><br>Judge: The Hon. Greg G. Guidry<br><br>**UNDER SEAL** |

**[PROPOSED] ORDER ON NATIONAL BOARD OF MEDICAL EXAMINERS'
MOTION FOR EXPEDITED RULING**

The Court having considered defendant National Board of Medical Examiners' Motion for an Expedited Ruling on its Motion to Clarify and, If Necessary, for a Stay Pending Appeal, ECF Dkt. No. 30 (Aug. 22, 2019) ("Motion to Clarify/Stay"), and any response to the Motion for an Expedited Ruling, hereby GRANTS the Motion. The Court will take NBME's Motion to Clarify/Stay under submission on August 26, 2019, at 12:30 p.m. Accordingly, any response to the Motion to Clarify/Stay shall be filed no later than 12:30 p.m. on August 26, 2019.

SO ORDERED this 23d day of August 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge