## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Bridget_Gregory@laed.uscourts.gov |
| **Sent:** | Monday, August 05, 2019 11:54 AM |
| **To:** | Burgoyne, Robert (Perkins Coie); William McGoey <bmcgolaw@yahoo. com>; FRANCES OLIVIER |
| **Subject:** | **SEALED** 19-11790 Orders |
| **Attachments:** | SEALED - Order on Supplemental Exhs.pdf; SEALED - Order on Pro Hac Vice.pdf; SEALED - Order on Preliminary Injunction.pdf |

Bridget Gregory
Case Manager for Section "I"
U.S. District Judge Lance M. Africk
504.589.7752

Plaintiff's Exhibit A - p. _____

**FRANCES OLIVIER**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Leslie Coletti |
| **Sent:** | Monday, August 05, 2019 12:35 PM |
| **Subject:** | Relayed: FW: **SEALED** 19-11790 Orders |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Leslie Coletti (LColetti@nbme.org)

Subject: FW: **SEALED** 19-11790 Orders

Plaintiff's Exhibit A - p. ___2___

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | William McGoey <bmcgolaw@yahoo. com> |
| **Sent:** | Monday, August 05, 2019 12:35 PM |
| **Subject:** | Relayed: FW: **SEALED** 19-11790 Orders |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

William McGoey <bmcgolaw@yahoo. com> (bmcgolaw@yahoo.com)

Subject: FW: **SEALED** 19-11790 Orders

1

Plaintiff's Exhibit A - p. ___3___

**FRANCES OLIVIER**

| | |
|---|---|
| From: | Microsoft Outlook |
| To: | Burgoyne, Robert (WDC) |
| Sent: | Monday, August 05, 2019 12:35 PM |
| Subject: | Relayed: FW: **SEALED** 19-11790 Orders |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Burgoyne, Robert (WDC) (RBurgoyne@perkinscoie.com)

Subject: FW: **SEALED** 19-11790 Orders

1

Plaintiff's Exhibit A - p. _____

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | info@taloneinvestigations.com |
| **Sent:** | Monday, August 05, 2019 1:20 PM |
| **To:** | FRANCES OLIVIER |
| **Cc:** | johnpontry@taloneinvestigations.com |
| **Subject:** | RUSH TODAY TO NATIONAL BOARD OF EXAMINERS. |
| **Attachments:** | CREDIT CARD AUTH FORM.doc |

**Importance:**        High

Fran, please fill out the attached form then send over the documents you need served along with your instructions and the address/person/business that needs to be served.

Thank you,
Ly.

**THIS EMAIL ACCT IS MONITORED BY ALL TALONE & ASSOC STAFF**

Talone & Associates
423 South 15th Street
Philadelphia, PA 19146
Voted Best Of - Investigations
Legal Intelligencer 2010, 11, 12, 13, 14 & 2015
215-546-6080
215-546-2412 FAX
info@taloneinvestigations.com

Plaintiff's Exhibit A - p. _____ 5

## FRANCES OLIVIER

**From:** Process Service <service@onesourceprocess.com>
**Sent:** Monday, August 05, 2019 1:22 PM
**To:** FRANCES OLIVIER
**Subject:** Re: Doherty Vs. NBME

Hello,

Thank you for your submission. Your request is being processed. You will receive an invoice for payment in a separate email post haste.

Please submit payment in order to begin service. If you wish to pay by check, please email us a scanned copy of the check prior to mailing.

Regards,
Lawrence

**Service of Process | One Source Process**
P: (800)668-5448 | F: 202-449-4115 | www.onesourceprocess.com
1133 13th St NW, Ste C4, Washington, DC 20005

On Mon, Aug 5, 2019 at 2:15 PM FRANCES OLIVIER <FOlivier@olivierlawfirm.com> wrote:

Please serve on

Robert A. Burgoyne

Perkins Coie LLP

700 Thirteenth Street, N.W. Suite 600

Washington, D.C.  20005-3960

Phone 202-654-1744

Frances M. Olivier

Law Office of Frances M. Olivier, LLC

2341 Metairie Road

Metairie, LA. 70001

Telephone:  (504) 483-6334

1

Plaintiff's Exhibit A - p. _____6_____

**FRANCES OLIVIER**

| | |
|---|---|
| **From:** | Lawrence Coley <notifications@mail.servemanager.com> |
| **Sent:** | Monday, August 05, 2019 1:24 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | [ServeManager] Invoice #3630736 from One Source Process, Inc. |

# Invoice #3630736

**Issued On:** Aug 5, 2019

Thank you for your business!

**For Account Holders**
Please submit payment to our office via check within 30 days.

**For Non-Account Holders**
Pre-payment is required. Please pay the Balance Due using this emailed electronic invoice and by clicking the link below. Service will begin as soon as your balance is paid. Please note: eCheck payments do not incur any fees and credit card payments incur a 1.99% processing fee.

Click here to pay invoice online

*All cancellations will incur a 10% processing fee.

Click here to view the invoice

# Job & Case

**Job:** 3630736

**Priority: Rush**

**Recipient:** Robert A. Burgoyne, Esq

**Case:** 2:19-cv-11790-GGG-MBN

**Plaintiff:** Meaghan Doherty

**Defendant:** National Board of Medical Examiners

**Court:** United States District Court for the Eastern District of Louisiana

**County:** Eastern District

1

Plaintiff's Exhibit A - p. ____7____

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Lawrence Coley <notifications@mail.servemanager.com> |
| **Sent:** | Monday, August 05, 2019 2:20 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | [ServeManager] Job #3630736 Served |

# Served

Lawrence Coley shared a service notification with you:

## Details

**Process Server:** Alexandre Alferov

**Date & Time:** Aug 5, 2019, 3:13 pm EDT

**Service Type:** Authorized

**Description of Service:**

Service made to authorized person

## Recipient

Recipient: Vera Weathersby - Mr Burgoyne's assistant

| | |
|---|---|
| Age: | 40-50 |
| Ethnicity: | African American |
| Gender: | Female |
| Weight: | 160 |
| Height: | 5'7" |
| Hair: | Black |
| Eyes: | Brown |

**Description of Recipient:**

## Service Address

700 13th St NW Suite 600, Washington, DC 20005

## GPS Data

**Mobile Device:** iPhone 12.3.1

**GPS Coordinates:** 38.89863608, -77.02963363

1

Plaintiff's Exhibit A - p. 

GPS Timestamp: Mon Aug 05 2019 15:13:44 GMT-0400 (EDT)

## Job & Case

Job: 3630736

Priority: Rush

Recipient: Robert A. Burgoyne, Esq

Case: 2:19-cv-11790-GGG-MBN

Plaintiff: Meaghan Doherty

Defendant: National Board of Medical Examiners

Court: United States District Court for the Eastern District of Louisiana

County: Eastern District

Documents: Sealed Order

## Shared with you by:

Lawrence Coley
One Source Process, Inc.
lawrence@onesourceprocess.com
800-668-5448

Plaintiff's Exhibit A - p. _9_

## FRANCES OLIVIER

| | |
|---|---|
| From: | Burgoyne, Robert (Perkins Coie) <RBurgoyne@perkinscoie.com> |
| Sent: | Monday, August 05, 2019 2:25 PM |
| To: | FRANCES OLIVIER |
| Cc: | Leslie Coletti; William McGoey <bmcgolaw@yahoo. com> |
| Subject: | RE: Meaghan Doherty  USMLE #5-397-670-0 - URGENT |

I am looking into logistics for implementing this order.

My understanding is that if she shows up at that center tomorrow she would only be allowed a regular administration because that is what is on her permit. She needs a new  permit for testing over two days. NBME issues the permits, so NBME will need to cancel her current permit and issue a new permit reflecting 50% extra time.  Our client is looking into where she could test over two days, and when.  Apparently this is a busy time of year at Prometric centers and they have limited near-term seat capacity.

It appears that there are no seats available for a two-day administration in the general testing area at either of the Metairie testing sites, until September.  There is a separate testing room available for Aug 22 and Aug 23 at one of the locations and I have asked NBME to reserve those dates.

Please advise whether those dates are acceptable.  If they are, we can shift gears to cancelling her existing permit and getting a new permit issued.  Our client is prepared to cancel the current registration immediately and re-issue the permit for accommodated testing.   If there are locations elsewhere where she wants to test, please let us know that too.  It is possible that other centers have available seat time for a time and a half administration.

**From:** FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
**Sent:** Monday, August 5, 2019 3:09 PM
**To:** ehewitson@nmbc.org; swilliams@nmbc.org; disabilityservices@nmbc.org
**Cc:** Leslie Coletti <LColetti@nbme.org>; Burgoyne, Robert (WDC) <RBurgoyne@perkinscoie.com>; William McGoey <bmcgolaw@yahoo. com> <bmcgolaw@yahoo.com>
**Subject:** Meaghan Doherty USMLE #5-397-670-0 - URGENT

To whom it may concern,

We have contacted Prometric, the testing administrator,  to advise them of the Judge's orders (see attached.)  The records must be changed by you to advised that the Accommodations have been approved.
Further, we have been advised that if Meaghan Doherty were to appear for the test tomorrow, she would not be given accommodations.  If she does NOT appear her application would be marked as violation/no show and she will have to reinstate the whole process.
It is vital that this matter be addressed within the next hour.  If we do not hear from someone within the next hour, we will be left with no recourse but to contact the Court.

I understand the short time frame is difficult, but it is also difficult for the applicant.

I await an immediate response.

Fran

1

Plaintiff's Exhibit A - p. ___10___

Frances M. Olivier
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA 70001
Telephone: (504) 483-6334
Facsimile: (504) 483-6344
E-Mail: FOlivier@OlivierLawFirm.com

***CONFIDENTIALITY NOTICE ***

This entire electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the documents.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Plaintiff's Exhibit A - p. _____

# FRANCES OLIVIER

| | |
|---|---|
| **From:** | Burgoyne, Robert (Perkins Coie) <RBurgoyne@perkinscoie.com> |
| **Sent:** | Monday, August 05, 2019 2:44 PM |
| **To:** | FRANCES OLIVIER |
| **Cc:** | Leslie Coletti; William McGoey <bmcgolaw@yahoo. com> |
| **Subject:** | RE: Meaghan Doherty  USMLE #5-397-670-0 – URGENT |

They can't administer the exam to her tomorrow with time and a half.   Nor can the exam be administered to her on Aug 7 and 8 at either of the Metairie testing sites.

I can ask NBME to cancel her permit, which I assume would enable her to look for alternative sites with availability.  Would you like me to do so?


**From:** FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
**Sent:** Monday, August 5, 2019 3:40 PM
**To:** Burgoyne, Robert (WDC) <RBurgoyne@perkinscoie.com>
**Cc:** Leslie Coletti <LColetti@nbme.org>; William McGoey <bmcgolaw@yahoo. com> <bmcgolaw@yahoo.com>
**Subject:** RE: Meaghan Doherty USMLE #5-397-670-0 – URGENT

Meaghan is willing to go anywhere necessary within reason, but she is unable to even check the availability given her current designation.  Only NBME and Prometrics can access that information.

Also, the order says that your client is to give the test tomorrow with accommodations.  We are not really at liberty to deviate.

However, we would be amenable to the August 7 and 8th as testing days but no days beyond those dates.

Meaghan has done all the practice tests available in preparation for the August 6, 2019 testing date.   The dates in late August are not acceptable because she would not get her results in time.

Sincerely,
Billy and Fran



Frances M. Olivier
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA  70001
Telephone:  (504) 483-6334
Facsimile:  (504) 483-6344
E-Mail:  FOlivier@OlivierLawFirm.com


***CONFIDENTIALITY NOTICE ***

Plaintiff's Exhibit A - p. ___/2

This entire electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the documents.

**From:** Burgoyne, Robert (Perkins Coie)
**Sent:** Monday, August 05, 2019 2:25 PM
**To:** FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
**Cc:** Leslie Coletti <LColetti@nbme.org>; William McGoey <bmcgolaw@yahoo. com> <bmcgolaw@yahoo.com>
**Subject:** RE: Meaghan Doherty USMLE #5-397-670-0 - URGENT

I am looking into logistics for implementing this order.

My understanding is that if she shows up at that center tomorrow she would only be allowed a regular administration because that is what is on her permit. She needs a new permit for testing over two days. NBME issues the permits, so NBME will need to cancel her current permit and issue a new permit reflecting 50% extra time. Our client is looking into where she could test over two days, and when. Apparently this is a busy time of year at Prometric centers and they have limited near-term seat capacity.

It appears that there are no seats available for a two-day administration in the general testing area at either of the Metairie testing sites, until September. There is a separate testing room available for Aug 22 and Aug 23 at one of the locations and I have asked NBME to reserve those dates.

Please advise whether those dates are acceptable. If they are, we can shift gears to cancelling her existing permit and getting a new permit issued. Our client is prepared to cancel the current registration immediately and re-issue the permit for accommodated testing. If there are locations elsewhere where she wants to test, please let us know that too. It is possible that other centers have available seat time for a time and a half administration.

**From:** FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
**Sent:** Monday, August 5, 2019 3:09 PM
**To:** ehewitson@nmbc.org; swilliams@nmbc.org; disabilityservices@nmbc.org
**Cc:** Leslie Coletti <LColetti@nbme.org>; Burgoyne, Robert (WDC) <RBurgoyne@perkinscoie.com>; William McGoey <bmcgolaw@yahoo. com> <bmcgolaw@yahoo.com>
**Subject:** Meaghan Doherty USMLE #5-397-670-0 - URGENT

To whom it may concern,

We have contacted Prometric, the testing administrator, to advise them of the Judge's orders (see attached.) The records must be changed by you to advised that the Accommodations have been approved.
Further, we have been advised that if Meaghan Doherty were to appear for the test tomorrow, she would not be given accommodations. If she does NOT appear her application would be marked as violation/no show and she will have to reinstate the whole process.
It is vital that this matter be addressed within the next hour. If we do not hear from someone within the next hour, we will be left with no recourse but to contact the Court.

I understand the short time frame is difficult, but it is also difficult for the applicant.

I await an immediate response.

Plaintiff's Exhibit A - p. _____13_____

Fran

Frances M. Olivier
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA 70001
Telephone: (504) 483-6334
Facsimile: (504) 483-6344
E-Mail: FOlivier@OlivierLawFirm.com

***CONFIDENTIALITY NOTICE ***

This entire electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the documents.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

3

**FRANCES OLIVIER**

| | |
|---|---|
| From: | Burgoyne, Robert (Perkins Coie) <RBurgoyne@perkinscoie.com> |
| Sent: | Monday, August 05, 2019 2:51 PM |
| To: | FRANCES OLIVIER |
| Subject: | RE: Meaghan Doherty  USMLE #5-397-670-0 - URGENT |

Importance:          High

We are going to cancel her permit for tomorrow right now.  If you do NOT want this to happen please let me know immediately.

Thanks.

**From:** FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
**Sent:** Monday, August 5, 2019 3:40 PM
**To:** Burgoyne, Robert (WDC) <RBurgoyne@perkinscoie.com>
**Cc:** Leslie Coletti <LColetti@nbme.org>; William McGoey <bmcgolaw@yahoo. com> <bmcgolaw@yahoo.com>
**Subject:** RE: Meaghan Doherty USMLE #5-397-670-0 - URGENT

Meaghan is willing to go anywhere necessary within reason, but she is unable to even check the availability given her current designation.  Only NBME and Prometrics can access that information.

Also, the order says that your client is to give the test tomorrow with accommodations.  We are not really at liberty to deviate.

However, we would be amenable to the August 7 and 8th as testing days but no days beyond those dates.

Meaghan has done all the practice tests available in preparation for the August 6, 2019 testing date.   The dates in late August are not acceptable because she would not get her results in time.

Sincerely,
Billy and Fran

Frances M. Olivier
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA  70001
Telephone:  (504) 483-6334
Facsimile:  (504) 483-6344
E-Mail:  FOlivier@OlivierLawFirm.com

***CONFIDENTIALITY NOTICE ***

1

Plaintiff's Exhibit A - p. ___15___

## FRANCES OLIVIER

| | |
|---|---|
| From: | Burgoyne, Robert (Perkins Coie) <RBurgoyne@perkinscoie.com> |
| Sent: | Monday, August 05, 2019 4:02 PM |
| To: | William McGoey; FRANCES OLIVIER |
| Subject: | RE: Update |

Current facts as I understand them:

NBME is working with their IT department to see if they can manually override the normal system and get a new permit issue tonight, which would be accompanied by the 150% exam; as this is highly unusual and it is late in the day, it remains to be seen whether this can be accomplished, but NBME is cautiously optimistic that it will be

Prometric is holding her testing date for tomorrow and some additional testing time on the 7th, at her original testing center. I understand that they have agreed to extend their normal testing hours to make this happen.

As soon as I have confirmation on the above I will let you know.


From: William McGoey <bmcgolaw@yahoo.com>
Sent: Monday, August 5, 2019 4:52 PM
To: Burgoyne, Robert (WDC) <RBurgoyne@perkinscoie.com>
Subject: Update

Please call with an update within 15 minutes so that we can avoid a conference call with the Judge.


Sent from Yahoo Mail for iPhone

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Plaintiff's Exhibit A - p. 

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Process Service <service@onesourceprocess.com> |
| **Sent:** | Monday, August 05, 2019 4:28 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | Affidavit of Service for Job# 3630736 - Robert A. Burgoyne. Esq..pdf |
| **Attachments:** | Affidavit of Service for Job# 3630736 - Robert A. Burgoyne. Esq..pdf |

Hello,

Please see the attached copy of your affidavit of service. The original will be mailed to your attention. Please let us know if you have any questions.

Thank you,

Lawrence Coley

**Service of Process | One Source Process**
**P: (800)668-5448 | F: 202-449-4115 | www.onesourceprocess.com**
**1133 13th St NW, Ste C4, Washington, DC 20005**

1

Plaintiff's Exhibit A - p. _____

AFFIDAVIT OF SERVICE

| Case: 2:19-cv-11790-GGG-MBN | Court: United States District Court for the Eastern District of Louisiana | County: Eastern District, LA | Job: 3630736 |
|---|---|---|---|
| Plaintiff / Petitioner: Meaghan Doherty | | Defendant / Respondent: National Board of Medical Examiners | |
| Received by: One Source Process, Inc. | | For: Law Office of Frances M. Olivier, LLC | |
| To be served upon: Robert A. Burgoyne, Esq | | | |

I, Alexandre Alferov, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Vera Weathersby - Mr Burgoyne's assistant, Perkins Coie, LLP: 700 13th St NW Suite 600, Washington, DC 20005
Manner of Service:        Authorized, Aug 5, 2019, 3:13 pm EDT
Documents:            Sealed Order on Preliminary Injunction; Order on Pro Hac Vice; Order on Supplemental Ehibits (Received Aug 5, 2019 at 2:20pm EDT)

Additional Comments:
1) Successful Attempt: Aug 5, 2019, 3:13 pm EDT at Perkins Coie, LLP: 700 13th St NW Suite 600, Washington, DC 20005 received by Vera Weathersby - Mr Burgoyne's assistant. Age: 40-50; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'7"; Hair: Black; Eyes: Brown; Other: Assistant

_____          8/5/19
Alexandre Alferov               Date

One Source Process, Inc.
800-668-5448

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____   8/5/19
Notary Public           Date

9/14/23
Commission Expires

LAWRENCE N. COLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 14, 2023



Plaintiff's Exhibit A - p. 18

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Doherty, Meaghan O <mdoherty@tulane.edu> |
| **Sent:** | Monday, August 05, 2019 4:34 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | Fwd: Step 2 CK scheduling permit with accommodations |
| **Attachments:** | Doherty_permit.pdf |

Meaghan Doherty Fielkow
MD Candidate, Class of 2020
Tulane University School of Medicine
mdoherty@tulane.edu | (504)650-6415

**From:** disabilityservices@nbme.org <disabilityservices@nbme.org>
**Sent:** Monday, August 5, 2019 4:31:55 PM
**To:** Doherty, Meaghan O <mdoherty@tulane.edu>
**Subject:** Step 2 CK scheduling permit with accommodations

External Sender. Be aware of links, attachments and requests.

ref:_00D46pfBg._5004A1axgHD:ref

Dear Ms. Doherty,

Pursuant to an order by the court, attached is your revised Step 2 CK scheduling permit for the following testing accommodations:

Additional testing time - time and one half:  The exam will be administered over two days.
Day one will be 7 hours 15 minutes in length and will include a 30 minute tutorial and 8 blocks with approximately 20 questions per block.  Day two will be 6 hours 45 minutes in length and will include 8 blocks with approximately 20 questions per block.  You will have up to 45 minutes to complete each block.  You will receive 45 minutes of break time each day, including lunch.  You may use break time as needed between blocks.  If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

Please destroy all copies of your old scheduling permit as it was for a standard time one-day exam which has been deactivated.  We have provided Prometric with your new scheduling number and asked them to schedule your Step 2 CK examination for 8/6 and 8/7.

Sincerely,
Catherine Farmer, Psy.D.
Director Disability Services
ADA Compliance Officer, Testing Programs
NBME

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

1

Plaintiff's Exhibit A - p. ___19___

**FRANCES OLIVIER**

| | |
|---|---|
| **From:** | Doherty, Meaghan O <mdoherty@tulane.edu> |
| **Sent:** | Monday, August 05, 2019 4:58 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | Fw: Appointment Confirmation |

Meaghan Doherty Fielkow
MD Candidate, Class of 2020
Tulane University School of Medicine
mdoherty@tulane.edu | (504)650-6415

**From:** donotreply@prometric.com <donotreply@prometric.com>
**Sent:** Monday, August 5, 2019 4:46 PM
**To:** Doherty, Meaghan O <mdoherty@tulane.edu>
**Subject:** Appointment Confirmation

External Sender. Be aware of links, attachments and requests.

To:    Meaghan Olivier Doherty
Date:   05 Aug 2019

| North America |
|---|

Subject: Confirmation of computer-based Step 2 - United States Medical Licensing Examination,#0000000091604361

Your appointment for the computer-based Step 2 - United States Medical Licensing Examination is confirmed. Please find the confirmation details that follow:

| | | | |
|---|---|---|---|
| Confirmation: | **0000000091604361** | | Prometric Test Center: # 0061 |
| Program: | **STEP2** | | New Orleans - Metairie |
| Exam Code: | **STEP2** | | 2424 EDENBORN AVE. |
| | | | METAIRIE CTR, STE 190 |
| | **Step 2 - United States Medical Licensing Examination** | | METAIRIE LOUISIANA 70001 |
| Exam Date: | **07 Aug 2019** | | UNITED STATES |
| Exam Time: | **08:00** | | |

**TEST ACCOMMODATIONS**

Other

**GLOBAL TEST CENTER SECURITY PROCEDURES**

Prometric takes our role of providing a secure test environment seriously. During the check-in process, we inspect any and all eyeglasses, jewelry and other accessories to look for camera devices that could be used to capture exam content.

- You will be required to remove your eyeglasses for close visual inspection. These inspections will take a few seconds and will be done at check-in and again upon return from breaks before you enter the testing room to ensure you do not violate any security protocol.
- Jewelry outside of wedding and engagement rings is prohibited. Please do not wear other jewelry to the test center. Hair accessories, ties and bowties are subject to inspection. Please refrain from using ornate clips, combs, barrettes, headbands, tie clips, cuff links and other accessories as you may be prohibited from wearing them in to the testing room and asked to store them in your locker. Violation of security protocol may result in the confiscation of prohibited devices and termination of your exam.

**IDENTIFICATION POLICY**

You must bring your Scheduling Permit and proper identification with you to be admitted to the exam. Review your Scheduling Permit for complete details. *This email is NOT your Scheduling Permit.

You may access your Scheduling Permit from your account on your registration entity's (NBME, ECFMG, or FSMB) website. We strongly encourage you to print your Scheduling Permit at least several days in advance of your scheduled test date to avoid any problems accessing or printing your permit on test day.

1

Plaintiff's Exhibit A - p. ___2 0___ 

You may print your Scheduling Permit or present it electronically (e.g., via Smartphone). If, on the day of your exam, you are unable to access the permit electronically for any reason, you must present a paper copy.

## RESCHEDULE / CANCEL POLICY

If you need to change (e.g., reschedule, cancel, change test center location) your appointment, you must go to www.prometric.com/USMLE or call the Prometric Regional Registration Center (RRC) noted on your Scheduling Permit. If you reschedule, your rescheduled test date(s) must fall within your assigned eligibility period. If you are unable to take the test within your eligibility period, contact your registration entity to inquire about a one-time eligibility period extension. A fee is charged for this service, and some restrictions may apply.

The date that you change your appointment, using local time of the RRC, will determine whether you pay an appointment change fee and the amount of this fee:

- If you change your appointment 31 or more days before (but not including) the first day of your scheduled test date, there is no fee.
- If you change your appointment fewer than 31 days but more than 5 days before (but not including) the first day of yo ur scheduled test date, the fee is $50 US Dollars (USD).
- If you change your appointment 5 or fewer days before (but not including) the first day of your scheduled test date, the fee is $128.00 USD for domestic U.S.A. and Canada, $311.00 USD for International Zone 1, $353.00 for International Zone 2, or $569.00 USD for International Zone 3.

SPECIAL NOTE ABOUT CANCELLED OR MISSED APPOINTMENTS: If you cancel your appointment within 30 days or do not appear on your scheduled test date, you must call the RRC as directed on your Scheduling Permit and pay the appropriate fee to reinstate your eligibility record before you can schedule a new appointment. You will not be able to perform any transactions via the web.

If you do not take the test within your original or extended eligibility period and wish to take it in the future, you must reapply by submitting a new application and fee.

If you fail or do not complete your exam and want to retake it, you m ust reapply by submitting a new application and fee. Retest policies are available in the USMLE Bulletin of Information at www.usmle.org.

## DRIVING DIRECTIONS

Our center is located at the corner of the South I-10 Service Road and Edenborn in the Metairie Centre.

From the North: Take Causeway Blvd south crossing over I-10. Turn right at 1st stop light onto South I-10 Service Road. Follow South I-10 Service Road to Edenborn. Turn left onto Edenborn. Park in the parking garage located behind the Metairie Centre.

From the South: Take Causeway Blvd. north. After crossing West Napoleon, get into the left turn lane. Turn left at stop light onto the South I-10 Service Road. Follow South I-10 Service Road to Edenborn. Turn left onto Edenborn. Park in the parking garage located behind the Metairie Centre.

From the West: Follow I-10 east toward New Orleans. Take the Causeway Blvd. exit south (exit 228). Turn right at 1st stop light onto the South I-10 Service Road. Follow South I-10 Service Road to Edenborn. Turn left onto Edenborn. Park in the parking garage located behind the Metairie Centre.

F rom the East: Follow I-10 west toward Baton Rouge. Take the Causeway Blvd. exit south (exit 228). Turn right at 1st stop light onto the South I-10 Service Road. Follow the South I-10 Service Road to Edenborn. Turn left onto Edenborn. Park in the parking garage located behind the Metairie Centre.

## ADDITIONAL INFORMATION

- TEST DAY ARRIVAL: Report to the test center 30 minutes before your scheduled appointment for check-in procedures. If you arrive later than your scheduled appointment, you may not be admitted. If you arrive more than 30 minutes after your scheduled appointment, you will not be admitted to the testing center.

- BIOMETRIC CHECK-IN: The USMLE exams include biometrics as part of the testing experience. In many locations, examinees will provide their fingerprint during check-in, breaks, and check-out for identification purposes. To learn more about biometrics, please visit the USMLE website at http://www.usmle.org/frequently-asked-questions/#becs.

- EARPLUGS: Though the test center provides noise reducing headphones, you are encouraged to bring your own soft-foam earplugs (subject to inspection).

- TEST CENTER REGULATIONS: For a full listing of Prometric Testing Center Regulations and other FAQ's, please visit the Prometric website at http://www.prometric.com/TestTakers/FAQs/default.htm.

- TEST CENTER AVAILABILITY: In the event that the test center becomes unavailable on your scheduled test date, we will attempt to notify you in advance and schedule you for a different time and/or center. However, on occasion, we may need to reschedule your appointment at the last minute. We encourage you to check your voicemail and email prior to leaving for your appointment on test day, particularly during inclement weather. You may also call the test center to check for weather-related closings.

## PERSONAL DATA COLLECTION & PROCESSING

You have consented to the collection and processing of your Personal Data, and biometrics, where required by your Test Sponsor.

Sincerely,

**North America**

Prometric

www.prometric.com

Plaintiff's Exhibit A - p. _**21**_

## FRANCES OLIVIER

| | |
|---|---|
| **From:** | Doherty, Meaghan O <mdoherty@tulane.edu> |
| **Sent:** | Monday, August 05, 2019 5:04 PM |
| **To:** | FRANCES OLIVIER |
| **Subject:** | Fwd: USMLE Step 2 CK Scheduling Permit |
| **Attachments:** | permit.pdf |

Meaghan Doherty Fielkow
MD Candidate, Class of 2020
Tulane University School of Medicine
mdoherty@tulane.edu | (504)650-6415

**From:** USMLEReg@nbme.org <USMLEReg@nbme.org>
**Sent:** Monday, August 5, 2019 5:00:52 PM
**To:** Doherty, Meaghan O <mdoherty@tulane.edu>
**Subject:** USMLE Step 2 CK Scheduling Permit

External Sender. Be aware of links, attachments and requests.

Name: Doherty, Meaghan Olivier
Reference ID: BN29640
USMLE ID: 53976700

Your USMLE Step 2 CK scheduling permit is now available on NLES. A copy is attached for your convenience.

To access your permit on NLES, go to
https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fexaminee.nbme.org%2Finteractive&amp;data=0
2%7C01%7Cmdoherty%40tulane.edu%7Ce02e9d7c38184c3913b208d719f06408%7C9de9818325d94b139fc34de5489c1
f3b%7C0%7C0%7C637006393377078330&amp;sdata=VJKCf27HDk2U2HMBvCpaAmV9liVWExfQ9Bkje8Sbk18%3D&amp;
reserved=0, log in, and select the "Print Permit" link.

We strongly encourage you to print your scheduling permit at least several days in advance of your scheduled test date to avoid any problems accessing or printing your permit on test day. You may print your permit or present it electronically (e.g., via Smartphone). If, on the day of your exam, you are unable to access the permit electronically for any reason, you must present a paper copy.

Refer to the instructions on the scheduling permit to schedule your test date. Please be aware that appointments are first-come, first-served and test centers fill up quickly; therefore, you are advised to schedule a test date as soon as possible.

If you have any questions about your scheduling permit, please reply to this email or call the NBME Registration Department at 215-590-9700.

Follow USMLE on Facebook - facebook.com/usmle

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are

Plaintiff's Exhibit A - p. _22_

not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

2

Plaintiff's Exhibit A - p. _23_

**FRANCES OLIVIER**

| | |
|---|---|
| **From:** | info@taloneinvestigations.com |
| **Sent:** | Tuesday, August 06, 2019 8:23 AM |
| **To:** | FRANCES OLIVIER |
| **Cc:** | johnpontry@taloneinvestigations.com |
| **Subject:** | RE: RUSH TODAY TO NATIONAL BOARD OF EXAMINERS |
| **Attachments:** | doherty aff_20190806091527.pdf |

**Importance:**          High

Please see attached for the affidavit. Paid invoice to follow. Originals will be US mailed.

Ly.

**THIS EMAIL ACCT IS MONITORED BY ALL TALONE & ASSOC STAFF**

Talone & Associates
423 South 15th Street
Philadelphia, PA 19146
Voted Best Of - Investigations
Legal Intelligencer 2010, 11, 12, 13, 14 & 2015
215-546-6080
215-546-2412 FAX
info@taloneinvestigations.com

--------- Original Message ---------
Subject: RE: RUSH TODAY TO NATIONAL BOARD OF EXAMINERS
From: FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
Date: Mon, August 05, 2019 2:36 pm
To: "info@taloneinvestigations.com" <info@taloneinvestigations.com>

Attached is a copy of the Credit card Authorization, along with the Order.  Also attached is copy of the Order to be served.

Should you have any questions please call me immediately.

This is of an URGENT nature and must be served immediately.

Thank you,
Fran

Frances M. Olivier
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA  70001
Telephone:  (504) 483-6334
Facsimile:  (504) 483-6344

1

Plaintiff's Exhibit A - p. _29_

E-Mail:  FOlivier@OlivierLawFirm.com

***CONFIDENTIALITY NOTICE ***

This entire electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the documents.

**From:** info@taloneinvestigations.com
**Sent:** Monday, August 05, 2019 1:20 PM
**To:** FRANCES OLIVIER <FOlivier@Olivierlawfirm.com>
**Cc:** johnpontry@taloneinvestigations.com
**Subject:** RUSH TODAY TO NATIONAL BOARD OF EXAMINERS
**Importance:** High

Fran, please fill out the attached form then send over the documents you need served along with your instructions and the address/person/business that needs to be served.

Thank you,
Ly.

**THIS EMAIL ACCT IS MONITORED BY ALL TALONE & ASSOC STAFF**

Talone & Associates
423 South 15th Street
Philadelphia, PA 19146
Voted Best Of - Investigations
Legal Intelligencer 2010, 11, 12, 13, 14 & 2015
215-546-6080
215-546-2412 FAX
info@taloneinvestigations.com

Plaintiff's Exhibit A - p. __25__

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Louisiana

Case Number: 2:19-CV-11790-GGG-MBN

Plaintiff:
**Meaghan Doherty**

vs.

Defendant:
**National Board of Medical Examiners**

For:
Frances Olivier, Esq.
Law Office of Frances M. Olivier, LLC
2341 Metairie Road
Metairie, LA 70001

Received by TALONE & ASSOCIATES to be served on **National Board Of Medical Examiners, 3750 Market Street, Philadelphia, PA 19104.**

I, John Pontry, being duly sworn, depose and say that on the **5th day of August, 2019 at 3:38 pm**, I:

served a **BUSINESS** by delivering a true copy of the Sealed Order  to: Suzanne Williams as Associate General Counsel for National Board Of Medical Examiners at the address of: **3750 Market Street, Philadelphia, PA 19104**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative, accepted service, and signed for documents. Suzanne provided the phone number 215-590-9538.

Description of Person Served: Age: 50+, Sex: F, Race/Skin Color: White, Height: 5'7, Weight: 180, Hair: Black, Glasses: Y

I am over the age of 18 and have no interest in the above action.

Subscribed/and Sworn to before me on the ___ day of
_____, 2019 ___ by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
LY NGUYEN, Notary Public
Philadelphia County
My Commission Expires August 22, 2022
Commission Number 1338176

John Pontry
Process Server

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: TLL-2019001373

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Plaintiff's Exhibit A - p. **26**