## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: T (Guidry)** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: 5 (North)** |
| **MEDICAL EXAMINERS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNDER SEAL

### ORDER

 **IT IS HEREBY ORDERED** that the Court's Order issued on August 5, 2019 is clarified and supplemented as follows:

1) **IT IS ORDERED** that the National Board of Medical Examiners expedite the grading of Plaintiff's Step 2 CK Exam and to provide Plaintiff, MEAGHAN DOHERTY, with the results of same by email not later than 4:00 p.m. CST on Friday, August 30, 2019.


This preliminary injunction is binding upon the National Board of Medical Examiners, its officers, agents, servants, employees, and attorneys, and upon those who are under contract with the National Board of Medical Examiners or in active concert or participation with them who receive actual notice of this Order.

 New Orleans, LA, this _____ day of August, 2019.


 _____
 JUDGE GREG GERARD GUIDRY
 UNITED STATES DISTRICT JUDGE

1