UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 AUG 23 P 2: 21

W. BLEVINS
CLERK

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| VERSUS | * | JUDGE: (T) GUIDRY |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: (5) NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNDER SEAL**

**PLAINTIFF'S MOTION FOR EXPEDITED HEARING ON
RULE 60(a) MOTION TO CLARIFY ORDER OF AUGUST 5, 2019**

NOW INTO COURT, comes Plaintiff, Meaghan Doherty, in the above captioned matter, who respectfully moves this Honorable Court for an expedited hearing on her Rule 60(a) Motion to Clarify Order of August 5, 2019; specifically, an expedited hearing so the Court may timely address the issue of whether Defendant, National Board of Medical Examiners (NBME) must provide Plaintiff with her Step 2 CK test scores by email on August 30, 2019 by 4:00 p.m. CST.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail or U.S. Mail on August 23, 2019.

WILLIAM M. McGOEY