UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * *

UNDER SEAL

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR EXPEDITED HEARING REGARDING HER RULE 60(a) MOTION TO CLARIFY ORDER OF AUGUST 5, 2019

MAY IT PLEASE THE COURT:

Plaintiff, Meaghan Doherty, respectfully submits this memorandum in support of her Motion for Expedited Hearing regarding her Rule 60(a) Motion to Clarify the Order of August 5, 2019.

Plaintiff has moved this Honorable Court to clarify its Order of August 5, 2019, specifically, to indicate whether Defendant, National Board of Medical Examiners (NBME) must provide Plaintiff with her Step 2 CK test scores by email on August 30, 2019 by 4:00 p.m. CST.

Plaintiff took the Step 2 CK Exam on August 6-7, 2019 due to the Order of August 5, 2019. The results of that exam are the key element of Plaintiff's Residency Program Application. As Plaintiff testified at the preliminary injunction hearing, she must submit her Residency Program Application on September 1, 2019, the day the applications open, in order to increase her chances of gaining interviews for a Residency placement, but absolutely no later than the Residency Application deadline of September 15, 2019.

The Court's present submission date for a hearing on her Rule 60(a) Motion is September 18, 2019. If no there is no expedited hearing in this matter, her Residency Program Application will be practically moot by September 18, 2019.

In fact, the only way to ensure Plaintiff has a level playing field in submitting her Residency Application is to have her NBME Step 2 CK Exam score by August 30, 2019, so that she can launch her application when the Residency Application Process opens on September 1, 2019. This is the basis for her Rule 60(a) Motion to Clarify the Order of August 5, 2019, and hence the urgent need for an expedited hearing on that motion.

WHEREFORE, Plaintiff prays that this Honorable Court will grant an expedited hearing during the week of August 26-30, 2019 in this matter.

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

**Attorneys for Plaintiff Meaghan Doherty**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail on August 23, 2019.

_____
WILLIAM M. McGOEY

2