UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: T (Guidry) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: 5 (North) |
| MEDICAL EXAMINERS | * | |
| * * * * * * * * * * * * * * * * * | | |

UNDER SEAL

ORDER

**Considering the foregoing,**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Expedited Hearing on her Rule 60(a) Motion to Clarify the Order of August 5, 2019 is hereby GRANTED.

Plaintiff's Rule 60(a) Motion to Clarify the Order of August 5, 2019 is set for hearing on the _____ day of _____, 2019 at _____ o'clock _____. M.

Given at New Orleans, Louisiana, this _____ day of August, 2019.

_____
JUDGE GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE