IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30661
_____

SEALED APPELLEE,

    Plaintiff - Appellee

v.

SEALED APPELLANT,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's opposed motion to stay injunction pending appeal is GRANTED.[*] This case will proceed under an expedited briefing schedule, and it will be set for oral argument on the court's October calendar or at the earliest available date.

---

[*] Judge Dennis would deny the motion.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 03, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30661    Sealed Appellee v. Sealed Appellant
                    USDC No. 2:19-CV-11790

Enclosed is an order entered in this case.

The district court is requested to expedite the record on appeal as soon as the transcripts are filed.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa B. Courseault, Deputy Clerk
                    504-310-7701

Mr. William W. Blevins
Mr. Robert A. Burgoyne
Ms. Alison R. Caditz
Mr. William Martin McGoey
Ms. Frances M. Olivier
Mr. Eric B. Wolff