

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: T (Guidry) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: 5 (North) |
| MEDICAL EXAMINERS | * | |

* * * * * * * * * * * * * * * * * * *

UNDER SEAL

## PLAINTIFF'S CONSENT MOTION FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, MOTION TO TAX COSTS AND DEFENDANT'S MOTION TO DISMISS

Plaintiff, Meaghan Doherty, with the consent of the defendant, National Board of Medical Examiners moves to continue without date Plaintiff's Motion for Attorney's Fees, Motion to Tax Costs and Defendant's Motion to Dismiss. The grounds for the motion are that defendant has filed a notice of appeal with the United States Fifth Circuit Court of Appeals, and the Fifth Circuit Court of Appeals has issued a stay of this court's injunction order. Thus, in the interest of judicial economy the aforesaid motions should be continued without date.

SIGNATURE PAGE FOLLOWS

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

_____
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Attorneys for Plaintiff Meaghan Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via email and U.S. First Class mail postage prepaid and properly addressed on September 13, 2019.

_____
William M. McGoey