## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: T (Guidry)** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: 5 (North)** |
| **MEDICAL EXAMINERS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNDER SEAL

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion for Continuance of Plaintiff's

Motion for Attorney's Fees, Motion to Tax Costs  and Defendant's Motion to Dismiss  is hereby

granted and that the said motions are continued without date.


New Orleans, LA, this _____ day of September, 2019.


_____
JUDGE, GREG GERARD GUIDRY
U.S.Eastern District, Louisiana

1