UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: T (Guidry) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: 5 (North) |
| MEDICAL EXAMINERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNDER SEAL

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion for Continuance of Plaintiff's Motion for Attorney's Fees, Motion to Tax Costs and Defendant's Motion to Dismiss is hereby granted and that the said motions are continued without date.

New Orleans, LA, this 16th day of September, 2019.

_____
JUDGE, GREG GERARD GUIDRY
U.S. Eastern District, Louisiana

1