UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 SEP 20 P 1:09

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| | * | |
| VERSUS | * | JUDGE: (T) GUIDRY |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: (5) NORTH |
| MEDICAL EXAMINERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNDER SEAL

**PLAINTIFF'S CONSENT MOTION TO UNSEAL THE CASE AND RECORD**

Plaintiff, Meaghan Doherty, with consent of defendant, moves the court to unseal the case and record on the grounds that Plaintiff is the party who originally moved for the sealing of portions of the record, that the Court's preliminary injunction order in this matter is now on appeal, and that the Plaintiff no longer desires that the case and record be sealed. In light of this, there is no reason to seal the case and record in contravention of the public's common law right to inspect and copy judicial records, *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597, 98 S.Ct. 1306, 1312, 55 L. Ed. 2d 570 (1978).

Accordingly, plaintiff requests that the entire case and record be unsealed.

Respectfully submitted,

WILLIAM M. McGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

and

1

FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

**Attorneys for Plaintiff Meaghan Doherty**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail or U.S. Mail on September 20th, 2019.

_____
WILLIAM M. McGOEY