## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO.  19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: T (Guidry)** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: 5 (North)** |
| **MEDICAL EXAMINERS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNDER SEAL

### <u>ORDER</u>

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion to Unseal the Case and

Record is hereby granted and that the case and the entire record are hereby unsealed.


New Orleans, LA, this _____ day of September, 2019.


                                _____
                                JUDGE, GREG GERARD GUIDRY
                                U.S.Eastern District, Louisiana

1