UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO. 19-11790 |
| VERSUS | * | JUDGE: T (Guidry) |
| NATIONAL BOARD OF MEDICAL EXAMINERS | * | MAGISTRATE: 5 (North) |

UNDER SEAL

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Consent Motion to Unseal the Case and Record is hereby granted and that the case and the entire record are hereby unsealed.

New Orleans, LA, this 20th day of September, 2019.

_____
JUDGE, GREG GERARD GUIDRY
U.S. Eastern District, Louisiana

1