UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGHAN DOHERTY,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>          Defendant. | Civil Action No. 19-cv-11790<br><br>Section T<br>Judge Greg G. Guidry<br><br>Division 5<br>Magistrate Judge Michael B. North |

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Meghan Doherty, through undersigned counsel, respectfully moves this Court for entry of an order enrolling Richard C. Stanley (Bar No. 8487) and Kathryn W. Munson (Bar No. 35933) of the law firm of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., as additional counsel of record.  *See* LR 83.2.12(A).  William M. McGoey and Frances M. Oliver, shall remain counsel of record in this matter.

Respectfully submitted,

/s/ *William M. McGoey*
William M. McGoey, 14205
bmcgolaw@yahoo.com
1828 Rose St.
Arabi, Louisiana 70032
Telephone:     (504) 250-3293


/s/ *Frances M. Oliver*
Frances M. Oliver, 17895
folivier@olivierlawfim.com
2341 Metairie Road
Metairie, Louisiana 70001
Telephone:     (504) 483-6334
Fax:                (504) 483-6344

/s/ *Kathryn W. Munson*
Richard C. Stanley, 8487
   rcs@stanleyreuter.com
Kathryn W. Munson, 35933
   kwm@stanleyreuter.com
STANLEY, REUTER, ROSS, THORNTON
   & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:     (504) 523-1580
Facsimile:      (504) 524-0069

*Attorneys for Plaintiff Meaghan Doherty*

1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing shall be served upon all counsel of record for Plaintiff Meghan Doherty and Defendant the National Board of Medical Examiners by email on this 25th day of September, 2019.

/s/ <i>Kathryn W. Munson</i>