UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGHAN DOHERTY,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Civil Action No. 19-cv-11790<br><br>Section T<br>Judge Greg G. Guidry<br><br>Division 5<br>Magistrate Judge Michael B. North |

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED**, and that Richard C. Stanley and Kathryn W. Munson are hereby enrolled as additional counsel of record for Meghan Doherty in this matter.

New Orleans, Louisiana, this __26th__ day of September, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE