# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 29, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30661    Meaghan Doherty v. Natl Board of Med
                           Examiners
                           USDC No. 2:19-CV-11790

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                    Kenneth G. Lotz, Deputy Clerk

cc:
    Mr. Robert A. Burgoyne
    Ms. Alison R. Caditz
    Mr. William Martin McGoey
    Mrs. Kathryn Weatherly Munson
    Ms. Frances M. Olivier
    Mr. Richard C. Stanley
    Mr. Eric B. Wolff