UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEAGHAN DOHERTY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-11790** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | **SECTION: T** |

# ORDER

Considering the Motion for Attorney Fees (R. Doc. 27) filed by Meaghan Doherty and the Motion to Dismiss for Failure to State a Claim (R. Doc. 28) filed by the National Board of Medical Examiners;

**IT IS ORDERED** that the Motion for Attorney Fees (R. Doc. 27) filed by Meaghan Doherty (R. Doc. 27) and the Motion to Dismiss for Failure to State a Claim filed by the National Board of Medical Examiners are **DENIED WITHOUT PREJUDICE**. The parties are not precluded from refiling the motions at a later time if appropriate.

**New Orleans, Louisiana**, on this 23rd day of January, 2020.

*[Signature]*
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**