UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 2:19-cv-11790** |
| | * | |
| **VERSUS** | * | **JUDGE GUIDRY** |
| | * | |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | * | **MAGISTRATE JUDGE NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT BY ORDER OF THE COURT**

Plaintiff, Meaghan Doherty and Defendant National Board of Medical Examiners file the following status report.

Since receiving the Court's request for a status report, the parties have been discussing the release of testing transcripts and related information that Plaintiff asked Defendant to voluntarily produce in advance of providing a joint status report. On February 12, 2020, Plaintiff received two transcripts from Defendant. The parties are continuing to discuss appropriate next steps in this case, and Plaintiff is continuing to evaluate the information that has been provided this week.

The parties will provide an updated status report within seven days.

1

Respectfully submitted,

/s/ Kathryn W. Munson
William Martin Mcgoey, LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com

Frances M. Olivier, LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

Richard C. Stanley, LSBA No. 8487
Kathryn W. Munson, LSBA No. 35933
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
rcs@stanleyreuter.com
kwm@stanleyreuter.com

Attorneys for Plaintiff Meaghan Doherty

/s/ Robert A. Burgoyne
Robert A. Burgoyne (*pro hac vice*)
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005
Telephone: 202-654-1744
rburgoyne@perkinscoie.com

Attorneys for Defendant National Board of
  Medical Examiners

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Court's ECF system on February 12, 2020.

/s/ Kathryn W. Munson