UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: (T) GUIDRY** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: (5) NORTH** |
| **MEDICAL EXAMINERS** | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## VOLUNTARY MOTION TO DISMISS

Plaintiff, Meaghan Doherty, moves to voluntarily dismiss this matter without prejudice as plaintiff can no longer bear the expense of litigating this matter further.

Respectfully submitted,

*/s/ William Martin McGoey*
WILLIAM MARTIN MCGOEY, Esq., LSBA #14205
1828 Rose Street
Arabi, Louisiana 70032
Telephone: 504-250-3293
bmcgolaw@yahoo.com


*/s/ Frances M. Olivier*
FRANCES M. OLIVIER, ESQ. LSBA No. 17895
2341 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-483-6334; Fax: 504-483-6344
folivier@olivierlawfim.com

/s/ Kathryn W. Munson
Richard C. Stanley, La. Bar No. 8487
Kathryn W. Munson, La. Bar No. 35933
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com
kwm@stanleyreuter.com

Attorneys for Plaintiff Meaghan Doherty

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been forwarded to all parties of record via the Electronic E-mail, U.S. Mail, and or/or the Court's ECF system on March 17,2020.

/s/ William M. McGoey
WILLIAM M. MCGOEY