## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: T (Guidry)** |
| | * | |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | * | **MAGISTRATE: 5 (North)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Voluntary Motion to Dismiss is hereby granted and the case is dismissed without prejudice.

New Orleans, LA, this _____ day of March, 2020.

_____
JUDGE, GREG GERARD GUIDRY
U.S. Eastern District, Louisiana

1