UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGHAN DOHERTY | * | CIVIL ACTION NO.  19-11790 |
| | * | |
| VERSUS | * | JUDGE: T (Guidry) |
| | * | |
| NATIONAL BOARD OF | * | MAGISTRATE: 5 (North) |
| MEDICAL EXAMINERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Voluntary Motion to Dismiss is hereby granted and the case is dismissed without prejudice.

New Orleans, Louisiana, this 18th day of March, 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE